WILLIAM SLOAN COATS (SBN 94864)
MARK R. WEINSTEIN (SBN 193043)
SAM O'ROURKE (SBN 205233)
KYLE D. CHEN (SBN 239501)
**WHITE & CASE LLP**
3000 El Camino Real, Five Palo Alto Square
Palo Alto, California 94306
Telephone:   (650) 213-0300
Facsimile:    (650) 213-8158

Attorneys for Plaintiffs
ACER, INC., ACER AMERICA
CORPORATION and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, et al.<br><br>Defendant(s). | No. C 08-00877 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3/19/2008

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")