UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER INC., ET AL, | C 08-00877 HRL |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| TECHNOLOGY PROPERTIES, LTD., ET AL, | |
| Defendant(s). | |

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

  PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 27, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **May 30, 2008 @ 10:30 a.m.,** before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on May 20, 2008.

  If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, to take this matter off calendar.

Dated: March 21, 2008          RICHARD W. WIEKING,
                      Clerk of Court

                      /s/_____
                      Martha Parker Brown
                      Deputy Clerk