1  WILLIAM SLOAN COATS (SBN 98464)
   MARK R. WEINSTEIN (SBN 193043)
2  SAM O'ROURKE (SBN 205233)
   KYLE D. CHEN (SBN 239501)
3  **WHITE & CASE LLP**
   3000 El Camino Real
4  Five Palo Alto Square, 9th Floor
   Palo Alto, California 94306
5  Telephone:    (650) 213-0300
   Facsimile:    (650) 213-8158
6
   Attorneys for Plaintiffs
7
   ACER, INC.,
8  ACER AMERICA CORPORATION and
   GATEWAY, INC.
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  ACER, INC.,                          Case No. C 08-00877 JF
    ACER AMERICA CORPORATION and
15  GATEWAY, INC.,                       **PLAINTIFFS' CIVIL L.R. 3-12
                                         ADMINISTRATIVE MOTION TO
16            Plaintiffs,                CONSIDER WHETHER CASES
                                         SHOULD BE RELATED**
17        v.
    TECHNOLOGY PROPERTIES              **[CIV. L.R. 3-12]**
18  LIMITED, PATRIOT SCIENTIFIC
    CORPORATION, and ALLIACENSE
19  LIMITED,

20            Defendants.

21  HTC CORPORATION and                 Case No. C 08-00882 JL
    HTC AMERICA, INC.,
22
              Plaintiffs,
23

24        v.

25  TECHNOLOGY PROPERTIES
    LIMITED, PATRIOT SCIENTIFIC
26  CORPORATION, and ALLIACENSE
    LIMITED,
27            Defendants.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ASUSTEK COMPUTER, INC. and
ASUS COMPUTER INTERNATIONAL,

Plaintiffs,

v.

TECHNOLOGY PROPERTIES
LIMITED, PATRIOT SCIENTIFIC
CORPORATION, MCM PORTFOLIO
LLC and ALLIACENSE LIMITED,

Defendants.

Case No. C 08-00884 EMC

1        Pursuant to Civil Local Rule 3-12(b), plaintiffs Acer, Inc. ("Acer"), Acer America

2  Corporation ("Acer America") and Gateway, Inc. ("Gateway") (collectively "Plaintiffs") submit this

3  Administrative Motion requesting consideration of whether the three cases list below, all of which

4  are pending in this district, are related and should therefore be assigned to the same judge:

5            (1)    *Acer, Inc., Acer America Corp. and Gateway, Inc.* v. *Technology*

6                   *Properties Ltd., Patriot Scientific Corp. and Alliacense Ltd.*, Case No.

7                   08-00877 JF (N.D. Cal., filed on February 8, 2008);

8            (2)    *HTC Corporation and HTC America, Inc.* v. *Technology Properties*

9                   *Ltd.,*; *Patriot Scientific Corp. and Alliacense Ltd.*, Case No. 08-00882

10                  JL (N.D. Cal., filed on February 8, 2008); and

11           (3)    *ASUSTek Computer, Inc. and ASUS Computer Int'l* v. *Technology*

12                  *Properties Ltd., Patriot Scientific Corp., MCM Portfolio LLC and*

13                  *Alliacense Ltd.*, Case No. 08-00884 EMC (N.D. Cal., filed on February

14                  8, 2008) (collectively the "Actions").

15

16       On February 8, 2008, Plaintiffs filed the first action identified above against

17  Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense

18  Limited ("Alliacense") (the "Acer/Gateway Action") seeking declaratory judgment of non-

19  infringement and invalidity of United States Patent Nos. 5,809,336 ("'336 patent"), 5,784,584 ("'584

20  patent"), and 5,440,749 ("'749 patent") (collectively, the "patents-in-suit").  The second and third

21  actions identified above were filed on the same date.  As explained below, all three actions are

22  "related" within the meaning of Civil Local Rule 3-12 and should be assigned to the same judge.

23       Local Rule 3-12 provides that an action is related to another action pending in this

24  district when "(1) [t]he actions concern substantially the same parties, property, transaction or event;

25  and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense

26  or conflicting results if the cases are conducted before different Judges."  As shown in the chart

27  below, the Actions satisfy both prongs of this test:

28

| No. | Plaintiffs | Defendants | Relief sought | Patents |
|-----|-----------|-----------|--------------|---------|
| 08-877 | Acer, Inc. Acer America Corp. Gateway, Inc. | Technology Properties, Ltd. Patriot Scientific Corp. Alliacense Ltd. | Declaratory judgment of non-infringement and invalidity | 5,440,749 5,784,584 5,809,336 |
| 08-882 | HTC Corporation HTC America, Inc. | Technology Properties, Ltd. Patriot Scientific Corp. Alliacense Ltd. | Declaratory judgment of non-infringement and invalidity | 5,440,749 5,784,584 5,809,336 6,598,148 |
| 08-884 | ASUSTek Computer ASUS Computer Int'l | Technology Properties, Ltd. Patriot Scientific Corp. Alliacense Ltd. MCM Portfolio, LLC | Declaratory judgment of non-infringement and invalidity | 5,440,749 5,784,584 5,809,336 6,438,638 6,976,623 |

As shown above, each of the Actions concerns substantially the same parties, property, transaction or event.  All three actions involve three common patents-in-suit (i.e., the '336, '548 and '749 patents), which are allegedly owned or controlled by TPL, Patriot and/or Alliacense. A fourth patent at issue in the HTC action, U.S. Patent No. 6,598,148 ("'148 patent"), is in the same family as the three common patents and is a direct descendent of the '336 patent.  All three actions essentially seek the same relief, and the defendants are substantially identical.[1]

The second prong of Local Rule 3-12(a) is also satisfied.  Because the Actions involve common patents and identical defendants, they will require adjudication of many common legal and factual issues relating to claim construction, invalidity, ownership, standing and other affirmative defenses.  Having the Actions conducted before more than one judge would create an unduly burdensome duplication of labor and expense and would present a substantial possibility of conflicting results on common legal and factual issues.

/ / /

/ / /

---

[1]  The ASUSTek action has one additional defendant, MCM Portfolio LLC ("MCM").  Plaintiffs believe that MCM is merely a patent holding company that is owned or controlled by the other defendants, thus presenting no material difference in the identity of the defendants.

-2-

1      Because the Actions satisfy both prongs of Local Rule 3-12(a), Plaintiffs respectfully

2   request that the Actions be deemed "related" to each other and assigned to Judge Jeremy Fogel

3   pursuant to Local Rule 3-12(f).

4

5   Date:  April 3, 2008                    Respectfully submitted,

6                                           WHITE & CASE LLP

7

8                                           By:      ____/s/_____
                                                     Mark R. Weinstein
9
                                                     Attorneys for Plaintiffs Acer, Inc.,
10                                                   Acer America Corp. and Gateway, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' CIVIL L.R. 3-12 ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED – CASE
NO. C 08-00877 JF

PALOALTO 86687 v3 (2K)