1  WILLIAM SLOAN COATS (SBN 98464)
   MARK R. WEINSTEIN (SBN 193043)
2  SAM O'ROURKE (SBN 205233)
   KYLE D. CHEN (SBN 239501)
3  **WHITE & CASE LLP**
   3000 El Camino Real
4  Five Palo Alto Square, 9th Floor
   Palo Alto, California 94306
5  Telephone:    (650) 213-0300
   Facsimile:    (650) 213-8158

Attorneys for Plaintiffs

ACER, INC.,
ACER AMERICA CORPORATION and
GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. C 08-00877 JF <br><br> **DECLARATION OF MARK R. WEINSTEIN RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> [CIVIL L.R. 3-12, 7-11] |
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. C 08-00882 JL |

| | | |
|---|---|---|
| 1 | ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, | |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | Case No. C 08-00884 EMC |
| 5 | TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |

- 2 -

1  I, Mark R. Weinstein, declare as follows:

2  1.  I am an attorney admitted to practice law in the State of California. I am an attorney in this matter for the plaintiffs in each of the above-captioned matters. I make this declaration pursuant to Civil Local Rule 7-11 in relationship to Plaintiffs' Civil Local Rule 3-12 Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion"). The matters set forth in this declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto.

3  2.  Prior to the filing of the Administrative Motion, I attempted to obtain an agreement that it could be filed as a stipulated or joint motion. In particular, on March 31, 2008, I sent a copy of the Administrative Motion to attorneys representing Technology Properties Limited ("TPL"), Patriot Scientific Corporation, Alliacense Limited ("Alliacense") and MCM Portfolio LLC ("MCM"), and requested their agreement to file it as a stipulated or joint motion. I have received no response to my request. I also attempted to contact counsel for TPL, Alliacense and MCM by telephone to discuss the Administrative Motion, but I have received no response.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April 2008, in Palo Alto California.

/s/    Mark R. Weinstein