1  WILLIAM SLOAN COATS (SBN 98464)
   MARK R. WEINSTEIN (SBN 193043)
2  SAM O'ROURKE (SBN 205233)
   KYLE D. CHEN (SBN 239501)
3  **WHITE & CASE LLP**
   3000 El Camino Real
4  Five Palo Alto Square, 9th Floor
   Palo Alto, California 94306
5  Telephone:   (650) 213-0300
   Facsimile:   (650) 213-8158
6
   Attorneys for Plaintiffs
7
   ACER, INC.,
8  ACER AMERICA CORPORATION and
   GATEWAY, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

| ACER, INC.,<br>ACER AMERICA CORPORATION and<br>GATEWAY, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>        Defendants. | Case No. C 08-00877 JF<br><br>**[PROPOSED]**<br><br>**ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[CIV. L.R. 3-12]** |
|---|---|
| HTC CORPORATION and<br>HTC AMERICA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>        Defendants. | Case No. C 08-00882 JL |

PALOALTO 86693 v1 (2K)

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED – CASE NO. C 08-00877 JF

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>    Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>    Defendants. | Case No. C 08-00884 EMC |

PALOALTO 86693 v1 (2K)

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – CASE NO. C 08-00877 JF

1    The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion"), hereby orders as follows:

1. Upon consideration of the factors set forth in Civil Local Rule 3-12, the Court finds that the following actions are related to each other:

- *Acer, Inc., Acer America Corporation and Gateway, Inc. v. Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited*, Case No. 08-00877 JF;

- *HTC Corporation and HTC America, Inc. v. Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited*, Case No. 08-00882 JL; and

- *ASUSTek Computer, Inc. and ASUS Computer International v. Technology Properties Limited, Patriot Scientific Corporation, MCM Portfolio LLC and Alliacense Limited*, Case No. 08-00884 EMC.

Pursuant to Civil L.R. 3-12(f), the Clerk of the Court is ordered to reassign these cases to the undersigned. Counsel are instructed that all future rulings in the above-mentioned cases are to bear the initials **JF** immediately after the case number.

**IT IS SO ORDERED.**

Date: _____

_____
The Honorable Jeremy Fogel
United States District Judge