| | |
|---|---|
| 1 | WILLIAM SLOAN COATS (SBN 98464) |
| | MARK R. WEINSTEIN (SBN 193043) |
| 2 | SAM O'ROURKE (SBN 205233) |
| | KYLE D. CHEN (SBN 239501) |
| 3 | **WHITE & CASE LLP** |
| | 3000 El Camino Real |
| 4 | Five Palo Alto Square, 9th Floor |
| | Palo Alto, California 94306 |
| 5 | Telephone:   (650) 213-0300 |
| | Facsimile:   (650) 213-8158 |
| 6 | |
| 7 | Attorneys for Plaintiffs |
| 8 | ACER, INC., |
| | ACER AMERICA CORPORATION and |
| | GATEWAY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br> Defendants. | Case No. C 08-00877 JF <br><br> **CERTIFICATE OF SERVICE** |
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br> Defendants. | Case No. C 08-00882 JL |

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. C 08-00884 EMC |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, CA 94306. On April 3, 2008, I served the foregoing documents: (1) Plaintiffs' Civil L.R. 3-12 Administrative Motion To Consider Whether Cases Should Be Related; (2) Declaration Of Mark R. Weinstein Re Administrative Motion To Consider Whether Cases Should Be Related; And (3) [Proposed] Order Re Administrative Motion To Consider Whether Cases Should Be Related on the interested parties in this action by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

Technology Properties Limited
Alliacense Limited
c/o C T Corporation
818 W. 7th Street
Los Angeles, CA 90017

Jim Turley, President
Patriot Scientific Corporation
6183 Paseo Del Norte, Suite 180
Carlsbad, CA 92011

MCM Portfolio LLC
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

[ X ] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 3, 2008 at Palo Alto, California.

_____
Michael T. Kenny