1  WILLIAM SLOAN COATS (SBN 98464)
   MARK R. WEINSTEIN (SBN 193043)
2  SAM O'ROURKE (SBN 205233)
   KYLE D. CHEN (SBN 239501)
3  **WHITE & CASE LLP**
   3000 El Camino Real
4  Five Palo Alto Square, 9th Floor
   Palo Alto, California 94306
5  Telephone:    (650) 213-0300
   Facsimile:    (650) 213-8158
6
   Attorneys for Plaintiffs
7
   ACER, INC.,
8  ACER AMERICA CORPORATION and
   GATEWAY, INC.
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

| | |
|---|---|
| 13  ACER, INC., <br> ACER AMERICA CORPORATION and <br> 14  GATEWAY, INC., <br> 15         Plaintiffs, <br> 16     v. <br> 17  TECHNOLOGY PROPERTIES <br> LIMITED, PATRIOT SCIENTIFIC <br> 18  CORPORATION, and ALLIACENSE <br> LIMITED, <br> 19         Defendants. | Case No. C 08-00877 JF <br><br> **CERTIFICATE OF SERVICE** |
| 20  HTC CORPORATION and <br> HTC AMERICA, INC., <br> 21 <br> 22         Plaintiffs, <br> 23     v. <br> 24  TECHNOLOGY PROPERTIES <br> LIMITED, PATRIOT SCIENTIFIC <br> 25  CORPORATION, and ALLIACENSE <br> LIMITED, <br> 26         Defendants. | Case No. C 08-00882 JL |

27

28

| | | |
|---|---|---|
| 1 | ASUSTEK COMPUTER, INC. and | |
| 2 | ASUS COMPUTER INTERNATIONAL, | Case No. C 08-00884 EMC |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | TECHNOLOGY PROPERTIES | |
| 6 | LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO | |
| 7 | LLC and ALLIACENSE LIMITED, | |
| 8 | Defendants. | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, CA 94306. On April 3, 2008, I served the foregoing documents: (1) Plaintiffs' Civil L.R. 3-12 Administrative Motion To Consider Whether Cases Should Be Related; (2) Declaration Of Mark R. Weinstein Re Administrative Motion To Consider Whether Cases Should Be Related; And (3) [Proposed] Order Re Administrative Motion To Consider Whether Cases Should Be Related on the interested parties in this action:

Ronald F. Lopez, Esq.
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
rlopez@thelen.com

Robert E. Krebs, Esq.
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
rkrebs@thelen.com

Charles T. Hoge, Esq.
Kirby, Noonan, Lance and Hoge
350 – 10th Avenue, Suite 1300
San Diego, CA  92101
choge@knlh.com

[ X ]    ELECTRONICALLY: I sent .pdf copies of the aforementioned documents via e-mail to the e-mail addresses listed above.

[ X ]    BY MAIL: On April 4, 2008, I placed true and correct copies of the documents in sealed envelopes addressed to the above parties. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

//

//

//

-1-

1 |       I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 4, 2008 at Palo Alto, California.

                                                              *Michael T. Kenny* (signature)

                                                             Michael T. Kenny