WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Plaintiffs
ACER, INC., ACER AMERICA CORPORATION
and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. C 08 00877 JF <br><br> **CERTIFICATE OF SERVICE** |

| Attorney or Party without Attorney:<br>WILLIAM SLOAN COATS<br>WHITE & CASE LLP<br>3000 EL CAMINO REAL<br>5 PALO ALTO SQUARE, 9th FLOOR<br>Palo Alto, CA 94306<br>Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>1632596.0002 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC. |
|---|
| Defendant: Technology Properties Limited, A Patriot Scientific Corporation An Alliacense Limited |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800877HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Magistrate Judge Howard L. Lloyd's Standing Order Re: Case Management And Discovery Disputes;forms: (A) Consent To Proceed Before A United States Magistrate Judge;(B) Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;standing Order For All Judges Of The Northern District Of California- Contents Of Joint Case Management Statement;staning Order Regarding Case Management In Civil Cases;guidelines And Courtroom Schedules: U.S. District Court, Northern District Of California, San Jose Division;handouts From San Jose Division: A. General Oder No. 40 - Prohibition Of Bias, B. Ecf Registration Information Handout, C. General Order No. 45 - Electronic Case Filing,D. Notice Of Electronic Availability Of Case File Information, E. General Order No. 53 - Privacy,F. Notice Of Lawsuit And Request For Waiver Of Services Of Summons,G. Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5), H. Form: Adr Certification By Parties And Counsel, I. Form: Stipulation And [Proposed] Order Selecting Adr Process,J. Form: Notice Of Need For Adr Phone Conference, K. Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties;declination To Procees Before A Magistrate Judge And Request For Reassignment To A United States District Judge;reassignment Order, Dated March 20, 2008 [Case Assigned To Hon. Jeremy Fogel]

3. a. Party served: TECHNOLOGY PROPERTIES LIMITED
   b. Person served: MARGARET WILSON, AGENT FOR SERVICE.

4. Address where the party was served: 818 WEST 7th STREET
   SUITE 200
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 02, 2008 (2) at: 2:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS FORREST     d. *The Fee for Service was:*

   BEVERLY HILLS EXPRESS
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Apr. 02, 2008

   (DOUGLAS FORREST)

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL | 644541.whitewsc.2770 |
|---|---|---|