WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Plaintiffs
ACER, INC., ACER AMERICA CORPORATION
and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. C 08 00877 JF <br><br> **CERTIFICATE OF SERVICE** |

| Attorney or Party without Attorney:<br>WILLIAM SLOAN COATS<br>WHITE & CASE LLP<br>3000 EL CAMINO REAL<br>5 PALO ALTO SQUARE, 9th FLOOR<br>Palo Alto, CA 94306<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>1632596.0002 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC. | | | | |
| Defendant: Technology Properties Limited, A Patriot Scientific Corporation An Alliacense Limited | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800877HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Magistrate Judge Howard L. Lloyd's Standing Order Re: Case Management And Discovery Disputes;forms: (A) Consent To Proceed Before A United States Magistrate Judge;(B) Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;standing Order For All Judges Of The Northern District Of California- Contents Of Joint Case Management Statement;staning Order Regarding Case Management In Civil Cases;guidelines And Courtroom Schedules: U.S. District Court, Northern District Of California, San Jose Division;handouts From San Jose Division: A. General Oder No. 40 - Prohibition Of Bias, B. Ecf Registration Information Handout, C. General Order No. 45 - Electronic Case Filing,D. Notice Of Electronic Availability Of Case File Information, E. General Order No. 53 - Privacy,F. Notice Of Lawsuit And Request For Waiver Of Services Of Summons,G. Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5), H. Form: Adr Certification By Parties And Counsel, I. Form: Stipulation And [Proposed] Order Selecting Adr Process,J. Form: Notice Of Need For Adr Phone Conference, K. Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties;declination To Procees Before A Magistrate Judge And Request For Reassignment To A United States District Judge;reassignment Order, Dated March 20, 2008 [Case Assigned To Hon. Jeremy Fogel]

3. a. Party served: ALLIACENSE LIMITED
   b. Person served: MARGARET WILSON, AGENT FOR SERVICE.

4. Address where the party was served: 818 WEST 7th STREET
   SUITE 200
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 02, 2008 (2) at: 2:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS FORREST                                 d. *The Fee for Service was:*

   **BEVERLY HILLS EXPRESS**                          e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272                      (i) Independent Contractor
   LOS ANGELES, CA 90071                                  (ii) Registration No.:    5141
   (213) 346-1000, FAX (213) 346-1010                     (iii) County:              Los Angeles
   BEVERLYHILLSEXPRESS.COM

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Wed, Apr. 02, 2008

   Judicial Council Form POS-010          PROOF OF SERVICE          (DOUGLAS FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL                          644540.whitewsc.2771