# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

FILED

ACER, INC., ACER AMERICA CORPORATION and
GATEWAY, INC.

V.

TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ADR

C 08 00877 HRL

TO: (Name and address of defendant)
Technology Properties Limited
20440 Stevens Creek Boulevard, 5th Floor
Cupertino, CA 95014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
William Sloan Coats
Kyle D. Chen
White & Case LLP
3000 El Camino Real, 5 Palo Alto Sq., 9th Fl.
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

FEB - 8 2008
DATE

American LegalNet, Inc.
www.USCourtForms.com

| Attorney or Party without Attorney: |  |  | For Court Use Only |
|---|---|---|---|
| WILLIAM SLOAN COATS<br>WHITE & CASE LLP<br>3000 EL CAMINO REAL<br>5 PALO ALTO SQUARE, 9th FLOOR<br>Palo Alto, CA 94306<br>Telephone No: |  |  |  |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>1632596.0002 |  |  |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC.
Defendant: Technology Properties Limited, A Patriot Scientific Corporation An Alliacense Limited

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800877HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Magistrate Judge Howard L. Lloyd's Standing Order Re: Case Management And Discovery Disputes;forms: (A) Consent To Proceed Before A United States Magistrate Judge;(B) Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;standing Order For All Judges Of The Northern District Of California- Contents Of Joint Case Management Statement;staning Order Regarding Case Management In Civil Cases;guidelines And Courtroom Schedules: U.S. District Court, Northern District Of California, San Jose Division;handouts From San Jose Division: A. General Oder No. 40 - Prohibition Of Bias, B. Ecf Registration Information Handout, C. General Order No. 45 - Electronic Case Filing,D. Notice Of Electronic Availability Of Case File Information, E. General Order No. 53 - Privacy,F. Notice Of Lawsuit And Request For Waiver Of Services Of Summons,G. Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5), H. Form: Adr Certification By Parties And Counsel, I. Form: Stipulation And [Proposed] Order Selecting Adr Process,J. Form: Notice Of Need For Adr Phone Conference, K. Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties;declination To Procees Before A Magistrate Judge And Request For Reassignment To A United States District Judge;reassignment Order, Dated March 20, 2008 [Case Assigned To Hon. Jeremy Fogel]

3. a. Party served:  TECHNOLOGY PROPERTIES LIMITED
   b. Person served: MARGARET WILSON, AGENT FOR SERVICE.

4. Address where the party was served: 818 WEST 7th STREET
   SUITE 200
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 02, 2008 (2) at: 2:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. DOUGLAS FORREST
   
   
   BEVERLY HILLS EXPRESS
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Wed, Apr. 02, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL


(DOUGLAS FORREST)
644541.whitewsc.2770