WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Plaintiffs
ACER, INC., ACER AMERICA
CORPORATION and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.  C 08 00877 JF<br><br>**CERTIFICATION OF INTERESTED ENTITIES**<br><br>**F.R.C.P. 7.1; Civil Local Rule 3-16** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Plaintiffs Acer, Inc., Acer America Corporation and Gateway, Inc. certify the following:

Plaintiff Acer, Inc. is a Taiwanese publicly held company. No publicly held corporation owns 10% or more of Acer, Inc.'s stock.

Plaintiff Acer America Corp. (a California corporation) is a wholly-owned subsidiary of Boardwalk Capital Holding, Ltd. (a British Virginia Islands company), which is a wholly-owned subsidiary of Acer, Inc. Hence, Acer, Inc. indirectly owns 100% of the shares of Acer America Corp.

Plaintiff Gateway, Inc. (a Delaware corporation) is a wholly-owned subsidiary of Acer American Holdings Corporation (a Delaware corporation), which is a wholly-owned subsidiary of Boardwalk Capital Holding, Ltd. (a British Virginia Islands company), which is a wholly-owned subsidiary of Acer, Inc. Hence, Acer, Inc. indirectly owns 100% of the shares of Gateway, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 23, 2008                    WHITE & CASE LLP


                                         By: /s/ Kyle D. Chen

                                         Attorneys for Plaintiff
                                         ACER, INC., ACER AMERICA
                                         CORPORATION and GATEWAY, INC.

-1-

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, CA 94306. On April 23, 2008, I served the foregoing document:

CERTIFICATION OF INTERESTED PARTIES

by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

Technology Properties Limited
Alliacense Limited
c/o C T Corporation
818 W. 7th Street
Los Angeles, CA 90017

Jim Turley, President
Patriot Scientific Corporation
6183 Paseo Del Norte, Suite 180
Carlsbad, CA 92011

MCM Portfolio LLC
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

[ X ]  BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 23, 2008 at Palo Alto, California.

_____
Michael T. Kenny

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, CA 94306. On April 23, 2008, I served the foregoing document: CERTIFICATION OF INTERESTED PARTIES on the interested parties in this action:

Ronald F. Lopez, Esq.
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
rlopez@thelen.com

Robert E. Krebs, Esq.
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
rkrebs@thelen.com

Charles T. Hoge, Esq.
Kirby, Noonan, Lance and Hoge
350 – 10th Avenue, Suite 1300
San Diego, CA 92101
choge@knlh.com

[ X ]   ELECTRONICALLY: I sent .pdf copies of the aforementioned documents via e-mail to the e-mail addresses listed above.

[ X ]   BY MAIL: On April 23, 2008, I placed true and correct copies of the documents in sealed envelopes addressed to the above parties. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 23, 2008 at Palo Alto, California.

_____
Michael T. Kenny