# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Acer, Inc.,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Technology Properties Limited,<br><br>                Defendant(s). | 08-00877 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
08-00877 JF                                    -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 16, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-00877 JF                                                    -2-

PROOF OF SERVICE

Case Name:       Acer, Inc. v. Technology Properties Limited

Case Number:     08-00877 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Samuel Citron O'Rourke
> White & Case LLP
> 3000 El Camino Real
> 5 Palo Alto Square
> 9th Floor
> Palo Alto, CA 94306
> sorourke@whitecase.com
>
> Kyle Dakai Chen
> White & Case LLP
> 3000 El Camino Real
> 5 Palo Alto Square, 9th Fl
> Palo Alto, CA 94306
> kchen@whitecase.com
>
> William Sloan Coats III
> White & Case LLP
> 3000 El Camino Real
> 5 Palo Alto Square, 10th Floor
> Palo Alto, CA 94306
> wcoats@whitecase.com

Mark R. Weinstein
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, Ninth Floor
Palo Alto, CA 94306
mweinstein@whitecase.com

John L. Cooper
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
jcooper@fbm.com

Patriot Scientific Corporation
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by: Timothy J. Smagacz

        *Timothy Smagacz*
        ―――――――――――――――――
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov