TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
  timothy.walker@klgates.com
  harold.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiffs

ACER INC.
ACER AMERICA CORPORATION and
GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Acer Inc., Acer America Corporation, and Gateway Inc.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited,<br><br>    Defendants. | Case No. 08-00877 JF<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE AND NOTICE IS HEREBY GIVEN that Kirkpatrick & Lockhart Preston Gates Ellis LLP, by and through its attorneys, Timothy Walker and Harold H. Davis, will be appearing as counsel of record for Plaintiffs Acer Inc., Acer America Corporation, and Gateway, Inc. in the above-captioned matter.

Please direct any and all pleadings and correspondence regarding this action and the above-referenced Plaintiffs to:

>     Timothy P. Walker, PhD (State Bar No. 105001)
>     Harold H. Davis, Jr. (State Bar No.  235552)
>     timothy.walker@klgates.com
>     harold.davis@klgates.com
>     **KIRKPATRICK & LOCKHART**
>     **PRESTON GATES ELLIS LLP**
>     55 Second Street, Suite 1700
>     San Francisco, CA 94105
>     Telephone: (415) 882-8200
>     Facsimile:  (415) 882-8220

Dated:  May 16, 2008                    K&L GATES


By:    /s/ Harold H. Davis /s/
       Harold H. Davis

       Attorneys for Acer Inc., Acer America Corporation, and Gateway, Inc.

NOTICE OF ATTORNEY APPEARANCE                                    PRINTED ON RECYCLED PAPER
Case No.  08-00877 JF