| | |
|---|---|
| John L. Cooper (State Bar No. 050324)<br>jcooper@fbm.com<br>Jeffrey M. Fisher (State Bar No. 155284)<br>jfisher@fbm.com<br>Helen E. Dutton (State Bar No. 235558)<br>hdutton@fbm.com<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Attorneys for Defendants<br>TECHNOLOGY PROPERTIES LIMITED<br>and ALLIACENSE LIMITED | Timothy P. Walker (State Bar No. 105001)<br>timothy.walker@klgates.com<br>Harold H. Davis, Jr. (State Bar No. 235552)<br>harold.davis@klgates.com<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>55 Second St., Suite 1700<br>San Francisco, CA 94105<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC. |

Charles T. Hoge, Esq. (State Bar No. 110696)
choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA  92101
Telephone:  (619) 231-8666
Facsimile:  (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>        Plaintiffs,<br>  v.<br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>        Defendants. | Case No.  5:08-cv-00877 JF<br><br>**STIPULATION REGARDING STAY OF DISCOVERY AND DEFERRAL OF CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF <u>MOTION TO DISMISS</u>** |

WHEREAS, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc. (collectively, "Plaintiffs") filed a complaint against Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants") for declaratory judgment of patent noninfringement and invalidity of U.S. Letters

Patent Nos. 5,809,336 ("the '336 patent"), 5,784,584 ("the '584 patent"), 5,440,749 ("the '749 patent");

WHEREAS, Defendants TPL and Patriot filed complaints for patent infringement as to these three patents and U.S. Letters Patent No. 6,598,148 ("the '148 patent") in the Eastern District of Texas, Case Nos. 2-08cv-173 and 2-08cv-176 (TJW);

WHEREAS, Defendants filed a motion to dismiss or in the alternative to transfer the action to the Eastern District of Texas, which is noticed for hearing for August 1, 2008;

WHEREAS, the parties' Case Management Conference is scheduled for May 30, 2008; and

WHEREAS, the parties agree that discovery obligations should be stayed and the Case Management Conference and all related obligations stemming therefrom should be deferred until after this Court rules upon Defendants' motion to dismiss;

IT IS HEREBY STIPULATED THAT:

(1)   Discovery is hereby stayed; and

(2)   The May 30, 2008 Case Management Conference and all related obligations stemming therefrom are hereby deferred until the Court rules upon Defendants' motion to dismiss.

Dated: May 20, 2008                                         K&L GATES


                                                            By:   /s/ Harold H. Davis
                                                                  Harold H. Davis

                                                            Attorneys for Plaintiffs ACER, INC.,
                                                            ACER AMERICA CORPORATION and
                                                            GATEWAY, INC.


*[SIGNATURES CONTINUED ON NEXT PAGE]*

| | |
|---|---|
| Dated: May 20, 2008 | FARELLA BRAUN & MARTEL LLP |
| | By: /s/ John L. Cooper<br>John L. Cooper |
| | Attorneys for Defendants<br>TECHNOLOGY PROPERTIES LIMITED<br>and ALLIACENSE LIMITED |
| Dated: May 20, 2008 | KIRBY NOONAN LANCE & HOGE, LLP |
| | By: /s/ Charles T. Hoge<br>Charles T. Hoge |
| | Attorneys for Defendants<br>PATRIOT SCIENTIFIC CORPORATION |

PURSUANT TO STIPULATION IT IS SO ORDERED:

Case Management Conference is rescheduled for July 18, 2008 at 10:30.

Dated: __5/22/08_____

_____
The Honorable Jeremy Fogel
United States District Court Judge