ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

May 27, 2008

Samuel Citron O'Rourke
White & Case LLP
3000 El Camino Real
5 Palo Alto Square
9th Floor
Palo Alto, CA 94306
650.213-0332

John L. Cooper
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
415/954-4400

Re:   Acer, Inc. v. Technology Properties Limited
      Case No. C 08-00877 JF MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of our ADR Staff Attorneys, to discuss the Mediation referral. We would like to schedule this for **Wednesday, June 4, 2008 at 10:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator