1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
3  Helen E. Dutton (State Bar No. 235558)
   hdutton@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED
8  and ALLIACENSE LIMITED

   Timothy P. Walker (State Bar No. 105001)
   timothy.walker@klgates.com
   Harold H. Davis, Jr. (State Bar No. 235552)
   harold.davis@klgates.com
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
   55 Second St., Suite 1700
   San Francisco, CA 94105
   Telephone: (415) 882-8200
   Facsimile: (415) 882-8220

   Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.

9  Charles T. Hoge, Esq. (State Bar No. 110696)
   choge@knlh.com
10 Kirby Noonan Lance & Hoge
   35 Tenth Avenue
11 San Diego, CA  92101
   Telephone:  (619) 231-8666
12 Facsimile:  (619) 231-9593

13 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.  5:08-cv-00877 JF <br><br> **STIPULATION REGARDING DEFERRAL OF CASE MANAGEMENT CONFERENCE UNTIL AUGUST 1, 2008** |

WHEREAS, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc. (collectively, "Plaintiffs") filed a complaint against Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants") for declaratory judgment of patent noninfringement and invalidity of U.S. Letters

Patent Nos. 5,809,336 ("the '336 patent"), 5,784,584 ("the '584 patent"), 5,440,749 ("the '749 patent");

WHEREAS, Defendants TPL and Patriot filed complaints for patent infringement as to these three patents and U.S. Letters Patent No. 6,598,148 ("the '148 patent") in the Eastern District of Texas, Case Nos. 2-08cv-173 and 2-08cv-176 (TJW);

WHEREAS, Defendants filed a motion to dismiss or in the alternative to transfer the action to the Eastern District of Texas, which is noticed for hearing for August 1, 2008;

WHEREAS, the parties' Case Management Conference was scheduled for May 30, 2008;

WHEREAS, on May 20, 2008, the parties agreed to defer discovery and the Case Management Conference;

WHEREAS, on May 22, 2008, the Court entered the parties' proposed order deferring discovery and setting the Case Management Conference on July 18, 2008;

WHEREAS, on May 23, 2008, the Court entered an order in related case numbers 5:08-cv-00882 and 5:08-cv-00884, scheduling the Case Management Conferences in those actions for August 1, 2008; and

WHEREAS, the parties agree that judicial economy would be best served by conducting all three related Case Management Conferences on the same day;

IT IS HEREBY STIPULATED THAT:

(1)    The July 18, 2008 Case Management Conference is hereby deferred to August 1, 2008 at 10:30 a.m.

Dated: June 2, 2008

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:_____/s/ Timothy P. Walker_____
       Timothy P. Walker

Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.

*[SIGNATURES CONTINUED ON NEXT PAGE]*

| | | |
|---|---|---|
| 1 | Dated: June 2, 2008 | FARELLA BRAUN & MARTEL LLP |
| 3 | | By: _____/s/ John L. Cooper_____ |
| | | John L. Cooper |
| 5 | | Attorneys for Defendants |
| | | TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED |
| 8 | Dated: June 2, 2008 | KIRBY NOONAN LANCE & HOGE, LLP |
| 10 | | By: _____/s/ Charles T. Hoge_____ |
| | | Charles T. Hoge |
| 12 | | Attorneys for Defendants |
| | | PATRIOT SCIENTIFIC CORPORATION |

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Court Judge