| | |
|---|---|
| John L. Cooper (State Bar No. 050324)<br>jcooper@fbm.com<br>Jeffrey M. Fisher (State Bar No. 155284)<br>jfisher@fbm.com<br>Helen E. Dutton (State Bar No. 235558)<br>hdutton@fbm.com<br>**Farella Braun & Martel LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendants<br>TECHNOLOGY PROPERTIES LIMITED<br>and ALLIACENSE LIMITED | Timothy P. Walker (State Bar No. 105001)<br>timothy.walker@klgates.com<br>Harold H. Davis, Jr. (State Bar No. 235552)<br>harold.davis@klgates.com<br>**Kirkpatrick & Lockhart Preston Gates Ellis LLP**<br>55 Second St., Suite 1700<br>San Francisco, CA 94105<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC. |

Charles T. Hoge, Esq. (State Bar No. 110696)
choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>            Defendants. | Case No. 5:08-cv-00877 JF<br><br>**STIPULATION REGARDING EXTENSION OF MEDIATION DEADLINE UNTIL <u>OCTOBER 20, 2008</u>** |

WHEREAS, on May 12, 2008, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc. (collectively, "Plaintiffs") and Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants") stipulated to mediation as the ADR process in the above-captioned action;

WHEREAS, on May 23, 2008, the Court entered the parties' proposed order to mediate within 90 days of entry of the order, *i.e.*, a deadline to mediate by August 21, 2008;

WHEREAS, the parties agree that it would be beneficial to conduct a mediation after the August 21, 2008 deadline;

IT IS HEREBY STIPULATED THAT:

(1)    The August 21, 2008 mediation deadline is hereby extended an additional 60 days to October 20, 2008.

Dated: June 10, 2008                    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: _____/s/ Timothy P. Walker_____
Timothy P. Walker

Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.

Dated: June 10, 2008                    FARELLA BRAUN & MARTEL LLP

By: _____/s/ John L. Cooper_____
John L. Cooper

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED

Dated: June 10, 2008                    KIRBY NOONAN LANCE & HOGE, LLP

By: _____/s/ Charles T. Hoge_____
Charles T. Hoge

Attorneys for Defendants
PATRIOT SCIENTIFIC CORPORATION

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Court Judge