John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Helen E. Dutton (State Bar No. 235558)
hdutton@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Charles T. Hoge, Esq. (State Bar No. 110696)
choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

Timothy P. Walker (State Bar No. 105001)
timothy.walker@klgates.com
Harold H. Davis, Jr. (State Bar No. 235552)
harold.davis@klgates.com
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
55 Second St., Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiffs ACER, INC., ACER
AMERICA CORPORATION and
GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00877 JF <br><br> **STIPULATION REGARDING DEFERRAL OF CASE MANAGEMENT CONFERENCE UNTIL AUGUST 1, 2008** |

WHEREAS, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc.

(collectively, "Plaintiffs") filed a complaint against Defendants Technology Properties Limited

("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively,

"Defendants") for declaratory judgment of patent noninfringement and invalidity of U.S. Letters

1    Patent Nos. 5,809,336 ("the '336 patent"), 5,784,584 ("the '584 patent"), 5,440,749 ("the '749

2    patent");

3         WHEREAS, Defendants TPL and Patriot filed complaints for patent infringement as to

4    these three patents and U.S. Letters Patent No. 6,598,148 ("the '148 patent") in the Eastern

5    District of Texas, Case Nos. 2-08cv-173 and 2-08cv-176 (TJW);

6         WHEREAS, Defendants filed a motion to dismiss or in the alternative to transfer the

7    action to the Eastern District of Texas, which is noticed for hearing for August 1, 2008;

8         WHEREAS, the parties' Case Management Conference was scheduled for May 30, 2008;

9         WHEREAS, on May 20, 2008, the parties agreed to defer discovery and the Case

10   Management Conference;

11        WHEREAS, on May 22, 2008, the Court entered the parties' proposed order deferring

12   discovery and setting the Case Management Conference on July 18, 2008;

13        WHEREAS, on May 23, 2008, the Court entered an order in related case numbers 5:08-

14   cv-00882 and 5:08-cv-00884, scheduling the Case Management Conferences in those actions for

15   August 1, 2008; and

16        WHEREAS, the parties agree that judicial economy would be best served by conducting

17   all three related Case Management Conferences on the same day;

18        IT IS HEREBY STIPULATED THAT:

19        (1)    The July 18, 2008 Case Management Conference is hereby deferred to August 1,

20   2008 at 10:30 a.m.

21   Dated: June 2, 2008                         KIRKPATRICK & LOCKHART PRESTON
                                                 GATES ELLIS LLP
22

23

24                                          By:_____/s/ Timothy P. Walker_____
                                                 Timothy P. Walker
25
                                            Attorneys for Plaintiffs ACER, INC.,
26                                          ACER AMERICA CORPORATION and
                                            GATEWAY, INC.
27

28                       *[SIGNATURES CONTINUED ON NEXT PAGE]*

1

Dated: June 2, 2008                          FARELLA BRAUN & MARTEL LLP

2

3                                            By:_____/s/ John L. Cooper_____
                                                 John L. Cooper
4
                                             Attorneys for Defendants
5                                            TECHNOLOGY PROPERTIES LIMITED
                                             and ALLIACENSE LIMITED
6

7

8   Dated: June 2, 2008                          KIRBY NOONAN LANCE & HOGE, LLP

9

10                                           By:_____/s/ Charles T. Hoge_____
                                                 Charles T. Hoge
11
                                             Attorneys for Defendants
12                                           PATRIOT SCIENTIFIC CORPORATION

13  PURSUANT TO STIPULATION IT IS SO ORDERED:

14                    6/12/08
    Dated: _____
15

16

17  _____
    The Honorable Jeremy Fogel
18  United States District Court Judge

19

20

21

22

23

24

25

26

27

28