| | |
|---|---|
| John L. Cooper (State Bar No. 050324)<br>jcooper@fbm.com<br>Jeffrey M. Fisher (State Bar No. 155284)<br>jfisher@fbm.com<br>Helen E. Dutton (State Bar No. 235558)<br>hdutton@fbm.com<br>**Farella Braun & Martel LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Attorneys for Defendants<br>TECHNOLOGY PROPERTIES LIMITED<br>and ALLIACENSE LIMITED | Timothy P. Walker (State Bar No. 105001)<br>timothy.walker@klgates.com<br>Harold H. Davis, Jr. (State Bar No. 235552)<br>harold.davis@klgates.com<br>**Kirkpatrick & Lockhart Preston Gates Ellis LLP**<br>55 Second St., Suite 1700<br>San Francisco, CA 94105<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC. |

Charles T. Hoge, Esq. (State Bar No. 110696)
choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA  92101
Telephone:  (619) 231-8666
Facsimile:  (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>         Plaintiffs,<br><br>  v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>         Defendants. | Case No.  5:08-cv-00877 JF<br><br>**STIPULATION REGARDING EXTENSION OF MEDIATION DEADLINE UNTIL OCTOBER 20, 2008** |

WHEREAS, on May 12, 2008, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc. (collectively, "Plaintiffs") and Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants") stipulated to mediation as the ADR process in the above-captioned action;

1  WHEREAS, on May 23, 2008, the Court entered the parties' proposed order to mediate
2  within 90 days of entry of the order, *i.e.*, a deadline to mediate by August 21, 2008;

3  WHEREAS, the parties agree that it would be beneficial to conduct a mediation after the
4  August 21, 2008 deadline;

5  IT IS HEREBY STIPULATED THAT:

6  (1)  The August 21, 2008 mediation deadline is hereby extended an additional 60 days
7  to October 20, 2008.

8

9  Dated: June 10, 2008                              KIRKPATRICK & LOCKHART PRESTON
                                                     GATES ELLIS LLP
10

11                                                   By:    /s/ Timothy P. Walker
                                                             Timothy P. Walker
12
                                                     Attorneys for Plaintiffs ACER, INC.,
                                                     ACER AMERICA CORPORATION and
13                                                   GATEWAY, INC.

14 Dated: June 10, 2008                              FARELLA BRAUN & MARTEL LLP

15
                                                     By:    /s/ John L. Cooper
16                                                           John L. Cooper

17                                                   Attorneys for Defendants
                                                     TECHNOLOGY PROPERTIES LIMITED
18                                                   and ALLIACENSE LIMITED

19 Dated: June 10, 2008                              KIRBY NOONAN LANCE & HOGE, LLP

20
                                                     By:    /s/ Charles T. Hoge
21                                                           Charles T. Hoge

22                                                   Attorneys for Defendants
                                                     PATRIOT SCIENTIFIC CORPORATION

23

24 PURSUANT TO STIPULATION IT IS SO ORDERED:

25 Dated: __6/18/08_____

26

27                                                   _____
                                                     The Honorable Jeremy Fogel
28                                                   United States District Court Judge