Timothy P. Walker (State Bar No. 105001)
timothy.walker@klgates.com
Harold H. Davis, Jr. (State Bar No. 235552)
harold.davis@klgates.com
**K&L GATES LLP**
55 Second St., Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00877 JF <br><br> **DECLARATION OF JAS S. DHILLON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Jas S. Dhillon, do hereby declare as follows:

1.  I am an attorney duly licensed to practice before the courts in the State of California, am admitted to this Court, and am a member of the law firm of K&L Gates LLP, attorneys of record herein for Plaintiffs Acer Inc., Acer America Corporation, and Gateway Inc. I am personally familiar with the facts set forth herein and could and would competently testify to them if required to do so. I am submitting this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss.

2.  Attached as Exhibit 1 to this declaration is a true and correct copy of three websites printouts from the California Secretary of State listing each defendant's corporate headquarters in the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of July, 2008, at San Francisco, California.

*/s/ Jas S. Dhillon*
Jas S. Dhillon



**DISCLAIMER:** The information displayed here is current as of JUL 04, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED |||
| **Number:** C1516243 | **Date Filed:** 11/16/1990 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 20400 STEVENS CREEK BLVD FIFTH FL |||
| CUPERTINO, CA 95014 |||
| Agent for Service of Process |||
| C T CORPORATION SYSTEM |||
| 818 WEST SEVENTH ST |||
| LOS ANGELES, CA 90017 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



DISCLAIMER: The information displayed here is current as of JUL 04, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| PATRIOT SCIENTIFIC CORPORATION |||
| Number: C1973323 | Date Filed: 6/28/1996 | Status: active |
| Jurisdiction: DELAWARE |||
| Address |||
| 6183 PASEO DEL NORTE STE 180 |||
| CARLSBAD, CA 92011 |||
| Agent for Service of Process |||
| DAVID H POHL |||
| 6183 PASEO DEL NORTE STE 180 |||
| CARLSBAD, CA 92011 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



DISCLAIMER: The information displayed here is current as of JUL 04, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ALLIACENSE LIMITED | | |
| Number: C2810516 | Date Filed: 11/16/2005 | Status: active |
| Jurisdiction: NEVADA | | |
| Address | | |
| THE TPL GROUP | | |
| 10080 N. WOLFE ROAD, SUITE SW3-190 | | |
| CUPERTINO, CA 95014 | | |
| Agent for Service of Process | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.