Timothy P. Walker (State Bar No. 105001)
timothy.walker@klgates.com
Harold H. Davis, Jr. (State Bar No. 235552)
harold.davis@klgates.com
**K&L GATES LLP**
55 Second St., Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 JF<br><br>**DECLARATION OF ACER INC. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, BJ Lin declare:

1. I am employed by Acer Inc. as Deputy General Counsel of Legal Unit. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to them.

2. I have been employed by Acer Inc. since 2004

3. Acer Inc. is a Taiwan-based multinational electronics company. Acer Inc. is one of the largest computer companies in the world and sells products including desktop and notebook computers, servers and storage, displays, peripherals, and e-business services for business, government, education, and home users.

4. Acer Inc. is a parent corporation of Acer America Corporation ("AAC"). All of Acer Inc.'s business in the United States is conducted with AAC.

    5.    Acer received a letter from Alliacense Limited dated July 15th 2005. In the letter, Alliacense claimed that it owned Moore Microprocessor Patent ("MMP") Portfolio, which consists patents of US 5,440,749, US 5,530,890, US 5,604,915, US 5,659,703, US 5,784,584, US 5,809,336, US 6,598,148, European Counterparts and Japanese Counterparts and alleged that Acer was infringing those patents.

    6.    In an effort to informally resolve the issue between the parties, Acer representatives met with representatives for Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot Scientific"), and Alliacense (collectively "Defendants") approximately five times. Four of those meetings took place at Acer's offices in Taiwan, one meeting took place in Alliacense's offices in California.

    7.    During these meeting, Alliacense repeatedly threatened Plaintiffs with a patent infringement action if they did not enter into a royalty-bearing license with respect to the patens-in-suit.

    8.    On January 20, 2008, I met with Daniel Leckrone, President of Alliacense, and Mike Davis, Senior Vice President of Licensing for Alliacense to discuss the possibility of a license to cover both Acer and Gateway. At that meeting, Mr. Davis specifically threatened that unless Acer/Gateway license the patents, TPL and Alliacense would file a patent infringement lawsuit against Acer/Gateway.

    9.    Mr. Davis further threatened that TPL would seek injunctive relief to prevent Acer/Gateway from importing and/or selling products in the United States.

    10.    On February 6, 2008, Mr. Davis sent me an email, with a copy to Michael Barry, Associate General Counsel for Gateway. Mr. Davis stated that Alliacense was no longer willing to meet with the team that Acer had asked to conduct further negotiations. In urging another meeting with Lin, Mr. Davis threatened: "Please let me know if Acer still has an interest resolving this matter outside of court and if so, how you would like to proceed."

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed this 10th day of July, 2008, in Taipei, Taiwan.

_____
BJ Lin