```
Timothy P. Walker (State Bar No. 105001)
timothy.walker@klgates.com
Harold H. Davis, Jr. (State Bar No. 235552)
harold.davis@klgates.com
```
**K&L GATES LLP**
55 Second St., Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00877 JF <br><br> **DECLARATION OF MICHAEL FLANNERY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Michael Flannery declare:

1. I am employed by Gateway, Inc. ("Gateway"). My job title is Senior Director, Engineering. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to them.

2. I have been employed by Gateway since February 24, 1992. My job duties generally include managing an engineering team that is responsible for providing support to (1) Gateway's Legal Department on technical matters related to patents, (2) Gateway's development teams in the area of usability, and (3) Gateway's development and public relations teams in the area of product benchmark testing.

3. Gateway is headquartered in Irvine, California. Gateway is one of the largest and most well known U.S. computer hardware companies. Gateway develops, supports, and markets

1  a wide range of personal computers, computer monitors, and computer accessories. In addition to
2  having its headquarters in Irvine, Gateway transacts a significant amount of business within the
3  State of California.

4.  As part of my duties for Gateway, I am familiar with the discussions between Gateway and the Defendants. All discussions between Gateway and the Defendants took place in California.

5.  Beginning in 2004, Defendant Patriot Scientific Corporation, purportedly acting on behalf of the other Defendants, repeatedly demanded that Plaintiffs enter into a royalty-bearing license with respect to United States Patent Numbers 5,809,336; 5,784,584; and 5,440,749 (collectively "patents-in-suit") or face a lawsuit.

6.  Plaintiffs met in San Jose, California and Irvine, California with Defendants on numerous occasions between early 2006 and February 2008 to discuss a possible license. During these meeting, Defendants repeatedly threatened Plaintiffs with a patent infringement action if they did not enter into a royalty-bearing license with respect to the patens-in-suit.

7.  On February 8, 2008, Plaintiffs filed the current declaratory judgment action with this Court. A little more than two months later, Technology Properties Limited, Inc. and Patriot Scientific Corporation retaliated by filing a subsequent suit in the Eastern District of Texas.

8.  With the understanding that the Northern District of California was the most appropriate forum to adjudicate the current Declaratory Judgment Action, Gateway retained counsel based in the San Francisco Bay Area to file its Complaint.

9.  Nearly all of Gateway's documents relating to the negotiations between Gateway and Defendants are located in California. These documents are stored at Gateway's headquarters in Irvine, California.

10.  Nearly all Gateway employees who participated in the negotiations between Gateway and Defendants are resident to Gateway's headquarters in Irvine, California.

11.  Gateway's sales of goods and services to California customers have averaged approximately $34,794,348 per month for the past seventeen months. A significant portion of those sales are to customers located in northern California. Sales of the accused product are

included in these totals.

12. Gateway has multiple leases for real property throughout California, including one in the City of Pleasanton.

13. Gateway receives, stores, and ships its inventory from third-party warehouses located in California.

14. Gateway has approximately 193 employees located in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of July, 2008, in North Sioux City, South Dakota.

_____
MICHAEL FLANNERY