# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Acer, Inc.,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Technology Properties Limited,<br><br>             Defendant(s). | 08-00877 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jack Slobodin**
424 Ridge Gate Road
Orinda, CA 94563
510-847-9986
jlslobodin@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00877 JF MED                              - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: July 18, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

───────────────────────────
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00877 JF MED                  - 2 -