1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
3  Helen E. Dutton (State Bar No. 235558)
   hdutton@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED
8  and ALLIACENSE LIMITED

9  Charles T. Hoge, Esq. (State Bar No. 110696)
   choge@knlh.com
10 Kirby Noonan Lance & Hoge
   35 Tenth Avenue
11 San Diego, CA  92101
   Telephone:  (619) 231-8666
12 Facsimile:  (619) 231-9593

13 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN JOSE DIVISION
17

18
                                          Case No.  5:08-cv-00877 JF
19 ACER, INC., ACER AMERICA
   CORPORATION and GATEWAY, INC.,    **DECLARATION OF JEFFREY M. FISHER**
20                                    **IN SUPPORT OF DEFENDANTS' REPLY**
              Plaintiff,             **IN SUPPORT OF MOTION TO DISMISS**
21                                    **OR, IN THE ALTERNATIVE, TO**
           v.                        **TRANSFER VENUE; MEMORANDUM OF**
22                                    **POINTS AND AUTHORITIES IN**
   TECHNOLOGY PROPERTIES             **SUPPORT THEREOF**
23 LIMITED, PATRIOT SCIENTIFIC
   CORPORATION, and ALLIACENSE       Date:     August 1, 2008
24 LIMITED,                          Time:     9:00 a.m.
                                     Dept:     Courtroom 3, 5th Floor
25           Defendants.             Before:   Honorable Jeremy Fogel

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

1    I, Jeffrey M. Fisher, declare the following:

2    1.    I am an attorney licensed to practice law in the State of California and am a partner

3    with the firm of Farella Braun & Martel LLP, counsel for Defendants Technology Properties

4    Limited ("TPL") and Alliacense Limited in this action.  I have personal knowledge of the facts set

5    forth below and, if called upon to do so, could and would testify competently thereto.

6    2.    On April 25, 2008, TPL filed complaints in the Eastern District of Texas alleging

7    that Acer, Inc., Acer America Corporation and Gateway, Inc. (collectively "Acer") infringe

8    certain MMP patents.  These patents include U.S. Patent Nos. 5,809,336 ("the '336 patent"),

9    5,784,584 ("the '584 patent"), 5,440,749 ("the '749 patent"), and 6,598,148 ("the '148 patent").

10   Attached hereto as Exhibits A and B are true and correct copies of the complaints in these actions,

11   both of which have been assigned to Judge Ward.

12   3.    On June 4, 2008, TPL filed an additional complaint in the Eastern District of

13   Texas alleging that Acer infringes another MMP patent, U.S. Patent No. 5,530,890 ("the '890

14   patent").  Attached hereto as Exhibit C is a true and correct copy of the complaint in this action,

15   which has also been assigned to Judge Ward.

16   4.    On July 16, 2008, John Cooper and I participated in a meet and confer conference

17   with Acer's counsel (Mr. Davis) concerning the Joint Case Management Conference Statement to

18   be filed in connection with the Case Management Conference scheduled for August 1, 2008.

19   During the course of this meet and confer conference, Mr. Davis stated that Acer intends to

20   amend its complaint to add the '148 and '890 patents in this action.

21   5.    Attached hereto as Exhibit D is a true and correct copy of the docket for *Mosaid*

22   *Techs. Inc. v. Hynix Semiconductor Inc.*, Docket # 6:05-cv-00013-LED (E.D. Tex.)(Davis, J.)

23   6.    Attached hereto as Exhibit E is a true and correct copy of the docket for *Mosaid*

24   *Techs. Inc. v. Infineon Techs N. Am. Corp.*, Docket # 6:05-cv-00120-LED (E.D.Tex.) (Davis, J.)

25   7.    Attached hereto as Exhibit F is a true and correct copy of the docket for *Guardian*

26   *Media Techs. Ltd. v. LG Elecs. Inc.*, Docket # 2:07-cv-00692-R-RC (C.D.Cal.) (Manuel, J.)

27   8.    Attached hereto as Exhibit G is a true and correct copy of a chart showing the

28   MMP patents that are pending in the actions in the Northern District of California and Eastern

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JMF Decl ISO Mtn to Dismiss or to Transfer
Venue—Case No. C08 00877 JF

23129\1638500.1

1    District of Texas and the MMP patents that have already been litigated and construed by Judge

2    Ward in the Eastern District of Texas.

3        9.    Attached hereto as Exhibit H is a true and correct copy of the docket for *Acer Am.*

4    *Corp. v. Hon Hai Precision Indus. Co*., Docket # 2:07-cv-00181-TJW-CE (E.D.Tex.) (Ward, J.)

5        10.    Attached hereto as Exhibit I is a true and correct copy of the docket for *Acer, Inc.*

6    *v. Hewlett-Packard Co.*, Docket # 3:07-cv-00620-bbc (W.D. Wis.) (Crabb, J.)

7        I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed this 18th day of July, 2008, at San Francisco, California.

9

10

11                    /s/ Jeffrey M. Fisher

12                    Jeffrey M. Fisher

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JMF Decl ISO Mtn to Dismiss or to Transfer
Venue—Case No. C08 00877 JF            - 2 -                    23129\1638500.1

# EXHIBIT A

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

(1) TECHNOLOGY PROPERTIES
LIMITED and (2) PATRIOT SCIENTIFIC
CORPORATION,

        Plaintiffs,

vs.

(1) ACER, INC.
(2) ACER AMERICA CORPORATION
(3) GATEWAY, INC.

        Defendants.

CASE NO. **2 - 08 C V - 1 7 6**

**Jury Trial Demanded**

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiffs, Technology Properties Limited ("TPL") and Patriot Scientific Corporation ("Patriot"), (collectively "Plaintiffs"), allege the following in support of their Complaint for Patent Infringement and Demand for Jury Trial ("Complaint") against Defendants, Acer, Inc., ("Acer"), Acer America Corporation ("Acer America") and Gateway, Inc. ("Gateway").

### PARTIES

1     Plaintiff, Technology Properties Limited ("TPL") is a corporation duly organized and existing under the laws of the State of California and maintains its principal place of business in Cupertino, California.

2.    Plaintiff, Patriot Scientific Corporation ("Patriot") is a corporation duly organized and existing under the laws of the State of Delaware and maintains its principal place of business in Carlsbad, California.

1

3.    Upon information and belief, Defendant Acer, Inc. is a Taiwan corporation with its principal place of business in Taipei, Taiwan, R.O.C.

4.    Upon information and belief, Defendant Acer America Corporation is a California corporation with its principal place of business in San Jose, California.

5.    Upon information and belief, Defendant Gateway, Inc. is a Delaware corporation with its principal place of business in Irvine, California. Gateway is a wholly-owned subsidiary of Acer.

## JURISDICTION

6.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. §§ 101, *et seq.* and 271, *et seq.* This Court has personal jurisdiction over Defendants because they each infringe Plaintiffs' patents by offering on their websites infringing products to their users and/or customers who reside in, or may be found in, the Eastern District of Texas. Further, each Defendant has actually transacted business with users of their websites in the Eastern District of Texas.

## VENUE

7.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because Defendants have each committed acts of infringement in this district.

## GENERAL ALLEGATIONS

8.    On September 15, 1998, United States Patent No. 5,809,336 ('336 Patent") entitled "High Performance Microprocessor Having Variable Speed System Clock" was duly and legally issued. All rights and interest in the '336 Patent are co-owned by TPL and Patriot Scientific Corporation. TPL has the sole and exclusive right and obligation to license and

enforce the '336 Patent  A true and correct copy of the '336 Patent is attached hereto as Exhibit A.

9    On August 8, 1995, United States Patent No. 5,440,749 ('749 Patent") entitled "High Performance, Low Cost Microprocessor Architecture" was duly and legally issued  All rights and interest in the '749 Patent are co-owned by TPL and Patriot .  TPL has the sole and exclusive right and obligation to license and enforce the '749 Patent.  A true and correct copy of the '749 Patent is attached hereto as Exhibit B

10    On July 22, 2003, United States Patent No. 6,598,148 ('148 Patent") entitled "High Performance Microprocessor Having Variable Speed System Clock" was duly and legally issued.  All rights and interest in the '148 Patent are co-owned by TPL and Patriot   TPL has the sole and exclusive right and obligation to license and enforce the '148 Patent  A true and correct copy of the '148 Patent is attached hereto as Exhibit C

## COUNT 1

### (Patent Infringement Against Acer, Inc)

11    Paragraphs 1-10 of the Complaint set forth above are incorporated herein by reference.

12    Upon information and belief Defendant Acer has infringed and continues to infringe under 35 U S C  § 271 the '336 Patent, the '749 Patent, and the '148 Patent (collectively "the patents-in-suit).

13    Acer's acts of infringement have caused damage to Plaintiffs.  Under 35 U S C  § 284, Plaintiffs are entitled to recover from Acer the damages sustained by Plaintiffs as a result of its infringement of the patents-in-suit  Acer's infringement of Plaintiffs' exclusive rights under the patents-in-suit will continue to damage Plaintiffs' business, causing irreparable harm,

for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

14     Plaintiffs allege, on information and belief, that Acer's acts of infringement were willful and deliberate.

## COUNT 2

(Patent Infringement Against Acer America Corporation)

15     Paragraphs 1-10 of the Complaint set forth above are incorporated herein by reference.

16     Upon information and belief Defendant Acer America has infringed and continues to infringe under 35 U.S.C. § 271 the '336 Patent, the '749 Patent, and '148 Patent (collectively "the patents-in-suit).

17.     Acer America's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Acer America the damages sustained by Plaintiffs as a result of its infringement of the patents-in-suit. Acer America's infringement of Plaintiffs' exclusive rights under the patents-in-suit will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

18     Plaintiffs allege, on information and belief, that Acer America's acts of infringement were willful and deliberate.

## COUNT 3

(Patent Infringement Against Gateway, Inc.)

19.     Paragraphs 1-10 of the Complaint set forth above are incorporated herein by reference.

20.    Upon information and belief Defendant Gateway has infringed and continues to infringe under 35 U.S.C. § 271 the '336 Patent, the '749 Patent, and the '148 Patent (collectively, "the patents-in-suit).

21.    Gateway's acts of infringement have caused damage to Plaintiffs Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Gateway the damages sustained by Plaintiffs as a result of its infringement of the patents-in-suit Gateway's infringement of Plaintiffs' exclusive rights under the patents-in-suit will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

22.    Plaintiffs allege, on information and belief, that Gateway's acts of infringement were willful and deliberate.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendants as follows:

A.    For judgment that Defendants Acer, Inc, Acer America Corporation, and Gateway, Inc have infringed and continue to infringe the patents-in-suit;

B.    For permanent injunctions under 35 U.S.C § 283 against Defendants and their directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in concert, on behalf of, in joint venture, or in partnership with Defendants from further acts of infringement;

C.    For damages to be paid by Defendants adequate to compensate Plaintiffs for their infringement, including interests, costs and disbursements as the Court may deem appropriate under 35 U.S.C § 284;

D.  For judgment finding that Defendants' infringement was willful and deliberate, entitling Plaintiffs to increased damages under 35 U.S.C. § 284;

E.  For judgment finding this to be an exceptional case against Defendants and awarding Plaintiffs attorney fees under 35 U.S.C. § 285; and,

F.  For such other and further relief at law and in equity as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiffs hereby demand a jury trial on all issues triable by jury.

Dated:  April 25, 2008                   Respectfully submitted,


                           By: _____
                               S. Calvin Capshaw
                               State Bar No. 03783900
                               Email:  ccapshaw@capshawlaw.com
                               Elizabeth L. DeRieux
                               State Bar No. 05770585
                               Email:  ederieux@capshawlaw.com
                               Capshaw DeRieux, LLP
                               1127 Judson Road, Suite 220
                               Longview, TX 75601
                               Telephone:  (903) 236-9800
                               Facsimile:  (903) 236-8787

                               John L. Cooper
                               California Bar No. 50324
                               Email:  jcooper@fbm.com
                               Jeffrey M. Fisher
                               California Bar No. 155284
                               Email:  jfisher@fbm.com
                               Helen Dutton
                               California Bar No. 235558
                               hdutton@fbm.com

Farella Braun + Martel, LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

ATTORNEYS FOR PLAINTIFF
TECHNOLOGY PROPERTIES LIMITED


By: _Charles T Hoge_ _by permission_ _EJP_

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P C
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Charles T Hoge
California Bar No. 110696
Email: choge@knlh.com
Kirby Noonan Lance & Hoge, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

ATTORNEYS FOR PLAINTIFF
PATRIOT SCIENTIFIC CORPORATION

US005809336A

# United States Patent [19]

## Moore et al.

[11] **Patent Number:** 5,809,336

[45] **Date of Patent:** Sep. 15, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation** San Diego, Calif.

[21] Appl. No.: **484,918**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] **Int. Cl.⁶** ........................................... G06F 1/04
[52] **U.S. Cl.** ........................................... 395/845
[58] **Field of Search** ........................ 395/500, 551, 395/555, 845

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,967,104 | 6/1976 | Brantingham | 364/709.09 |
| 3,980,993 | 9/1976 | Bredart et al. | 395/550 |
| 4,003,028 | 1/1977 | Bennett et al. | 395/742 |
| 4,042,972 | 8/1977 | Gruner et al. | 395/389 |
| 4,050,096 | 9/1977 | Bennett | 395/494 |
| 4,112,490 | 9/1978 | Pohlman et al. | 395/287 |
| 4,315,308 | 2/1982 | Jackson | 395/853 |

| | | | |
|---|---|---|---|
| 4,338,675 | 7/1982 | Palmer | 364/748 |
| 4,398,265 | 8/1983 | Puhl et al. | 395/882 |
| 4,153,229 | 6/1984 | Schaire | 395/250 |
| 4,503,500 | 3/1985 | Magar | 395/800 |
| 4,539,655 | 9/1985 | Trussell et al. | 395/280 |
| 4,553,201 | 11/1985 | Pollack | 395/183.22 |
| 4,627,082 | 12/1986 | Pelgrom et al. | 377/63 |
| 4,670,837 | 6/1987 | Sheets | 395/550 |
| 4,680,698 | 7/1987 | Edwards et al. | 395/800 |
| 4,761,763 | 8/1988 | Hicks | 395/286 |
| 5,414,862 | 5/1995 | Suzuki et al. | 395/750 |

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57] **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.

**10 Claims, 19 Drawing Sheets**







*FIG._1*



**FIG._2**



FIG._3



*FIG._4*



**FIG._5**



**FIG._6**



**FIG._7**



*FIG._8*



*FIG.\_9*



*FIG._10*



FIG._11



*FIG._12*



*FIG._13*



*FIG._14*



*FIG._15*



**FIG._16**



**FIG._18**



*FIG._17*



*FIG._19*



**FIG._20**



*FIG.__21*



*FIG._22*



*FIG._23*

5,809,336

# 1

## HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 07/389,334 filed Aug. 3, 1989 now U.S. Pat. No. 5,440,749.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through computer simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

### SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

# 2

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control

5,809,336

3

the counter in response to an instruction utilizing a variable width operand. A means is connected to the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit, a memory, and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention a first register is connected to supply a first input to the arithmetic logic unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is

4

connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE" and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count. The polynomial to be generated results in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

5,809,336

5

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

DETAILED DESCRIPTION OF THE INVENTION

Overveiw

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of this microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller.

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is

6

that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 150 and control lines 152.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ⅓ the system cost of static RAM used in most RISC systems.

5,809,336

7

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50 there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

8

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic 266 provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC-DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 mega-

5,809,336

9

bit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V 4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

10

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution. Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:
CONTROL LINES
4—POWER/GROUND
1—CLOCK
32—DATA I/O
4—SYSTEM CONTROL
   EXTERNAL MEMORY FETCH
   EXTERNAL MEMORY FETCH AUTOINCREMENT X
   EXTERNAL MEMORY FETCH AUTOINCREMENT Y
   EXTERNAL MEMORY WRITE
   EXTERNAL MEMORY WRITE AUTOINCREMENT X
   EXTERNAL MEMORY WRITE AUTOINCREMENT Y
   EXTERNAL PROM FETCH
   LOAD ALL X REGISTERS
   LOAD ALL Y REGISTERS
   LOAD ALL PC REGISTERS
   EXCHANGE X AND Y
   INSTRUCTION FETCH
   ADD TO PC
   ADD TO X
   WRITE MAPPING REGISTER
   READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
X0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
Y0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each

5,809,336

11

expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore, the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays which can be accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the

12

limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor 310 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as

5,809,336

## 13

possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

Video output to a CRT

Multiprocessor serial communications

8-bit parallel I O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1 Video shift register | OUTPUT | 1 to 3 |
| 2 Multiprocessor serial | BOTH | 6 lines, channel |
| 3 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost high speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor 50 chip then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350 which carries RAS addresses, CAS addresses and data. The EPROM 260, on the other hand, is read with non-multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data 1 or 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM 260 to be loaded.

The number of 32-bit words to transfer.

The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1 RAS goes low at 352, latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected

2 Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address

## 14

pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.

3 CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address/data bus 350. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs but the rest of the bus is still acting as outputs

4 The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position

5 Steps 2, 3 and 4 are repeated with byte address 01

6 Steps 2, 3 and 4 are repeated with byte address 10

7 Steps 2, 3 and 4 are repeated with byte address 11

8 CAS goes high at 356, taking the EPROM 260 off the data bus

9 RAS goes high at 358, indicating the end of the EPROM 260 access

10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected

11 CAS goes low at 362, latching the DRAM 150 CAS addresses

12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364, writing the 32 bits into the DRAM 150

13 W goes high at 366. CAS goes high at 368. The process continues with the next word

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are prioritized at 370 in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4, Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372, which provides a bus grant signal at 374. Internal address bus 136 and a DMA counter 376 provide inputs to a multiplexer 378. Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378. The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency

5,809,336

15

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both

BENEFITS:

1 Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature

2 Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address and control lines the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14 the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 50 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal driver 418 generates an OUTPUT ENABLE signal on OE line 152

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache

SKIP CONDITIONS:

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register

16

108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result in very fast code

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108 the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges. wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring

5,809,336

**17**

oscillator 430, CPU 70 will always execute at the maximum frequency possible but never too fast For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock The disadvantage is that different parts of the system can slow all operations The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating a synchronously to I/O interface 432 forming part of memory controller 118 (FIG 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430 Speed may vary by a factor of four depending upon temperature, voltage, and process The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432, speed of which is controlled by a conventional crystal clock 434 The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432 optimum performance can be achieved by each Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436, with data/addresses passing on bus 90, 136.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other At room temperature, not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits, JUMP class and IMMEDIATE A JUMP or IMMEDIATE op-code is 8-bits but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register This means that the least significant bit of the operand is always located in the least significant bit of the instruction register The microinstruction counter 180 selects which 8-bit instruction to execute If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus The unselected 8-bit

**18**

bytes are loaded with zeros by operation of decoder 440 and gates 442 The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth The faster the memories, the faster the computer Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself

The microprocessor 50 architecture has the ALU 80 (FIG 2) directly coupled to the top two stack locations 76 and 78 The access time of the stack 74 therefore directly affects the execution speed of the processor The microprocessor 50 stack architecture is particularly suitable to a triple cache technique shown in FIG 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450 Latches 450 are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec However latches 450 require large numbers of transistors to construct On-chip RAM 452 requires fewer transistors than latches but is slower by a factor of five (15 nsec access) Off-chip RAM 150 is the slowest storage of all The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454 The latch stack 450 is the fastest and most frequently used The on-chip RAM stack 452 is next The off-chip RAM stack 454 is slowest. The stack foundation determines the effective access time of the stack If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452 When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip RAM stack 454 When popping data off a full latch 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452 By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression and fractal generation A polynomial is generated by a sequence of shift and exclusive OR operations Special chips are provided for this purpose in the prior art

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works As shown in FIG 21, a polynomial is generated by loading the 'order' (also known as the feedback terms) into C Register 470 The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero B register 476 is loaded with the starting polynomial value When the POLY

5,809,336

19

instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a 'ONE', the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a 'ZERO', the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec and almost everything else in 40 nsec.

To maximize speed certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses,

Fetching up to four instructions per memory cycle,

Pipelineless instruction decoding,

Generating results before they are needed,

Use of three level stack caching.

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called

20

pipelining, the different phases of consecutive instructions can be overlapped

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL FETCH and STORE all require a memory access to

5,809,336

**21**

execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting for the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

INTERNAL ARCHITECTURE

The microprocessor **50** architecture consists of the following:

| PARAMETER STACK | <---> ALU <---> | Y REGISTER RETURN STACK |
|---|---|---|
| <---32 BITS---> 16 DEEP Used for math and logic | | <---32 BITS---> 16 DEEP Used for subroutine and interrupt return addresses as well as local variables |
| Push down stack Can overflow into off-chip RAM | | Push down stack Can overflow into off-chip RAM Can also be accessed relative to top of stack |
| LOOP COUNTER | | (32-bits, can decrement by 1) Used by class of test and loop instructions |
| X REGISTER | | (32-bits, can increment or decrement by 4). Used to point to RAM locations |
| PROGRAM COUNTER | | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM |
| INSTRUCTION REG | | (32-Bits) Holds 4-byte instruction groups while they are being decoded and executed |

MODE - A register with mode and status bits
MODE-BITS:
- Slow down memory accesses by 8 if 1. Run full speed if '0' (Provided for access to slow EPROM)
- Divide the system clock by 1023 if '1' to reduce power consumption. Run full speed if '0' (On-chip counter slows down if this bit is set)
  - Enable external interrupt 1
  - Enable external interrupt 2
  - Enable external interrupt 3
  - Enable external interrupt 4
  - Enable external interrupt 5
  - Enable external interrupt 6
  - Enable external interrupt 7
ON-CHIP MEMORY LOCATIONS:
  MODE-BITS
  DMA-POINTER
  DMA-COUNTER
  STACK-POINTER - Pointer into Parameter Stack.
  STACK-DEPTH - Depth of on-chip Parameter Stack
  RSTACK-POINTER - Pointer into Return Stack
  RSTACK-DEPTH - Depth of on-chip Return Stack

*Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.
*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward

ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be

**22**

clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

INSTRUCTION SET

32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler 'Increment to next page' or 'Decrement to previous page' operation at run time. As a result, the microprocessor branches execute in a single cycle.

24-BIT OPERAND FORM:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| WWWWWWW | XX - YYYYYYYY | - YYYYYYYY | - YYYYYYYY |

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.

16-BIT OPERAND FORM: QQQQQQQQ-WWWWWWW XX-YYYYYYYY-YYYYYYYY With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter.

8-BIT OPERAND FORM: QQQQQQQQ-QQQQQQQQ-WWWWWWW XX-YYYYYYYY With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter

QQQQQQQQ—Any 8-bit instruction

WWWWWWW—Instruction op-code

XX—Select how the address bits will be used:

00—Make all high-order bits zero (Page zero addressing)

01—Increment the high-order bits (Use next page)

10—Decrement the high-order bits (Use previous page)

11—Leave the high-order bits unchanged (Use current page)

YYYYYYYY—The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter,

The 8, 16, or 24 bit address operand in the instruction

Using one of the four allowed addressing modes

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

Example 1

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The 'QQQQQQQQs' in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other

5,809,336

23

instructions to be executed prior to the CALL instruction.
Byte 3 indicates a CALL instruction (six zeros) in the
current page (indicated by the 11 bits). Byte 4 indicates that
the hexadecimal number 98 will be forced into the Program
Counter bits 2 through to 10. (Remember, a CALL or
BRANCH always goes to a word boundary so the two least
significant bits are always set to zero). The effect of this
instruction would be to CALL a subroutine at WORD
location HEX 98 in the current page. The most significant 22
bits of the Program Counter define the current page and will
be unchanged.

Example 2

Byte 1    Byte 2    Byte 3    Byte 4
000001 01 00000001 00000000 00000000

If we assume that the Program Counter was HEX 0000
0156 which is binary:

00000000 00000000 00000001 01010110=OLD PRO-
GRAM COUNTER

Byte 1 indicates a BRANCH instruction op code (000001)
and "01" indicates select the next page. Byte 2 3, and 4 are
the address operand. These 24-bits will be shifted to the left
two places to define a WORD address. HEX 0156 shifted
left two places is HEX 0558. Since this is a 24-bit operand
instruction, the most significant 6 bits of the Program
Counter define the current page. These six bits will be
incremented to select the next page. Executing this instruc-
tion will cause the Program Counter to be loaded with HEX
0400 0558 which is binary:

00000100 00000000 00000101 01011000=NEW PRO-
GRAM COUNTER

INSTRUCTIONS

CALL-LONG

0000 00XX-YYYYYYYY-YYYYYYYY-YYYYYYYY
Load the Program Counter with the effective WORD
address specified. Push the current PC contents onto the
RETURN STACK.

OTHER EFFECTS: CARRY or modes, no effect. May
cause Return Stack to force an external memory cycle if
on-chip Return Stack is full.

BRANCH

0000 01XX-YYYYYYYY-YYYYYYYY-YYYYYYYY
Load the Program Counter with the effective WORD
address specified.

OTHER EFFECTS: NONE

BRANCH-IF-ZERO

0000 10XX-YYYYYYYY-YYYYYYYY-YYYYYYYY
Test the TOP value on the Parameter Stack. If the value is
equal to zero, load the Program Counter with the effective
WORD address specified. If the TOP value is not equal to
zero, increment the Program Counter and fetch and execute
the next instruction.

OTHER EFFECTS: NONE

LOOP-IF-NOT-DONE

0000 11YY-(XXXX XXXX)-(XXXX XXXX)-(XXXX
XXXX)

If the LOOP COUNTER is not zero, load the Program
Counter with the effective WORD address specified. If the
LOOP COUNTER is zero, decrement the LOOP
COUNTER, increment the Program Counter and fetch and
execute the next instruction.

OTHER EFFECTS: NONE

8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor 50 is done by the
8-bit instructions. Eight bit instructions are possible with the

24

microprocessor because of the extensive use of implied
stack addressing. Many 32-bit architectures use 8-bits to
specify the operation to perform but use an additional
24-bits to specify two sources and a destination.

For math and logic operations, the microprocessor 50
exploits the inherent advantage of a stack by designating the
source operand(s) as the top stack item and the next stack
item. The math or logic operation is performed, the operands
are popped from the stack, and the result is pushed back on
the stack. The result is a very efficient utilization of instruc-
tion bits as well as registers. A comparable situation exists
between Hewlett Packard calculators (which use a stack)
and Texas Instrument calculators which don't. The identical
operation on an HP will require one half to one third the
keystrokes of the TI.

The availability of 8-bit instructions also allows another
architectural innovation, the fetching of four instructions in
a single 32-bit memory cycle. The advantages of fetching
multiple instructions are:

Increased execution speed even with slow memories,

Similar performance to the Harvard (separate data and
instruction busses) without the expense,

Opportunities to optimize groups of instructions.

The capability to perform loops within this micro-cache.
The microloops inside the four instruction group are effec-
tive for searches and block moves.

SKIP INSTRUCTIONS

The microprocessor 50 fetches instructions in 32-bit
chunks called 4-byte instruction groups. These four bytes
may contain four 8-bit instructions or some mix of 8-bit and
16 or 24-bit instructions. SKIP instructions in the micropro-
cessor skip any remaining instructions in a 4-byte instruction
group and cause a memory fetch to get the next 4-byte
instruction group. Conditional SKIPs when combined with
3-bit BRANCHES will create conditional BRANCHES.
SKIPs may also be used in situations when no use can be
made of the remaining bytes in a 4-instruction group. A
SKIP executes in a single cycle, whereas a group of three
NOPs would take three cycles.

SKIP-ALWAYS—Skip any remaining instructions in this
4-byte instruction group. Increment the most significant
30-bits of the Program Counter and proceed to fetch the
next 4-byte instruction group.

SKIP-IF-ZERO—If the TOP item of the Parameter Stack is
zero, skip any remaining instructions in the 4-byte
instruction group. Increment the most significant 30-bits
of the Program Counter and proceed to fetch the next
4-byte instruction group. If the TOP item is not zero
execute the next sequential instruction.

SKIP-IF-POSITIVE—If the TOP item of the Parameter
Stack has a the most significant bit (the sign bit) equal to
"0", skip any remaining instructions in the 4-byte instruc-
tion group. Increment the most significant 30-bits of the
Program Counter and proceed to fetch the next 4-byte
instruction group. If the TOP item is not "0" execute the
next sequential instruction.

SKIP-IF-NO-CARRY—If the CARRY flag from a SHIFT
or arithmetic operation is not equal to "1", skip any
remaining instructions in the 4-byte instruction group.
Increment the most significant 30-bits of the Program
Counter and proceed to fetch the next 4-byte instruction
group. If the CARRY is equal to "1" execute the next
sequential instruction.

SKIP-NEVER (NOP) execute the next sequential instruc-
tion. (Delay one machine cycle).

SKIP-IF-NOT-ZERO—If the TOP item on the Parameter
Stack is not equal to "0", skip any remaining instructions

5,809,336

**25**

in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal '0' execute the next sequential instruction

SKIP-IF-NEGATIVE—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to '1', skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to '0', execute the next sequential instruction

SKIP-IF-CARRY—If the CARRY flag is set to '1' as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is '0', execute the next sequential instruction.

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for '0' and may perform an additional test. If the LOOP COUNTER is not '0' and the test is met instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is '0' or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to '0', the LOOP COUNTER will remain at '0'. Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

EXAMPLE

| Byte 1<br>FETCH-VIA-X-AUTO-<br>INCREMENT | Byte 2<br>STORE-VIA-Y-AUTOINCREMENT |
|---|---|
| Byte 3<br>ULOOP-UNTIL-DONE | Byte 4<br>QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0', continue execution with the next instruction

ULOOP-IF-ZERO—If the LOOP COUNTER is not '0' and the TOP item on the Parameter Stack is '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the TOP item is '1' continue execution with the next instruction

**26**

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not '0' and the most significant bit (sign bit) is '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the TOP item is '1', continue execution with the next instruction

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not '0' and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not '0' and the TOP item of the Parameter Stack is '0' continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the TOP item is '1', continue execution with the next instruction

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not '0' and the most significant bit (sign bit) of the TOP item of the Parameter Stack is '1', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the most significant bit of the Parameter Stack is '0', continue execution with the next instruction

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not '0' and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter

RETURN INSTRUCTIONS

RETURN-ALWAYS—Pop the top item from the Return Stack and transfer it to the Program Counter

RETURN-IF-ZERO—If the TOP item on the Parameter Stack is '0', pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-POSITIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a '0', pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction

RETURN-IF-CARRY-CLEAR—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and

5,809,336

27

transfer it to the Program Counter Otherwise execute the next instruction.

RETURN-NEVER (NOP)—Execute the next instruction.

RETURN-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not '0'. pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction.

RETURN-IF-NEGATIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a '1'. pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction

RETURN-IF-CARRY-SET—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor **50**, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed External memory operations take from 80 nsec to 220 nsec compared with on-chip memory speeds of from 4 nsec to 30 nsec There are times when external memory must be accessed

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups External memory may be accessed at addresses relative to the PC The operands are sometimes called "Immediate or "Literal" in other computers When used as memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack X is unchanged

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack Y is unchanged

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X X is unchanged

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y Y is unchanged

28

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

\*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction The effect is of loading a 32-bit immediate operand This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch The PC increments after each execution of FETCH-VIA-PC so it is possible to push four immediate operands on the stack The four operands would be the found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X Pop the TOP item from the Parameter Stack Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack **74** If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle Any STORE instruction will pop a value from the Parameter Stack **74** If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES These variables are used by a particular procedure and discarded In cases of nested procedures, layers of these variables must be maintained On-chip storage is up to five times faster than off-chip RAM, so a means of keeping local variables on-chip can make operations run faster The microprocessor **50** provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack

5,809,336

**29**

The Return Stack 134 is implemented as 16 on-chip RAM locations. The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically overflow into off-chip RAM.

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack.

    OTHER EFFECTS. If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack and an instruction attempts to READ the fifth item, unknown data will be returned.

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111).

    OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer

**30**

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits

    OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

EXAMPLE

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |
| BYTE 4 | | |
| 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111(HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 | BYTE 2 |
|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |
| BYTE 3 | BYTE 4 |
| LOAD-SHORT-LITERAL | 00001111 |
| SHORT-LITERAL-INSTRUCTION | |

LOAD-SHORT-LITERAL—Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack

LOGIC INSTRUCTIONS

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT)

5,809,336

**31**

MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack The CARRY flag is used to latch the '33rd bit' of the ALU result

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack The CARRY flag may be changed

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together If the CARRY flag is '1' increment the result Push the ultimate result back on the Parameter Stack The CARRY flag may be changed

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack Add the values together and push the result back on the Parameter Stack The CARRY flag may be changed

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack The CARRY flag may be changed

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack Subtract NEXT from TOP If the CARRY flag is '1' increment the result Push the ultimate result back on the Parameter Stack The CARRY flag may be changed

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP—

SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP If the result has the most significant bit equal to "0" (the result is positive), push the result onto the Parameter Stack If the result has the most significant bit equal to '1' the result is negative), push the old value of TOP onto the Parameter Stack The CARRY flag may be affected

SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag Zero is shifted into the most significant bit of TOP

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit The CARRY flag is shifted into the least significant bit of NEXT

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word shift the combined 64-bit entity right one bit The least significant bit of NEXT is shifted into the CARRY flag Zero is shifted into the most significant bit of TOP

OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.

**32**

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made It is intended that such changes be included within the spirit and scope of the claims appended hereto

What is claimed is:

1 A microprocessor system, comprising a single integrated circuit including a central processing unit and an entire ring oscillator variable speed system clock in said single integrated circuit and connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit and a speed of said ring oscillator variable speed system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said single integrated circuit; an on-chip input/output interface connected to exchange coupling control signals, addresses and data with said central processing unit; and a second clock independent of said ring oscillator variable speed system clock connected to said input/output interface

2 The microprocessor system of claim 1 in which said second clock is a fixed frequency clock

3 In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit comprising the steps of:

providing an entire ring oscillator system clock constructed of electronic devices within the integrated circuit, said electronic devices having operating characteristics which will because said entire ring oscillator system clock and said microprocessor are located within the same integrated circuit vary together with operating characteristics of electronic devices included within the microprocessor;

using the ring oscillator system clock for clocking the microprocessor, said microprocessor operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock;

providing an on chip input/output interface for the microprocessor integrated circuit; and

clocking the input/output interface with a second clock independent of the ring oscillator system clock

4 The method of claim 3 in which the second clock is a fixed frequency clock.

5 The method of claim 3 further including the step of: transferring information to and from said microprocessor in synchrony with said ring oscillator system clock

6 A microprocessor system comprising:

a central processing unit disposed upon an integrated circuit substrate said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;

an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit said oscillator clocking said central processing unit at a clock rate and being constructed of a second plurality of electronic devices thus varying the processing frequency of said first plurality of electronic devices and

5,809,336

33

the clock rate of said second plurality of electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation;

an on-chip input output interface, connected between said said central processing unit and an external memory bus, for facilitating exchanging coupling control signals, addresses and data with said central processing unit; and

an external clock, independent of said oscillator connected to said input output interface wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.

7 The microprocessor system of claim 6 wherein said one or more operational parameters include operating temperature of said substrate or operating voltage of said substrate.

8 The microprocessor system of claim 6 wherein said external clock comprises a fixed-frequency clock which operates synchronously relative to said oscillator.

9 The microprocessor system of claim 6 wherein said oscillator comprises a ring oscillator.

10 In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:

providing said central processing unit upon an integrated circuit substrate, said central processing unit being

34

constructed of a first plurality of transistors and being operative at a processing frequency;

providing an entire variable speed clock disposed upon said integrated circuit substrate, said variable speed clock being constructed of a second plurality of transistors;

clocking said central processing unit at a clock rate using said variable speed clock with said central processing unit being clocked by said variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, said processing frequency and said clock rate varying in the same way relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate;

connecting an on chip input/output interface between said central processing unit and an external memory bus, and exchanging coupling control signals, addresses and data between said input/output interface and said central processing unit; and

clocking said input/output interface using an external clock wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.

*    *    *    *    *

US005440749A

# United States Patent [19]

## Moore et al.

[11] Patent Number: **5,440,749**

[45] Date of Patent: **Aug. 8, 1995**

[54] **HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Nanotronics Corporation**, Eagle Point, Oreg.

[21] Appl. No.: **389,334**

[22] Filed: **Aug. 3, 1989**

[51] Int. Cl.6 ............................................ G06F 9/22
[52] U.S. Cl. ...................... 395/800; 364/931; 364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3
[58] Field of Search ............ 395/425, 725, 775, 800

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 364/DIG. 1 |
| 4,003,033 | 1/1977 | O'Keefe et al. | 364/200 |
| 4,037,090 | 7/1977 | Raymond | 364/200 |
| 4,042,972 | 8/1977 | Grunes et al. | 364/200 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,059 | 1/1978 | Derchak | 364/DIG. 1 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 364/200 |
| 4,125,871 | 11/1978 | Martin | 364/DIG. 2 |
| 4,128,873 | 12/1978 | Lamiaux | 364/200 |
| 4,255,785 | 3/1981 | Chamberlin | 395/375 |
| 4,354,228 | 10/1982 | Moore et al. | 364/200 |
| 4,376,977 | 3/1983 | Brunshorst | 364/DIG. 1 |
| 4,382,279 | 5/1983 | Mgon | 364/200 |
| 4,403,303 | 9/1983 | Howes et al. | 364/900 |
| 4,450,519 | 5/1984 | Guttag et al. | 364/200 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |
| 4,541,045 | 9/1985 | Kromer | 395/375 |
| 4,562,537 | 12/1985 | Barnett et al. | 395/375 |
| 4,577,282 | 3/1986 | Caudel et al. | 395/800 |
| 4,607,332 | 8/1986 | Goldberg | 364/900 |
| 4,626,988 | 12/1986 | George et al. | 364/200 |
| 4,649,471 | 3/1987 | Briggs | 395/325 |
| 4,665,495 | 5/1987 | Thaden | 345/185 |
| 4,709,329 | 11/1987 | Hecker | 395/275 |
| 4,713,749 | 12/1987 | Magar et al. | 395/375 |
| 4,714,994 | 12/1987 | Oklobdzija et al. | 395/375 |
| 4,720,812 | 1/1988 | Kao et al. | 395/700 |
| 4,772,888 | 9/1988 | Kimura | 340/825.5 |
| 4,777,591 | 10/1988 | Chang et al. | 395/800 |
| 4,787,032 | 11/1988 | Culley et al. | 364/200 |
| 4,803,621 | 2/1989 | Kelly | 395/400 |
| 4,860,198 | 8/1989 | Takenaka | 364/DIG. 1 |
| 4,870,562 | 9/1989 | Kimoto | 364/DIG. 1 |
| 4,931,986 | 6/1990 | Daniel et al. | 395/550 |
| 5,036,460 | 7/1991 | Takahira | 395/425 |
| 5,070,451 | 12/1991 | Moore et al. | 395/375 |
| 5,127,091 | 6/1992 | Bonfarah | 395/375 |

OTHER PUBLICATIONS

Intel 80386 Programmer's Reference Manual, 1986.

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward Castro Huddleson & Tatum

[57] **ABSTRACT**

A microprocessor (50) includes a main central processing unit (CPU) (70) and a separate direct memory access (DMA) CPU (72) in a single integrated circuit making up the microprocessor (50). The main CPU (70) has a first 16 deep push down tack (74), which has a to item register (76) and a next item register (78), respectively connected to provide inputs to an arithmetic logic unit (ALU) (80) by lines (82) and (84). An output of the ALU (80) is connected to the top item register at (82) is also connected by line (88) to an internal data bus (90). CPU (70) is pipeline free. The simplified CPU (70) requires fewer transistors to implement than pipelined architectures, yet produces performance which matches or exceeds existing techniques. The DMA CPU (72) provides inputs to the memory controller (118) on line (148). The memory controller (118) is connected to a RAM by address/data bus (150) and control lines (152). The DMA CPU (72) enables the CPU (70) to execute instructions four times faster than the RAM speed by fetching four instructions in a single memory cycle.

**29 Claims, 19 Drawing Sheets**







**FIG._1**



*FIG._2*



*FIG._3*



FIG._4



**FIG._5**



FIG._6



*FIG._7*



FIG._8



*FIG._9*



*FIG.—10*



FIG._11



*FIG._12*



*FIG._13*



ON CHIP

ON CIRCUIT BOARD

*FIG._14*



*FIG._15*



**FIG._16**



**FIG._18**



**FIG._17**



**FIG._19**



**FIG._20**



*FIG._21*



*FIG._22*



*FIG._23*

5,440,749

1

# HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

### 2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and The Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

2

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory, and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control the counter in response to an instruction utilizing a variable width operand. A means is connected to

5,440,749

3

the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit, a memory, and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention, a first register is connected to supply a first input to the arithmetic logic

4

unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE"and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count. The polynomial to be generated is generated in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit

5

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

## DETAILED DESCRIPTION OF THE INVENTION

### Overview

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller,

Programs can execute much faster

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled

6

D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below Dynamic Ram

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include VDD pins 56, VSS pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 151 and control lines 153.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on

5,440,749

7

the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at $\frac{1}{4}$ the system cost of static RAM used in most RISC systems.

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 15. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 14 location are connected to a decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to

8

the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are '1' in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two

5,440,749

9
10

IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC-DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus to the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 megabit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent, and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:

Control Lines
4—POWER/GROUND
1—CLOCK
32—DATA I/O
4—SYSTEM CONTROL
    EXTERNAL MEMORY FETCH
    EXTERNAL MEMORY FETCH AUTOINCREMENT X
    EXTERNAL MEMORY FETCH AUTOINCREMENT Y
    EXTERNAL MEMORY WRITE
    EXTERNAL MEMORY WRITE AUTOINCREMENT X
    EXTERNAL MEMORY WRITE AUTOINCREMENT Y
    EXTERNAL PROM FETCH
    LOAD ALL X REGISTERS
    LOAD ALL Y REGISTERS
    LOAD ALL PC REGISTERS
    EXCHANGE X AND Y
    INSTRUCTION FETCH
    ADD TO PC
    ADD TO X

5,440,749

| 11 | 12 |

WRITE MAPPING REGISTER
READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
XO REGISTER 32 BITS (ACTIVATED ONLY
FOR ON-CHIP ACCESSES)
YO REGISTER 32 BITS (ACTIVATED ONLY
FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
Transfer Size Counter 12 Bits
Interval Counter 12 Bits

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore, the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide

the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 50 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop

5,440,749

13

functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

    CALL
    BRANCH
    BRANCH-IF-ZERO
    LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

    Video output to a CRT
    Multiprocessor serial communications
    8-bit parallel I/O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS 60 are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be

14

assembled on the microprocessor 50 chip, then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350, which carries RAS addresses, CAS addresses and data. The EPROM 260, on the other hand, is read with non-multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on, and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

    The selection address of the EPROM 260 to be loaded
    The number of 32-bit words to transfer,
    The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1. RAS goes low at 352, latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected.
2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.
3. CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address-/data bus 350. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs
4. The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.
5. Steps 2, 3 and 4 are repeated with byte address 01.
6. Steps 2, 3 and 4 are repeated with byte address 10.
7. Steps 2, 3 and 4 are repeated with byte address 11.
8. CAS goes high at 356, taking the EPROM 260 off the data bus.
9. RAS goes high at 358, indicating the end of the EPROM 260 access.
10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected.
11. CAS goes low at 362, latching the DRAM 150 CAS addresses.
12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364, writing the 32 bits into the DRAM 150.
13. W goes high at 366. CAS goes high at 368. The process continues with the next word.

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are priorit-

5,440,749

15

ized at 370 in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4, Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372, which provides a bus grant signal at 374. Internal address bus 136 and a DMA counter 376 provide inputs to a multiplexer 378. Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378. The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

### Stack/Register Architecture

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

Benefits

1 Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature.

2 Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

### ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and

16

slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly 0E 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152.

### Skip Within The Instruction Cache

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache.

Skip Conditions

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

### Microloop In The Instruction Cache

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the

5,440,749

**17**

number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

### Optimal CPU Clock Scheme

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock, with its stages 431 producing phase O-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430, CPU 70 will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

### Asynchronous/Synchronous CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430. Speed

**18**

may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432, speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432, optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436, with data/addresses passing on bus 90, 136.

### Asynchronous/Synchronous CPU Imbedded On A Dram Chip

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature, not only would the CPU 314 execute at 100 MHZ but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

### Variable Width Operands

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

### Triple Stack Cache

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought

5,440,749

19                                                                    20

of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself

The microprocessor **50** architecture has the ALU **80** (FIG. 2) directly coupled to the top two stack locations **76** and **78**. The access time of the stack **74** therefore directly affects the execution speed of the processor. The microprocessor **50** stack architecture is particularly suitable to a triple cache technique, shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches **450**. Latches **450** are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches **450** require large numbers of transistors to construct. On-chip RAM **452** requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM **150** is the slowest storage of all. The microprocessor **50** organizes the stack memory hierarchy as three interconnected stacks **450**, **452** and **454**. The latch stack **450** is the fastest and most frequently used. The on-chip RAM stack **452** is next. The off-chip RAM stack **454** is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches **456** are filled, the data in the bottom of the latch stack **450** is written to the top of the on-chip RAM stack **452**. When the sixteen locations **458** in the on-chip RAM stack **452** are filled, the data in the bottom of the on-chip RAM stack **452** is written to the top of the off-chip RAM stack **454**. When popping data off a full stack **450**, four pops will be performed before stack empty line **460** from the latch stack pointer **462** transfers data from the on-chip RAM stack **452** By waiting for the latch stack **450** to empty before performing the slower on-chip RAM access, the high effective speed of the latches **456** are made available to the processor. The same approach is employed with the on-chip RAM stack **452** and the off-chip RAM stack **454**.

### Polynomial Generation Instruction

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor **50** is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU **80** works. As shown in FIG. 22, a polynomial is generated by loading the "order" (also known as the feedback terms) into C Register **470**. The value thirty one (resulting in 32 is loaded into DOWN COUNTER **472**. A register **474** is loaded with zero. B register **476** is loaded with the starting polynomial value. When the POLY instruction executes, C register **470** is exclusively ORed with A register **474** if the least significant bit of B register **476** is a one. Otherwise, the contents of the A register **474** passes through the ALU **80** unaltered. The combination of A and B is then shifted right (divided by 2) with shifters **478** and **480**. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register **474**.

### Fast Multiply

Most microprocessors offer a $16 \times 16$ or $32 \times 32$ bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor **50** provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER **472**. For a four bit multiplier, the number three would be stored in the DOWN COUNTER **472**. Zero is loaded into the A register **474**. The multiplier is written bit reversed into the B Register **476**. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register **470**. Executing the FAST MULT instruction will leave the result in the A Register **474**, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a $32 \times 32$ bit and a $32 \times 4$ bit is a factor of 8. If the least significant bit of the multiplier is a "ONE" the contents of the A register **474** and the C register **470** are added. If the least significant bit of the multiplier is a "ZERO" the contents of the A register are passed through the ALU **80** unaltered. The output of the ALU **80** is shifted left by shifter **482** in each iteration. The contents of B register **476** are shifted right by the shifter **480** in each iteration

### INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor **50** uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor **50** philosophy of instruction **30** execution is to create a hierarchy of speed as follows:

| Logic and D latch transfers | 1 cycle | 20 nsec |
|---|---|---|
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec. and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses,
Fetching up to four instructions per memory cycle,
Pipelineless instruction decoding
Generating results before they are needed,
Use of three level stack caching

### PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped

5,440,749

21

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

### The Pipeline Approach

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec. The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline

22

stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For many RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

### OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

### INTERNAL ARCHITECTURE

The microprocessor 50 architecture consists of the following:

| PARAMETER STACK | <--> | | Y REGISTER |
| | | ALU* | RETURN STACK |
| | <--> | | |
| <---32 BITS---> | | | <---32 BITS---> |
| 16 DEEP | | | 16 DEEP |
| Used for math and logic | | | Used for subroutine |
| | | | and interrupt return |
| | | | addresses as well as |
| | | | local variables |
| Push down stack | | | Push down stack |
| Can overflow into | | | Can overflow into |
| off-chip RAM | | | off-chip RAM |
| | | | Can also be accessed |
| | | | relative to top of |
| | | | stack |
| LOOP COUNTER | | (32-bits, can decrement by 1) | |
| | | Used by class of test and loop | |
| | | instructions | |
| X REGISTER | | (32-bits, can increment or decrement by | |
| | | 4). Used to point to RAM locations | |
| PROGRAM COUNTER | | (32-bits, increments by 4) Points to | |
| | | 4-byte instruction groups in RAM | |
| INSTRUCTION REG | | (32-Bits) Holds 4-byte instruction | |
| | | groups while they are being decoded | |

5,440,749

23

24

-continued

and executed.

*Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands
The result is pushed onto the Parameter Stack.
*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a
pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices
is straightforward

MODE—A register with mode and status bits.
Mode-Bits

Slow down memory accesses by 8 if '1'. Run full speed if "0" (Provided for access to slow EPROM.)

Divide the system clock by **1023** if "1" to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)

Enable external interrupt 1
Enable external interrupt 2
Enable external interrupt 3
Enable external interrupt 4
Enable external interrupt 5
Enable external interrupt 6
Enable external interrupt 7.

On-Chip Memory Locations

MODE-BITS
DMA-POINTER
DMA-COUNTER
STACK-POINTER—Pointer into Parameter Stack
STACK-DEPTH—Depth of on-chip Parameter Stack
RSTACK-POINTER—Pointer into Return Stack
RSTACK-DEPTH—Depth of on-chip Return Stack

Addressing Mode High Points

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

INSTRUCTION SET

32-Bit Instruction Format

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result, the microprocessor branches execute in a single cycle.

24-Bit Operand Form

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| WWWWWW XX - | YYYYYYYY - | YYYYYYYY - | YYYYYYYY |

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.

16-Bit Operand Form

| | | |
|--|--|--|
| QQQQQQQQ—Wwwwww | | |
| XX—YYYYYYYY—YYYYYYYY | | |

With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter.

8-Bit Operand Form

QQQQQQQQ—QQQQQQQQ—WwWwWw
XX—YYYYYYYY With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter.

QQQQQQQQ—Any 8-bit instruction

WWWWWW—Instruction op-code.

XX—Select how the address bits will be used:

00 - Make all high-order bits zero (Page zero addressing)

01 - Increment the high-order bits. (Use next page)

10 - Decrement the high-order bits. (Use previous page)

11 - Leave the high-order bits unchanged. (Use current page)

YYYYYYYY - The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes.

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter,

The 8, 16, or 24 bit address operand in the instruction,

Using one of the four allowed addressing modes.

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

Example 1

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits). Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits 2 through 10 (Remember, a CALL or BRANCH always goes to a

5,440,749

25

word boundary so the two least significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged

Example 2

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110=OLD PROGRAM COUNTER.

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page. Byte 2,3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000=NEW PROGRAM COUNTER.

Instructions

Call-Long
    0000    00XX—YYYYYYYY—YYYYYYYY—YYYYYYY

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.

Other Effects: CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full.

Branch
    0000 01XX—YYYYYYYY—Yyyyyyyy—yyyyyyyy

Load the Program Counter with the effective WORD address specified.

Other Effects: NONE

Branch-If-Zone
    0000 10XX—YYYYYYYY—yyyyyyyy—yyyyyyyy

Test the TOP value on the Parameter Stack. If the value is equal to zero, load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.

Other Effects: NONE

Loop-If-Not-Done
    0000    11YY—(XXXX    XXXX)—(XXXX XXXX)—(XXXX XXXX)

If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.

Other Effects: NONE

8-Bit Instructions Philosophy

Most of the work in the microprocessor 50 is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use

26

8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination.

For math and logic operations, the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed, the operands are popped from the stack, and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation, the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

    Increased execution speed even with slow memories,
    Similar performance to the Harvard (separate data and
    instruction busses) without the expense,
    Opportunities to optimize groups of instructions,
    The capability to perform loops within this minicache.

The microloops inside the four instruction group are effective for searches and block moves.

Skip Instructions

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES. SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle, whereas a group of three NOPs would take three cycles.

    Skip-Always—skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group.

    Skip-If-Zero—If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction.

    Skip-If-Positive—If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0" execute the next sequential instruction

    Skip-If-No-Carry—If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to

5,440,749

27

fetch the next 4-byte instruction group. If the CARRY is equal to "1", execute the next sequential instruction.

Skip-Never Execute the next sequential (NOP) instruction. (Delay one machine cycle)

Skip-If-Not-Zero—If the TOP item on the Parameter Stack is not equal to "0" skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal 0 execute the next sequential instruction

Skip-If-Negative—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0" execute the next sequential instruction.

Skip-If-Carry—If the CARRY flag is set to "1" as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0" execute the next sequential instruction

## Microloops

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is "0" or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to "0" the LOOP COUNTER will remain at "0". Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

## Example

28

## Microloop Instructions

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1" continue execution with the next instruction

Uloop-if-positive—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0" continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction

Uloop-if-not-carry-clear—If the LOOP COUNTER is not "0" and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers

ULoop-Never—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULoop-If-Not-Zero—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULoop-If-Negative—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is "0" continue execution with the next instruction

ULoop-If-Carry-Set—If the LOOP COUNTER is not "0" and the exponents of the floating point

| Byte 1 | Byte 2 |
|---|---|
| FETCH-VIA-X-AUTOINCREMENT | STORE-VIA-Y-AUTOINCREMENT |
| Byte 3 | Byte 4 |
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow

numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

5,440,749

29

### Return From Subroutine Or Interrupt

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

### Return Instructions

Return-Always—Pop the top item from the Return Stack and transfer it to the Program Counter

Return-If-Zero—If the TOP item on the Parameter Stack is "0" pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction

return-If-Positive—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0" pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction

Return-If-Carry-Clear—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction

Return-Never—Execute the next instruction (NOP)

Return-If-Not-Zero—If the TOP item on the Parameter Stack is not "0" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Negative—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Carry-Set—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction.

### HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-Register—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

Y-Register—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

30

Program-Counter—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as memory pointer, the PC is also incremented after each operation.

### Memory Load & Store Instructions

Fetch-Via-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged

Fetch-Via-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. Y is unchanged.

Fetch-Via-X-Autoincrement—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

Fetch-Via-Y-Autoincrement—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address

Fetch-Via-X-Autodecrement—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address

Fetch-Via-Y-Autodecrement—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

Store-Via-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged

Store-Via-X-Autoincrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged. STORE-VIA-X-AUTOINCREMENT - Pop the top item of the Parameter Stack and store it in the memory location pointed to by X After storing, increment the most significant 30 bits of X to point to the next 32-bit word address

Store-Via-Y-Autoincrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

Store-Via-X-Autodecrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

Store-Via-Y-Autodecrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

Fetch-Via-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the

5,440,749

31

instruction. The effect is of loading a 32-bit imme-
diate operand. This is an 8-bit instruction and there-
fore will be combined with other 8-bit instructions
in a 4-byte instruction fetch. It is possible to have
from one to four FETCH-VIA-PC instructions in a
4-byte instruction fetch. The PC increments after
each execution of FETCH-VIA-PC, so it is possi-
ble to push four immediate operands on the stack.
The four operands would be the found in the four
memory locations following the instruction.

Byte-Fetch-Via-X—Fetch the 32-bit memory content
pointed to by the most significant 30 bits of X.
Using the two least significant bits of X, select one
of four bytes from the 32-bit memory fetch, right
justify the byte in a 32-bit field and push the se-
lected byte preceded by leading zeros onto the
Parameter Stack.

Byte-Store-Via-X—Fetch the 32-bit memory content
pointed to by the most significant 30 bits of X. Pop
the TOP item from the Parameter Stack. Using the
two least significant bits of X place the least signifi-
cant byte into the 32-bit memory data and write the
32-bit entity back to the location pointed to by the
most significant 30 bits of X.

### Other Effects Of Memory Access Instructions

Any FETCH instruction will push a value on the
Parameter Stack 74. If the on-chip stack is full, the stack
will overflow into off-chip memory stack resulting in an
additional memory cycle. Any STORE instruction will
pop a value from the Parameter Stack 74. If the on-chip
stack is empty, a memory cycle will be generated to
fetch a value from off-chip memory stack.

### Handling On-Chip Variables

High-level languages often allow the creation of
LOCAL VARIABLES. These variables are used by a
particular procedure and discarded. In cases of nested
procedures, layers of these variables must be main-
tained. On-chip storage is up to five times faster than
off-chip RAM, so a means of keeping local variables
on-chip can make operations run faster. The micro-
processor 50 provides the capability for both on-chip
storage of local variables and nesting of multiple levels
of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip
RAM locations. The most common use for the Return
Stack 134 is storage of return addresses from subrou-
tines and interrupt calls. The microprocessor allows
these 16 locations to also be used as addressable regis-
ters. The 16 locations may be read and written by two
instructions which indicate a Return Stack relative ad-
dress from 0–15. When high-level procedures are
nested, the current procedure variables push the previ-
ous procedure variables further down the Return Stack
134. Eventually, the Return Stack will automatically
overflow into off-chip RAM.

### On-Chip Variable Instructions

Read-Local-Variable XXXX—Read the XXXXth
location relative to the top of the Return Stack
(XXXX is a binary number from 0000–1111). Push
the item read onto the Parameter Stack. OTHER
EFFECTS: If the Parameter Stack is full, the push
operation will cause a memory cycle to be gener-
ated as one item of the stack is automatically stored
to external RAM. The logic which selects the loca-
tion performs a modulo 16 subtraction. If four local

32

variables have been pushed onto the Return Stack,
and an instruction attempts to READ the fifth
item, unknown data will be returned.

Write-Local-Variable XXXX—Pop the TOP item of
the Parameter Stack and write it into the XXXXth
location relative to the top of the Return Stack
(XXXX is a binary number from 0000–1111.)
OTHER EFFECTS: If the Parameter Stack is
empty, the pop operation will cause a memory
cycle to be generated to fetch the Parameter Stack
item from external RAM. The logic which selects
the location performs a modulo 16 subtraction. If
four local variables have been pushed onto the
Return Stack, and an instruction attempts to
WRITE the fifth item, it is possible to clobber
return addresses or wreak other havoc.

### Register and Flip-Flop Transfer And Push Instructions

Drop—Pop the TOP item from the Parameter Stack
and discard it.

Swap—Exchange the data in the TOP Parameter
Stack location with the data in the NEXT Parame-
ter Stack location.

DUP—Duplicate the TOP item on the Parameter
Stack and push it onto the Parameter Stack.

Push-Loop-CounterPush the value in LOOP
COUNTER onto the Parameter Stack.

Pop-RStack-Push-To-stack—Pop the top item from
the Return Stack and push it onto the Parameter
Stack.

Push-X-Reg—Push the value in the X Register onto
the Parameter Stack.

Push-Stack-Pointer—Push the value of the Parame-
ter Stack pointer onto the Parameter Stack.

Push-RStack-Pointer—Push the value of the Return
Stack pointer onto the Return Stack.

Push-Mode-Bits—Push the value of the MODE
REGISTER onto the Parameter Stack.

Push-Input—Read the 10 dedicated input bits and
push the value (right justified and padded with
leading zeros) onto the Parameter Stack.

Set-Loop-Counter—Pop the TOP value from the
Parameter Stack and store it into LOOP
COUNTER.

Pop-Stack-Push-To-RStack—Pop the TOP item
from the Parameter Stack and push it onto the
Return Stack.

Set-X-Reg—Pop the TOP item from the Parameter
Stack and store it into the X Register.

Set-Stack-Pointer—Pop the TOP item from the Pa-
rameter Stack and store it into the Stack Pointer.

Set-RStack-Pointer—Pop the TOP item from the
Parameter Stack and store it into the Return Stack
Pointer.

Set-Mode-Bits—Pop the TOP value from the Param-
eter Stack and store it into the MODE BITS.

Set-output—Pop the TOP item from the Parameter
Stack and output it to the 10 dedicated output bits.
OTHER EFFECTS: Instructions which push or
pop the Parameter Stack or Return Stack may
cause a memory cycle as the stacks overflow back
and forth between on-chip and off-chip memory.

### Loading A Short Literal

A special case of register transfer instruction is used
to push an 8-bit literal onto the Parameter Stack. This
instruction requires that the 8-bits to be pushed reside in
the last byte of a 4-byte instruction group. The instruc-

5,440,749

33

tion op-code loading the literal may reside in ANY of the other three bytes in the instruction group

Example

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |

| BYTE 4 | | |
|---|---|---|
| 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary **00001111** (HEX Of) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 | BYTE 2 |
|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |

| BYTE 3 | BYTE 4 |
|---|---|
| LOAD-SHORT-LITERAL | 00001111 |

### Short-literal-Instruction

Load-Short-Literal—Push the 8bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack

### Logic Instructions

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74.

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack.

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

Bit-Clear—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

### Math Instructions

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

Add—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and

34

push the result back on the Parameter Stack. The CARRY flag may be changed.

Add-With-Carry—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP—

SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive ), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected

### Shift/Rotate

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

### Other Instructions

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction useful for multitasking applications). This instruction accesses a counter which holds the depth

5,440,749

35

of the on-chip stack and can require from none to
16 external memory cycles.

FLUSH-RSTACK—Empty all on-chip Return
Stack locations into off-chip RAM. (This instruc-
tion is useful for multitasking applications). This
instruction accesses a counter which holds the
depth of the on-chip Return Stack and can require
from none to 16 external memory cycles.

It should further be apparent to those skilled in the art
that various changes in form and details of the invention
as shown and described may be made. It is intended that
such changes be included within the spirit and scope of
the claims appended hereto.

What is claimed is:

1. A microprocessor system, comprising a central
processing unit integrated circuit, a memory extend of
said central processing unit integrated circuit, a bus
connecting said central processing unit integrated cir-
cuit to said memory, and means connected to said bus
for fetching instructions for said central processing unit
integrated circuit on said bus from said memory, said
means for fetching instructions being configured and
connected to fetch multiple sequential instructions from
said memory in parallel and supply the multiple sequen-
tial instructions to said central processing unit inte-
grated circuit during a single memory cycle, said bus
having a width at least equal to a number of bits in each
of the instructions times a number of the instructions
fetched in parallel, said central processing unit includ-
ing an arithmetic logic unit and a first push down stack
connected to said arithmetic, logic unit, said first push
down stack including means for storing a top item con-
nected to a first input of said arithmetic logic unit to
provide the top item to the first input and means for
storing a next item connected to a second input of said
arithmetic logic unit to provide the next item to the
second input, a remainder of said first push down stack
being connected to said means for storing a next item to
receive the next item from said means for storing a next
item when pushed down in said push down stack said
arithmetic logic unit having an output connected to said
means for storing a top item.

2. The microprocessor system of claim 1 additionally
comprising means connected to said means for fetching
multiple instructions for determining by decoding the
multiple instructions if multiple instructions fetched by
said means for fetching multiple instructions require a
memory access, said means for fetching multiple in-
structions fetching additional multiple instructions if
decoding the multiple instructions shows that the multi-
ple instructions do not require a memory access.

3. The microprocessor system of claim 2 in which the
decoding determines if the multiple instructions do not
require a memory access by a state of a bit of each of the
multiple instructions.

4. The microprocessor system of claim 3 in which the
bit is a most significant bit of the multiple instructions.

5. The microprocessor system of claim 1 additionally
comprising an instruction register for the multiple in-
structions connected to said means for fetching instruc-
tions, means connected to said instruction register for
supplying the multiple instructions in succession from
said instruction register, a counter connected to control
said means for supplying the multiple instructions to
supply the multiple instructions in succession, means for
decoding the multiple instructions connected to receive
the multiple instructions in succession from the means
for supplying the multiple instructions, said counter

36

being connected to said means for decoding to receive
incrementing and reset control signals from said means
for decoding, said means for decoding being configured
to supply the reset control signal to said counter and to
supply a control signal to said means for fetching in-
structions in response to a SKIP instruction in the multi-
ple instructions.

6. The microprocessor system of claim 5 additionally
comprising a loop counter connected to receive a dec-
rement control signal from said means for decoding,
said means for decoding being configured to supply the
reset control signal to said counter and the decrement
control signal to said loop counter in response to a
MICROLOOP instruction in the multiple instructions
to provide a microloop within the multiple instructions
in said instruction register for a number of repetitions
controlled by said loop counter.

7. The microprocessor system of claim 1 additionally
comprising an instruction register for the multiple in-
structions and a variable width operand to be used with
one of the multiple instructions connected to said means
for fetching instructions, means connected to said in-
struction register for supplying the multiple instructions
in succession from said instruction register, a counter
connected to control said means for supplying the mul-
tiple instructions to supply the multiple instructions in
succession,

means for decoding the multiple instructions con-
nected to receive the multiple instructions in suc-
cession from the means for supplying the multiple
instructions, said counter being connected to said
means for decoding to receive incrementing and
reset control signals from said means for decoding,
said means for decoding being configured to con-
trol said counter in response to an instruction utiliz-
ing the variable width operand stored in said in-
struction register, and means connected to said
counter to select the variable width operand for use
with the instruction utilizing the variable width
operand in response to said counter.

8. A microprocessor system, comprising a central
processing unit, a memory, a bus connecting said cen-
tral processing unit to said memory, and means con-
nected to said bus for fetching instructions for said
central processing unit on said bus from said memory,
said means for fetching instructions being configured
and connected to fetch multiple sequential instructions
from said memory in parallel and supply the multiple
sequential instructions to said central processing unit
during a single memory cycle, said central processing
unit including an arithmetic logic unit and a first push
down stack connected to said arithmetic logic unit, said
first push down stack further including means for stor-
ing a top item connected to a first input of said arithme-
tic logic unit to provide the top item to the first input,
means for storing a next item connected to a second
input of said arithmetic logic unit to provide the next
item to the second input, said arithmetic logic unit hav-
ing an output connected to said means for storing a top
item, a second push down stack, said means for storing
a top item being connected to provide an input to said
second push down stack and a control means connected
between said means for storing a top item and said sec-
ond push down stack for controlling provision of the
input to said second push down stack, said second push
down stack additionally being configured as a register
file and said means for storing a top item and said sec-

5,440,749

37

ond push down stack additionally configured as the register file being bidirectionally connected

9. A microprocessor system, comprising a central processing unit, a dynamic random access memory, a bus connecting said central processing unit to said dynamic random access memory, and multiplexing means on said bus between said central processing unit and said dynamic random access memory, said multiplexing means being connected and configured to provide multiplexed row addresses, column addresses and data on said bus from said central processing unit to said dynamic random access memory and to provide data from said dynamic random access memory to said central processing unit, and

    means connected to said bus for fetching instructions for said central processing unit on said bus from said dynamic random access memory, said means for fetching instructions being configured to fetch multiple sequential instructions from said dynamic random access memory in parallel and supply the multiple instructions to said central processing unit during a single memory cycle,

    said central processing unit including an arithmetic logic unit and a first push down stack connected to said arithmetic logic unit, said first push down stack including means for storing a top item connected to a first input of said arithmetic logic unit to provide the top item to the first input, and means for storing a next item connected to a second input of said arithmetic logic unit to provide the next item to the second input, a remainder of said first push down stack being connected to said means for storing a next item to receive the next item from said means for storing a next item when pushed down in said push down stack, said arithmetic logic unit having an output connected to said means for storing a top item.

10. The microprocessor system of claim 9 additionally comprising a second push down stack, said means for storing a top item being connected to provide an input to said second push down stack and a control means connected between said means for storing a top item and said second push down stack for controlling provision of the input to said second push down stack.

11. The microprocessor system of claim 10 in which said second push down stack is additionally configured as a register file and said means for storing a top item and said second push down stack additionally configured as the register file are bidirectionally connected

12. The microprocessor system of claim 11 additionally comprising means connected to said means for fetching multiple instructions for determining by decoding the multiple instructions if multiple instructions fetched by said means for fetching multiple instructions require a memory access, said means for fetching multiple instructions fetching additional multiple instructions if decoding the multiple instructions shows that the multiple instructions do not require a memory access

13. The microprocessor system of claim 12 additionally comprising an instruction register for the multiple instructions connected to said means for fetching instructions, means connected to said instruction register for supplying the multiple instructions in succession from said instruction register, a counter connected to said control said means for supplying the multiple instructions in succession to supply the multiple instructions in succession, means for decoding the multiple instructions connected to receive the multiple instructions in succession from

38

the means for supplying the multiple instructions, said counter being connected to said means for decoding to receive incrementing and reset control signals from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and to supply a control signal to said means for fetching instructions in response to a SKIP instruction in the multiple instructions

14. The microprocessor system of claim 13 additionally comprising a loop counter connected to receive a decrement control signal from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and the decrement control signal to said loop counter in response to a MICROLOOP instruction in the multiple instructions within the multiple instructions in said instruction register for a number of repetitions controlled by said loop counter.

15. The microprocessor system of claim 13 in which said means for decoding is configured to control said counter in response to one of the multiple instructions utilizing a variable width operand stored in said instruction register with the multiple instructions, said microprocessor system additionally comprising means connected to said counter to select the variable width operand for use with the instruction utilizing the variable width operand in response to a state of said counter resulting from control of said counter by said means for decoding

16. The microprocessor system of claim 12 in which the decoding determines if the multiple instructions do not require a memory access by a state of a bit of each of the multiple instructions

17. The microprocessor system of claim 16 in which the bit is a most significant bit of each of the multiple instructions

18. The microprocessor system of claim 9 additionally comprising a programmable read only memory containing instructions connected to said bus, means connected to said bus for fetching instructions for said central processing unit on said bus, said means for fetching instructions including means for assembling a plurality of instructions from said programmable read only memory, storing the plurality of instructions in said dynamic random access memory and subsequently supplying the plurality of instructions from said dynamic random access memory to said central processing unit on said bus

19. The microprocessor system of claim 9 additionally comprising a direct memory access processing unit having the capacity to request and execute instructions, said bus connecting said direct memory access processing unit to said dynamic random access memory, said dynamic random access memory containing instructions for said central processing unit and said direct memory access processing unit, said direct memory access processing unit being connected to means for fetching instructions for said central processing unit on said bus and for fetching instructions for said direct memory access processing unit on said bus

20. The microprocessor system of claim 19 additionally comprising a variable speed system clock connected to said central processing unit and a fixed speed system clock connected to control said means for fetching instructions for said central processing unit and for fetching instructions for said direct memory access processing unit

21. The microprocessor system of claim 9 in which said microprocessor system is configured to provide

5,440,749

39

different memory access timing for different storing capacity sizes of said dynamic random access memory by including a sensing circuit and a driver circuit, and an output enable line connected between said dynamic random access memory, said sensing circuit and said driver circuit, said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined electrical level after a memory read operation as a function of different capacitance on said bus as a result of the different storing capacity sizes of said dynamic random access memory, said microprocessor system being configured so that said driver circuit provides an enabling signal on said output enable line responsive to the ready signal

22. The microprocessor system of claim 21 in which the predetermined electrical level is a predetermined voltage.

23. The microprocessor system of claim 9 in which said microprocessor system is configured to operate at a variable clock speed; said microprocessor system additionally comprising a ring counter variable speed system clock connected to said central processing unit, said central processing unit and said ring counter variable speed system clock being provided in a single integrated circuit said ring counter variable speed system clock being configured to provide different clock speed to said central processing unit as a result of transistor propagation delays, depending on at least one of temperature of said single integrated circuit. voltage and microprocessor fabrication process for said single integrated circuit.

24. The microprocessor system of claim 23 additionally comprising an input/output interface connected between said microprocessor system and an external memory bus to exchange coupling control signals. addresses and data between said central processing unit and said input/output interface and a second clock independent of said ring counter variable speed system clock connected t said input/output interface to provide clock signals for operation of said input/output interface asynchronously from said central processing unit.

25. The microprocessor system of claim 24 in which said second clock is a fixed frequency clock.

26. The microprocessor system of claim 9 in which said first push down stack has a first plurality of stack registers having stack memory elements configured as latches, a second plurality of stack registers having stack memory elements configured as a random access memory, said first and second plurality of stack registers and said central processing unit being provided in a single integrated circuit with a top one of said second plurality of stack registers being connected to said a bottom one of said first plurality of stack registers, and a third plurality of stack registers having stack memory elements configured as a random access memory external to said single integrated circuit, with a top one of said third plurality of stack registers being connected to a bottom one of said second plurality of stack registers, said microprocessor system being configured to operate

40

said first, second and third plurality of stack registers hierarchically as interconnected stacks

27 The microprocessor system of claim 26 additionally comprising a first pointer connected to said first plurality of stack registers, a second pointer connected to said second plurality of stack registers, and a third pointer connected to said third plurality of stack registers, said microprocessor system being configured to operate said first, second and third plurality of stack registers hierarchically as interconnected stacks by having said central processing unit being connected to pop items from said first plurality of stack registers, said first stack pointer being connected to said second stack pointer to pop a first plurality of items from said second plurality of stack registers when said first plurality of stack registers are empty from successive pop operations by said central processing unit, said second stack pointer being connected to said third stack pointer to pop a second plurality of items from said third plurality of stack registers when said second plurality of stack registers are empty from successive pop operations by said central processing unit.

28. The microprocessor system of claim 9 additionally comprising a first register connected to supply a first input to said arithmetic logic unit, a first shifter connected between an output of said arithmetic logic unit and said first register, a second register connected to receive a starting polynomial value, an output of said second register being connected to a second shifter, a least significant bit of said second register being connected to said arithmetic logic unit, a third register connected to supply feedback terms of a polynomial to said arithmetic logic unit, a down counter, for counting down a number corresponding to digits of a polynomial to be generated, connected to said arithmetic logic unit, said arithmetic logic unit being responsive to a polynomial instruction to carry out an exclusive OR of the contents of said first register with the contents of said third register if the least significant bit of said second register is a "ONE" and to pass the contents of said first register unaltered if the least significant bit of said second register is a "ZERO" until said down counter completes a count, the polynomial to be generated resulting in said first register.

29. The microprocessor system of claim 28 in which said first register is a result register, said first shifter is a left shifting shifter, said second register is a multiplier register connected to receive a multiplier in bit reversed form, said second shifter is a right shifting shifter, said third register is connected to supply a multiplicand to said arithmetic logic unit, said down counter is configured for counting down a number corresponding to one less than the number of digits of the multiplier, said arithmetic logic unit being responsive to a multiply instruction to add the contents of said result register with the contents of said third register, if the least significant bit of said second register is a "ONE" and to pass the contents of said first register unaltered if the least significant bit of said second register is a "ZERO" until said down counter completes a count, the product resulting in said first register.

\* \* \* \* \*

65

US006598148B1

(12) **United States Patent**

Moore et al.

(10) Patent No.: **US 6,598,148 B1**
(45) Date of Patent: **Jul. 22, 2003**

(54) **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

(75) Inventors: **Charles H. Moore**, Woodside, CA (US); **Russell H. Fish, III**, Dallas, TX (US)

(73) Assignee: **Patriot Scientific Corporation**, Poway, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/124,623

(22) Filed: **Jul. 29, 1998**

(Under 37 CFR 1.47)

**Related U.S. Application Data**

(62) Division of application No. 08/484,918, filed on Jun. 7, 1995, now Pat. No. 5,809,336, which is a division of application No. 07/389,334, filed on Aug. 3, 1989, now Pat. No. 5,440,749.

(51) Int. Cl.⁷ .................................... G06F 15/00
(52) U.S. Cl. .................................... 712/32
(58) Field of Search .................... 712/32; 711/104, 711/105

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,680,698 A | * | 7/1987 | Edwards et al. | | 712/37 |
| 5,379,438 A | * | 1/1995 | Bell et al. | | 712/37 |

* cited by examiner

*Primary Examiner*—David Y. Eng
(74) *Attorney, Agent, or Firm*—Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

A microprocessor integrated circuit including a processing unit disposed upon an integrated circuit substrate is disclosed herein. The processing unit is designed to operate in accordance with a predefined sequence of program instructions stored within an instruction register. A memory capable of storing information provided by the processing unit and occupying a larger area of the integrated circuit substrate than the processing unit, is also provided within the microprocessor integrated circuit. The memory may be implemented using, for example dynamic or static random-access memory. A variable output frequency system clock, such as generated by a ring oscillator is also disposed on the integrated circuit substrate.

**13 Claims, 19 Drawing Sheets**







*FIG._1*



FIG._2



**FIG._3**



*FIG._4*



*FIG._5*



*FIG._6*



*FIG._7*

Case 5:08-cv-00877-JF    Document 41-2    Filed 07/18/2008    Page 94 of 121



*FIG._8*



**FIG._9**



FIG._10



FIG._11



FIG.--12



*FIG._13*



*FIG._14*



*FIG._15*



*FIG._ 16*



*FIG._ 18*



*FIG._17*



*FIG._19*



FIG._20



*FIG._21*



*FIG._22*



*FIG._23*

US 6,598,148 B1

1

# HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK

This application is a divisional of U.S. patent application No. 08/484,918, filed Jun. 7, 1995, now U.S. Pat. No. 5,809,336 which is a divisional of U.S. patent application No. 07/389,334, filed Aug. 3, 1989 now U.S. Pat. No. 5,982,231.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a simplified reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

### 2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

It is a further object of the invention to provide a high performance microprocessor in which DMA does not

2

require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. The microprocessor integrated circuit includes a processing unit disposed upon an integrated circuit substrate. In a preferred implementation, the processing unit operates in accordance with a predefined sequence of program instructions stored within an instruction register. A memory capable of storing information provided by the processing unit and occupying a larger area of the integrated circuit substrate than the processing unit is also provided within the microprocessor integrated circuit. The memory may be implemented using, for example, dynamic or static random-access memory.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

3

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

DETAILED DESCRIPTION OF THE INVENTION

OVERVIEW

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED and

LOW SYSTEM COST

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller.

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52 also labelled D0–D31 are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include VDD pins 56, VSS pins 58, output enable pin 60, write pin 62, clock pin 64 and reset 55 pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

4

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78 respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116 respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124 and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 151 and control lines 153.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to nonexistent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at 1/4 the system cost of static RAM used in most RISC systems.

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

US 6,598,148 B1

5

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable write and column address strobe pins 54 are respectively connected to the output enable write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are 1 in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214 to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When trans-

6

fer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0 1 control line 268 provides a control signal for determining whether the memory and I/O decode logic 266 provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSMS14258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290 and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC—DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus to the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 megabit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some

US 6,598,148 B1

7

simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However the integrated CPU DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310 DRAM311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding, wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310 RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

8

The microprocessor 310 has the following specifications:

CONTROL LINES
4—POWER/GROUND
1—CLOCK
32—DATA I O
4—SYSTEM CONTROL
EXTERNAL MEMORY FETCH
EXTERNAL MEMORY FETCH AUTOINCREMENT X
EXTERNAL MEMORY FETCH AUTOINCREMENT Y
EXTERNAL MEMORY WRITE
EXTERNAL MEMORY WRITE AUTOINCREMENT X
EXTERNAL MEMORY WRITE AUTOINCREMENT Y
EXTERNAL PROM FETCH
LOAD ALL X REGISTERS
LOAD ALL Y REGISTERS
LOAD ALL PC REGISTERS
EXCHANGE X AND Y
INSTRUCTION FETCH
ADD TO PC
ADD TO X
WRITE MAPPING REGISTER
READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
X0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
Y0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter, X Register and Y register. As a result to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 310 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is

9

inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch and then selecting one of the bits as the data to be read or written

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth

1 The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50

2 The microprocessor 50 uses two 16x32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide the equivalent of two 32x32-bit arrays, which can be accessed twice as fast as a register array

3 The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4 The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50

5 The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged

6 Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

10

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system

7 The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue

The microprocessor 50 offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits

8 The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

Video output to a CRT
Multiprocessor serial communications
8-bit parallel I/O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

11

| DESCRIPTION | I O | LINES |
|---|---|---|
| 1  Video shift register | OUTPUT | 1 to 3 |
| 2  Multiprocessor serial | BOTH | 6 lines, channel |
| 3  8-bit parallel | BOTH | 8 data  4 control |

The three sources use separate 1024-bit buffers and separate I O pins Therefore all three may be active simultaneously without interference

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously

FIGS 10 and 11 provide details of the PROM DMA used in the microprocessor 50 The microprocessor 50 executes faster than all but the fastest PROMs PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution The logic which performs this function is part of the DMA memory controller 118 The operation is similar to DMA but not identical since four 8-bit bytes must be assembled on the microprocessor 50 chip then written to the DRAM 150

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350, which carries RAS addresses CAS addresses and data The EPROM 260, on the other hand, is read with non-multiplexed busses The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data Four 8-bit bytes are read in this fashion The multiplexed bus 350 is turned back on and the data is written to the DRAM 150

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory Assuming a 50 MHz microprocessor 50 this means an access time of 320 nsec The instruction also indicates:

The selection address of the EPROM 260 to be loaded

The number of 32-bit words to transfer,

The DRAM 150 address to transfer into

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1 RAS goes low at 352, latching the EPROM 260 select information from the high order address bits The EPROM 260 is selected

2 Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address pins These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50 For the first byte, the byte select bits will be binary 00.

3 CAS goes low at 354 enabling the EPROM 260 data onto the lower 8 bits of the external address/data bus 350 NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs

4 The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position

12

5 Steps 2 3 and 4 are repeated with byte address 01

6 Steps 2 3 and 4 are repeated with byte address 10

7 Steps 2 3 and 4 are repeated with byte address 11

8 CAS goes high at 356 taking the EPROM 260 off the data bus

9 RAS goes high at 358, indicating the end of the EPROM 260 access

10 RAS goes low at 360 latching the DRAM select information from the high order address bits At the same time the RAS address bits are latched into the DRAM 150 The DRAM 150 is selected

11 CAS goes low at 362 latching the DRAM 150 CAS addresses

12 The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350 W goes low at 364 writing the 32 bits into the DRAM 150

13 W goes high at 366 CAS goes high at 368 The process continues with the next word

FIG. 12 shows details of the microprocessor 50 memory controller 118 In operation bus requests stay present until they are serviced CPU 70 requests are prioritized at 370 in the order of: 1 Parameter Stack; 2 Return Stack; 3 Data Fetch; 4 Instruction Fetch The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372 which provides a bus grant signal at 374 Internal address bus 380 and a DMA counter 376 provide inputs to a multiplexer 378 Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378 The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382 Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392 The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382 The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete

STACK REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables The on-chip registers access data faster than off-chip RAM A few microprocessors use an on-chip push down stack for temporary storage

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers (A math or logic operation always uses the top two stack items as source and the top of stack as destination ) The stack s disadvantage is that it makes some operations clumsy Some compiler activities in particular require on-chip registers for efficiency

As shown in FIG 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both

BENEFITS:

1 Stack math and logic is twice as fast as those available on an equivalent register only machine Most programmers and optimizing compilers can take advantage of this feature

2 Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation The accessing of variables is three to four times as fast as available on a strictly stack machine

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

13

**ADAPTIVE MEMORY CONTROLLER**

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor **50** multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 11, the microprocessor **50** uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line **152** from the microprocessor **50** is connected to all memories **150** on the circuit board. The loading on the output enable line **152** to the microprocessor **50** is directly related to the number of memories **150** connected. By monitoring how rapidly OE **152** goes high after a read, the microprocessor **50** is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line **152** is monitored by CMOS input buffer **410** which generates an internal READY signal on line **412** to the microprocessor's memory controller. Curves **414** and **416** of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line **152** has reached a predetermined level to generate the READY signal, driver **418** generates an OUTPUT ENABLE signal on OE line **152**.

**SKIP WITHIN THE INSTRUCTION CACHE**

The microprocessor **50** fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register **108**, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache.

SKIP CONDITIONS

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions **420** in the 32-bit instruction register **108**. If the test is successful SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register **108** and cause the next four-instruction group to be loaded into the register **108**.

As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter **180** to zero on line **422** and simultaneously latching the next instruction group into the register **108**. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor **50** provides the ability to skip up to three instructions.

14

**MICROLOOP IN THE INSTRUCTION CACHE**

The microprocessor **50** provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register **108**. The microloop instruction works in conjunction with the LOOP COUNTER **92** (FIG. 2) connected to the internal data bus **90**. To execute a microloop, the program stores a count in LOOP COUNTER **92**. MICROLOOP may be placed in the first second, third, or last byte **420** of the instruction register **108**. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER **92** times the machine cycle. If placed in the second, third, or last byte **420**, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero execution will continue with the next instruction. If not zero, the LOOP COUNTER **92** is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register **108** the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

**OPTIMAL CPU CLOCK SCHEME**

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor **50** uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit **430** is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor **50**.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator **430** is useful as a system clock, with its stages **431** producing phase 0-phase 3 outputs **433** shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator **430**, CPU **70** will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor **50** will operate slower than normal. Since the microprocessor **50** ring oscillator clock **430** is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

**ASYNCHRONOUS/SYNCHRONOUS CPU**

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor **50** provides a dual-clock scheme as shown in FIG. 17, with the CPU **70** operating asynchronously to I/O interface **432** forming part of memory controller **118** (FIG. 2) and the I/O

15

interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432 speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432 optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436, with data/addresses passing on bus 90, 136.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits: JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb it bottoms out and slow speed memory is

16

accessed. Most memory operations can be handled by the shock absorber itself. The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip RAM stack 454. When popping data off a full stack 450 four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 22, a polynomial is generated by loading the order (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472

17

For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474 when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32x32 bit and a 32x4 bit is a factor of 8. If the least significant bit of the multiplier is a ONE, the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a ZERO, the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock many operations can be performed in 20 nsec and almost everything else in 40 nsec.

To maximize speed certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses,

Fetching up to four instructions per memory cycle

Pipelineless instruction decoding

Generating results before they are needed

Use of three level stack caching

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch decode, register read, execute and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one and so on. At the end of five weeks, the first home is complete. but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality,

18

a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF THEN ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec. The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines it a memory access is required. For example, CALL, FETCH and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

US 6,598,148 B1

| 19 | 20 |

## INTERNAL ARCHITECTURE

The microprocessor 50 architecture consists of the following:

| PARAMETER STACK <--> | Y REGISTER |
| | ALU    RETURN STACK |
| | < -> |
| <--32 BITS--> | <--32 BITS--> |
| 16 DEEP | 16 DEEP |
| Used for math and logic* | Used for subroutine and interrupt |
| | return addresses as well as local variables |
| Push down stack | Push down stack |
| Can overflow into | Can overflow into off-chip RAM |
| off chip RAM | Can also be accessed relative to top of stack |
| LOOP COUNTER | (32-bits, can decrement by 1) |
| | Used by class of test and loop instructions |
| X REGISTER | (32-bits can increment or decrement by 4) |
| | Used to point to RAM locations |
| PROGRAM COUNTER | (32-bits. Increments by 4) Points to 4-byte |
| | instruction groups in RAM |
| INSTRUCTION REG | (32-Bits) Holds 4-byte instruction groups |
| | while they are being decoded and executed |

*Math and logic operations use the TOP item and NEXT to Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.

*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward.

MODE—A register with mode and status bits

MODE-BITS
—Slow down memory accesses by 8 if '1' Run full speed if '0' (Provided for access to slow EPROM )
—Divide the system clock by 1023 if '1' to reduce power consumption Run full speed if '0' (On-chip counters slow down if this bit is set)
—Enable external interrupt 1
—Enable external interrupt 2
—Enable external interrupt 3
—Enable external interrupt 4
—Enable external interrupt 5
—Enable external interrupt 6
—Enable external interrupt 7

ON-CHIP MEMORY LOCATIONS
MODE-BITS
DMA-POINTER
DMA-COUNTER
STACK-POINTER—Pointer into Parameter Stack
STACK-DEPTH—Depth of on-chip Parameter Stack
RSTACK-POINTER—Pointer into Return Stack
RSTACK-DEPTH—Depth of on-chip Return Stack

ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide All memory fetches and stores are 32-bits Memory bus addresses are 30 bits The least significant 2 bits are used to select one-of-four bytes in some addressing modes The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch Branches and Calls are made to 32-bit word boundaries

## INSTRUCTION SET

32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE These instructions require the calculation of an effective address In many computers the effective address is calculated by adding or subtracting an operand with the current Program Counter This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler Increment to next page or Decrement to previous page operation at run time As a result, the microprocessor branches execute in a single cycle

24-BIT OPERAND FORM

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
| WWWWWW XX - | YYYYYYYY - | YYYYYYYY - | YYYYYYYY |

With a 24-bit operand the current page is considered to be defined by the most significant 6 bits of the Program Counter

16-BIT OPERAND FORM

QQQQQQQQ - WWWWWWWW XX - YYYYYYYY - YYYYYYYY With a 16-bit operand the current page is considered to be defined by the most significant 14 bits of the Program Counter

8-BIT OPERAND FORM

QQQQQQQQ - QQQQQQQQ - WWWWWW XX - YYYYYYYY With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter

QQQQQQQQ—Any 8-bit instruction

WWWWWW—Instruction op-code

XX—Select how the address bits will be used

00 —Make all high-order bits zero (Page zero addressing)

01 —Increment the high-order bits (Use next page)

10 —Decrement the high-order bits (Use previous page)

11 —Leave the high-order bits unchanged (Use current page)

YYYYYYYY —The address operand field This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions The effective address is calculated by combining

The current Program Counter,

The 8, 16, or 24 bit address operand in the instruction

Using one of the four allowed addressing modes

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

21

## EXAMPLE 1

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The QQQQQQQQs in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits). Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits 2 through 10 (Remember a CALL or BRANCH always goes to a word boundary so the two least significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

## EXAMPLE 2

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 00000101 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary 00000000 00000000 00000001 01010110 =OLD PROGRAM COUNTER Byte 1 indicates a BRANCH instruction op code (000001) and '01' indicates select the next page Byte 2,3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000 =NEW PROGRAM COUNTER

INSTRUCTIONS
CALL-LONG

0000 00XX - YYYYYYYY - YYYYYYYY - YYYYYYYY

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.

OTHER EFFECTS. CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full

BRANCH

0000 01XX - YYYYYYYY - YYYYYYYY - YYYYYYYY

Load the Program Counter with the effective WORD address specified

OTHER EFFECTS: NONE

BRANCH-IF-ZERO

0000 10XX - YYYYYYYY - YYYYYYYY - YYYYYYYY

Test the TOP value on the Parameter Stack. If the value is equal to zero, load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction

22

OTHER EFFECTS: NONE
LOOP-IF-NOT-DONE

0000 11 YY - (XXXX XXXX) - (XXXX XXXX) - (XXXX XXXX)

If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor 50 is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination

For math and logic operations the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed the operands are popped from the stack and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI

The availability of 8-bit instructions also allows another architectural innovation, the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories

Similar performance to the Harvard (separate data and instruction busses) without the expense.

Opportunities to optimize groups of instructions.

The capability to perform loops within this mini-cache

The microloops inside the four instruction group are effective for searches and block moves.

SKIP INSTRUCTIONS

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle whereas a group of three NOPs would take three cycles

SKIP-ALWAYS—Skip any remaining instructions in this 4-byte instruction group

Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group

SKIP-IF-ZERO—If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group

If the TOP item is not zero, execute the next sequential instruction.

SKIP-IF-POSITIVE—If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction

23

group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group If the TOP item is not '0' execute the next sequential instruction

SKIP-IF-NO-CARRY—If the CARRY flag from a SHIFT or arithmetic operation is not equal to '1' skip any remaining instructions in the 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to '1' execute the next sequential instruction.

SKIP-NEVER—Execute the next sequential (NOP) instruction. (Delay one machine cycle).

SKIP-IF-NOT-ZERO - If the TOP item on the Parameter Stack is not equal to '0', skip any remaining instructions in the 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group

If the TOP item is equal 0 : execute the next sequential instruction

SKIP-IF-NEGATIVE—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to '1', skip any remaining instructions in the 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group If the TOP item has its most significant bit set to '0', execute the next sequential instruction

SKIP-IF-CARRY—If the CARRY flag is set to '1' as a result of SHIFT or arithmetic operation skip any remaining instructions in the 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group If the CARRY flag is '0' execute the next sequential instruction

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for '0' and may perform an additional test If the LOOP COUNTER is not '0' and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented A microloop instruction will usually be the last byte in a 4-byte instruction group but it can be any byte If the LOOP COUNTER is '0' or the test is not met, instruction execution continues with the next instruction If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory On a termination of the loop on LOOP COUNTER equal to '0', the LOOP COUNTER will remain at '0' Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory

EXAMPLE

| Byte 1 | Byte 2 |
| FETCH-VIA-X-AUTOINCREMENT | STORE-VIA-Y-AUTOINCREMENT |
| Byte 3 | Byte 4 |
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move To initiate the transfer X will be loaded with the starting address of the source Y will be loaded with the starting address of the

24

destination The LOOP COUNTER will be loaded with the number of 32-bit words to move The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER If the LOOP COUNTER is '0' continue execution with the next instruction

ULOOP-IF-ZERO—If the LOOP COUNTER is not '0' and the TOP item on the Parameter Stack is '0', continue execution with the first instruction in the 4-byte instruction group Decrement the LOOP COUNTER If the LOOP COUNTER is '0' or the TOP item is '1', continue execution with the next instruction

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not '0' and the most significant bit (sign bit) is '0', continue execution with the first instruction in the 4-byte instruction group Decrement the LOOP COUNTER If the LOOP COUNTER is '0' or the TOP item is '1' continue execution with the next instruction

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not '0' and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER If the LOOP COUNTER is '0' or the exponents are aligned continue execution with the next instruction

This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER Continue execution with the next instruction

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not '0' and the TOP item of the Parameter Stack is '0' continue execution with the first instruction in the 4-byte instruction group Decrement the LOOP COUNTER If the LOOP COUNTER is '0' or the TOP item is '1', continue execution with the next instruction

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not '0' and the most significant bit (sign bit) of the TOP item of the Parameter Stack is '1', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER If the LOOP COUNTER is '0' or the most significant bit of the Parameter Stack is '0', continue execution with the next instruction

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not '0' and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group Decrement the LOOP COUNTER If the

25

LOOP COUNTER is `0` or the exponents are aligned continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases the current Program Counter is pushed onto the Return Stack so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

RETURN INSTRUCTIONS

RETURN-ALWAYS—Pop the top item from the Return Stack and transfer it to the Program Counter

RETURN-IF-ZERO—If the TOP item on the Parameter Stack is `0`, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction

RETURN-IF-POSITIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is `0`, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-CLEAR—If the exponents of the floating point numbers found in TOP and NEXT are not aligned pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction

RETURN-NEVER—Execute the next instruction (NOP)

RETURN-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not `0`, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction

RETURN-IF-NEGATIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a `1`, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction

RETURN-IF-CARRY-SET—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec to 30 nsec. There are times when external memory must be accessed

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. Exter-

26

nal memory may be accessed at addresses relative to the PC. The operands are sometimes called `Immediate` or `Literal` in other computers. When used as memory pointer the PC is also incremented after each operation

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack X is unchanged

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack Y is unchanged

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching increment the most significant 30 bits of Y to point to the next 32-bit word address

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing increment the most significant 30 bits of Y to point to the next 32-bit word address

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction. The effect

27

is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC increments after each execution of FETCH-VIA-PC, so it is possible to push four immediate operands on the stack. The four operands would be found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack.

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack. Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack 74. If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack 74. If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM, so a means of keeping local variables on-chip can make operations run faster. The microprocessor 50 provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip RAM locations. The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically overflow into off-chip RAM.

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack. OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be returned.

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the

28

XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111.) OTHER EFFECTS: If the Parameter Stack is empty the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item 30 from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack and an instruction attempts to WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER.

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register.

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

US 6,598,148 B1

29
EXAMPLE

| BYTE 1<br>LOAD-SHORT-LITERAL<br>BYTE 4<br>00001111 | BYTE 2<br>QQQQQQQQ | BYTE 3<br>QQQQQQQQ |
|---|---|---|

In this example QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111 (HEX 0F) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1<br>LOAD-SHORT-LITERAL<br>BYTE 3<br>LOAD-SHORT-LITERAL | BYTE 2<br>LOAD-SHORT-LITERAL<br>BYTE 4<br>00001111 |
|---|---|

SHORT-LITERAL-INSTRUCTION
 LOAD-SHORT-LITERAL—Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack.
LOGIC INSTRUCTIONS
 Logical and math operations use the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74.
    AND—Pop TOP and NEXT from the Parameter Stack perform the logical AND operation on these two operands, and push the result onto the Parameter Stack
    OR—Pop TOP and NEXT from the Parameter Stack perform the logical OR operation on these two operands, and push the result onto the Parameter Stack
    XOR—Pop TOP and NEXT from the Parameter Stack perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack
    BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT)
MATH INSTRUCTIONS
 Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result
    ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed
    ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.
    ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter

30

Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed
SUB—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.
SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.
SUB-X—
SIGNED-MULT-STEP—
UNSIGNED-MULT-STEP—
SIGNED-FAST-MULT—
FAST-MULT-STEP—
UNSIGNED-DIV-STEP—
GENERATE-POLYNOMIAL—
ROUND—
COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected
SHIFT/ROTATE
SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP
SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP
DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT
DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP
OTHER INSTRUCTIONS
FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles
FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles
It should further be apparent to those skilled in the art that various changes in form and details of the invention as

31

shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor integrated circuit comprising:

a program-controlled processing unit operative in accordance with a sequence of program instructions;

a memory coupled to said processing unit and capable of storing information provided by said processing unit;

a plurality of column latches coupled to the processing unit and the memory wherein, during a read operation, a row of bits are read from the memory and stored in the column latch; and

a variable speed system clock having an output coupled to said processing unit;

said processing unit, said variable speed system clock said plurality of column latches, and said memory fabricated on a single substrate, said memory using a greater area of said single substrate than said processing unit, said memory further using a majority of a total area of said single substrate.

2. The microprocessor integrated circuit of claim 1 wherein said memory is dynamic random-access memory.

3. The microprocessor integrated circuit of claim 1 wherein said memory is static random-access memory.

4. A microprocessor integrated circuit comprising:

a processing unit disposed on an integrated circuit substrate, said processing unit operating in accordance with a predefined sequence of program instructions;

a memory coupled to said processing unit and capable of storing information provided by said processing unit, said memory occupying a larger area of said integrated circuit substrate than said processing unit said memory further occupying a majority of a total area of said single substrate; and

a ring oscillator having a variable output frequency wherein the ring oscillator provides a system clock to the processing unit, the ring oscillator disposed on said integrated circuit substrate.

5. The microprocessor integrated circuit of claim 4 wherein said memory is dynamic random-access memory.

6. The microprocessor integrated circuit of claim 4 wherein said memory is static random-access memory.

7. The microprocessor integrated circuit of claim 4 wherein said memory is capable of supporting read and write operations.

32

8. A microprocessor integrated circuit comprising:

a processing unit having one or more interface ports for interprocessor communication, said processing unit being disposed on a single substrate;

a memory disposed upon said substrate and coupled to said processing unit, said memory occupying a greater area of said substrate than said processing unit, said memory further comprising a majority of a total area of said substrate; and

a ring oscillator having a variable output frequency wherein the ring oscillator provides a system clock to the processing unit, the ring oscillator disposed on said substrate.

9. The microprocessor integrated circuit of claim 8 wherein a first of said interface ports includes a column latch, said column latch facilitating serial communication through said first of said interface ports.

10. The microprocessor integrated circuit of claim 8 further including memory controller means coupled to said memory for performing direct memory access data transfer through said one or more interface ports.

11. A microprocessor computational system comprising:

a first processing unit disposed upon a first substrate;

a first memory disposed upon said first substrate and coupled to said first processing unit, said first memory occupying a greater area of said first substrate than said first processing unit, said memory further occupying a majority of a total area of said substrate;

a ring oscillator having a variable output frequency, wherein the ring oscillator provides a system clock to the processing unit, the ring oscillator disposed on said first substrate; and

a second processing unit coupled to said first processing unit and configured for interprocessor communication with said first processing unit.

12. The microprocessor computational system of claim 11 wherein said second processing unit and a second memory are disposed upon a second substrate, said second memory occupying a greater area of said second substrate than said second processing unit, said second memory further occupying a majority of a total area of said substrate.

13. The multiprocessor computational system of claim 11 wherein said first processing unit includes an interface port for establishing said interprocessor communication between an internal register of said first processing unit and second processing unit.

*  *  *  *  *

# EXHIBIT B

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 25 2008

DAVID J. MALAND, CLERK
BY
DEPUTY_____

(1) TECHNOLOGY PROPERTIES
LIMITED and (2) PATRIOT SCIENTIFIC
CORPORATION,

        Plaintiffs,

vs.

(1) ACER, INC.
(2) ACER AMERICA CORPORATION
(3) GATEWAY, INC.

        Defendants.

CASE NO 2-08 CV-173

**Jury Trial Demanded**

TJW/CE

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiffs, Technology Properties Limited ("TPL") and Patriot Scientific Corporation

("Patriot"), (collectively "Plaintiffs"), allege the following in support of their Complaint for

Patent Infringement and Demand for Jury Trial ("Complaint") against Defendants, Acer, Inc,

("Acer"), Acer America Corporation ("Acer America") and Gateway, Inc ("Gateway").

### PARTIES

1      Plaintiff, Technology Properties Limited ("TPL") is a corporation duly organized

and existing under the laws of the State of California and maintains its principal place of

business in Cupertino, California

2.     Plaintiff, Patriot Scientific Corporation ("Patriot") is a corporation duly

organized and existing under the laws of the State of Delaware and maintains its principal place

of business in Carlsbad, California.

1

3. Upon information and belief, Defendant Acer, Inc. is a Taiwan corporation with its principal place of business in Taipei, Taiwan, R.O.C.

4. Upon information and belief, Defendant Acer America Corporation is a California corporation with its principal place of business in San Jose, California.

5. Upon information and belief, Defendant Gateway, Inc. is a Delaware corporation with its principal place of business in Irvine, California. Gateway is a wholly-owned subsidiary of Acer.

## JURISDICTION

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. §§ 101, *et seq.* and 271, *et seq.* This Court has personal jurisdiction over Defendants because they each infringe Plaintiffs' patent by offering on their websites infringing products to their users and/or customers who reside in, or may be found in, the Eastern District of Texas. Further, each Defendant has actually transacted business with users of their websites in the Eastern District of Texas.

## VENUE

7. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because Defendants have each committed acts of infringement in this district.

## GENERAL ALLEGATIONS

8.     On July 21, 1998, United States Patent No. 5,784,584 ("584 Patent") entitled "High Performance Microprocessor Using Instructions That Operate Within Instruction Groups" was duly and legally issued. All rights and interest in the '584 Patent are co-owned by TPL and Patriot Scientific Corporation. TPL has the sole and exclusive right and obligation to license and enforce the '584 Patent. A true and correct copy of the '584 Patent is attached hereto as Exhibit A.

## COUNT 1

(Patent Infringement Against Acer, Inc.)

9.     Paragraphs 1-8 of the Complaint set forth above are incorporated herein by reference.

10.     Upon information and belief Defendant Acer has infringed and continues to infringe under 35 U.S.C. § 271 the '584 Patent.

11.     Acer's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Acer the damages sustained by Plaintiffs as a result of Acer's infringement of the '584 Patent. Acer's infringement of Plaintiffs' exclusive rights under the '584 Patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

12.     Plaintiffs allege, on information and belief, that Acer's acts of infringement were willful and deliberate.

## COUNT 2

(Patent Infringement Against Acer America Corporation)

13. Paragraphs 1-8 of the Complaint set forth above are incorporated herein by reference

14. Upon information and belief Defendant Acer America has infringed and continues to infringe under 35 U.S.C. § 271 the '584 Patent.

15. Acer America's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Acer America the damages sustained by Plaintiffs as a result of Acer America's infringement of the '584 Patent. Acer America's infringement of Plaintiffs' exclusive rights under the '584 Patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283

16. Plaintiffs allege, on information and belief, that Acer America's acts of infringement were willful and deliberate.

## COUNT 3

(Patent Infringement Against Gateway, Inc.)

17. Paragraphs 1-8 of the Complaint set forth above are incorporated herein by reference

18. Upon information and belief Defendant Gateway has infringed and continues to infringe under 35 U.S.C. § 271 the '584 Patent

19. Gateway's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Gateway the damages sustained by Plaintiffs as a result of Gateway's infringement of the '584 Patent. Gateway's infringement of

4

Plaintiffs' exclusive rights under the '584 Patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

20.   Plaintiffs allege, on information and belief, that Gateway's acts of infringement were willful and deliberate.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendants as follows:

A.   For judgment that Defendants Acer, Inc., Acer America Corporation, and Gateway, Inc. have infringed and continue to infringe the '584 Patent;

B.   For permanent injunctions under 35 U.S.C. § 283 against Defendants and their directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in concert, on behalf of, in joint venture, or in partnership with Defendants from further acts of infringement;

C.   For damages to be paid by Defendants adequate to compensate Plaintiffs for their infringement, including interests, costs and disbursements as the Court may deem appropriate under 35 U.S.C. § 284;

D.   For judgment finding that Defendants' infringement was willful and deliberate, entitling Plaintiffs to increased damages under 35 U.S.C. § 284;

E.   For judgment finding this to be an exceptional case against Defendants and awarding Plaintiffs attorney fees under 35 U.S.C. § 285; and,

F.   For such other and further relief at law and in equity as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiffs hereby demand a jury

trial on all issues triable by jury

Dated: April 25, 2008                  Respectfully submitted,

By:  _Elizabeth L DeRieux_

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

John L. Cooper
California Bar No. 50324
Email: jcooper@fbm.com
Jeffrey M. Fisher
California Bar No. 155284
Email: jfisher@fbm.com
Helen Dutton
California Bar No. 235558
hdutton@fbm.com
Farella Braun + Martel, LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

ATTORNEYS FOR PLAINTIFF
TECHNOLOGY PROPERTIES LIMITED

By: _Charles T Hoge_ by permission
                                            CJB

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Charles T. Hoge
California Bar No. 110696
Email: choge@knlh.com
Kirby Noonan Lance & Hoge, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

ATTORNEYS FOR PLAINTIFF
PATRIOT SCIENTIFIC CORPORATION

US005784584A

# United States Patent [19]

## Moore et al.

[11] Patent Number: 5,784,584

[45] Date of Patent: Jul. 21, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III** Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif.

[21] Appl. No.: 484,935

[22] Filed: Jun. 7, 1995

### Related U.S. Application Data

[62] Division of Ser. No. 389,334 Aug. 3, 1989 Pat. No. 5,440,749

[51] Int. Cl.⁶ .............................................. G06F 9/30
[52] U.S. Cl. ............................................... 395/376
[58] Field of Search ....................... 395/376, 382, 395/384, 588, 800.23

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,967,326 10/1990 May ........................... 395/800

5,127,091 6/1992 Bonfaral et al ................... 395/375

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57]                    **ABSTRACT**

A high-performance microprocessor system using instruction that access operands and instructions located relative to the current instruction group rather than located relative to the current instructions as is the convention, is disclosed herein. The microprocessor system includes a central processing unit, memory, and a bus connecting the central processing unit and memory. An instruction fetching unit connected to the bus, is provided for fetching instruction groups from the memory for use by the central processing unit and for storage within an instruction register. An instruction supplying unit operates to supply, in succession from the instruction register to the central processing unit one or more instructions from each of the instruction groups. The system further includes an instruction decoder for configuring the instruction supplying unit to select, from the instruction register, operands associated with instructions from particular instruction groups.

**29 Claims, 19 Drawing Sheets**







**FIG._1**



*FIG._2*



**FIG._3**



FIG._4



**FIG._5**



**FIG._6**

Case 5:08-cv-00877-JF    Document 41-3    Filed 07/18/2008    Page 16 of 45



**FIG._7**



*FIG._8*



*FIG._9*



FIG. – 10



*FIG._11*



*FIG._12*

REGISTER ARRAY                    COMPUTATION STACK



*FIG._13*



*FIG._14*



*FIG._15*



*FIG._16*



*FIG._18*



**FIG._17**



**FIG._19**



**FIG._20**



**FIG._21**



*FIG._22*



*FIG._23*

5,784,584

<div style="display:flex">
<div>

1

## HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS

This application is a division of U.S. application Ser. No. 07/389,334, filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

#### 2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

### SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and

</div>
<div>

2

responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention a microprocessor system in accordance with this invention has a central processing unit, a memory and a bus connecting the central processing unit to the memory. Instruction fetching means are connected to the bus to fetch instruction groups via the bus from the memory. Each of the instruction groups include at least one instruction that accesses operands or instructions or both. The operands and instructions are located relative to the instruction groups. An instruction register receives a first of the instruction groups from the instruction fetching means. The first of the instruction groups include one or more sequential instructions. Instruction supplying means supplies, in succession from the instruction register, the one or more sequential instructions of the first of the instruction groups to the central processing unit. An instruction decoding means configures the instruction supplying means to select from the instruction register an operand associated with one of the instructions from the first of the instruction groups.

In accordance with another aspect of the invention, the microprocessor has a central processing unit and an instruction register operatively coupled to the central processing unit. An instruction fetching means provides instruction groups to the instruction register wherein certain of the instruction groups include one or more operands or sequential instructions or both. The one or more sequential instructions including at least one instruction that accesses operands or instructions or both being located relative to the instruction groups. An instruction supplying means successively couples the one or more sequential instructions of the certain of the instruction groups to the central processing unit. An instruction decoding means configures the instruction supplying means to select operands from the instruction register associated with particular ones of the sequential instructions.

In another aspect of the invention, the microprocessor system includes a central processing unit, memory, and an instruction register. A method provides instructions from the instruction register to the central processing unit and comprises the steps of:

    providing instruction groups to the instruction register from the memory wherein certain of the instruction groups include one or more operands or sequential instructions or both;

    supplying, in succession from the instruction register, the one or more sequential instructions of the certain of the instruction groups to the central processing unit; and

    selecting an operand from the one of the instruction groups for use by the central processing unit.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

</div>
</div>

5,784,584

3

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

### DETAILED DESCRIPTION OF THE INVENTION

#### OVERVIEW

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

4

Programs are smaller

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus system to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

#### DYNAMIC RAM

In addition to the low cost 44-pin package another unusual aspect of the high performance microprocessor 50 is that it operates directly with dynamic random access memories (DRAMs) as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write enable pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148.

5,784,584

5

The memory controller 118 is connected to a RAM (not shown) by address/data bus 151 and control lines 153.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example the SPARC RISC microprocessor has three times the gates of the microprocessor 50 and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to nonexistent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems.

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150C. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instructions 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A

6

microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136 and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50 there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50. MSM514258-10 type DRAMs 150 totalling 2 megabytes, a

5,784,584

7

Motorola 50 MegaHertz crystal oscillator clock 282. I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290 and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC—DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus to the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 mega-bit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an

8

inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances and low cost computer peripherals.

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/ Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 mega RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications

CONTROL LINES

4—POWER/GROUND

1—CLOCK

32—DATA I/O

4—SYSTEM CONTROL

    EXTERNAL MEMORY FETCH

    EXTERNAL MEMORY FETCH AUTOINCREMENT X

    EXTERNAL MEMORY FETCH AUTOINCREMENT Y

    EXTERNAL MEMORY WRITE

    EXTERNAL MEMORY WRITE AUTOINCREMENT X

    EXTERNAL MEMORY WRITE AUTOINCREMENT Y

    EXTERNAL PROM FETCH

    LOAD ALL X REGISTERS

    LOAD ALL Y REGISTERS

    LOAD ALL PC REGISTERS

    EXCHANGE X AND Y

    INSTRUCTION FETCH

    ADD TO PC

    ADD TO X

    WRITE MAPPING REGISTER

    READ MAPPING REGISTER

REGISTER CONFIGURATION

5,784,584

MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
XO REGISTER 32 BITS (ACTIVATED ONLY FOR
    ON-CHIP ACCESSES)
YO REGISTER 32 BITS (ACTIVATED ONLY FOR
    ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allowed architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The micropro-

cessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

5,784,584

11

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310. the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

Video output to a CRT

Multiprocessor serial communications

8-bit parallel I/O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor 50 chip, then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350, which carries RAS addresses, CAS addresses and data. The EPROM 260, on the other hand, is read with non-

12

multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on, and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM 260 to be loaded.

The number of 32-bit words to transfer.

The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1. RAS goes low at 352 latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected.
2. Twelve address bits (consisting of eight normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.
3. CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address/data bus 350. NOTE: It is important to recognize that during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs.
4. The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.
5. Steps 2, 3 and 4 are repeated with byte address 01.
6. Steps 2, 3 and 4 are repeated with byte address 10.
7. Steps 2, 3 and 4 are repeated with byte address 11.
8. CAS goes high at 356, taking the EPROM 260 off the data bus.
9. RAS goes high at 358 indicating the end of the EPROM 260 access.
10. RAS goes low at 360 latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected.
11. CAS goes low at 362, latching the DRAM 150 CAS addresses.
12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364, writing the 32 bits into the DRAM 150.
13. W goes high at 366. CAS goes high at 368. The process continues with the next word.

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are prioritized at 370 in the order of: 1. Parameter Stack; 2. Return Stack; 3. Data Fetch; 4. Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372, which provides a bus grant signal at 374. Internal address lines 136 and a DMA counter 376 provide inputs to a multiplexer 378. Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378. The multiplexed

5,784,584

13

address bus 380 and the internal data bus 90 provide address and data inputs respectively, to multiplexer 382 Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392 The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382 The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers (A math or logic operation always uses the top two stack items as source and the top of stack as destination) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

BENEFITS:

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature.

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus range so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached

14

a predetermined level to generate the READY signal driver 418 generates an OUTPUT ENABLE signal on OE line 152.

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache

SKIP CONDITIONS:

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful SKIP will jump over the remaining one, two or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108. As shown the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG 2) connected to the internal data bus 90 To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first second, third, or last byte 420 of the instruction register 108 If placed in the first position execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges.

5,784,584

15

wide voltage swings. and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance. so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature. voltage, and process. At room temperature. the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade. the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock. with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19 because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430. CPU 70 will always execute at the maximum frequency possible. but never too fast. For example. if the processing of a particular die is not good resulting in slow transistors. the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates. it too will operate slower (oscillating at a lower frequency) providing compensation which allows the rest of the chip's logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17. with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430. Speed may vary by a factor of four depending upon temperature. voltage. and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432. speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432 optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436 with data/addresses passing on bus 90. 136.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature. not only would the CPU 314 execute at 100 MHZ. but the DRAM 311 would access fast enough to

16

keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required. and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8. 16. or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits. JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits. but the operand can be 8. 16. or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded. the state of the 2-bit microinstruction counter selects the required 8. 16. or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories. the faster the computer. Fast memories are expensive. so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory. giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb. it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique. shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip. delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches. but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450. 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack. operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled. the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled. the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip

5,784,584

17

RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 22, a polynomial is generated by loading the 'order' (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations and the resulting polynomial is left in A register 474.

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE" the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a 'ZERO', the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

18

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec, and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses

Fetching up to four instructions per memory cycle.

Pipelineless instruction decoding

Generating results before they are needed.

Use of three level stack caching

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec.

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster

5,784,584

**19**

ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor **50** performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor **50** is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor **50** fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

INTERNAL ARCHITECTURE

The microprocessor **50** architecture consists of the following:

| PARAMETER STACK <—><br>ALU*<br><—> | Y REGISTER<br>RETURN STACK |
|---|---|
| <—32 BITS—><br>16 DEEP | <—32 BITS—><br>16 DEEP |
| Used for math and logic | Used for subroutine and interrupt return addresses as well as local variables |
| Push down stack. | Push down stack. |
| Can overflow into off-chip RAM | Can overflow into off-chip RAM. |
|  | Can also be accessed relative to top of stack |
| LOOP COUNTER | (32-bits, can decrement by 1)<br>Used by class of test and loop instructions |
| X REGISTER | (32-bits, can increment or decrement by 4). Used to point to RAM locations |
| PROGRAM COUNTER | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM |
| INSTRUCTION REG | (32-Bits) Holds 4-byte instruction groups while they are being decoded and executed |

* Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.

* Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward.

MODE—A register with mode and status bits

**20**

MODE-BITS:

Slow down memory accesses by 8 if '1'. Run full speed if '0'. (Provided for access to slow EPROM.)

Divide the system clock by 1023 if '1' to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)

Enable external interrupt **1**.

Enable external interrupt **2**.

Enable external interrupt **3**.

Enable external interrupt **4**.

Enable external interrupt **5**.

Enable external interrupt **6**.

Enable external interrupt **7**.

ON-CHIP MEMORY LOCATIONS:

MODE-BITS

DMA-POINTER

DMA-COUNTER

STACK-POINTER—Pointer into Parameter Stack

STACK-DEPTH—Depth of on-chip Parameter Stack

RSTACK-POINTER—Pointer into Return Stack

RSTACK-DEPTH—Depth of on-chip Return Stack

ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

INSTRUCTION SET

32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result the microprocessor branches execute in a single cycle.

24-BIT OPERAND FORM:

Byte **1** Byte **2** Byte **3** Byte **4**

WWWWWW XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.

16-BIT OPERAND FORM:

QQQQQQQQ—WWWWWW XX—YYYYYYYY—YYYYYYYY

With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter

5,784,584

21

8-BIT OPERAND FORM:

QQQQQQQQ—QQQQQQQQ—W W W W W W XX—YYYYYYYY

With an 8-bit operand. the current page is considered to be defined by the most significant 22 bits of the Program Counter.

QQQQQQQQ—Any 8-bit instruction

WWWWWW—Instruction op-code.

XX—Select how the address bits will be used:

00—Make all high-order bits zero (Page zero addressing)

01—Increment the high-order bits (Use next page)

10—Decrement the high-order bits (Use previous page)

11—Leave the high-order bits unchanged. (Use current page)

YYYYYYYY—The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter.

The 8. 16. or 24 bit address operand in the instruction.

Using one of the four allowed addressing modes

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

EXAMPLE 1 :

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits) Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits 2 through 10. (Remember. a CALL or BRANCH always goes to a word boundary so the two least significant bits are always set to zero) The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

EXAMPLE 2 :

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110=OLD PROGRAM COUNTER

Byte 1 indicates a BRANCH instruction op code (000001) and '01' indicates select the next page. Byte 2 3. and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit-long instruction. the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruc-

22

tion will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000 = NEW PROGRAM COUNTER.
INSTRUCTIONS
CALL-LONG
0000 00XXX – YYYYYYYY – YYYYYYYY – YYYYYYYY

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.

OTHER EFFECTS: CARRY or modes. no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full

BRANCH

0000 01XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

Load the Program Counter with the effective WORD address specified

OTHER EFFECTS: NONE

BRANCH-IF-ZERO

0000 10XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

Test the TOP value on the Parameter Stack. If the value is equal to zero. load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero. increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

LOOP-IF-NOT-DONE

0000 11YY—(XXXX XXXX)—(XXXX XXXX)—(XXXX XXXX)

If the LOOP COUNTER is not zero. load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero. decrement the LOOP COUNTER. increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor 50 is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination

For math and logic operations. the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed. the operands are popped from the stack. and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation. the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories.

Similar performance to the Harvard (separate data and instruction busses) without the expense

Opportunities to optimize groups of instructions.

The capability to perform loops within this mini-cache.

5,784,584

23

The microloops inside the four instruction group are effective for searches and block moves

SKIP INSTRUCTIONS

The microprocessor **50** fetches instructions in 32-bit chunks called 4-byte instruction groups These four bytes may contain for 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES. SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle. whereas a group of three NOPs would take three cycles.

SKIP-ALWAYS—Skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group.

SKIP-IF-ZERO—If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction.

SKIP-IF-POSITIVE—If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0" skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0", execute the next sequential instruction.

SKIP-IF-NO-CARRY—If the CARRY flag from a SHIFT or arithmetic operation is not equal to '1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to "1". execute the next sequential instruction.

SKIP-NEVER Execute the next sequential (NOP) instruction. (Delay one machine cycle).

SKIP-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not equal to "0", skip any remaining instructions in the 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal "0" execute the next sequential instruction.

SKIP-IF-NEGATIVE—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1" skip any remaining instructions in the 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0" execute the next sequential instruction

SKIP-IF-CARRY—If the CARRY flag is set to '1" as a result of SHIFT or arithmetic operation. skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0". execute the next sequential instruction

MICROLOOPS

24

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for '0' and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met instruction execution continues with the first instruction in the 4-byte instruction group and the LOOP COUNTER is decremented A microloop instruction will usually be the last byte in a 4-byte instruction group but it can be any byte If the LOOP COUNTER is "0" or the test is not met. instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory On a termination of the loop on LOOP COUNTER equal to '0'. the LOOP COUNTER will remain at '0" Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory

EXAMPLE:

| Byte 1<br>FETCH-VIA-X-AUTOINCREMENT | Byte 2<br>STORE-VIA-Y-AUTOINCREMENT |
| Byte 3<br>ULOOP-UNTIL-DONE | Byte 4<br>QQQQQQQQ |

This example will perform a block move. To initiate the transfer. X will be loaded with the starting address of the source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0". continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER If the LOOP COUNTER is "0". continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1". continue execution with the next instruction

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0" continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1". continue execution with the next instruction.

ULOOP-IF-NOT-CARRY—If the LOOP COUNTER is not '0' and the floating point exponents found in TOP and NEXT are not aligned. continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned. continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER Continue execution with the next instruction.

5,784,584

25

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0" continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is "0", continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

RETURN INSTRUCTIONS

RETURN-ALWAYS—Pop the top item from the Return Stack and transfer it to the Program Counter.

RETURN-IF-ZERO—If the TOP item on the Parameter Stack is "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-POSITIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-CLEAR—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-NEVER—Execute the next instruction (NOP).

RETURN-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-NEGATIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-SET—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture, is optimized to handle as many operations as possible

26

on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged.

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. Y is unchanged.

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching decrement the most significant 30 bits of X to point to the previous 32-bit word address.

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged.

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter

5,784,584

27

Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction. The effect is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC increments after each execution of FETCH-VIA-PC so it is possible to push four immediate operands on the stack. The four operands would be the found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack.

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack.

Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack 74. If the on-chip stack is full the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack 74. If the on-chip stack is empty a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM. so a means of keeping local variables on-chip can make operations run faster. The microprocessor 50 provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip RAM locations. The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically overflow into off-chip RAM.

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack.

OTHER EFFECTS: If the Parameter Stack is full the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been

28

pushed onto the Return Stack, and an instruction attempts to READ the fifth item. unknown data will be returned.

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111.)

OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack. and an instruction attempts to WRITE to the fifth item. it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it.

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location.

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack.

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack.

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack.

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack.

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack.

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack.

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack.

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack.

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER.

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack.

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register.

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer.

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer.

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS.

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits.

OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

5,784,584

29

EXAMPLE:

| BYTE 1 | BYTE 2 | BYTE 3 |
|--------|--------|--------|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |
| BYTE 4 | | |
| 00001111 | | |

In this example QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111 (HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 | BYTE 2 |
|--------|--------|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |
| BYTE 3 | BYTE 4 |
| LOAD-SHORT-LITERAL | 00001111 |

SHORT-LITERAL-INSTRUCTION

LOAD-SHORT-LITERAL—Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack.

LOGIC INSTRUCTIONS

Logical and math operations use the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74.

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack.

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack.

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.

30

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected.

SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor system comprising:

a central processing unit;

memory;

a bus connecting said central processing unit to said memory;

instruction fetching means that are connected to said bus to fetch instruction groups via said bus from said memory, certain of said instruction groups including at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located a predetermined position from a boundary of said instruction groups;

5,784,584

31

an instruction register for receiving sequential instructions from a first of said instruction groups from said instruction fetching means, said first of said instruction groups including said at least one instruction;

instruction decoding means having means for generating a counter control signal and an operand control signal;

a counter that is connected to receive said counter control signal from said instruction decoding means;

operand selection means that is responsive to said operand control signal from said instruction decoding means;

instruction supplying means, responsive to said counter to select said predetermined position for supplying, in succession from said instruction register, said sequential instructions to said central processing unit;

said instruction supplying means being further responsive to said counter and said operand selection means for selecting and supplying operand from said predetermined position in said instruction groups to said central processing unit;

said instruction decoding means providing said counter control signal and said operand control signal to cause said instruction supplying means to select from said instruction groups said operand or instruction or both associated with one of said instructions from said first of said instruction groups.

2. The microprocessor system of claim 1 wherein said instruction decoding means further includes means, responsive to a SKIP instruction in said instruction register, for configuring said instruction fetching means such that the next instruction group is supplied to the instruction register, and for configuring said instruction supplying means to supply in succession from said instruction register, said sequential instructions, beginning with the first instruction in said instruction register from said next instruction group to said central processing unit, and in which said means for generating counter control signal, also in response to the SKIP instruction, supplies the counter control signal to reset said counter to zero.

3. The microprocessor system of claim 2 further comprising:

means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said SKIP instruction and said predefined condition to execute or not execute said SKIP instruction based on existence of said predefined condition.

4. The microprocessor system of claim 1 further comprising:

a loop counter that is connected to receive a decrement control signal from said instruction decoding means, said instruction decoding means further including means responsive to a MICROLOOP instruction in said instruction register, configured to supply said decrement control signal to said loop counter, said instruction supplying means being configured to supply from said instruction register beginning with the first instruction in said instruction register from said first of said instruction groups, to said central processing unit and in which said means for generating the counter control signal, also in response to the MICROLOOP instruction, supplies the counter control signal for resetting said counter to zero.

5. The microprocessor system of claim 4 further comprising:

means for determining whether a predefined condition exists within said microprocessor system, and

32

means for controlling response of said instruction decoding means to said MICROLOOP instruction and said predefined condition to execute or not execute said MICROLOOP instruction based on existence of said predefined condition.

6. The microprocessor system of claim 1 wherein said instruction decoding means includes means for supplying control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied to said instruction register, and for configuring said instruction supplying means to supply to said central processing unit a remainder of said first of said instruction groups as said operand.

7. The microprocessor system of claim 6 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups supplied to said instruction register is determined in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

8. The microprocessor system of claim 1 wherein said instruction decoding means configures said instruction supplying means to supply to said central processing unit a last byte of said first of said instruction groups as said operand in response to one of said sequential instructions within said first of said instruction groups.

9. The microprocessor system of claim 1 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied as an operand in response to one of said sequential instructions within said first of said instruction groups.

10. The microprocessor system of claim 1 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups supplied to said instruction register is determined in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

11. The microprocessor system of claim 10 in which said instruction decoding means supplies said counter control signal to reset said counter in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

12. The microprocessor system of claim 10 further comprising means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said branch-type instruction and said predefined condition to execute or not execute said branch-type instruction based on existence of said predefined condition.

13. The microprocessor system of claim 10 in which said instruction supplying means includes means for gating said sequential instructions within said instruction register to said central processing unit based on signals produced by said counter.

14. The microprocessor system of claim 1 wherein said instruction fetching means fetches said sequential instructions in parallel for each of said instruction groups in a single memory cycle.

15. The microprocessor system of claim 1 further comprising:

memory access testing means for testing said first of said instruction groups to determine if said sequential instructions require a memory access; and

if said memory access testing means determine a memory access is not required then supplying of control signals

5,784,584

to said instruction fetching means to fetch the next instruction group during the execution of a current of said instruction groups.

16. The microprocessor of claim 1 wherein said instruction supplying means includes:

a decoder connected to an output of said counter, and

a plurality of gates interposed between said instruction register and said central processing unit, said gates being controlled by signals from said decoder.

17. The microprocessor of claim 1 wherein said instruction decoding means includes means for determining a width of said operand, said width being related to position in said instruction register of said one of said instructions of said first of said instruction groups.

18. The microprocessor of claim 1 wherein said first of said instruction groups includes a first instruction and multiple operand bytes, said instruction decoding means including means for determining a width of said operand associated with said first instruction based on position of said first instruction within said instruction register.

19. The microprocessor of claim 18 wherein said instruction supplying means includes gating means for selecting one or more of said multiple operand bytes within said instruction register corresponding to said operand.

20. A microprocessor comprising;

a central processing unit;

an instruction register operatively coupled to said central processing unit;

instruction fetching means for providing sequential instructions within instruction groups to said instruction register wherein certain of said instruction groups include at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located at a predetermined position from a boundary of said instruction groups;

instruction decoding means having a means for generating a counter control signal and an operand control signal;

a counter that is connected to receive said counter control signal from said instruction decoding means;

operand selection means that is responsive to said operand control signal from said instruction decoding means;

instruction supplying means, responsive to said counter to select said predetermined position, for successively coupling said sequential instructions of said certain of said instruction groups to said central processing unit;

said instruction supplying means being further responsive to said counter and said operand selection means for selection and supplying operands from said predetermined position in said instruction groups to said central processing unit; and

said instruction decoding means providing said counter control signal and said operand control signal to cause said instruction supplying means to select from said instruction groups said operand or instruction or both associated with particular ones of said sequential instructions.

21. The microprocessor of claim 20 wherein said instruction decoding means, upon receiving a SKIP one of said sequential instructions from a current one of said instruction groups, configures said instruction fetching means to fetch a next one of said instruction groups to said instruction register, supplies the counter control signal to reset said counter to zero and configures said instruction supplying means to supply a first one of said sequential instructions.

22. The microprocessor of claim 21 further including means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said SKIP instruction and said predefined condition to execute or not execute said SKIP instruction based on existence of said predefined condition.

23. The microprocessor of claim 20 further comprising a loop counter, said instruction decoding means, responsive to a MICROLOOP instruction within said instruction register, providing a decrement signal to said loop counter and priding the counter control signal to reset said counter to zero, and said instruction supplying means being configured to supply from said instruction register said sequential instructions, beginning with the first instruction in said instruction register, from a current one of said instruction groups, to said central processing unit.

24. The microprocessor of claim 23 further comprising: means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said MICROLOOP instruction and said predefined condition to execute or not execute said MICROLOOP instruction based on existence of said predefined condition.

25. The microprocessor of claim 20 wherein said instruction decoding means includes means, responsive to ones of said sequential instructions of predetermined type, for supplying control signals to said instruction fetching means such that a subsequent one of said instruction groups is provided to said instruction register.

26. The microprocessor of claim 25 wherein said instruction decoding means includes means for configuring said instruction supplying means to supply a remainder of a current one of said instruction groups within said instruction register as said operand to said central processing unit.

27. The microprocessor of claim 25 further comprising means for determining whether a predefined condition exists within said microprocessor system, and means for controlling response of said instruction decoding means to branch-type ones of said instructions and said predefined condition to execute or not execute said branch-type ones of said instructions based on existence of said predefined condition.

28. The microprocessor of claim 20 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied as an operand in response to one of said sequential instructions.

29. In a microprocessor system including a central processing unit, memory, and an instruction register a method for providing instructions and operands from said memory to said central processing unit comprising the steps of:

providing instruction groups to said instruction register from said memory wherein certain of said instruction groups include at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located at a predetermined position from a boundary of said instruction groups;

decoding said at least one instruction to determine said predetermined position;

locating said predetermined position; and

supplying, from said instruction groups, using the predetermined location, said operand or instruction or both to said central processing unit.

*    *    *    *    *

# EXHIBIT C

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

FILED–CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

2008 JUN -4 PM 2: 16

TX EASTERN-MARSHALL

BY_____

|  |  |
|---|---|
| (1) TECHNOLOGY PROPERTIES LIMITED, INC. and (2) PATRIOT SCIENTIFIC CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> (1) ACER, INC. <br> (2) ACER AMERICA CORPORATION <br> (3) GATEWAY, INC. <br><br> Defendants. | CASE NO. 2:08CV228 TJW <br><br> **Jury Trial Demanded** |

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiffs, Technology Properties Limited, Inc. ("TPL") and Patriot Scientific Corporation ("Patriot"), (collectively "Plaintiffs"), allege the following in support of their Complaint for Patent Infringement and Demand for Jury Trial ("Complaint") against Defendants, Acer, Inc., ("Acer"), Acer America Corporation ("Acer America") and Gateway, Inc. ("Gateway")

## PARTIES

1.     Plaintiff, Technology Properties Limited, Inc. ("TPL") is a corporation duly organized and existing under the laws of the State of California and maintains its principal place of business in San Jose, California.

2.     Plaintiff, Patriot Scientific Corporation ("Patriot") is a corporation duly organized and existing under the laws of the State of Delaware and maintains its principal place

1

23129\1592363 1

of business in Carlsbad, California

    3.    Upon information and belief, Defendant Acer, Inc is a Taiwan corporation with its principal place of business in Taipei, Taiwan, R.O.C.

    4.    Upon information and belief, Defendant Acer America Corporation is a California corporation with its principal place of business in San Jose, California.

    5.    Upon information and belief, Defendant Gateway, Inc is a Delaware corporation with its principal place of business in Irvine, California. Gateway is a wholly-owned subsidiary of Acer.

## JURISDICTION

    6.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C §§ 101, *et seq* and 271, *et seq*. This Court has personal jurisdiction over Defendants because they each infringe Plaintiffs' patent by offering on their websites infringing products to their users and/or customers who reside in, or may be found in, the Eastern District of Texas. Further, each Defendant has actually transacted business with users of their websites in the Eastern District of Texas

## VENUE

    7.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because Defendants have each committed acts of infringement in this district.

2

## GENERAL ALLEGATIONS

8.     On June 25, 1996, United States Patent No. 5,530,890 ("'890 patent") entitled "High Performance, Low Cost Microprocessor" was duly and legally issued. All rights and interest in the '890 patent were assigned to Patriot Scientific Corporation. A true and correct copy of the '890 patent is attached hereto as Exhibit A.

9.     TPL and Patriot are co-owners of the '890 patent. TPL has the exclusive right to enforce and license the '890 patent, and has standing to sue.

## COUNT 1

(Patent infringement Against Acer, Inc.)

10.     Paragraphs 1-9 of the Complaint set forth above are incorporated herein by reference.

11.     Upon information and belief Defendant Acer has infringed and continues to infringe under 35 U.S.C § 271 the '890 patent.

12.     Acer's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Acer the damages sustained by Plaintiffs as a result of its infringement of the '890 patent. Acer's infringement of Plaintiffs' exclusive rights under the '890 patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy of law, unless enjoined by this Court under 35 U S C. § 283.

13.     Plaintiffs allege, on information and belief, that Acer's acts of infringement were willful and deliberate.

3

## COUNT 2

(Patent infringement Against Acer America Corporation)

14. Paragraphs 1-9 of the Complaint set forth above are incorporated herein by reference.

15. Upon information and belief Defendant Acer America has infringed and continues to infringe under 35 U.S.C. § 271 the '890 patent.

16. Acer America's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Acer America the damages sustained by Plaintiffs as a result of its infringement of the '890 patent. Acer America's infringement of Plaintiffs' exclusive rights under the '890 patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy of law, unless enjoined by this Court under 35 U.S.C. § 283.

17. Plaintiffs allege, on information and belief, that Acer America's acts of infringement were willful and deliberate.

## COUNT 3

(Patent infringement Against Gateway, Inc.)

18. Paragraphs 1-9 of the Complaint set forth above are incorporated herein by reference.

19. Upon information and belief Defendant Gateway has infringed and continues to infringe under 35 U.S.C. § 271 the '890patent.

20. Gateway's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from Gateway the damages sustained by Plaintiffs as a result of its infringement of the '890 patent. Gateway's infringement of

4

Plaintiffs' exclusive rights under the '890 patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy of law, unless enjoined by this Court under 35 U.S.C. § 283.

21. Plaintiffs allege, on information and belief, that Gateway's acts of infringement were willful and deliberate.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendants as follows:

A. For judgment that Defendants Acer, Inc., Acer America Corporation, and Gateway, Inc. have infringed and continue to infringe the '890 patent;

B. For permanent injunctions under 35 U.S.C. § 283 against Defendants and their directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in concert, on behalf of, in joint venture, or in partnership with Defendants from further acts of infringement;

C. For damages to be paid by Defendants adequate to compensate Plaintiffs for their infringement, including interests, costs and disbursements as the Court may deem appropriate under 35 U.S.C. § 284;

D. For judgment finding that Defendants infringement was willful and deliberate, entitling Plaintiffs to increased damages under 35 U.S.C. § 284;

E. For judgment finding this to be an exceptional case against Defendants and awarding Plaintiffs attorney fees under 35 U.S.C. § 285; and,

F. For such other and further relief at law and in equity as the court may deem just and proper.

5

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiffs hereby demand a jury

trial on all issues triable by jury.

Dated: June 4, 2008

Respectfully submitted,

By: _____

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
N. Claire Abernathy
State Bar No. 24053063
E-mail: cherry@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

John L. Cooper
California Bar No. 50324
Email: jcooper@fbm.com
Jeffrey M. Fisher
California Bar No. 155284
Email: jfisher@fbm.com
Helen Dutton
California Bar No. 235558
hdutton@fbm.com
Farella Braun + Martel, LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

ATTORNEYS FOR PLAINTIFF
TECHNOLOGY PROPERTIES LIMITED

6

By: _R Chris Bnt by permission NCA_
Robert M. Parker
State Bar No 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Charles T. Hoge
California Bar No. 110696
Email: choge@knlh.com
Kirby Noonan Lance & Hoge, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

ATTORNEYS FOR PLAINTIFF
PATRIOT SCIENTIFIC CORPORATION

7

US005530890A

# United States Patent [19]

## Moore et al.

[11]  Patent Number: 5,530,890

[45]  Date of Patent: Jun. 25, 1996

[54] **HIGH PERFORMANCE, LOW COST MICROPROCESSOR**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Nanotronics Corporation**, Eagle Point, Oreg.

[21] Appl. No.: **480,206**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.[6] ............................................. G06F 9/22

[52] U.S. Cl. ............. 395/800; 364/931; 364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3

[58] Field of Search .............................. 395/375, 500, 395/775, 800

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 395/181 |
| 4,003,033 | 1/1977 | O'Keefe et al. | 395/287 |
| 4,037,090 | 7/1977 | Raymond | 364/706 |
| 4,042,972 | 8/1977 | Grunes et al. | 395/375 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,058 | 1/1978 | Derchak | 395/740 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 395/575 |
| 4,125,871 | 11/1978 | Martin | 395/550 |
| 4,128,873 | 12/1978 | Lamiaux | 395/183.06 |
| 4,253,785 | 3/1981 | Chamberlin | 375/375 |
| 4,354,228 | 10/1982 | Moore et al. | 395/800 |
| 4,376,977 | 3/1983 | Brunshorst | 395/375 |
| 4,382,279 | 5/1983 | Mgon | 395/800 |
| 4,403,303 | 9/1983 | Howes et al. | 395/500 |
| 4,450,519 | 5/1984 | Guttag et al. | 395/800 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |

(List continued on next page.)

### OTHER PUBLICATIONS

C. Whitby–Strevans, "The transputer", *The 12th Annual International Symposium on Computer Architecture Conference Proceedings*, Jun. 17–19 1985 pp. 292–300.

D. W. Best et al., "An Advanced–Architecture CMOS/SOS Microprocessor", *IEEE Micro* vol. 2 No. 3, Aug. 1982, pp. 11–25.

*Primary Examiner*—David Y. Eng

*Attorney, Agent, or Firm*—Cooley Godward Castro Huddleson & Tatum

[57] **ABSTRACT**

A microprocessor (50) includes a main central processing unit (CPU) (70) and a separate direct memory access (DMA) CPU (72) in a single integrated circuit making up the microprocessor (50). The main CPU (70) has a first 16 deep push down stack (74), which has a top item register (76) and a next item register (78), respectively connected to provide inputs to an arithmetic logic unit (ALU) (80) by lines (82) and (84). An output of the ALU (80) is connected to the top item register (76) by line (86). The output of the top item register at (82) is also connected by line (88) to an internal data bus (90). A loop counter (92) is connected to a decrementer (94) by lines (96) and (98). The loop counter (92) is bidirectionally connected to the internal data bus (90) by line (100). Stack pointer (102), return stack pointer (104), mode register (106) and instruction register (108) are also connected to the internal data bus (90) by lines (110), (112), (114) and (116), respectively. The internal data bus (90) is connected to memory controller (118) and to gate (120). The gate (120) provides inputs on lines (122), (124) and (126) to X register (128), program counter (130) and Y register (132) of return push down stack (134). The X register (128), program counter (130) and Y register (132) provide outputs to internal address bus (136) on lines (138), (140) and (142). The internal address bus provides inputs to the memory controller (118) and to an incrementer (144). The incrementer (144) provides inputs to the X register, program counter and Y register via lines (146), (122), (124) and (126). The DMA CPU (72) provides inputs to the memory controller (118) on line (148). The memory controller (118) is connected to a RAM by address/data bus (150) and control lines (152).

**10 Claims, 19 Drawing Sheets**





EXHIBIT

A

**5,530,890**

Page 2

---

US PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,541,045 | 9/1985 | Kromer | 395/375 |
| 4,562,537 | 12/1985 | Barnett et al | 395/375 |
| 4,577,282 | 3/1986 | Candel et al | 395/800 |
| 4,607,332 | 8/1986 | Goldberg | 395/375 |
| 4,626,988 | 12/1986 | George et al | 395/375 |
| 4,649,471 | 3/1987 | Briggs | 395/325 |
| 4,665,495 | 5/1987 | Thaden | 345/185 |
| 4,709,329 | 11/1987 | Hecker | 395/275 |
| 4,713,749 | 12/1987 | Magar et al | 395/375 |
| 4,714,994 | 12/1987 | Oklobdzija et al | 395/375 |
| 4,720,812 | 1/1988 | Kao et al | 395/700 |
| 4,772,888 | 9/1988 | Kimura | 340/825.5 |
| 4,777,591 | 10/1988 | Chang et al | 395/800 |
| 4,787,032 | 11/1988 | Culley et al | 395/725 |
| 4,803,621 | 2/1989 | Kelly | 395/400 |
| 4,860,198 | 8/1989 | Takenaka | 395/307 |
| 4,870,562 | 9/1989 | Kimoto | 395/550 |
| 4,931,986 | 6/1990 | Daniel et al | 395/550 |
| 5,036,460 | 7/1991 | Takahira | 395/425 |
| 5,070,451 | 12/1991 | Moore et al | 395/375 |
| 5,127,091 | 6/1992 | Bonfarah | 395/375 |



*FIG._1*



**FIG._2**



**FIG._3**



*FIG._4*



**FIG._5**



**FIG._6**



*FIG._7*



*FIG._8*



*FIG._9*



FIG._10



FIG._11



*FIG.\_12*



REGISTER ARRAY

COMPUTATION STACK

**FIG._13**



*FIG._14*



*FIG._15*



*FIG._16*



*FIG._18*



**FIG._17**



**FIG._19**



**FIG._20**



*FIG._21*



**FIG._22**



**FIG._23**

5,530,890

1

## HIGH PERFORMANCE, LOW COST MICROPROCESSOR

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 07/389,334, filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a simplified reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

### SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of this invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

2

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory, and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control

5,530,890

3

the counter in response to an instruction utilizing a variable width operand. A means is connected to the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit a memory, and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention, a first register is connected to supply a first input to the arithmetic logic unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is

4

connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE" and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count The polynomial to be generated results in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

5,530,890

5

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

DETAILED DESCRIPTION OF THE INVENTION

OVERVIEW

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller,

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is

6

that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 150 and control lines 152.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50 and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems.

5,530,890

7

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register

8

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214 to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC—DC converter circuit 294. 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 mega-

5,530,890

9

bit of DRAM 311 in a single integrated circuit 312 Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 50 is equivalent to the microprocessor 50 in FIGS 1–8 The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG 2) or 314 and 316 (less memory) The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence the less silicon gets in the way the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312 Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent, and probably more

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems By the time the systems are interconnected as much as 50 percent of the bus speed has been utilized just getting through the interfaces

In addition, multiprocessor system software has been scarce A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50 A 64 chip array of these chips 312 is more powerful than any other existing computer Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television

Dramatic changes in price/performance always reshape existing applications and almost always create new ones The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals

10

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones A common generic parallel processing algorithm handles convolution/ Fast Fourier Transform (FFT)/pattern recognition Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth would be very feasible. The load sharing in HDTV could be very straightforward Splitting up the task according to color and frame would require 6, 9 or 12 processors Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:
CONTROL LINES
4 - POWER/GROUND
1 - CLOCK
32 - DATA I/O
4 - SYSTEM CONTROL
    EXTERNAL MEMORY FETCH
    EXTERNAL MEMORY FETCH AUTOINCREMENT X
    EXTERNAL MEMORY FETCH AUTOINCREMENT Y
    EXTERNAL MEMORY WRITE
    EXTERNAL MEMORY WRITE AUTOINCREMENT X
    EXTERNAL MEMORY WRITE AUTOINCREMENT Y
    EXTERNAL PROM FETCH
    LOAD ALL X REGISTERS
    LOAD ALL Y REGISTERS
    LOAD ALL PC REGISTERS
    EXCHANGE X AND Y
    INSTRUCTION FETCH
    ADD TO PC
    ADD TO X
    WRITE MAPPING REGISTER
    READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
X0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
Y0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter X Register and Y register As a result to access the intelligent DRAM, no address is required and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three

5,530,890

11

registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore, the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

12

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

Video output to a CRT

5,530,890

13

Multiprocessor serial communications
8-bit parallel I/O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor 50 chip then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350, which carries RAS addresses, CAS addresses and data. The EPROM 260 on the other hand, is read with non-multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on, and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM 260 to be loaded.
The number of 32-bit words to transfer,
The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1. RAS goes low at 352, latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected.

2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.

3. CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address/data bus

14

350. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs

4. The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.

5. Steps 2, 3 and 4 are repeated with byte address 01

6. Steps 2, 3 and 4 are repeated with byte address 10

7. Steps 2, 3 and 4 are repeated with byte address 11

8. CAS goes high at 356 taking the EPROM 260 off the data bus

9. RAS goes high at 358, indicating the end of the EPROM 260 access.

10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected.

11. CAS goes low at 362, latching the DRAM 150 CAS addresses

12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364, writing the 32 bits into the DRAM 150

13. W goes high at 366. CAS goes high at 368. The process continues with the next word

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are prioritized at 370 in the order of: 1. Parameter Stack; 2. Return Stack; 3. Data Fetch; 4. Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372, which provides a bus grant signal at 374. Internal address bus 136 and a DMA counter 376 provide inputs to a multiplexer 378. Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378. The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both

BENEFITS:

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most program-

5,530,890

### 15

mers and optimizing compilers can take advantage of this feature

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation The accessing of variables is three to four times as fast as available on a strictly stack machine

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected A speed compromise of as much as 50% is required.

As shown in FIG. 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system When the OE line 152 has reached a predetermined level to generate the READY signal driver 418 generates an OUTPUT ENABLE signal on OE line 152

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache

SKIP CONDITIONS:

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108 As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register 108 are overwritten by the new instructions and not executed

### 16

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group The result is very fast code

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108 If placed in the first position execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again

Microloop is useful for block move and search operations By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock, with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430, CPU 70 will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will

17

18

operate slower (oscillating at a lower frequency) providing compensation which allows the rest of the chip's logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring oscillator clock 430. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432, speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432 optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with hand shake signals on lines 436, with data/addresses passing on bus 90, 136.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature, not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 21, a polynomial is generated by loading the 'order' (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

5,530,890

| 19 | 20 |

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE", the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a "ZERO", the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec, and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses.
Fetching up to four instructions per memory cycle,
Pipelineless instruction decoding.
Generating results before they are needed.
Use of three level stack caching.

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence: a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs the pipe must be refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec.

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution

5,530,890

## 21

### INTERNAL ARCHITECTURE

The microprocessor **50** architecture consists of the following:

| PARAMETER STACK | <--><br>ALU*<br><--> | Y REGISTER<br>RETURN STACK |
|---|---|---|
| <--- 32 BITS --- > | | <---32 BITS---> |
| 16 DEEP | | 16 DEEP |
| Used for math and logic | | Used for subroutine<br>and interrupt return<br>addresses as well as<br>local variables |
| Push down stack | | Push down stack |
| Can overflow into | | Can overflow into |
| off-chip RAM | | off-chip RAM. |
| | | Can also be accessed<br>relative to top of<br>stack |
| LOOP COUNTER | | (32-bits, can decrement by 1)<br>Used by class of test<br>and loop instructions |
| X REGISTER | | (32-bits, can increment<br>or decrement by 4).<br>Used to point to RAM<br>locations. |
| PROGRAM COUNTER | | (32-bits, increments<br>by 4). Points to<br>4-byte instruction<br>groups in RAM |
| INSTRUCTION REG | | (32-Bits) Holds 4-byte<br>instruction groups<br>while they are being<br>decoded and executed |

*Math and logic operations use the TOP item and
NEXT to top Parameter Stack items as the
operands. The result is pushed onto the
Parameter Stack.
*Return addresses from subroutines are placed
on the Return Stack. The Y REGISTER is used as
a pointer to RAM locations. Since the Y
REGISTER is the top item of the Return Stack
nesting of indices is straightforward.
MODE - A register with mode and status bits
MODE-BITS:
Slow down memory accesses by 8 if 1. Run full
speed if "0". (Provided for access to slow EPROM.)
Divide the system clock by 1023 if "1" to reduce
power consumption. Run full speed if "0". (On-chip
counters slow down if this bit is set.)
Enable external interrupt 1
Enable external interrupt 2
Enable external interrupt 3
Enable external interrupt 4
Enable external interrupt 5
Enable external interrupt 6
Enable external interrupt 7.
ON-CHIP MEMORY LOCATIONS.
MODE-BITS
DMA-POINTER
DMA-COUNTER

| STACK-POINTER | Pointer into Parameter Stack. |
| STACK-DEPTH | Depth of on-chip Parameter Stack |
| RSTACK-POINTER | Pointer into Return Stack |
| RSTACK-DEPTH | Depth of on-chip Return Stack |

### ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and
stores are 32-bits. Memory bus addresses are 30 bits. The
least significant 2 bits are used to select one-of-four bytes in
some addressing modes. The Program Counter, X Register,
and Y Register are implemented as D latches with their
outputs going to the memory address bus and the bus
incrementer/decrementer. Incrementing one of these regis-
ters can happen quickly because the incremented value has
already rippled through the inc/dec logic and need only be
clocked into the latch. Branches and Calls are made to 32-bit
word-boundaries.

## 22

### INSTRUCTION SET

32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH
BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These
instructions require the calculation of an effective address. In
many computers the effective address is calculated by
adding or subtracting an operand with the current Program
Counter. This math operation requires from four to seven
machine cycles to perform and can definitely bog down
machine execution. The microprocessor's strategy is to
perform the required math operation at assembly or linking
time and do a much simpler 'Increment to next page" or
"Decrement to previous page" operation at run time. As a
result, the microprocessor branches execute in a single
cycle

24-BIT OPERAND FORM:
Byte 1  Byte 2  Byte 3  Byte 4
WWWWWW XX - YYYYYYYY - YYYYYYYY - YYYYYYYY
With a 24-bit operand, the current page is
considered to be defined by the most
significant 6 bits of the Program Counter
16-BIT OPERAND FORM:
QQQQQQQQ - WWWWWW XX - YYYYYYYY - YYYYYYYY
With a 16-bit operand, the current page is
considered to be defined by the most
significant 14 bits of the Program Counter.
8-BIT OPERAND FORM:
QQQQQQQQ - QQQQQQQQ - WWWWWW XX - YYYYYYYY
With an 8-bit operand, the current page is
considered to be defined by the most
significant 22 bits of the Program Counter
QQQQQQQQ - Any 8-bit instruction
WWWWWW - Instruction op-code:
XX - Select how the address bits will be used:
00 - Make all high-order bits zero (Page zero
addressing)
01 - Increment the high-order bits. (Use next page)
10 - Decrement the high-order bits. (Use previous
page)
11 - Leave the high-order bits unchanged (Use
current page)
YYYYYYYY - The address operand field. This field is
always shifted left two bits (to generate a word rather
than byte address) and loaded into the Program Counter
The microprocessor instruction decoder figures out the
width of the operand field by the location of the
instruction op-code in the four bytes

The compiler or assembler will normally use the shortest
operand required to reach the desired address so that the
leading bytes can be used to hold other instructions. The
effective address is calculated by combining:

The current Program Counter,

The 8, 16, or 24 bit address operand in the instruction
Using one of the four allowed addressing modes
EXAMPLES OF EFFECTIVE ADDRESS CALCULA-
TION
Example 1:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The 'QQQQQQQQs' in Byte 1 and 2 indicate space in
the 4-byte memory fetch which could be hold two other
instructions to be executed prior to the CALL instruction.
Byte 3 indicates a CALL instruction (six zeros) in the
current page (indicated by the 11 bits) Byte 4 indicates that
the hexadecimal number 98 will be forced into the Program
Counter bits **2** through **10** (Remember, a CALL or
BRANCH always goes to a word boundary so the two least

5,530,890

23

significant bits are always set to zero) The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged

Example 2:

| Byte 1 00000101 | Byte 2 00000001 | Byte 3 00000000 | Byte 4 00000000 |
|---|---|---|---|

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110 = OLD PROGRAM COUNTER

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page Byte 2,3, and 4 are the address operand These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page These six bits will be incremented to select the next page Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000 = NEW PROGRAM COUNTER.
INSTRUCTIONS
CALL-LONG
0000 00XX - YYYYYYYY - YYYYYYYY - YYYYYYYY

Load the Program Counter with the effective WORD address specified Push the current PC contents onto the RETURN STACK.

OTHER EFFECTS: CARRY or modes, no effect May cause Return Stack to force an external memory cycle if on-chip Return Stack is full

BRANCH
0000 01XX - YYYYYYYY - YYYYYYYY - YYYYYYYY

Load the Program Counter with the effective WORD address specified

OTHER EFFECTS: NONE

BRANCH-IF-ZERO
0000 10XX - YYYYYYYY - YYYYYYYY - YYYYYYYY

Test the TOP value on the Parameter Stack If the value is equal to zero, load the Program Counter with the effective WORD address specified If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

LOOP-IF-NOT-DONE
0000 11YY - (XXXX XXXX) - (XXXX XXXX) - (XXXX XXXX)

If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.

24

OTHER EFFECTS: NONE
8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor 50 is done by the 8-bit instructions Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination

For math and logic operations, the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item The math or logic operation is performed, the operands are popped from the stack and the result is pushed back on the stack The result is a very efficient utilization of instruction bits as well as registers A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't The identical operation on an HP require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories.

Similar performance to the Harvard (separate data and instruction busses) without the expense,

Opportunities to optimize groups of instructions,

The capability to perform loops within this mini-cache. The microloops inside the four instruction group are effective for searches and block moves

SKIP INSTRUCTIONS

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle, whereas a group of three NOPs would take three cycles

| SKIP-ALWAYS - | skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. |
|---|---|
| SKIP-IF-ZERO - | If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group If the TOP item is not zero, execute the next sequential instruction. |
| SKIP-IF-POSITIVE - | If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group If the TOP item is not "0", execute the next sequential instruction |

5,530,890

| 25 | |
| --- | --- |
| -continued | |

| | |
| --- | --- |
| SKIP-IF-NO-CARRY - | If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to "1" execute the next sequential instruction |
| SKIP-NEVER (NOP) | Execute the next sequential instruction (Delay one machine cycle). |
| SKIP-IF-NOT-ZERO - | If the TOP item on the Parameter Stack is not equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal 0 , execute the next sequential instruction |
| SKIP-IF-NEGATIVE - | If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1" skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0" execute the next sequential instruction. |
| SKIP-IF-CARRY - | If the CARRY flag is set to 1 as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0", execute the next sequential instruction |

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is "0" or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to "0", the LOOP COUNTER will remain at '0'. Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

EXAMPLE:

| Byte 1 | Byte 2 |
| --- | --- |
| FETCH-VIA-X-AUTOINCREMENT | STORE-VIA-Y-AUTO-INCREMENT |
| Byte 3 | Byte 4 |
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the

26

source Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0', continue execution with the next instruction

ULOOP-IF-ZERO—If the LOOP COUNTER is not '0' and the TOP item on the Parameter Stack is '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0' or the TOP item is '1", continue execution with the next instruction.

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not '0' and the most significant bit (sign bit) is '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not '0' and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not '0' and the TOP item of the Parameter Stack is '0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0' or the TOP item is '1', continue execution with the next instruction

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not '0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is '0', continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0 or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to

5,530,890

27

perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

| RETURN INSTRUCTIONS | |
|---|---|
| RETURN-ALWAYS - | Pop the top item from the Return Stack and transfer it to the Program Counter. |
| RETURN-IF-ZERO - | If the TOP item on the Parameter Stack is '0", pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction. |
| RETURN-IF-POSITIVE - | If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-CARRY-CLEAR - | If the exponents of the floating point numbers found in TOP and NEXT are not aligned pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-NEVER - (NOP) | Execute the next instruction |
| RETURN-IF-NOT-ZERO - | If the TOP item on the Parameter Stack is not '0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction |
| RETURN-IF-NEGATIVE - | If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-CARRY-SET - | If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program. Counter. Otherwise execute the next instruction. |

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-bit instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called 'Immediate' or "Literal" in other computers. When used as

28

memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack X is unchanged

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack Y is unchanged

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack After fetching increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack After fetching. decrement the most significant 30 bits of X to point to the previous 32-bit word address.

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y Y is unchanged.

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing. increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X After storing. decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y After storing. decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction. The effect is of loading a 32-bit immediate operand This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch The PC incre-

5,530,890

ments after each execution of FETCH-VIA-PC, so it is possible to push four immediate operands on the stack. The four operands would be the found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X. select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack. Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X

OTHER EFFECTS OF MEMORY ACCESS INSTRUC-TIONS:

Any FETCH instruction will push a value on the Parameter Stack **74** If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle Any STORE instruction will pop a value from the Parameter Stack **74** If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES These variables are used by a particular procedure and discarded In cases of nested procedures, layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM. so a means of keeping local variables on-chip can make operations run faster The microprocessor **50** provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack **134** is implemented as 16 on-chip RAM locations. The most common use for the Return Stack **134** is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15 When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack **134** Eventually, the Return Stack will automatically overflow into off-chip RAM

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack.

OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be returned.

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111.)

OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack and an instruction attempts to

WRITE to the fifth item it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack.

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack.

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register.

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer.

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits

OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group

EXAMPLE:

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |
| BYTE 4 | | |
| 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111 (HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

5,530,890

31            32

| BYTE 1 | BYTE 2 |
|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |
| BYTE 3 | BYTE 4 |
| LOAD-SHORT-LITERAL | 00001111 |
| SHORT-LITERAL-INSTRUCTION | |
| LOAD-SHORT-LITERAL - | Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack |

## LOGIC INSTRUCTIONS

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands and push the result onto the Parameter Stack

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP and push the result onto the Parameter Stack (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

## MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit' of the ALU result

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack The CARRY flag may be changed.

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together If the CARRY flag is '1' increment the result. Push the ultimate result back on the Parameter Stack The CARRY flag may be changed

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack The CARRY flag may be changed

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack Subtract NEXT from TOP If the CARRY flag is "1" increment the result Push the ultimate result back on the Parameter Stack The CARRY flag may be changed

SUB-X—
SIGNED-MULT-STEP—
UNSIGNED-MULT-STEP—
SIGNED-FAST-MULT—
FAST-MULT-STEP—
UNSIGNED-DIV-STEP—
GENERATE-POLYNOMIAL
ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP If the result has the most significant bit equal to "0' (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack The CARRY flag may be affected

SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag Zero is shifted into the most significant bit of TOP

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made It is intended that such changes be included within the spirit and scope of the claims appended hereto

What is claimed is:

1. A microprocessor, which comprises a main central processing unit and a separate direct memory access central processing unit in a single integrated circuit comprising said microprocessor, said main central processing unit having an arithmetic logic unit, a first push down stack with a top item register and a next item register, connected to provide inputs to said arithmetic logic unit, an output of said arithmetic logic unit being connected to said top item register, said top item register also being connected to provide inputs to an internal data bus, said internal data bus being bidirectionally connected to a loop counter, said loop counter being connected to a decrementer, said internal data bus being bidirectionally connected to a stack pointer, return stack pointer, mode register and instruction register, said internal data bus being connected to a memory controller, to a Y register of a return push down stack, an X register and a program counter, said Y register X register and program counter providing outputs to an internal address bus, said internal address bus providing inputs to said memory controller and to an incrementer, said incrementer being connected to said internal data bus, said direct memory access central processing unit providing inputs to said memory controller, said memory controller having an address/data bus and a plurality of control lines for connection to a random access memory.

5,530,890

33

2. The microprocessor of claim 1 in which said memory controller includes a multiplexing means between said central processing unit and said address/data bus, said multiplexing means being connected and configured to provide row addresses, column addresses and data on said address/data bus

3. The microprocessor of claim 1 in which said memory controller includes means for fetching instructions for said central processing unit on said address/data bus, said means for fetching instructions being configured to fetch multiple sequential instructions in a single memory cycle

4. The microprocessor of claim 3 additionally comprising means connected to said means for fetching instructions for determining if multiple instructions fetched by said means for fetching instructions require a memory access, said means for fetching instructions fetching additional multiple instructions if the multiple instructions do not require a memory access

5. The microprocessor of claim 3 in which said microprocessor and a dynamic random access memory are contained in a single integrated circuit and said means for fetching instructions includes a column latch for receiving the multiple instructions

6. The microprocessor of claim 1 in which said microprocessor includes a sensing circuit and a driver circuit, and an output enable line for connection between the random access memory, said sensing circuit and said driver circuit, said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined electrical level, said microprocessor being configured so that said driver circuit provides an enabling signal on said output enable line responsive to the ready signal

7. The microprocessor of claim 1 additionally comprising a ring oscillator variable speed system clock connected to said main central processing unit, said main central process-

34

ing unit and said ring oscillator variable speed system clock being provided in a single integrated circuit.

8. The microprocessor of claim 7 in which said memory controller includes an input/output interface connected to exchange coupling control signals, addresses and data with said main central processing unit, said microprocessor additionally including a second clock independent of said ring oscillator variable speed system clock connected to said input/output interface

9. The microprocessor of claim 1 in which said first push down stack has a first plurality of stack elements configured as latches, a second plurality of stack elements configured as a random access memory, said first and second plurality of stack elements and said central processing unit being provided in a single integrated circuit, and a third plurality of stack elements configured as a random access memory external to said single integrated circuit

10. The microprocessor of claim 9 additionally comprising a first pointer connected to said first plurality of stack elements, a second pointer connected to said second plurality of stack elements, and a third pointer connected to said third plurality of stack elements, said central processing unit being connected to pop items from said first plurality of stack elements, said first stack pointer being connected to said second stack pointer to pop a first plurality of items from said second plurality of stack elements when said first plurality of stack elements are empty from successive pop operations by said central processing unit, said second stack pointer being connected to said third stack pointer to pop a second plurality of items from said third plurality of stack elements when said second plurality of stack elements are empty from successive pop operations by said central processing unit.

*   *   *   *   *

# EXHIBIT D

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

CLOSED, PATENT

## U.S. District Court [LIVE]
## Eastern District of TEXAS (Tyler)
## CIVIL DOCKET FOR CASE #: 6:05-cv-00013-LED

Mosaid Technologies Inc v. Hynix Semiconductor Inc et al

Assigned to: Judge Leonard Davis

Cause: 35:271 Patent Infringement

Date Filed: 01/18/2005

Date Terminated: 02/28/2005

Jury Demand: Plaintiff

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**Mosaid Technologies Inc**                 represented by **Kenneth Robert Adamo**
Jones Day - Dallas
2727 North Harwood Street
Dallas, Tx 75201
214-969-4856
Email: kradamo@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy Marie Allen**
Potter Minton
110 N. College
Suite 500
Tyler, TX 75710
903/597-8311
Fax: 903593046
Email: cmallen@potterminton.com

V.

**Defendant**

**Hynix Semiconductor Inc**

**Defendant**

**Hynix Semiconductor America Inc**

**Defendant**

**Hynix Semiconductor Manufacturing
America, Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2005 | 1 | COMPLAINT against Hynix Semiconductor Inc, Hynix Semiconductor America Inc, Hynix Semiconductor Manufacturing America, Inc , filed by Mosaid Technologies Inc. (Attachments: # 1 Civil Cover Sheet)(mll, ) (Entered: 01/19/2005) |
| 01/18/2005 | 2 | DEMAND for Trial by Jury by Mosaid Technologies Inc. (mll, ) (Entered: 01/19/2005) |
| 01/18/2005 | 3 | NOTICE OF CASE ASSIGNMENT cc:pltf 1-19-05 (mll, ) (Entered: 01/19/2005) |
| 01/18/2005 |  | Filing fee: $ 150.00, receipt number 629705 (mll, ) (Entered: 01/19/2005) |
| 01/18/2005 | 4 | Form mailed to Commissioner of Patents and Trademarks. (mll, ) (Entered: 01/19/2005) |
| 01/20/2005 | 5 | ORDER OF RECUSAL. Judge William M. Steger recused. Case reassigned to Judge Leonard Davis for all further proceedings. Signed by Judge William M. Steger on 01/20/05. cc:attys 1-20-05(mll, ) (Entered: 01/20/2005) |
| 01/24/2005 | 6 | CORPORATE DISCLOSURE STATEMENT filed by Mosaid Technologies Inc (Jones, Michael) (Entered: 01/24/2005) |
| 02/25/2005 | 7 | NOTICE by Mosaid Technologies Inc *of Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(i)* (Jones, Michael) (Entered: 02/25/2005) |
| 05/26/2006 | 8 | NOTICE by Hynix Semiconductor Inc, Hynix Semiconductor America Inc, Hynix Semiconductor Manufacturing America, Inc *of Withdrawal of Cindy M. Allen* (Jones, Michael) (Entered: 05/26/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/14/2008 17:41:10 | | | |
| **PACER Login:** | fb0051 | **Client Code:** | 23129-tpl |
| **Description:** | Docket Report | **Search Criteria:** | 6:05-cv-00013-LED |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# EXHIBIT E

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

CLOSED, PATENT

**U.S. District Court [LIVE]**
**Eastern District of TEXAS (Tyler)**
**CIVIL DOCKET FOR CASE #: 6:05-cv-00120-LED**

Mosaid Technologies Inc v. Infineon Technologies North
America Corp et al
Assigned to: Judge Leonard Davis
Cause: 35:271 Patent Infringement

Date Filed: 04/06/2005
Date Terminated: 06/20/2006
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Mediator**

**Michael Philip Patterson**

**Plaintiff**

**Mosaid Technologies Inc**          represented by **Henry Charles Bunsow**
Howrey Simon Arnold & White
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
415/848-4946
Fax: 14158484999
Email: bunsowh@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Robert Adamo**
Jones Day - Dallas
2727 North Harwood Street
Dallas, Tx 75201
214-969-4856
Email: kradamo@jonesday.com
*TERMINATED: 03/17/2006*
*LEAD ATTORNEY*

**Michael Edwin Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*TERMINATED: 04/06/2006*

*LEAD ATTORNEY*

**Allen Franklin Gardner**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597-8311
Email: allengardner@potterminton.com

*TERMINATED: 05/22/2006*

**Deborah J Race**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Email: drace@icklaw.com
*ATTORNEY TO BE NOTICED*

**Franklin Jones, Jr**
Jones & Jones - Marshall
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
903/938-4395
Fax: 9039383360
Email: maizieh@millerfirm.com
*ATTORNEY TO BE NOTICED*

**James L Wamsley, III**
Jones Day - Ohio
901 Lakeside Ave
Cleveland, Oh 44114
216/586-7251
Fax: 216-579-0212
Email: jlwamsleyiii@jonesday.com
*TERMINATED: 03/17/2006*

**Jenny L Sheaffer**
Jones Day - Ohio
901 Lakeside Ave
Cleveland, Oh 44114
216/586-7342
Fax: 216-579-0212
Email: jlsheaffer@jonesday.com
*TERMINATED: 03/17/2006*

**John Frederick Bufe**
Potter Minton
P. O. Box 359
Tyler, TX 75710
903/597/8311
Fax: 9035930846
Email: johnbufe@potterminton.com
*TERMINATED: 04/06/2006*

**Keith Bryan Davis**
Jones Day - Dallas
2727 North Harwood Street
Dallas, Tx 75201
214/969-4528
Email: kbdavis@jonesday.com
*TERMINATED: 03/17/2006*

**Kfir B Levy**
Fish & Richardson PC - Washington
DC
1425 K St, NW
Suite 1100
Washington, DC 20005
202/626-6358
Fax: 202/783-2331
Email: kylevy@fr.com
*ATTORNEY TO BE NOTICED*

**Korula T Cherian**
Howrey LLP - San Francisco
525 Market Street
Suite 3600
San Francisco, Ca 94105
415/848-4946
Fax: 14158484999
Email: cheriank@howrey.com
*ATTORNEY TO BE NOTICED*

**Otis W Carroll, Jr**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: Fedserv@icklaw.com
*ATTORNEY TO BE NOTICED*

**Patricia L Peden**
Law Offices of Patricia L. Peden

5901 Christie Ave
Ste 201
Emeryville, CA 94608
510-268-8033
Email: ppeden@pedenlawfirm.com
*ATTORNEY TO BE NOTICED*

**Robert Scott Wales**
Howrey Simon Arnold & White - San
Francisco
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
415/848-4987
Fax: 14158484900
Email: waless@howrey.com
*ATTORNEY TO BE NOTICED*

**Scott Wesley Burt**
Jones Day
77 West Wacker Drive
Ste 3500
Chicago, IL 60601
312-269-4266
Fax: 13127828585
Email: swburt@jonesday.com
*TERMINATED: 03/17/2006*

**Sean P Hodge**
bad address
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
415/848-4900
Fax: 14158484999
*ATTORNEY TO BE NOTICED*

**Sidney Calvin Capshaw, III**
Capshaw DeRieux, LLP
1127 Judson Road
Ste 220
Longview, TX 75601-5157
903/233-4826
Fax: 903-236-8787
Email: ccapshaw@capshawlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas John Ward, Jr**
WARD & SMITH LAW FIRM
P O Box 1231

Longview, TX 75606-1231
903/757-6400
Fax: 903/7572323
Email: jw@jwfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Infineon Technologies North America           represented by   Christian Chadd Taylor**
**Corp**                                                         Kirkland & Ellis LLP - California
                                                                 555 California St
                                                                 Floor 24
                                                                 San Francisco, CA 94104
                                                                 415/439-1823
                                                                 Fax: 415/439-1500
                                                                 Email: ctaylor@kirkland.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jennifer Parker Ainsworth**
                                                                 Wilson Sheehy Knowles Robertson &
                                                                 Cornelius PC
                                                                 909 ESE Loop 323
                                                                 Suite 400
                                                                 P.O. Box 7339
                                                                 Tyler, TX 75711-7339
                                                                 903-509-5000
                                                                 Fax: 903-509-5092
                                                                 Email: jainsworth@wilsonlawfirm.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Paul A Bondor**
                                                                 Kirkland & Ellis - NYC
                                                                 153 E 53rd St
                                                                 Citicorp Center
                                                                 New York, NY 10022-4675
                                                                 212/446-4823
                                                                 Fax: 12124464900
                                                                 Email: pbondor@kirkland.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Alice Catherine Garber**
                                                                 Kirkland & Ellis LLP - California
                                                                 555 California St
                                                                 Floor 24
                                                                 San Francisco, CA 94104
                                                                 415/439-1452

Fax: 415/439-1352
Email: agarber@kirkland.com
*ATTORNEY TO BE NOTICED*

**David Rokach**
Kirkland & Ellis LLP - Chicago
200 East Randolph Drive
54th Floor
Chicago, Il 60601
312/861-3169
Fax: 312/861-2200
Email: drokach@kirkland.com
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
Attorney at Law
PO Box 2649
Longview, TX 75606
903/757-8449
Fax: 19037587397
Email: ema@emafirm.com
*ATTORNEY TO BE NOTICED*

**Gregory S Arovas**
Kirkland & Ellis - NYC
153 E 53rd St
Citicorp Center
New York, NY 10022-4675
212/446-4766
Fax: 212/446-4900
Email: garovas@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Infineon Technologies AG**          represented by    **Christian Chadd Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Parker Ainsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A Bondor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alice Catherine Garber**

(See above for address)
*ATTORNEY TO BE NOTICED*

**David Rokach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S Arovas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A Shimota**
Kirkland & Ellis LLP - Chicago
200 East Randolph Drive
54th Floor
Chicago, Il 60601
312/861-2326
Fax: 13128612200
Email: jshimota@kirkland.com
*ATTORNEY TO BE NOTICED*

**Thomas D Pease**
Kirkland & Ellis - NYC
153 E 53rd St
Citicorp Center
New York, NY 10022-4675
212/446-4679
Fax: 212/446-4900
Email: tpease@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Infineon Technologies Holding North America Inc**                    represented by    **Christian Chadd Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Parker Ainsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A Bondor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alice Catherine Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Rokach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S Arovas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Infineon Technologies Richmond, LP**          represented by    **Christian Chadd Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Parker Ainsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A Bondor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alice Catherine Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Rokach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S Arovas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Infineon Technologies North America
Corp**

represented by **Jennifer Parker Ainsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Infineon Technologies AG**

**Counter Claimant**

**Infineon Technologies Holding North
America Inc**

**Counter Claimant**

**Infineon Technologies Richmond, LP**

V.

**Counter Defendant**

**Mosaid Technologies Inc**

represented by **James L Wamsley, III**
(See above for address)
*TERMINATED: 03/17/2006*

**Jenny L Sheaffer**
(See above for address)
*TERMINATED: 03/17/2006*

**Scott Wesley Burt**
(See above for address)
*TERMINATED: 03/17/2006*

**Counter Claimant**

**Infineon Technologies North America
Corp**

**Counter Claimant**

**Infineon Technologies AG**

**Counter Claimant**

**Infineon Technologies Holding North
America Inc**

**Counter Claimant**

**Infineon Technologies Richmond, LP**

V.

**Counter Defendant**

**Mosaid Technologies Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2005 | 1 | COMPLAINT against Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP , filed by Mosaid Technologies Inc. (Attachments: # 1 Civil Cover Sheet)(mll, ) (Entered: 04/06/2005) |
| 04/06/2005 | 2 | DEMAND for Trial by Jury by Mosaid Technologies Inc. (mll, ) (Entered: 04/06/2005) |
| 04/06/2005 | | Filing fee: $ 250, receipt number 6-607 (mll, ) (Entered: 04/06/2005) |
| 04/06/2005 | 3 | NOTICE OF CASE ASSIGNMENT cc:pltf 4-6-05 (mll, ) (Entered: 04/06/2005) |
| 04/06/2005 | 4 | Form mailed to Commissioner of Patents and Trademarks. (mll, ) (Entered: 04/06/2005) |
| 04/07/2005 | | Summons Issued as to Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (mll, ) (Entered: 04/08/2005) |
| 04/11/2005 | 5 | CORPORATE DISCLOSURE STATEMENT filed by Mosaid Technologies Inc (Jones, Michael) (Entered: 04/11/2005) |
| 04/11/2005 | 6 | Return of Service Executed as to Infineon Technologies Holding North America Inc on 4/8/2005 by personal service; answer due: 4/28/2005. (mll, ) (Entered: 04/12/2005) |
| 04/14/2005 | 7 | SUMMONS Returned Executed by Mosaid Technologies Inc. Infineon Technologies Richmond, LP served on 4/8/2005, answer due 4/28/2005. (fnt, ) (Entered: 04/15/2005) |
| 04/19/2005 | 8 | ORDER OF RECUSAL. Judge William M. Steger recused. Case reassigned to Judge Leonard Davis for all further proceedings. Signed by Judge William M. Steger on 04/19/05. cc:attys 4-20-05(mll, ) (Entered: 04/20/2005) |
| 04/28/2005 | 9 | Consent MOTION for Extension of Time to File Answer *to Plaintiff's Original Complaint* by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Ainsworth, Jennifer) Additional attachment(s) added on 4/28/2005 (fnt, ). (Entered: 04/28/2005) |
| 04/29/2005 | 10 | ORDER granting 9 Motion for Extension of Time to Answer re 1 Complaint. The response to Plaintiff's original Complaint is extended up to and including June 15, 2005. Signed by Judge Leonard Davis on 4/29/05. (fnt, ) (Entered: 04/29/2005) |
| 04/29/2005 | | Reset Deadlines: Infineon Technologies North America Corp answer due 6/15/2005; Infineon Technologies AG answer due 6/15/2005; Infineon Technologies Holding North America Inc answer due 6/15/2005; Infineon Technologies Richmond, LP answer due 6/15/2005. (fnt, ) (Entered: 04/29/2005) |

| 05/16/2005 | 11 | NOTICE of Attorney Appearance by Scott Wesley Burt on behalf of Mosaid Technologies Inc (Burt, Scott) (Entered: 05/16/2005) |
| 05/16/2005 | 12 | NOTICE by Mosaid Technologies Inc *Notice of Appearance of Counsel For Mosaid Technologies, Inc.* (Lanier, Tharan) (Entered: 05/16/2005) |
| 06/15/2005 | 13 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Mosaid Technologies Inc by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP.(Ainsworth, Jennifer) (Entered: 06/15/2005) |
| 06/21/2005 | 14 | APPLICATION to Appear Pro Hac Vice by Attorney Christian Chadd Taylor for Infineon Technologies Holding North America Inc; Infineon Technologies Richmond, LP; Infineon Technologies North America Corp and Infineon Technologies AG. (mll, ) (Entered: 06/22/2005) |
| 06/21/2005 | 15 | APPLICATION to Appear Pro Hac Vice by Attorney Paul A Bondor for Infineon Technologies Holding North America Inc; Infineon Technologies Richmond, LP; Infineon Technologies North America Corp and Infineon Technologies AG. (mll, ) (Entered: 06/22/2005) |
| 06/22/2005 |  | Pro Hac Vice Filing fee paid by Christian Taylor and Paul Bondor; Fee: $50.00, receipt number: 6-1412 (mll, ) (Entered: 06/22/2005) |
| 06/23/2005 | 16 | ORDER setting Scheduling Conference for 7/20/2005 03:30 PM before Judge Leonard Davis. Signed by Judge Leonard Davis on 06/23/05. cc:attys 6-23-05 (mll, ) (Entered: 06/23/2005) |
| 06/27/2005 | 17 | APPLICATION to Appear Pro Hac Vice by Attorney David Rokach for Infineon Technologies Holding North America Inc; Infineon Technologies Richmond, LP; Infineon Technologies North America Corp and Infineon Technologies AG. (fnt, ) (Entered: 06/28/2005) |
| 06/27/2005 |  | Pro Hac Vice Filing fee paid by David Rokach; Fee: $25, receipt number: 6-1-001482 (fnt, ) (Entered: 06/28/2005) |
| 06/29/2005 | 18 | RESPONSE to 13 Answer to Complaint,, Counterclaim, by Mosaid Technologies Inc. (Jones, Michael) (Entered: 06/29/2005) |
| 06/29/2005 | 19 | APPLICATION to Appear Pro Hac Vice by Attorney Gregory S Arovas for Infineon Technologies Holding North America Inc; Infineon Technologies Richmond, LP; Infineon Technologies North America Corp and Infineon Technologies AG. (fnt, ) (Entered: 06/29/2005) |
| 06/29/2005 |  | Pro Hac Vice Filing fee paid by Gregory S Arovas; Fee: $25, receipt number: 6-1-001511 (fnt, ) (Entered: 06/29/2005) |
| 07/14/2005 | 20 | APPLICATION to Appear Pro Hac Vice by Attorney Alice C Garber for Infineon Technologies Holding North America Inc; Infineon Technologies Richmond, LP; Infineon Technologies North America Corp and Infineon Technologies AG. Approved 7/15/05 (fnt, ) (Entered: 07/15/2005) |
| 07/14/2005 |  | Pro Hac Vice Filing fee paid by Alice C. Garber; Fee: $25, receipt number: 6- |

| | | |
|---|---|---|
| | | 1-1671 (fnt, ) (Entered: 07/15/2005) |
| 07/15/2005 | 21 | MOTION to Change Venue by Infineon Technologies North America Corp, Infineon Technologies North America Corp. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Text of Proposed Order)(Ainsworth, Jennifer) (Entered: 07/15/2005) |
| 07/20/2005 | 22 | Minute Entry for proceedings held before Judge Leonard Davis : Scheduling Conference held on 7/20/2005. (Court Reporter Shea Sloan.) (rlf, ) (Entered: 07/21/2005) |
| 07/26/2005 | 23 | ORDER REFERRING CASE to Mediator. Michael Philip Patterson added as Mediator. Signed by Judge Leonard Davis on 7/26/05. (fnt, ) (Entered: 07/26/2005) |
| 07/28/2005 | 24 | MOTION for Extension of Time to File Response/Reply as to 21 MOTION to Change Venue *(Unopposed)* by Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 07/28/2005) |
| 07/29/2005 | 25 | DISCOVERY ORDER . Signed by Judge Leonard Davis on 7/28/05. (fnt, ) (Entered: 07/29/2005) |
| 07/29/2005 | 26 | ORDER granting 24 Motion for Extension of Time to File Response/Reply Responses due by 8/4/2005. Signed by Judge Judith K. Guthrie on 7/29/05. (fnt, ) (Entered: 07/29/2005) |
| 08/01/2005 | 27 | SCHEDULING ORDER: Amended Pleadings due by 7/14/2006. Discovery due by 7/3/2006. Expert Witness List due by 7/6/2006; Parties with burden of proof designate expert witnesses (non-construction issues) due 5/22/06. Identify trial witnesses by 7/14/2006 Joinder of Parties due by 7/29/2005. Jury instructions due by 8/11/2006 Jury Selection set for 10/2/2006 09:00AM before Judge Leonard Davis. Mediation Completion due by 2/24/2006. Motions due by 7/28/2006. Proposed Findings of Fact due by 8/11/2006 Proposed Pretrial Order due by 8/11/2006. Signed by Judge Leonard Davis on 7/28/05. (fnt, ) Modified on 8/1/2005 (fnt, ). (Entered: 08/01/2005) |
| 08/01/2005 | | Set Deadlines/Hearings: continuation of # 27 Exhibit List due by 10/10/2006. Jury Trial set for 10/10/2006 09:00 AM before Judge Leonard Davis.Markman Hearing set for 4/6/2006 09:00 AM before Judge Leonard Davis. (fnt, ) (Entered: 08/01/2005) |
| 08/01/2005 | 28 | NOTICE of Disclosure by Mosaid Technologies Inc *of Asserted Claims and Preliminary Infringement Contentions* (Jones, Michael) (Entered: 08/01/2005) |
| 08/04/2005 | 29 | RESPONSE in Opposition re 21 MOTION to Change Venue filed by Mosaid Technologies Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23)(Jones, Michael) |

| | | (Entered: 08/04/2005) |
|---|---|---|
| 08/09/2005 | 30 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Mosaid Technologies Inc (Gardner, Allen) (Entered: 08/09/2005) |
| 08/11/2005 | 31 | MOTION for Leave to File *Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions and to Modify the Docket Control Order (Unopposed)* by Mosaid Technologies Inc. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Jones, Michael) (Entered: 08/11/2005) |
| 08/11/2005 | 32 | MOTION for Leave to File Excess Pages *on Reply in Support of Motion for Change of Venue UNOPPOSED* by Infineon Technologies North America Corp. (Attachments: # 1 Text of Proposed Order)(Ainsworth, Jennifer) (Entered: 08/11/2005) |
| 08/11/2005 | 33 | TRANSCRIPT of Scheduling Conference Proceedings held on 7/20/05, 3:32 PM, before Judge Leonard Davis. Court Reporter: Shea Sloan. (fnt, ) (Entered: 08/11/2005) |
| 08/11/2005 | 34 | Sealed Document. Infineon Technologies North America Corporation's Reply (Attachments: # 1 Exhibit A thru Exhibit AB# 2 Exhibit AC# 3 Exhibit AD thru Exhibit AE# 4 Exhibit AF thru Exhibit AK# 5 Exhibit AL thru Exhibit AQ# 6 Exhibit AR thru Exhibit AV)(fnt, ) (Entered: 08/12/2005) |
| 08/12/2005 | 35 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas D Pease for Infineon Technologies AG. Approved 8/12/05, FT(fnt, ) (Entered: 08/12/2005) |
| 08/12/2005 | | Pro Hac Vice Filing fee paid by Thomas D. Pease; Fee: $25, receipt number: 6-1-2001 (fnt, ) (Entered: 08/12/2005) |
| 08/12/2005 | 36 | ORDER granting 31 Motion for Leave to Amend Disclosure of Asserted claims and Preliminary Infringement contentions and to Modify the Docket Control Order. Signed by Judge Leonard Davis on 8/12/05. (fnt, ) (Entered: 08/12/2005) |
| 08/12/2005 | 37 | ORDER granting 32 Motion for Leave to File Excess Pages . Signed by Judge Leonard Davis on 8/12/05. (fnt, ) (Entered: 08/12/2005) |
| 08/15/2005 | 38 | MOTION to Strike 34 Sealed Document, *Infineon's Reply to its Motion for a Change of Venue to the Northern District of California Pursuant to 28 USC Sec. 1404(A)* by Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 08/15/2005) |
| 08/16/2005 | 39 | NOTICE of Disclosure by Mosaid Technologies Inc *and Amended Preliminary Infringement Contentions* (Jones, Michael) (Entered: 08/16/2005) |
| 08/16/2005 | 41 | APPLICATION to Appear Pro Hac Vice by Attorney James L Wamsley for Mosaid Technologies Inc and Mosaid Technologies Inc.(Application Approved 8/16/2005) (rvw, ) (Entered: 08/17/2005) |
| 08/16/2005 | 42 | APPLICATION to Appear Pro Hac Vice by Attorney Jenny L Sheaffer for Mosaid Technologies Inc and Mosaid Technologies Inc. (Application Approved 8/16/2005) (rvw, ) (Entered: 08/17/2005) |
| | | |

| 08/16/2005 | | Pro Hac Vice Filing fee paid by Wamsley and Sheaffer; Fee: $50.00, receipt number: 6-1-2033 (rvw, ) (Entered: 08/17/2005) |
|---|---|---|
| 08/17/2005 | 40 | "DOCUMENT FILED IN ERROR, SEE DOC 43 FOR CORRECTED DOCUMENT" MOTION to Amend/Correct *Agreed Motion to Enter Addendum Supplementing Protective Order* by Mosaid Technologies Inc, Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Attachments: # 1 Exhibit A - Addendum Supplementing Protective Order)(Jones, Michael) Modified on 8/17/2005 (rvw, ). (Entered: 08/17/2005) |
| 08/17/2005 | 43 | "REPLACES DOCUMENT 40 WHICH WAS FILED IN ERROR" MOTION to Amend/Correct *Agreed Motion to Enter Addendum Supplementing Protective Order* by Mosaid Technologies Inc, Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Attachments: # 1 Exhibit A - Proposed Addendum# 2 Exhibit A to Proposed Addendum# 3 Exhibit B to Proposed Addendum)(Jones, Michael) Modified on 8/17/2005 (rvw, ). (Entered: 08/17/2005) |
| 08/19/2005 | 44 | ADDENDUM SUPPLEMENTING PROTECTIVE ORDER. Signed by Judge David Folsom on 8/19/05. (fnt, ) (Entered: 08/19/2005) |
| 08/19/2005 | 45 | MOTION for Leave to File Excess Pages *for MOSAID'S Sur-reply to Infineon's Motion for a Change of Venue to the Northern District of California Pursuant to 28 USC Sec. 1404(a) [UNOPPOSED]* by Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 08/19/2005) |
| 08/19/2005 | 46 | REPLY to Response to Motion re 21 MOTION to Change Venue filed by Mosaid Technologies Inc. (Attachments: # 1 Exhibit 1 - Taylor Declaration# 2 Exhibit 2 - Cirit Declaration)(Jones, Michael) (Entered: 08/19/2005) |
| 08/19/2005 | 47 | RESPONSE in Opposition re 38 MOTION to Strike 34 Sealed Document, *Infineon's Reply to its Motion for a Change of Venue to the Northern District of California Pursuant to 28 USC Sec. 1404(A)* filed by Infineon Technologies North America Corp. (Ainsworth, Jennifer) (Entered: 08/19/2005) |
| 08/19/2005 | 48 | NOTICE of Disclosure by Mosaid Technologies Inc *(Initial Disclosures)* (Jones, Michael) (Entered: 08/19/2005) |
| 08/25/2005 | 49 | ORDER granting 45 Motion for Leave to File Excess Pages. ORDERED that the page limit for Plaintiff's Sur-Reply to Infineon's Motion for a Change of Venue to the Norhtern District of California Pursuant to 28 USC 1404(A) should be expanded by 14 pages to allow 19 pages . Signed by Judge Leonard Davis on 8/25/05. (fnt, ) Modified on 8/25/2005 (fnt, ). (Entered: 08/25/2005) |
| 10/04/2005 | 50 | NOTICE of Disclosure by Mosaid Technologies Inc *of Proposed Terms and Claim Elements for Construction* (Jones, Michael) (Entered: 10/04/2005) |
| 10/06/2005 | 51 | NOTICE by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, |

| | | Infineon Technologies Richmond, LP *of Disclosure of Proposed Terms and Claim Elements for Construction Pursuant to Patent Rule 4-1* (Garber, Alice) (Entered: 10/06/2005) |
|---|---|---|
| 10/17/2005 | 52 | ORDER denying 21 Motion to Change Venue, denying 38 Motion to Strike . Signed by Judge Leonard Davis on 10/15/05. (fnt, ) (Entered: 10/17/2005) |
| 10/19/2005 | 53 | NOTICE of Attorney Appearance by John Frederick Bufe on behalf of Mosaid Technologies Inc (Bufe, John) (Entered: 10/19/2005) |
| 10/31/2005 | 54 | NOTICE of Attorney Appearance by Eric Miller Albritton on behalf of Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP (Albritton, Eric) (Entered: 10/31/2005) |
| 12/06/2005 | 55 | NOTICE of Disclosure by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP *of Exchange of Preliminary Claim Constructions and Extrinsic Evidence and Privilege Log* (Garber, Alice) (Entered: 12/06/2005) |
| 12/06/2005 | 56 | NOTICE of Disclosure by Mosaid Technologies Inc *of Exchange of Preliminary Claim Constructions and Extrinsic Evidence and Privilege Log* (Davis, Keith) (Entered: 12/06/2005) |
| 01/06/2006 | 57 | NOTICE by Mosaid Technologies Inc *P.R. 4-3 Joint Claim Construction and Prehearing Statement* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Davis, Keith) (Entered: 01/06/2006) |
| 01/17/2006 | 58 | NOTICE by Mosaid Technologies Inc *MOSAID's Disclosure of Techical Advisors* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Davis, Keith) (Entered: 01/17/2006) |
| 01/17/2006 | 59 | NOTICE of Disclosure by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP *of Technical Advisors* (Attachments: # 1 Exhibit A)(Garber, Alice) (Entered: 01/17/2006) |
| 01/18/2006 | 64 | APPLICATION to Appear Pro Hac Vice by Attorney James A Shimota for Infineon Technologies AG. Approved 1/23/05(fnt, ) (Entered: 01/23/2006) |
| 01/18/2006 | | Pro Hac Vice Filing fee paid by Shimota; Fee: $25, receipt number: 611083 (fnt, ) (Entered: 01/23/2006) |
| 01/19/2006 | 60 | ORDER: The Court is considering Lou Brucculeri of Wong, Cabello, Lutsch, Rutherford & Brucculeri in Houston, TX for the position of technical advisor in this case. If the parties have any objections to Mr. Brucculeri's appointment, they are to file their objections for in camera review no later than January 31, 2006.Objections due by 1/31/2006. Signed by Judge Leonard Davis on 1/19/06. (fnt, ) (Entered: 01/19/2006) |
| 01/19/2006 | 61 | Joint MOTION to Amend/Correct 57 Notice (Other) *Exhibits to Joint Claim Construction and Prehearing Statement* by Mosaid Technologies Inc. (Attachments: # 1 Exhibit B# 2 Exhibit C# 3 Text of Proposed Order)(Davis, |

| | | |
|---|---|---|
| | | Keith) (Entered: 01/19/2006) |
| 01/20/2006 | 62 | ORDER granting 61 Motion to Amend/Correct Exhibits to Joint Claim Construction and Prehearing Statement. It is therefore ORDERED that Exhibits B and C attached to the Motion are entered as Exhibits B and C to the Parties' Joint Claim Construction and Pre-Hearing Statement (Docket No. 57, filed 1/6/06), thereby amending and superseding Exhibits B and C as originally filed. Signed by Judge Leonard Davis on 1/20/06. (fnt, ) (Entered: 01/20/2006) |
| 01/20/2006 | 63 | EXHIBIT B and C to the Parties' Joint Claim Construction and Pre-Hearing Statement (Attachments: # 1 Exhibit C)(fnt, ) (Entered: 01/20/2006) |
| 01/31/2006 | 65 | Consent MOTION to Amend/Correct 1 Complaint, by Mosaid Technologies Inc. (Attachments: # 1 Affidavit Declaration of Keith B. Davis# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J)(Davis, Keith) (Entered: 01/31/2006) |
| 02/01/2006 | 66 | ***FILED IN ERROR, PLEASE IGNORE***<br><br>Additional Attachments to Main Document: 65 Consent MOTION to Amend/Correct 1 Complaint,.. (Davis, Keith) Modified on 2/3/2006 (fnt, ). (Entered: 02/01/2006) |
| 02/02/2006 | 67 | ORDER granting 65 Motion to Amend/Correct . Signed by Judge Leonard Davis on 2/1/06. (fnt, ) (Entered: 02/02/2006) |
| 02/02/2006 | 68 | ORDER appointing Lou Brucculeri of Wong, Cabello, Lutsch, Rutherford & Brucculeri in Houston, Texas to the position of technical advisor in this case. Signed by Judge Leonard Davis on 2/2/06. (fnt, ) (Entered: 02/02/2006) |
| 02/07/2006 | 69 | MOTION to Amend/Correct *Preliminary Invalidity Contentions* by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Garber, Alice) (Entered: 02/07/2006) |
| 02/07/2006 | 70 | Consent MOTION to Amend/Correct *Preliminary Infringement Contentions* by Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order) (Davis, Keith) (Entered: 02/07/2006) |
| 02/08/2006 | 71 | ORDER granting 69 Motion to Amend/Correct its Preliminary Invalidity Contention. Signed by Judge Leonard Davis on 2/8/06. (fnt, ) (Entered: 02/08/2006) |
| 02/08/2006 | 72 | ORDER granting 70 Motion to Amend/Correct Unopposed P.R. 3-7 Motion for leave to supplement its Preliminary Infringement Contentions. Signed by Judge Leonard Davis on 2/8/06. (fnt, ) (Entered: 02/08/2006) |
| 02/15/2006 | 73 | NOTICE by Mosaid Technologies Inc *Notice of Submission of Technology Tutorial* (Jones, Michael) (Entered: 02/15/2006) |
| 02/16/2006 | 74 | REPORT of Mediation by Michael Philip Patterson. Mediation result: recessed(Patterson, Michael) (Entered: 02/16/2006) |
| | | |

| 02/22/2006 | 75 | TRIAL BRIEF *Opening Claim Construction Brief* by Mosaid Technologies Inc. (Attachments: # 1 Affidavit Declaration of Keith B. Davis# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Affidavit Declaration of Richard Greene) Exhibit M continue# Curriculum Vitae(Davis, Keith) (Entered: 02/22/2006) |
|---|---|---|
| 03/08/2006 | 76 | NOTICE of Attorney Appearance by Robert Scott Wales on behalf of Mosaid Technologies Inc (Wales, Robert) (Entered: 03/08/2006) |
| 03/08/2006 | 77 | Joint MOTION to Amend/Correct 27 Scheduling Order,, by Mosaid Technologies Inc, Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 03/08/2006) |
| 03/09/2006 | 78 | NOTICE of Attorney Appearance by Henry Charles Bunsow on behalf of Mosaid Technologies Inc (Bunsow, Henry) (Entered: 03/09/2006) |
| 03/09/2006 | 79 | ORDER denying 77 Motion to Amend Docket Control Order. Signed by Judge Leonard Davis on 3/9/2006. (rvw, ) (Entered: 03/09/2006) |
| 03/09/2006 | 80 | NOTICE of Attorney Appearance by Korula T Cherian on behalf of Mosaid Technologies Inc (Cherian, Korula) (Entered: 03/09/2006) |
| 03/10/2006 | 81 | "PLEASE IGNORE, FILED IN ERROR, SEE DOC# 82 FOR CORRECTION" Consent MOTION for Reconsideration re 79 Order on Motion to Amend/Correct by Mosaid Technologies Inc. (Attachments: # 1) (Carroll, Otis) Modified on 3/10/2006 (rvw, ). (Entered: 03/10/2006) |
| 03/10/2006 | 82 | "CORRECTED DOCUMENT, REPLACES DOC 81 " Consent MOTION for Reconsideration re 79 Order on Motion to Amend/Correct by Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order)(Carroll, Otis) Modified on 3/10/2006 (rvw, ). (Entered: 03/10/2006) |
| 03/13/2006 | 83 | NOTICE of Attorney Appearance by Patricia L Peden on behalf of Mosaid Technologies Inc (Peden, Patricia) (Entered: 03/13/2006) |
| 03/13/2006 | 84 | MOTION for Extension of Time to File *Unopposed Motion to Extend Deadline to File Markman Brief Pending Resolution of Motion for Reconsideration* by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 03/13/2006) |
| 03/13/2006 | 85 | NOTICE of Attorney Appearance by Thomas John Ward, Jr on behalf of Mosaid Technologies Inc (Ward, Thomas) (Entered: 03/13/2006) |
| 03/14/2006 | 86 | ORDER granting 84 Motion for Extension of Time to File Markman Brief Pending Resolution of Motion for Reconsideration. Signed by Judge Leonard Davis on 3/13/06. (fnt, ) (Entered: 03/14/2006) |
| 03/14/2006 | 87 | ORDER granting 82 Motion for Reconsideration . Signed by Judge Leonard Davis on 3/13/06. (fnt, ) (Entered: 03/14/2006) |

| 03/14/2006 | | Set Deadlines/Hearings: Agreed Motions to amend the Docket Control Order due by 3/15/2006. Markman Hearing rescheduled for 5/31/2006 09:00 AM before Judge Leonard Davis. (fnt, ) (Entered: 03/14/2006) |
|---|---|---|
| 03/15/2006 | 88 | Joint MOTION to Amend/Correct 27 Scheduling Order,, by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Garber, Alice) (Entered: 03/15/2006) |
| 03/16/2006 | 89 | Consent MOTION to Withdraw as Attorney *JONES DAY* by Mosaid Technologies Inc, Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order ORDER WITHDRAWING JONES DAY AS COUNSEL FOR MOSAID)(Burt, Scott) (Entered: 03/16/2006) |
| 03/17/2006 | 90 | ORDER re 88 Joint MOTION to Amend/Correct 27 Scheduling Order,, filed by Infineon Technologies AG,, Infineon Technologies Richmond, LP,, Infineon Technologies North America Corp,, Infineon Technologies Holding North America Inc, Discovery due by 8/4/2006. Expert Witness List due by 6/26/2006.Markman Hearing set for 5/31/2006 09:00 AM before Judge Leonard Davis. Signed by Judge Leonard Davis on 3/17/06. (fnt, ) (Entered: 03/20/2006) |
| 03/17/2006 | 91 | ORDER granting 89 Motion to Withdraw as Attorney; Withdrawing Jones Day as counsel for Mosaid. Attorney Keith Bryan Davis; Jenny L Sheaffer; James L Wamsley; Kenneth Robert Adamo and Scott Wesley Burt terminated . Signed by Judge Leonard Davis on 3/17/06. (fnt, ) (Entered: 03/20/2006) |
| 03/22/2006 | 92 | NOTICE of Attorney Appearance by Franklin Jones, Jr on behalf of Mosaid Technologies Inc (Jones, Franklin) (Entered: 03/22/2006) |
| 03/23/2006 | 93 | Joint MOTION to Amend/Correct *the Protective Order* by Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order)(Wales, Robert) (Entered: 03/23/2006) |
| 03/23/2006 | 94 | APPLICATION to Appear Pro Hac Vice by Attorney Sean P Hodge for Mosaid Technologies Inc. Approved 3/24/06(fnt, ) (Entered: 03/24/2006) |
| 03/23/2006 | | Pro Hac Vice Filing fee paid by Sean P Hodge; Fee: $25, receipt number: 614510 (fnt, ) (Entered: 03/24/2006) |
| 03/27/2006 | 95 | ORDER granting 93 Motion to Amend/Correct . Signed by Judge Leonard Davis on 3/27/06. (fnt, ) (Entered: 03/27/2006) |
| 03/30/2006 | 96 | NOTICE of Attorney Appearance by Kfir B Levy on behalf of Mosaid Technologies Inc (Levy, Kfir) (Entered: 03/30/2006) |
| 03/30/2006 | 97 | AMENDED COMPLAINT - *First Amended Complaint for Patent Infringement and Jury Demand* against Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP, filed by Mosaid Technologies Inc.(Wales, Robert) (Entered: 03/30/2006) |
| 04/05/2006 | 98 | MOTION to Withdraw *as Counsel for Plaintiff Mosaid Technologies* by |

| | | |
|---|---|---|
| | | Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 04/05/2006) |
| 04/06/2006 | 99 | ORDER granting 98 Motion to Withdraw as counsel for Plaintiff MOSAID Technologies, Inc . Signed by Judge Leonard Davis on 4/6/06. (fnt, ) (Entered: 04/06/2006) |
| 04/13/2006 | 100 | MOTION for Extension of Time to File Answer re 97 Amended Complaint, *or Otherwise Respond* by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 04/13/2006) |
| 04/14/2006 | 101 | ORDER granting 100 Motion for Extension of Time to Answer re 97 Amended Complaint. Infineon shall have until and including April 20, 2006, to answer or otherwise respond to the First Amended Complaint . Signed by Judge Leonard Davis on 4/14/06. (fnt, ) (Entered: 04/17/2006) |
| 04/14/2006 | | Answer Due Deadline Updated for Infineon Technologies AG to 4/20/2006. (fnt, ) (Entered: 04/17/2006) |
| 04/18/2006 | 102 | MOTION for Leave to File *Second Amended Complaint* by Mosaid Technologies Inc. (Attachments: # 1 Affidavit A)(Wales, Robert) Additional attachment(s) added on 4/19/2006 (fnt, ). (Entered: 04/18/2006) |
| 04/18/2006 | 103 | ***FILED IN ERROR, PLEASE IGNORE***<br><br>Additional Attachments to Main Document: 102 MOTION for Leave to File *Second Amended Complaint*.. (Wales, Robert) Modified on 4/19/2006 (fnt, ). (Entered: 04/18/2006) |
| 04/19/2006 | 104 | ORDER granting 102 Motion for Leave to File Second Amended Complaint. Signed by Judge Leonard Davis on 4/19/06. (fnt, ) (Entered: 04/19/2006) |
| 04/20/2006 | 105 | AMENDED COMPLAINT - *Second Amended Complaint for Patent Infringement* against all defendants, filed by Mosaid Technologies Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Wales, Robert) (Entered: 04/20/2006) |
| 05/02/2006 | 106 | SEALED PATENT DOCUMENT *Infineon's Claim Construction Brief.* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R)(Albritton, Eric) (Entered: 05/02/2006) |
| 05/04/2006 | 107 | NOTICE of Attorney Appearance by Deborah J Race on behalf of Mosaid Technologies Inc (Race, Deborah) (Entered: 05/04/2006) |
| 05/04/2006 | 108 | ANSWER to Amended Complaint, COUNTERCLAIM against Mosaid Technologies Inc by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP.(Garber, Alice) (Entered: 05/04/2006) |
| 05/11/2006 | 109 | BRIEF filed *Plaintiff MOSAID Technologies, Inc.'s Reply Claim Construction* |

| | | |
|---|---|---|
| | | *Brief* by Mosaid Technologies Inc. (Wales, Robert) (Entered: 05/11/2006) |
| 05/11/2006 | 110 | BRIEF filed *Declaration of Lorrel Birnschein In Support of MOSAID's Reply Claim Construction Brief* by Mosaid Technologies Inc. (Wales, Robert) (Entered: 05/11/2006) |
| 05/11/2006 | 111 | BRIEF filed *Declaration of David Taylor In Support of MOSAID's Response to Infineon's Claim Construction Brief* by Mosaid Technologies Inc. (Wales, Robert) (Entered: 05/11/2006) |
| 05/11/2006 | 112 | BRIEF filed *Supplemental Declaration of Richard Greene In Support of MOSAID's Claim Construction Brief* by Mosaid Technologies Inc. (Wales, Robert) (Entered: 05/11/2006) |
| 05/17/2006 | 113 | NOTICE of Attorney Appearance by Sidney Calvin Capshaw, III on behalf of Mosaid Technologies Inc (Capshaw, Sidney) (Entered: 05/17/2006) |
| 05/17/2006 | 114 | MOTION to Withdraw as Attorney by Mosaid Technologies Inc. (Attachments: # 1 Text of Proposed Order)(Gardner, Allen) (Entered: 05/17/2006) |
| 05/17/2006 | 115 | NOTICE by Mosaid Technologies Inc *(Notice of Compliance with P. R. 4-5 (d))* (Capshaw, Sidney) (Entered: 05/17/2006) |
| 05/22/2006 | 116 | ORDER granting 114 Motion to Withdraw as Attorney. Attorney Allen Franklin Gardner terminated . Signed by Judge Leonard Davis on 5/22/06. (fnt, ) (Entered: 05/22/2006) |
| 05/30/2006 | 117 | NOTICE: Per parties' announcement of settlement, parties are directed to file a Motion and Proposed Order for Dismissal within 30 days of the date of this notice, or the Court will Dismiss case with Prejudice on its own motion. cc: Parties. (rlf, ) (Entered: 05/30/2006) |
| 05/31/2006 | 118 | ORDER: The Court ORDERS the parties to submit payment to Mr Brucculeri as follows: Plaintiff: $9,887.25; Defendant: $9,887.25, Total: $19,774.50. Signed by Judge Leonard Davis on 5/31/06. (fnt, ) (Entered: 05/31/2006) |
| 06/15/2006 | 119 | Joint MOTION to Dismiss *with Prejudice* by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Garber, Alice) Additional attachment(s) added on 6/19/2006 (rvw, ). (Entered: 06/15/2006) |
| 06/15/2006 | 120 | "FILED IN ERROR, SEE DOCUMENT 119 FOR CORRECT MOTION" Joint MOTION to Dismiss *[Proposed Order on Joint Motion to Dismiss]* by Infineon Technologies North America Corp, Infineon Technologies AG, Infineon Technologies Holding North America Inc, Infineon Technologies Richmond, LP. (Garber, Alice) Modified on 6/19/2006 (rvw, ). (Entered: 06/15/2006) |
| 06/20/2006 | 121 | ORDER granting 119 Motion to Dismiss with prejudice. Each party shall bear its own costs and attorney's fees. Signed by Judge Leonard Davis on 6/20/06. (mjc ) (Entered: 06/20/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/14/2008 17:41:56 | | | |
| PACER Login: | fb0051 | Client Code: | 23129-tpl |
| Description: | Docket Report | Search Criteria: | 6:05-cv-00120-LED |
| Billable Pages: | 11 | Cost: | 0.88 |

# EXHIBIT F

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

(RCx), AO279, CLOSED, DISCOVERY, PROTORD, RELATED-G

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00692-R-RC

Guardian Media Technologies Ltd v. LG Electronics Inc et al

Assigned to: Judge Manuel L. Real

Referred to: Magistrate Judge Rosalyn M. Chapman

Related Case: 2:06-cv-04910-R-RC

Cause: 35:271 Patent Infringement

Date Filed: 01/29/2007
Date Terminated: 01/28/2008
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Guardian Media Technologies Ltd**      represented by    **Brian L Jackson**
Howrey
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
713-787-1507
*TERMINATED: 09/14/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jan L Handzlik**
Howrey LLP
550 South Hope Street Suite 1100
Los Angeles, CA 90071
213-892-1800
Email: handzlikj@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
Howrey
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
713-787-1400
Email: dowlerm@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Nelson**
Howrey
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

713-787-1433
Email: nelsons@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen L Lundwall**
Howrey
1111 Louisiana, 25th Fl
Houston, TX 77002-5242
713-787-1498
Email: lundwalls@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
Howrey
1111 Louisiana, 25th Floor
Houston, TX 77002
713-787-1400
Email: casagrandet@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Electronics Inc**
*TERMINATED: 06/04/2007*

**Defendant**

**LG Electronics USA Inc**
*TERMINATED: 06/04/2007*

**Defendant**

**Harsper Co Ltd**

**Defendant**

**Harsper USA Inc**

**Defendant**

**Santax Groups Corp**                 represented by    **Casondra K Ruga**
Weston Benshoof Rochefort Rubalcava
MacCuish
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
213-576-1100
Email: cruga@wbcounsel.com
*TERMINATED: 10/05/2007*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Darin Margules**
Tyre Kamins Katz & Granof
1880 Century Park E
Ste 300
Los Angeles, CA 90067-1666
310-553-6822
Email: dmargules@tyrekamins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman S Palarz**
Tyre Kamins Katz Granof and Menes
1880 Century Park E
Ste 315
Los Angeles, CA 90067-1666
310-553-6822
Fax: 310-552-9024
Email: hpalarz@tyrekamins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P Poliak**
Pauley Petersen & Erickson
2800 West Higgins Road, Suite 365
Hoffman, IL 60169
847-490-1400
Email: jpoliak@ppelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell J Petersen**
Pauley Peterson & Erickson
2800 West Higgins Road, Suite 365
Hoffman Estates, IL 60169
847-490-1400
Email: mjp@ppelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SVA (Group) Co Ltd**
*TERMINATED: 01/17/2008*

represented by **Anthony C Roth**
Morgan Lewis & Bockius
1111 Pennsylvania Ave NW
Washington, DC 20004
202-739-5188
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Sharrock Glasser**
Irell & Manella
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
949-760-0991
Email: lglasser@irell.com
*TERMINATED: 09/28/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Hyungil Lee**
Morgan Lewis and Bockius
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213-612-2500
Email: richard.lee@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sva Group (USA)Inc**                 represented by   **David KW Chang**
*TERMINATED: 01/17/2008*                               David KW Chang Law Offices
                                                       660 North Diamond Bar Boulevard
                                                       Suite 210
                                                       Diamond Bar, CA 91765-1034
                                                       909-612-5888
                                                       Email: dc@dchanglaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Richard Hyungil Lee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Syntax-Brillan Corp**                represented by   **Casondra K Ruga**
                                                       (See above for address)
                                                       *TERMINATED: 09/12/2007*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Darin Margules**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Herman S Palarz**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John P Poliak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Phillips Falzone**
Tyre Kamins Katz Granof and Menes
1880 Century Park East
Suite 300
Los Angeles, CA 90067-1666
310-553-6822
Email: lphillips@tyrekamins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell J Petersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Syntax-Brillan Corp**                  represented by  **Casondra K Ruga**
                                                         (See above for address)
                                                         *TERMINATED: 10/05/2007*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Darin Margules**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Herman S Palarz**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Guardian Media Technologies Ltd**      represented by  **Brian L Jackson**
                                                         (See above for address)
                                                         *TERMINATED: 09/14/2007*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jan L Handzlik**
                                                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sva Group (USA)Inc**                    represented by    **David KW Chang**
*TERMINATED: 01/17/2008*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Richard Hyungil Lee**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Guardian Media Technologies Ltd**       represented by    **Brian L Jackson**
                                                           (See above for address)
                                                           *TERMINATED: 09/14/2007*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jan L Handzlik**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael S Dowler**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Shane Nelson**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2007 | 1 | COMPLAINT against defendants LG Electronics Inc, LG Electronics USA Inc.(Filing fee $ 350 Paid) Jury Demanded. , filed by plaintiff Guardian Media Technologies Ltd.(rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | | 20 Day Summons Issued re Complaint - (Discovery) 1 as to LG Electronics Inc, LG Electronics USA Inc. (rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | 2 | NOTICE of Interested Parties filed by Plaintiff Guardian Media Technologies Ltd. (rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | 3 | APPLICATION of Brian L Jackson for Leave to Appear Pro Hac Vice. FEE PAID. filed by plaintiff Guardian Media Technologies Ltd. Lodged order. (rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | 4 | APPLICATION of Shane Nelson for Leave to Appear Pro Hac Vice. FEE PAID. filed by plaintiff Guardian Media Technologies Ltd. Lodged order. (rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | 5 | APPLICATION of Michael S Dowler for Leave to Appear Pro Hac Vice. FEE PAID. filed by plaintiff Guardian Media Technologies Ltd. Lodged order. (rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | 6 | APPLICATION of Thomas L Casagrande for Leave to Appear Pro Hac Vice. FEE PAID. filed by plaintiff Guardian Media Technologies Ltd. Lodged order. (rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | 7 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | | REPORT ON THE FILING OF AN ACTION REGARDING PATENTS (cc: form mailed to Washington, D.C.) (Opening) (rrey, ) (Entered: 02/02/2007) |
| 01/29/2007 | 8 | NOTICE of Related Case(s) filed by Plaintiff Guardian Media Technologies Ltd. Related Case(s): CV 06-4910 R (RCx) (rn, ) (Entered: 02/05/2007) |
| 02/01/2007 | 11 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO Judge Manuel L. Real, READ THIS ORDER CAREFULLYL. IT CONTROLS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. (see file)(yc, ) (Entered: 02/09/2007) |
| 02/05/2007 | | PREPARED ORDER RE TRANSFER Pursuant to General Order 224 (Related Case) by Clerk; related to CV 06-4910 R (RCx). (rn, ) (Entered: 02/05/2007) |

| 02/06/2007 | 9 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 -Related Case- filed. Related Case No: CV 06-4910-R(RCx). Case transferred from Judge Audrey B. Collins and Magistrate Judge Charles F. Eick to Judge Manuel L. Real and Magistrate Judge Rosalyn M. Chapman for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-692-R(RCx).Signed by Judge Manuel L. Real (stsh, ) (Entered: 02/06/2007) |
|---|---|---|
| 02/07/2007 | 10 | MINUTES ORDER held before Judge Manuel L. Real :, NOTICE VACATING ADR REFERRAL by Judge Manuel L. Real : Notice is given to the parties that the reference to the Alternative Dispute Resolution Pilot Program, General Order 02-07 is vacated. All further settlement procedures in this action shall be pursuant to Local Rule R 16-14.Court Reporter: Not Present. (yc, ) (Entered: 02/09/2007) |
| 02/08/2007 | 12 | ORDER by Judge Audrey B. Collins, re APPLICATION of Thomas L Casagrande for Leave to Appear Pro Hac Vice. FEE PAID. 6 (yc, ) (Entered: 02/12/2007) |
| 02/08/2007 | 13 | ORDER by Judge Florence-Marie Cooper, re APPLICATION of Shane Nelson for Leave to Appear Pro Hac Vice. FEE PAID. 4 (yc, ) (Entered: 02/14/2007) |
| 02/08/2007 | 14 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Brian L. Jackson as counsel for Plaintiff Guardian Media Technologies Ltd, designating Jan L. Handzik as local counsel. Fee PAID. Approved by Judge Audrey B. Collins.(yc, ) (Entered: 02/14/2007) |
| 02/08/2007 | 15 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Michael S. Dowler as counsel for Plaintiff Guardian Media Technologies Ltd, designating Jan L. Handzlik as local counsel. Fee PAID. Approved by Judge Audrey B. Collins.(yc, ) (Entered: 02/14/2007) |
| 02/14/2007 | 17 | NOTICE TO COUNSEL by Judge Manuel L. Real, This case has been assigned to the calendar of Judge manuel L. Real. Counsel are advised that the court expects strict compliance with the provisions of the local rules and the Federal Rules of civil procedure. (see file)(yc, ) (Entered: 02/15/2007) |
| 03/16/2007 | 18 | PROOF OF SERVICE re Notice to Counsel Pursuant to Paragraph 9 of Notice to Counsel; Exhibit 17 , was served on 3/16/2007 filed by plaintiff Guardian Media Technologies Ltd. (jp) (Entered: 04/02/2007) |
| 04/20/2007 | | Summons Issued re first Amended Complaint, 19 as to Harsper Co Ltd, Harsper USA Inc, Santax Groups Corp, SVA (Group) Co Ltd, Sva Group (USA)Inc, Syntax-Brillan Corp, LG Electronics Inc, LG Electronics USA Inc. (yc, ) (Entered: 04/24/2007) |
| 04/23/2007 | 19 | FIRST AMENDED COMPLAINT against defendants Harsper Co Ltd, Harsper USA Inc, Santax Groups Corp, SVA (Group) Co Ltd, Sva Group (USA)Inc, Syntax-Brillan Corp, LG Electronics Inc, LG Electronics USA Inc amending Complaint - (Discovery) 1 ,filed by plaintiff Guardian Media Technologies Ltd (yc, ) (Entered: 04/24/2007) |

| 04/24/2007 | 21 | PROOF OF SERVICE Executed by Plaintiff Guardian Media Technologies Ltd, upon LG Electronics USA Inc served on 4/18/2007, answer due 5/8/2007. The Summons and Complaint were served by Personally service, by not cite statute, upon Catherine Edwards, is described to the best of deponents as follows Sex Femal; white, Blonde, 35 age, Height 5 8 and weight 160-170 pounds. Due Dilligence declaration NOT attached. Original Summons NOT Returned. (et) (Entered: 05/14/2007) |
|---|---|---|
| 05/07/2007 | 20 | STIPULATION AND ORDER by Judge Manuel L. Real : IT IS HEEBY STIPULATED THAT defendants shall be granted thirty day extension of time in which to answer the complaint, answer which would have been due on 5/7/2007 shall now be due 6/7/2007.(yc, ) (Entered: 05/09/2007) |
| 05/30/2007 | 22 | PROOF OF SERVICE Executed upon Syntax-Brillan Corp served on 5/21/2007, answer due 6/10/2007. The Summons and Complaint were served by personally delivering service, by State statute, upon Wendy Chen, authorized agent. Due Dilligence declaration NOT attached. Original Summons NOT attached. (yc) (Entered: 06/04/2007) |
| 05/30/2007 | 23 | PROOF OF SERVICE Executed upon Syntax-Brillin Corporation The Summons and first amended Complaint were served by personally delivering service, by Federal statute, upon Michael Miller- General Counsel. Due Dilligence declaration NOT attached. Original Summons NOT returned. (yc) (Entered: 06/04/2007) |
| 05/30/2007 | 24 | PROOF OF SERVICE Executed upon Harsper USA Inc served on 5/21/2007, answer due 6/10/2007. The Summons and Complaint were served by personally delivering copies service, by State statute, upon Karen Jin, Authorized Agent. Due Dilligence declaration NOT attached. Original Summons returned. (yc) (Entered: 06/05/2007) |
| 06/01/2007 | 26 | STIPULATION for Extension of Time for Defendants Syntax-Brillian corporaiton and Syntax Groups Corporaiton to Respond to First Amended Complaint as to Santax Groups Corp answer now due 7/10/2007; Syntax-Brillan Corp answer now due 7/11/2007, filed by Defendants Santax Groups Corp; Syntax-Brillan Corp.(shb) (Entered: 06/07/2007) |
| 06/04/2007 | 25 | NOTICE OF DISMISSAL filed by plaintiff Guardian Media Technologies Ltd pursuant to FRCP 41a(1) as to LG Electronics Inc, LG Electronics USA Inc. Each party shall bear its own expenses, costs, and fees. Nothing in this dismissal affects Guardian's claims against any of the other named defendants. (yc) (Entered: 06/06/2007) |
| 06/27/2007 | 27 | PROOF OF SERVICE Executed upon Sva Group (USA)Inc served on 6/27/2007, answer due 7/17/2007. The Summons and Complaint were served by personally delivering copies service, by Federal statute, upon Agustin Aguilar, Customer Service Manager. Due Dilligence declaration Not attached. Original Summons NOT returned only copy of summons attached. (yc) (Entered: 07/03/2007) |
| 07/03/2007 | 30 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant SVA (Group) Co Ltd. (yc) (Entered: 07/20/2007) |
|  |  |  |

| 07/10/2007 | 28 | NOTICE of Interested Parties filed by Defendant Syntax-Brillan Corp AND Syntax Groups Corporation. (yc) (Entered: 07/17/2007) |
| 07/10/2007 | 29 | ANSWER first Amended Complaint, 19 , and COUNTERCLAIM against Guardian Media Technologies Ltd filed by defendants Syntax-Brillan Corp. (yc) (Entered: 07/18/2007) |
| 07/13/2007 | 31 | ANSWER to First Amended Complaint, 19 , COUNTERCLAIM against Guardian Media Technologies Ltd filed by defendant Sva Group (USA)Inc. (rrey) (Entered: 07/24/2007) |
| 08/01/2007 | 32 | Motion for Entry of Default against defendant Harsper USA Inc filed by plaintiff Guardian Media Technologies Ltd.Motion set for hearing on 9/4/2007 at 10:00 AM before Judge Manuel L. Real. (yc) Modified on 8/3/2007 (yc, ). (Entered: 08/03/2007) |
| 08/01/2007 | 33 | NOTICE OF MOTION re Motion for Entry of Default against defendant Harsper USA Inc 32 filed by Plaintiff Guardian Media Technologies Ltd. (yc) (Entered: 08/03/2007) |
| 08/01/2007 | 34 | DECLARATION of Michael S. Dowler in support Motion for Entry of Default against defendantHarsper USA Inc 32 filed by Plaintiff Guardian Media Technologies Ltd. (yc) (Entered: 08/03/2007) |
| 08/01/2007 | 35 | PROOF OF SERVICE filed by plaintiff Guardian Media Technologies Ltd, re Motion for Entry of Default against defendantHarsper USA Inc 32 , Declaration (Motion related) 34 , Notice of Motion 33 served on 8/1/2007. (yc) (Entered: 08/03/2007) |
| 08/01/2007 | 36 | ORDER on application of non-resident attorney Stephen L. Lundwall to appear in a specific case. on behalf of plaintiff Guardian Media technologies, Ltd, designation of Jan L. Handzlik.(yc) (Entered: 08/03/2007) |
| 08/01/2007 | 37 | APPLICATION of non resident attorney Stephan L. Lundwall to Appear in a specific case. filed by plaintiff Guardian Media Technologies Ltd. (yc) (Entered: 08/03/2007) |
| 08/01/2007 | 38 | REPLY to Counterclaim 31 OF SVA GROUP (USA). filed by plaintiff Guardian Media Technologies Ltd.(yc) (Entered: 08/03/2007) |
| 08/01/2007 | 39 | REPLY TO Counterclaim 29 of Syntax-Brillian Corporation filed by counterdefendants Guardian Media Technologies Ltd.(yc) (Entered: 08/03/2007) |
| 08/02/2007 | 40 | Notice of Withdrawal of Motion for Entry of Default against defendantHarsper USA Inc 32 filed by plaintiff Guardian Media Technologies Ltd. (yc) (Entered: 08/06/2007) |
| 08/03/2007 | 41 | REQUEST for Clerk to Enter Default against defendants Harsper USA Inc filed by plaintiff Guardian Media Technologies Ltd. (yc) (Entered: 08/08/2007) |
| 08/03/2007 | 42 | DECLARATION of Michael S Dowler in support REQUEST for Clerk to Enter Default against defendants Harsper USA Inc 41 filed by Plaintiff |

| | | Guardian Media Technologies Ltd. (yc) (Entered: 08/08/2007) |
|---|---|---|
| 08/07/2007 | 50 | DECLARATION of Jan L. Handzlik re: EX PARTE APPLICATION for Leave to to conduct the 26(f) early meeting of counsel via teleconference; declaration of Shane A. Nelson in support 49 filed by Plaintiff Guardian Media Technologies Ltd. (tami) (Entered: 08/24/2007) |
| 08/08/2007 | 43 | ORDER by Judge Manuel L. Real, GRANING Ex part application for leave to conduct the 26(f) early meeting of counsel with answering defendants via teleconference. (see file)(yc) (Entered: 08/10/2007) |
| 08/08/2007 | 49 | EX PARTE APPLICATION for Leave to to conduct the 26(f) early meeting of counsel via teleconference; declaration of Shane A. Nelson in support filed by plaintiff Guardian Media Technologies Ltd. Lodged proposed order.(tami) (Entered: 08/24/2007) |
| 08/08/2007 | 51 | SUPPLEMENTAL FILING re EX PARTE APPLICATION for Leave to to conduct the 26(f) early meeting of counsel via teleconference; declaration of Shane A. Nelson in support 49 filed by Plaintiff Guardian Media Technologies Ltd. (rrey) (Entered: 08/28/2007) |
| 08/13/2007 | 44 | APPLICATION of NON-RESIDENT ATTORNEY JOHN P. POLIAK to Appear in a specific case filed by defendant Syntax-Brillan Corp. Lodged ORDER. (yc) (Entered: 08/16/2007) |
| 08/13/2007 | 45 | APPLICATION of MAXWELL J. PETERSEN for Leave to Appear Pro Hac Vice filed by defendant Syntax-Brillan Corp. Lodged order. (yc) (Entered: 08/16/2007) |
| 08/20/2007 | 46 | ORDER by Judge Manuel L. Real, re APPLICATION of JOHN P. POLIAK for Leave to Appear Pro Hac Vice 44 is granted. (yc) (Entered: 08/22/2007) |
| 08/20/2007 | 47 | ORDER by Judge Manuel L. Real, re APPLICATION of MAXWELL J. PETERSEN for Leave to Appear Pro Hac Vice 45 is granted. (yc) (Entered: 08/22/2007) |
| 08/22/2007 | 48 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 4 days, filed by Plaintiff Guardian Media Technologies Ltd, Defendants Sva Group (USA)Inc, Syntax-Brillan Corp. (lra) (Entered: 08/24/2007) |
| 09/07/2007 | 52 | ANSWER to First Amended Complaint, 19 with JURY DEMAND filed by defendant SVA (Group) Co Ltd.(bg) (Entered: 09/11/2007) |
| 09/07/2007 | | FAX number for Attorney Lisa Sharrock Glasser is 949-760-5200. (bg) (Entered: 09/11/2007) |
| 09/07/2007 | 53 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant SVA (Group) Co Ltd. (bg) (Entered: 09/13/2007) |
| 09/10/2007 | 56 | NOTICE OF JOINT MOTION AND JOINT MOTION for a Stay pending Reexamination of Patents-in-Suit filed by plaintiff Guardian Media Technologies Ltd, defendants Santax Groups Corp, Sva Group (USA)Inc, Syntax-Brillan Corp.Motion set for hearing on 10/1/2007 at 10:00 AM before Judge Manuel L. Real. (ad) (Entered: 09/17/2007) |
| | | |

| 09/10/2007 | 57 | MEMORANDUM in Support of JOINT MOTION to Stay Proceedings pending Reexamination 56 filed by Plaintiff Guardian Media Technologies Ltd, Defendants Santax Groups Corp, Sva Group (USA)Inc, Syntax-Brillan Corp. (ad) (Entered: 09/17/2007) |
| --- | --- | --- |
| 09/10/2007 | 58 | DECLARATION of John P Poliak in support of JOINT MOTION for a Stay pending Reexamination of Patents-in-Suit 56 filed by Plaintiff Guardian Media Technologies Ltd, Defendants Santax Groups Corp, Sva Group (USA) Inc, Syntax-Brillan Corp. (ad) (Entered: 09/17/2007) |
| 09/12/2007 | 54 | NOTICE of Change of Attorney Information: Casondra K Ruga is no longer attorney of record in this case for the reason indicated in the G-06 Notice. Filed by defendants Syntax-Brillan Corp (ak) (Entered: 09/14/2007) |
| 09/14/2007 | 55 | NOTICE of Change of Attorney Information: Brian L Jackson is no longer attorney of record in this case for the reason indicated in the G-06 Notice. Filed by plaintiff Guardian Media Technologies Ltd (ak) (Entered: 09/17/2007) |
| 09/24/2007 | 59 | NOTICE OF JOINDER AND JOINDER OF DEFENDANT AND COUNTERCLAIMANT SVA GROUP (USA), INC. TO MOTION OF DEFENDANT SYNTAX-BRILLIAN CORPORATION FOR A STAY PENDING REEXAMINATION OF PATENTS-IN-SUIT 56 filed by Counter Claimant Sva Group (USA)Inc, Defendant Sva Group (USA)Inc. (ch) (Entered: 09/25/2007) |
| 09/28/2007 | 60 | REQUEST to Substitute attorney Richard H Lee in place of attorney Scott D Baskin and Lisa Sharrock Glasser filed by Defendant SVA (Group) Co Ltd. Lodged proposed order. (shb) (Entered: 09/29/2007) |
| 09/28/2007 | 61 | ORDER by Judge Manuel L. Real GRANTING REQUEST to Substitute attorney Richard H Lee in place of attorney Scott D Baskin and Lisa Sharrock Glasser 60 (shb) (Entered: 10/03/2007) |
| 10/01/2007 | 62 | MINUTES OF Motion Hearing held before Judge Manuel L. Real :, RE: Syntax-Brillian's MOTION to Stay Case pending Reexamination of Patents-in-Suit 56 The Court DENIES the motion. Court Reporter: Sheri Kleeger.(wh) (Entered: 10/03/2007) |
| 10/01/2007 | 63 | MEMORANDUM of Points and Authorities in Support of Plaintiff Guardian Media Technologies Ltd.'s Opposition to Syntax-Brillian Corp.'s and SVA Group (USA), Inc.'s MOTION to Stay 56 filed by Plaintiff Guardian Media Technologies Ltd. (ch) (Entered: 10/04/2007) |
| 10/01/2007 | 64 | DECLARATION of Shane A. Nelson in Support of Plaintiff Guardian Media Technologies Ltd.'s Opposition to Syntax-Brillian Corp.'s and SVA Group USA, Inc.'s MOTION to Stay 56 filed by Plaintiff Guardian Media Technologies Ltd. (ch) (Entered: 10/04/2007) |
| 10/01/2007 | 65 | DECLARATION of Thomas E. Coverstone in Support of Plaintiff Guardian Media Technologies Ltd.'s Opposition to Syntax-Brillian Corp.'s and SVA Group (USA), Inc's MOTION to Stay 56 filed by Plaintiff Guardian Media Technologies Ltd. (ch) (Entered: 10/04/2007) |

| 10/01/2007 | 66 | PROOF OF SERVICE filed by plaintiff Guardian Media Technologies Ltd, re Declaration (Motion related) 64 , Memorandum in Support of Motion, 63 , Declaration (Motion related) 65 served on 10/1/07. (ch) (Entered: 10/04/2007) |
|---|---|---|
| 10/01/2007 | 67 | JOINDER in MOTION for a Stay pending Reexamination of Patents-in-Suit 56 filed by Defendant SVA (Group) Co Ltd. (jag) (Entered: 10/09/2007) |
| 10/05/2007 | 68 | NOTICE of Change of Attorney Information: Casondra K Ruga is no longer attorney of record in this case for the reason indicated in the G-06 Notice. Filed by defendants Syntax-Brillan Corp (ak) (Entered: 10/10/2007) |
| 10/09/2007 | 69 | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real : Set Deadlines/Hearings:Discovery cut-off 1/14/2008.,Exhibit List due by 1/14/2008.,Witness List due by 1/14/2008.,Proposed Pretrial Order due by 1/28/2008., Final Pretrial Conference set for 2/4/2008 11:00 AM before Judge Manuel L. Real.,Jury Trial set for 3/4/2008 09:00 AM before Judge Manuel L. Real.(wh) (Entered: 10/10/2007) |
| 10/16/2007 | 70 | STIPULATED PROTECTIVE ORDER by Judge Rosalyn M. Chapman: All documents, electronically stored information, materials, items, things, and/or information produced either by a party or by a third party to any of the parties in this case shall be governed by this Protective Order. IT IS SO ORDERED, as amended at paragraphs 11(c) and 14. (See document for further details.) (pcl) (Entered: 10/16/2007) |
| 10/29/2007 | 74 | NOTICE OF MOTION AND MOTION of Defendants SVA (Group) Co., Ltd. and SVA Group (USA), Inc. to Stay Proceedings in Light of Pending Reexamination of Patent-In-Suit filed by defendant and Counterclaimant Sva Group (USA)Inc.Motion set for hearing on 11/19/2007 at 10:00 AM before Judge Manuel L. Real. (vh) (Entered: 11/05/2007) |
| 10/29/2007 | 75 | MEMORANDUM in Support of Defendants SVA (Group) Co., Ltd. and SVA Group (USA), Inc. to Stay Proceedings in Light of Pending Reexamination of Patent-In-Suit re MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 filed by Counter Claimant Sva Group (USA)Inc, Defendant Sva Group (USA)Inc. (vh) (Entered: 11/05/2007) |
| 10/29/2007 | 76 | DECLARATION of Richard H. Lee in Support of Motion of Defendants SVA (Group) Co., Ltd. and SVA Group (USA), Inc. to Stay Proceedings in Light of Pending Reexamination of Patent-In-Suit re MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 filed by Counter Claimant Sva Group (USA)Inc, Defendant Sva Group (USA)Inc. (vh) Modified on 11/5/2007 (vh, ). (Entered: 11/05/2007) |
| 10/29/2007 | 90 | NOTICE of Change of Attorney Information:, changing e-mail to dc@dchanglaw.com. for attorney David K.W. Chang. Filed by counter claimant Sva Group (USA)Inc (cbr) (Entered: 11/15/2007) |
| 10/31/2007 | 71 | APPLICATION OF NON-RESIDENT ATTORNEY Anthony C Roth for Leave to Appear Pro Hac Vice. FEE PAID. filed by defendant SVA (Group) Co Ltd. Lodged proposed order. (shb) Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 11/1/2007 (shb, ). Modified on 11/1/2007 (shb, ). (Entered: 11/01/2007) |
| 11/01/2007 | 72 | NOTICE SYNTAX-BRILLIAN CORPORATION'S NOTICE OF JOINDER AND JOINDER TO MOTION TO STAY PROCEEDINGS BY DEFENDANTS SVA GRIUPS CORP AND SVA (USA) INC filed by DEFENDANT Syntax-Brillan Corp. (Petersen, Maxwell) (Entered: 11/01/2007) |
| 11/01/2007 | 73 | ORDER by Judge Manuel L. Real GRANTING APPLICATION OF NON-RESIDENT ATTORNEY Anthony C Roth for Leave to Appear Pro Hac Vice. FEE PAID. 71 (shb) (Entered: 11/01/2007) |
| 11/05/2007 | 77 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following deficiency was found Incorrect Document Type selected (i.e., event selected does not match document attached).For the correct event, go to "Responses, Replies and Other Motion Related Documents" and select " Joinder (motion Related)., action was or will be taken by Filer Note: In response to this notice the court may order: 1) an amended or correct document to be filed, 2) the: RE Notice (Other) 72 (pj) (Entered: 11/05/2007) |
| 11/05/2007 | 78 | JOINDER in MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 filed by Defendant Syntax-Brillan Corp. (Petersen, Maxwell) (Entered: 11/05/2007) |
| 11/05/2007 | 79 | MEMORANDUM in Opposition to MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 filed by Plaintiff Guardian Media Technologies Ltd. (Attachments: # 1 Declaration Thomas E. Coverstone# 2 Declaration Shane A. Nelson# 3 Exhibit 1-6# 4 Exhibit 7-12# 5 Exhibit 13-14# 6 Exhibit 15-16# 7 Exhibit 17# 8 Exhibit 18# 9 Exhibit 19# 10 Exhibit 20# 11 Exhibit 21# 12 Exhibit 22# 13 Exhibit 23# 14 Exhibit 24 (pt 1 of 3)# 15 Exhibit 24 (pt 2 of 3)# 16 Exhibit 24 (pt 3 of 3)# 17 Exhibit 25 (pt 1 of 2)# 18 Exhibit 25 (pt 2 of 2)# 19 Exhibit 26# 20 Exhibit 27 (ot 1 of 2)# 21 Exhibit 27 (pt 2 of 2)# 22 Exhibit 28-30# 23 Exhibit 31-33# 24 Exhibit 34-35# 25 Exhibit 36# 26 Exhibit 37# 27 Exhibit 38 (pt 1 of 2)# 28 Exhibit 38 (pt 2 of 2)# 29 Exhibit 39 (pt 1 of 2)# 30 Exhibit 39 (pt 2 of 2)# 31 Exhibit 40# 32 Exhibit 41-44# 33 Exhibit 45-59# 34 Exhibit 60-62)(Dowler, Michael) (Entered: 11/05/2007) |
| 11/07/2007 | 80 | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real : re: Defendants' MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 is continued for hearing from 11/19/07 to 11/26/07 at 10 am; opposition remains due 11/5/07; reply remains due 11/13/07. (wh) (Entered: 11/07/2007) |
| 11/12/2007 | 81 | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of California filed by Defendant Syntax-Brillan Corp.Motion set for hearing on 12/3/2007 at 10:00 AM before Judge Manuel L. Real. (Falzone, Leah) (Entered: 11/12/2007) |
| 11/12/2007 | 82 | DECLARATION of Darin Margules In Support of Motion to Transfer MOTION to Transfer Case to Southern District of California 81 filed by Defendant Syntax-Brillan Corp. (Attachments: # 1 Exhibit Exhibit 1# 2 |

| | | Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6)(Falzone, Leah) (Entered: 11/12/2007) |
|---|---|---|
| 11/13/2007 | 86 | NOTICE OF JOINDER and JOINDER OF DEFENDANT SVA (GROUP) CO., LTD. TO DEFENDANT SYNTAX-BRILLIAN CORPORAITON'S MOTION to Transfer Venue to Southern District of California 81 filed by Defendant SVA (Group) Co Ltd.Motion set for hearing on 12/3/2007 at 10:00 AM before Judge Manuel L. Real. (shb) (Entered: 11/15/2007) |
| 11/13/2007 | 87 | SUPPLEMENT DECLARATION OF RICHARD H LEE FOR REPLY BRIEF OF DEFENDANTS SVA (GROUP) AND SVA GROUP (USA) INC IN SUPPORT OF THEIR MOTION to Stay Proceedings in Light of Pending Reexamination of Patent-In-Suit 74 filed by Defendant SVA (Group) Co Ltd. (shb) (Entered: 11/15/2007) |
| 11/13/2007 | 88 | NOTICE OF ERRATA MOTION FOR MOTION OF Defendants SVA (Group) Co., Ltd. and SVA Group (USA), Inc. to Stay Proceedings in Light of Pending Reexamination of Patent-In-Suit 74 filed by Defendant SVA (Group) Co Ltd. (shb) (Entered: 11/15/2007) |
| 11/13/2007 | 89 | REPLY BRIEF of Defendants SVA (Group) Co, LTd and SVA Group (USA) Inc in support of their MOTION to stay proceedings in light of pending reexamination of patent-in suit 74 filed by Defendant SVA (Group) Co Ltd. (shb) (Entered: 11/15/2007) |
| 11/15/2007 | 83 | PROOF OF SERVICE filed by Defendant Syntax-Brillan Corp, re MOTION to Transfer Case to Southern District of California 81 served on November 12, 2007. (Falzone, Leah) (Entered: 11/15/2007) |
| 11/15/2007 | 84 | PROOF OF SERVICE filed by DEFENDANT Syntax-Brillan Corp, re MOTION to Transfer Case to Southern District of California 81 served on NOVEMBER 12, 2007. (Falzone, Leah) (Entered: 11/15/2007) |
| 11/15/2007 | 85 | PROOF OF SERVICE filed by DEFENDANT Syntax-Brillan Corp, re MOTION to Transfer Case to Southern District of California 81 served on NOVEMBER 12, 2007. (Falzone, Leah) (Entered: 11/15/2007) |
| 11/19/2007 | 91 | MEMORANDUM in Opposition to MOTION to Transfer Case to Southern District of California 81 filed by Plaintiff Guardian Media Technologies Ltd. (Attachments: # 1 Declaration Shane A. Nelson# 2 Exhibit 1- 5# 3 Exhibit 6 - 13)(Dowler, Michael) (Entered: 11/19/2007) |
| 11/26/2007 | 92 | NOTICE OF MOTION AND MOTION to Compel DISCOVERY filed by DEFENDANT Syntax-Brillan Corp.Motion set for hearing on 12/17/2007 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 JOINT STIPULATION# 2 DECLARATION OF JOHN POLIAK# 3 EXH. A# 4 EXH. B# 5 EXH. C# 6 EXH. D# 7 EXH. E# 8 EXH. F# 9 EXH. G# 10 EXH. H# 11 EXH. I# 12 EXH. J# 13 EXH. K# 14 EXH. L# 15 EXH. M# 16 EXH. N# 17 EXH. O# 18 DECLARATION OF SHANE NELSON# 19 EXH. P# 20 EXH. Q# 21 EXH. R)(Petersen, Maxwell) (Entered: 11/26/2007) |
| 11/26/2007 | 93 | REPLY in support *of Motion to Transfer to Southern District*, 81 filed by Defendant Syntax-Brillan Corp. (Falzone, Leah) Modified on 11/27/2007 |

| | | (shb, ). (Entered: 11/26/2007) |
|---|---|---|
| 11/26/2007 | 94 | DECLARATION of Michael Miller in support of MOTION to Transfer Case to Southern District of California 81 filed by Defendant Syntax-Brillan Corp. (Falzone, Leah) (Entered: 11/26/2007) |
| 11/26/2007 | 95 | DECLARATION of Leah Phillips Falzone in support of MOTION to Transfer Case to Southern District of California 81 filed by Defendant Syntax-Brillan Corp. (Falzone, Leah) (Entered: 11/26/2007) |
| 11/26/2007 | 96 | DECLARATION of Daric Wong in support of MOTION to Transfer Case to Southern District of California 81 filed by Defendant Syntax-Brillan Corp. (Falzone, Leah) (Entered: 11/26/2007) |
| 11/26/2007 | 97 | MINUTES OF Motion Hearing held before Judge Manuel L. Real RE: MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 . The Court DENIES the motion. Plaintiff shall submit a proposed order. Court Reporter: Sheri Kleeger. (rrey) (Entered: 11/27/2007) |
| 11/27/2007 | 98 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following deficiency was found PROOF OF SERVICE is missing for non-electrically served parties, action was or will be taken by - Note: In response to this notice the court may order: 1) an amended or correct document to be filed, 2) the document stricken, or 3) take other action as the court deems appropriate. (shb) (Entered: 11/27/2007) |
| 11/27/2007 | 99 | PROOF OF SERVICE re MOTION to Transfer Case to Southern District of California 81 filed by Defendant Syntax-Brillan Corp. (Falzone, Leah) (Entered: 11/27/2007) |
| 11/28/2007 | 100 | [PROPOSED] ORDER DENYING DEFENDANTS SVA (GROUP) CO., LTD'S AND SVA GROUP (USA), INC.'S MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION re MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 filed by Plaintiff Guardian Media Technologies Ltd. (Dowler, Michael) (Entered: 11/28/2007) |
| 11/29/2007 | 101 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following deficiency was found: Incorrect document event type selected. Should have prepared a Notice of Lodging and separately attached the proposed order. NOTE: In response to this notice the court may order: 1) an amended or correct document to be filed, 2) the document stricken, or 3) take other action as the court deems appropriate.: RE Motion Related Document, 100 (shb) (Entered: 11/29/2007) |
| 11/29/2007 | 102 | ORDER DENYING DEFENDANTS SVA (GROUP) CO., LTD'S AND SVA GROUP (USA) INC.'S MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION by Judge Manuel L. Real DENYING MOTION to Stay Case pending Reexamination of Patents-in-Suit 56 , Joinder (Motion Related) 78 , Notice (Other) 72 , MOTION to Stay Case pending completion of the U.S. Patent and Trademark Office's patent reexamination of U.S. Patent No. 4,930,160 74 , Joinder (Motion Related), Joinder (Motion Related) 59 (shb) |

|  |  | Modified on 11/30/2007 (shb, ). (Entered: 11/30/2007) |
|---|---|---|
| 11/30/2007 | 103 | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real : re: MOTION to Transfer Case to Southern District of California 81 . Motion continued to 12/17/2007 at 10:00 AM before Judge Manuel L. Real. (rrey) (Entered: 11/30/2007) |
| 12/04/2007 | 104 | NOTICE OF DISMISSAL filed by Plaintiff Guardian Media Technologies Ltd pursuant to FRCP 41a(1) as to Syntax-Brillan Corp, Santax Groups Corp. (Dowler, Michael) (Entered: 12/04/2007) |
| 12/05/2007 | 105 | DEFAULT BY CLERK ENTERED as to Defendant Harsper USA Inc regarding FIRST AMENDED COMPLAINT (pj) (Entered: 12/05/2007) |
| 12/11/2007 | 106 | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real : Counsel are notified that on the court's own motion the: Defendant SVA's joinder in motion to transfer to U.S.D.C. So. District of CA is hereby ORDERED CONTINUED FROM DECEMBER 17, 2007 AT 10:00 A.M. TO JANUARY 28, 2008 AT 10:00 A.M. before Judge Manuel L. Real. (bp) (Entered: 12/12/2007) |
| 01/17/2008 | 107 | NOTICE OF DISMISSAL filed by Plaintiff Guardian Media Technologies Ltd pursuant to FRCP 41a(1) as to SVA (Group) Co Ltd, Sva Group (USA) Inc. (Dowler, Michael) (Entered: 01/17/2008) |
| 01/28/2008 | 108 | NOTICE OF DISMISSAL filed by Plaintiff Guardian Media Technologies Ltd pursuant to FRCP 41a(1) as to Harsper Co Ltd, Harsper USA Inc. (Dowler, Michael) (Entered: 01/28/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/17/2008 14:39:49 | | |
| **PACER Login:** | fb0051 | **Client Code:** | 23129-tpl |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-00692-R-RC End date: 7/17/2008 |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |

# EXHIBIT G

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

**Acer, Inc. et al v. Technology Properties Limited et al**
Case No. 5:08-cv-00877 JF

| MMP PATENTS | PENDING IN N.D. CAL. | PENDING IN E.D. TEXAS | ALREADY LITIGATED IN E.D. TEXAS (Tutorial + Markman) |
|---|---|---|---|
| '336 patent | X | X | X |
| '584 patent | X | X | X |
| '749 patent | X | X | |
| '148 patent | | X | X |
| '890 patent | | X | |

2183\1633864.1

# EXHIBIT H

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

CASREF, CLOSED, JURY, PROTECTIVE-ORDER

## U.S. District Court [LIVE]
## Eastern District of TEXAS (Marshall)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00181-TJW-CE

Acer America Corporation v. Hon Hai Precision Industry
Co. Ltd. et al
Assigned to: Judge T. John Ward
Referred to: Magistrate Judge Charles Everingham
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/08/2007
Date Terminated: 07/11/2008
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**Acer America Corporation**                represented by   **Harry Lee Gillam, Jr**
*a California corporation*                                   Gillam & Smith, LLP
                                                             303 South Washington Avenue
                                                             Marshall, TX 75670
                                                             903-934-8450
                                                             Fax: 903-934-9257
                                                             Email: gil@gillamsmithlaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Alex Verbin Chachkes**
                                                             Orrick Herrington & Sutcliffe- New
                                                             York
                                                             666 Fifth Avenue
                                                             New York, NY 10103-0001
                                                             212/506-3748
                                                             Fax: 212/506-5151
                                                             Email: achachkes@orrick.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Theresa E Norton**
                                                             Orrick Herrington & Sutcliffe - Menlo
                                                             Park
                                                             1000 Marsh Rd
                                                             Menlo Park, CA 94025
                                                             650/614-7400
                                                             Fax: 650/614-7401
                                                             Email: tnorton@orrick.com
                                                             *ATTORNEY TO BE NOTICED*

V.

### Defendant

**Hon Hai Precision Industry Co. Ltd.**             represented by **Daniel Prince**
*a Taiwanese Corporation*                                           Paul Hastings Janofsky & Walker - Los
*TERMINATED: 07/07/2008*                                            Angeles
                                                                    515 S Flower Street
                                                                    25th Floor
                                                                    Los Angeles, CA 90071-2228
                                                                    213/683-6169
                                                                    Fax: 213/627-0705
                                                                    Email: danielprince@paulhastings.com
                                                                    *TERMINATED: 07/07/2008*

                                                                    **Jay C Chiu**
                                                                    Paul Hastings Janofsky & Walker - Los
                                                                    Angeles
                                                                    515 S Flower Street
                                                                    25th Floor
                                                                    Los Angeles, CA 90071-2228
                                                                    213/683-6315
                                                                    Fax: 213/627-0705
                                                                    Email: jaychiu@paulhastings.com
                                                                    *TERMINATED: 07/07/2008*

                                                                    **Katherine F Murray**
                                                                    Paul Hastings Janofsky & Walker - Los
                                                                    Angeles
                                                                    515 S Flower Street
                                                                    25th Floor
                                                                    Los Angeles, CA 90071-2228
                                                                    213/683-6273
                                                                    Fax: 213/996-3273
                                                                    Email:
                                                                    katherinemurray@paulhastings.com
                                                                    *TERMINATED: 07/07/2008*

                                                                    **Michael Charles Smith**
                                                                    Siebman Reynolds Burg Phillips &
                                                                    Smith, LLP-Marshall
                                                                    713 South Washington
                                                                    Marshall, TX 75670
                                                                    903-938-8900
                                                                    Fax: 19727674620
                                                                    Email: michaelsmith@siebman.com
                                                                    *TERMINATED: 08/24/2007*

                                                                    **Todd Snyder**
                                                                    Paul Hastings Janofsky & Walker - Los
                                                                    Angeles
                                                                    515 S Flower Street
                                                                    25th Floor
                                                                    Los Angeles, CA 90071-2228

213/683-6000
Fax: 213/627-0705
Email: toddsnyder@paulhastings.com
*TERMINATED: 07/07/2008*

**Vincent K Yip**
Paul Hastings Janofsky & Walker - Los
Angeles
515 S Flower Street
25th Floor
Los Angeles, CA 90071-2228
213/683-6000
Fax: 213/627-0705
Email: vincentyip@paulhastings.com
*TERMINATED: 07/07/2008*

**Defendant**

**Quanta Computer Inc.,**                  represented by   **Melvin R Wilcox, III**
*a Taiwanese Corporation*                                    Yarbrough - Wilcox, PLLC
*TERMINATED: 06/30/2008*                                     100 E. Ferguson, Suite 1015
                                                             Tyler, TX 75702
                                                             903.595.1133
                                                             Fax: 903.595.0191
                                                             Email: mrw@yw-lawfirm.com
                                                             *TERMINATED: 06/30/2008*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Hua Chen**
Paul Hastings Janofsky & Walker - Los
Angeles
515 S Flower Street
25th Floor
Los Angeles, CA 90071-2228
213/683-6236
Fax: 213/627-0705
Email: huachen@paulhastings.com
*TERMINATED: 06/30/2008*
*ATTORNEY TO BE NOTICED*

**Katherine F Murray**
(See above for address)
*TERMINATED: 06/30/2008*
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*TERMINATED: 08/24/2007*

**Terrence D Garnett**

Paul Hastings Janofsky & Walker - Los
Angeles
515 S Flower Street
25th Floor
Los Angeles, CA 90071-2228
213/683-6247
Fax: 213/627-0705
Email: terrygarnett@paulhastings.com
*TERMINATED: 06/30/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wistron Corporation**                represented by   **Eric M. Albritton**
*a Taiwanese Corporation*                               Attorney at Law
                                                        PO Box 2649
                                                        Longview, TX 75606
                                                        903/757-8449
                                                        Fax: 19037587397
                                                        Email: ema@emafirm.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Harold H Davis, Jr**
                                                        Kirkpatrick & Lockhart Preston Gates
                                                        Ellis - San Francisco
                                                        55 2nd Street
                                                        Suite 1700
                                                        San Francisco, CA 94105
                                                        415/882-8200
                                                        Fax: 415/882-8202
                                                        Email: harold.davis@klgates.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Scott Hacker**
                                                        Albritton Law Firm
                                                        P. O. Box 2649
                                                        Longview, TX 75606
                                                        903-757-8449
                                                        Fax: 903-758-7397
                                                        Email: jsh@emafirm.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Bettinger**
                                                        Kirkpatrick & Lockhart Preston Gates
                                                        Ellis - San Francisco
                                                        55 2nd Street
                                                        Suite 1700
                                                        San Francisco, CA 94105
                                                        415/882-8200
                                                        Fax: 4158828220
                                                        Email: mike.bettinger@klgates.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Compal Electronics, Inc.**          represented by  **Samuel Franklin Baxter**
*TERMINATED: 06/23/2008*                              McKool Smith - Marshall
                                                      P O Box O
                                                      104 East Houston St., Suite 300
                                                      Marshall, TX 75670
                                                      903/923-9000
                                                      Fax: 903-923-9099
                                                      Email: sbaxter@mckoolsmith.com
                                                      *TERMINATED: 06/23/2008*
                                                      *LEAD ATTORNEY*

                                                      **Bita Rahebi**
                                                      Morrison & Foerster LLP - Los Angeles

                                                      555 W Fifth St
                                                      35th Floor
                                                      Los Angeles, CA 90013-1024
                                                      213/892-5428
                                                      Fax: 213/892-5454
                                                      Email: brahebi@mofo.com
                                                      *TERMINATED: 06/23/2008*

                                                      **Charles S Barquist**
                                                      Morrison & Foerster LLP - Los Angeles

                                                      555 W Fifth St
                                                      35th Floor
                                                      Los Angeles, CA 90013-1024
                                                      213/892-5200
                                                      Fax: 213/892-5454
                                                      Email: cbarquist@mofo.com
                                                      *TERMINATED: 06/23/2008*

                                                      **Garret Wesley Chambers**
                                                      McKool Smith - Dallas
                                                      300 Crescent Court
                                                      Suite 1500
                                                      Dallas, TX 75201
                                                      214/978-4000
                                                      Fax: 12149784044
                                                      Email: gchambers@mckoolsmith.com
                                                      *TERMINATED: 06/23/2008*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/08/2007 | 1 | Acer America Corporation's MOTION to Seal Confidential Exhibits D-J to |

| | | Original Complaint by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(ch, ) (Entered: 05/09/2007) |
|---|---|---|
| 05/08/2007 | 2 | ORIGINAL COMPLAINT WITH JURY TRIAL DEMAND against Hon Hai Precision Industry Co. Ltd., Quanta Computer Inc.,, Wistron Corporation (Filing fee $ 350.) , filed by Acer America Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# ( EXHIBIT'S D - J FILED UNDER SEAL SEE DOCUMENT # 6 ) (4) Exhibit K# Exhibit L# Exhibit M# Exhibit N)(ch, ) Modified on 5/9/2007 (ch, ). (Entered: 05/09/2007) |
| 05/08/2007 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Acer America Corporation identifying Acer Inc as Corporate Parent (ch, ) Modified on 5/9/2007 (mpv, ). (Entered: 05/09/2007) |
| 05/09/2007 | 4 | ORDER REFERRING CASE to Magistrate Judge Charles Everingham. Signed by Judge T. John Ward on 5/8/07. (ch, ) (Entered: 05/09/2007) |
| 05/09/2007 | 5 | Magistrate Consent Form Mailed to Acer America Corporation (ch, ) Modified on 5/9/2007 (mpv, ). Modified on 5/9/2007 (mpv, ). (Entered: 05/09/2007) |
| 05/09/2007 | 6 | SEALED ADDITIONAL ATTACHMENTS to Main Document:. (Attachments: # 1 Exhibit D FILED UNDER SEAL# 2 Exhibit E FILED UNDER SEAL# 3 Exhibit F FILED UNDER SEAL# 4 Exhibit G FILED UNDER SEAL# 5 Exhibit H FILED UNDER SEAL# 6 Exhibit I FILED UNDER SEAL# 7 Exhibit J FILED UNDER SEAL)(ch, ) (Entered: 05/09/2007) |
| 05/09/2007 | 7 | E-GOV SEALED SUMMONS Issued as to Hon Hai Precision Industry Co. Ltd., Quanta Computer Inc.,, Wistron Corporation. (ch, ) (Entered: 05/09/2007) |
| 05/09/2007 | | Filing fee: $ 350.00, receipt number 2-1-2542 (ch, ) (Entered: 05/10/2007) |
| 05/11/2007 | 8 | ORDER granting 1 Motion to Seal exhibits D-J to original complaint. Signed by Judge Charles Everingham on 5/11/07. (ehs, ) (Entered: 05/11/2007) |
| 05/22/2007 | 9 | MOTION to Expedite *Plaintiff Acer America Corporation's Expedited Motion for Leave to Take Early Discovery* by Acer America Corporation. (Attachments: # 1 Affidavit Declaration of Harry L. Gillam, Jr.# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Text of Proposed Order)(Gillam, Harry) (Entered: 05/22/2007) |
| 05/24/2007 | 10 | Additional Attachments to Main Document: 9 MOTION to Expedite *Plaintiff Acer America Corporation's Expedited Motion for Leave to Take Early Discovery*.. (Gillam, Harry) (Entered: 05/24/2007) |
| 05/25/2007 | 11 | ANSWER to Complaint with Jury Demand by Quanta Computer Inc.,.(Smith, Michael) (Entered: 05/25/2007) |
| 05/25/2007 | | Magistrate Consent Form EMailed to Quanta Computer Inc., (sm, ) (Entered: 05/25/2007) |
| 05/29/2007 | 12 | MOTION for Extension of Time to File Answer re 2 Complaint, *Unopposed* |

| | | |
|---|---|---|
| | | *Motion to Extend Time to Respond to the Complaint* by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 05/29/2007) |
| 05/29/2007 | 13 | ANSWER to Complaint by Wistron Corporation.(Albritton, Eric) (Entered: 05/29/2007) |
| 05/30/2007 | | Magistrate Consent Form EMailed to Wistron Corporation (sm, ) (Entered: 05/30/2007) |
| 05/31/2007 | 14 | ORDER granting 12 Motion for Extension of Time to Answer. Hon Hai Precision Industry Co. Ltd deadline is extended to 6/12/07 . Signed by Judge Charles Everingham on 5/30/07. (ch, ) (Entered: 05/31/2007) |
| 05/31/2007 | 15 | RESPONSE to Motion re 9 MOTION to Expedite *Plaintiff Acer America Corporation's Expedited Motion for Leave to Take Early Discovery filed by Wistron Corporation.* (Albritton, Eric) (Entered: 05/31/2007) |
| 06/04/2007 | 16 | MOTION to Withdraw 9 MOTION to Expedite *Plaintiff Acer America Corporation's Expedited Motion for Leave to Take Early Discovery*, 10 Additional Attachments to Main Document *Plaintiff Acer America Corporation's Unopposed Motion to Withdraw Without Prejudice Acer America Corporation's Expedited Motion for Leave to Take Early Discovery* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order) (Gillam, Harry) (Entered: 06/04/2007) |
| 06/06/2007 | 17 | ORDER granting 16 Motion to Withdraw. Acer America Corporation's Expedited Motion for Leave to take Early Discovery is hereby withdrawn without prejudice . Signed by Judge Charles Everingham on 6/5/07. (ch, ) (Entered: 06/06/2007) |
| 06/07/2007 | 18 | APPLICATION to Appear Pro Hac Vice by Attorney Harold H Davis, Jr for Wistron Corporation. (Fee Paid) 1-1-4257 (ch, ) (Entered: 06/07/2007) |
| 06/07/2007 | 19 | APPLICATION to Appear Pro Hac Vice by Attorney Michael Bettinger for Wistron Corporation. (Fee Paid) 1-1-4258 (ch, ) (Entered: 06/07/2007) |
| 06/11/2007 | 20 | APPLICATION to Appear Pro Hac Vice by Attorney Hua Chen for Quanta Computer Inc.APPROVED (FEE PAID) 2-1-2655 (poa, ) (Entered: 06/12/2007) |
| 06/11/2007 | 21 | APPLICATION to Appear Pro Hac Vice by Attorney Terrence D Garnett for Quanta Computer Inc. APPROVED (FEE PAID) 2-1-2656 (poa, ) (Entered: 06/12/2007) |
| 06/11/2007 | 22 | APPLICATION to Appear Pro Hac Vice by Attorney Jay C Chiu for Hon Hai Precision Industry Co. Ltd. APPROVED (FEE PAID) 2-1-2657 (poa, ) (Entered: 06/12/2007) |
| 06/11/2007 | 23 | APPLICATION to Appear Pro Hac Vice by Attorney Vincent K Yip for Hon Hai Precision Industry Co. Ltd. APPROVED (FEE PAID) 2-1-2658 (poa, ) (Entered: 06/12/2007) |
| 06/12/2007 | 24 | MOTION for Extension of Time to File Answer re 2 Complaint, by Hon Hai |

| | | |
|---|---|---|
| | | Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 06/12/2007) |
| 06/14/2007 | 25 | ORDER granting 24 Motion for Extension of Time to Answer Deadline extended to 6/26/07 . Signed by Judge Charles Everingham on 6/14/07. (ehs, ) (Entered: 06/14/2007) |
| 06/14/2007 | | Answer Due Deadline Updated for Hon Hai Precision Industry Co. Ltd. to 6/26/2007. (ehs, ) (Entered: 06/14/2007) |
| 06/15/2007 | 26 | MOTION for Leave to File *Acer America Corporation's Motion for Leave to Amend Complaint* by Acer America Corporation. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(Gillam, Harry) (Entered: 06/15/2007) |
| 06/15/2007 | 27 | MOTION to Seal *Acer America Corporation's Motion to Seal Confidential Exhibits D-J and O-Q to First Amended Complaint* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Gillam, Harry) (Entered: 06/15/2007) |
| 06/19/2007 | 28 | ORDER granting 26 Motion for Leave to Amend Complaint, adding Compal Electronics, Inc.,. Signed by Judge Charles Everingham on 6/18/07. (ch, ) (Entered: 06/19/2007) |
| 06/19/2007 | 29 | ORDER granting 27 Motion to Seal Exhibits D-J and O-Q to First Amended Complaint. Signed by Judge Charles Everingham on 6/19/07. (ch, ) (Entered: 06/19/2007) |
| 06/20/2007 | 30 | AMENDED COMPLAINT *Acer America Corporation's First Amended Complaint - See original Exhibits A-N attached to Original Complaint* against Compal Electronics, Inc., Hon Hai Precision Industry Co. Ltd., Quanta Computer Inc.,, Wistron Corporation, filed by Acer America Corporation. (Attachments: # 1 Exhibit R)(Gillam, Harry) (Entered: 06/20/2007) |
| 06/20/2007 | 31 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 30 Amended Complaint,. (Attachments: # 1 Exhibit O# 2 Exhibit P# 3 Exhibit Q)(Gillam, Harry) (Entered: 06/20/2007) |
| 06/20/2007 | 32 | E-GOV SEALED SUMMONS Issued as to Compal Electronics, Inc.. (ch, ) (Entered: 06/20/2007) |
| 06/28/2007 | 33 | ANSWER to Amended Complaint by Wistron Corporation.(Albritton, Eric) (Entered: 06/28/2007) |
| 06/29/2007 | 34 | MOTION for Extension of Time to File Answer re 30 Amended Complaint, by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 06/29/2007) |
| 06/29/2007 | 35 | MOTION for Extension of Time to File Answer re 30 Amended Complaint, by Quanta Computer Inc.,. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 06/29/2007) |
| 07/05/2007 | 36 | ORDER granting 34 Motion for Extension of Time to Answer. Hon Hai Precision Industry Co. deadline is extended to 7/31/07 . Signed by Judge Charles Everingham on 7/5/07. (ch, ) (Entered: 07/05/2007) |

| 07/05/2007 | | Answer Due Deadline Updated for Hon Hai Precision Industry Co. Ltd. to 7/31/2007. (ch, ) (Entered: 07/05/2007) |
|---|---|---|
| 07/05/2007 | 37 | ORDER granting 35 Motion for Extension of Time to Answer. Quanta's deadline is extended to 7/31/07 . Signed by Judge Charles Everingham on 7/5/07. (ch, ) (Entered: 07/05/2007) |
| 07/05/2007 | | Answer Due Deadline Updated for Quanta Computer Inc., to 7/31/2007. (ch, ) (Entered: 07/05/2007) |
| 07/10/2007 | 38 | ANSWER to Amended Complaint by Compal Electronics, Inc..(Baxter, Samuel) (Entered: 07/10/2007) |
| 07/11/2007 | | Magistrate Consent Form eMailed to Compal Electronics, Inc. (mpv, ) (Entered: 07/11/2007) |
| 07/12/2007 | 39 | APPLICATION to Appear Pro Hac Vice by Attorney Charles S Barquist for Compal Electronics, Inc.. (FEE PAID) 2-1-2773 (ehs, ) (Entered: 07/12/2007) |
| 07/12/2007 | 40 | APPLICATION to Appear Pro Hac Vice by Attorney Bita Rahebi for Compal Electronics, Inc. (APPROVED)(FEE PAID) 2-1-2773. (ch, ) (Entered: 07/13/2007) |
| 07/31/2007 | 41 | ***FILED IN ERROR; PER ATTY; PLEASE IGNORE; REPLACED BY # 43 *** <br><br> MOTION for Extension of Time to File Answer re 30 Amended Complaint, by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) Modified on 8/1/2007 (mpv, ). (Entered: 07/31/2007) |
| 07/31/2007 | 42 | ***FILED IN ERROR; PER ATTY; PLEASE IGNORE; REPLACED BY # 44 *** <br><br> MOTION for Extension of Time to File Answer re 30 Amended Complaint, by Quanta Computer Inc.,. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) Modified on 8/1/2007 (mpv, ). (Entered: 07/31/2007) |
| 07/31/2007 | 43 | MOTION for Extension of Time to File Answer re 30 Amended Complaint, *(Replaces docket number 41)* by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 07/31/2007) |
| 07/31/2007 | 44 | MOTION for Extension of Time to File Answer re 30 Amended Complaint, *(Replaces docket number 42)* by Quanta Computer Inc.,. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 07/31/2007) |
| 07/31/2007 | | ***FILED IN ERROR. Document # 41 and 42, MOTION for Extension of Time to File Answer re 30 Amended Complaint, by Hon Hai Precision Industry Co. Ltd; MOTION for Extension of Time to File Answer re 30 Amended Complaint, by Quanta Computer Inc. PLEASE IGNORE. Documents replaced by #'s 43 and 44 *** <br><br> (mpv, ) (Entered: 08/01/2007) |
| | | |

| 08/01/2007 | 45 | ORDER granting 44 Motion for Extension of Time to Answer. Dft Quanta Computer Inc. Deadline is extended to 8/31/07 . Signed by Judge Charles Everingham on 8/1/07. (ch, ) (Entered: 08/01/2007) |
| 08/01/2007 | 46 | ORDER granting 43 Motion for Extension of Time to Answer. Answer deadline reset to 8/31/07 for deft Hon Hai Precision Industry . Signed by Judge Charles Everingham on 8/1/07. (ehs, ) (Entered: 08/01/2007) |
| 08/01/2007 | 47 | Answer Due Deadline Updated for Quanta Computer Inc., to 8/31/2007. (ch, ) (Entered: 08/01/2007) |
| 08/01/2007 |  | Answer Due Deadline Updated for Hon Hai Precision Industry Co. Ltd. to 8/31/2007. (ehs, ) (Entered: 08/01/2007) |
| 08/07/2007 | 48 | ***FILED IN ERROR, PER ATTY, PLEASE IGNORE.***<br><br>MOTION to Seal by Quanta Computer Inc.,. (Attachments: # 1 Text of Proposed Order granting Quanta Computer Inc.'s motion to seal)(Chen, Hua) Modified on 8/8/2007 (sm, ). (Entered: 08/07/2007) |
| 08/07/2007 | 49 | ***FILED IN ERROR, PLEASE IGNORE.***<br><br>MOTION to Seal by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order granting Hon Hai Precision Industry Co. Ltd.'s motion to seal)(Yip, Vincent) Modified on 8/8/2007 (sm, ). (Entered: 08/07/2007) |
| 08/08/2007 |  | ***FILED IN ERROR, PER ATTY, ATTY WILL REFILE LATER***<br><br>. Document # 48 and #49, Motions to seal. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 08/08/2007) |
| 08/09/2007 | 50 | MOTION to Seal by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order granting Hon Hai Precision Industry Co. Ltd's Motion to Seal)(Yip, Vincent) (Entered: 08/09/2007) |
| 08/09/2007 | 51 | SEALED MOTION to Dismiss by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Affidavit of Ming-Li Lien in support of Hon Hai's Motion to Dismiss# 2 Affidavit of Vincent K. Yip in support of Hon Hai's Motion to Dismiss# 3 Text of Proposed Order granting Hon Hai Precision Industry Co., Ltd.'s Motion to Dismiss)(Yip, Vincent) (Entered: 08/09/2007) |
| 08/10/2007 | 52 | ORDER granting 50 Motion to Seal Hon Hai's motion to dismiss and supporting declarations. Signed by Judge Charles Everingham on 8/10/07. (ehs, ) (Entered: 08/10/2007) |
| 08/22/2007 | 53 | MOTION to Withdraw as Attorney Unopposed by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 08/22/2007) |
| 08/22/2007 | 54 | MOTION to Withdraw as Attorney Unopposed by Quanta Computer Inc.,. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 08/22/2007) |
|  |  |  |

| 08/24/2007 | 55 | ORDER granting 53 Motion to Withdraw as Attorney. Attorney Michael Charles Smith terminated . Signed by Judge Charles Everingham on 8/24/07. (poa, ) (Entered: 08/24/2007) |
| 08/24/2007 | 56 | ORDER granting 54 Motion to Withdraw as Attorney. Attorney Michael Charles Smith terminated . Signed by Judge Charles Everingham on 8/24/07. (poa, ) (Entered: 08/24/2007) |
| 08/27/2007 | 57 | MOTION to Seal Document *Acer America Corporation's Unopposed Motion to Seal Confidential Documents* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Gillam, Harry) (Entered: 08/27/2007) |
| 08/27/2007 | 58 | SEALED RESPONSE to Motion re 51 SEALED MOTION *to Dismiss* filed by Acer America Corporation. (Attachments: # 1 Affidavit Declaration of Theresa E. Norton# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Gillam, Harry) (Entered: 08/27/2007) |
| 08/31/2007 | 59 | ORDER granting 57 Motion to Seal Document Acers Opposition to Hon Hai Precision Industry Co., Ltd's Motion to Dismiss and Declarations of Theresa E. Norton in Support of Acer America Opposisition to Hon Hai's Motion to Dismiss . Signed by Judge Charles Everingham on 8/31/07. (ch, ) (Entered: 08/31/2007) |
| 08/31/2007 | 60 | *Defendant's, Quanta Computer, Inc.,* ANSWER to Amended Complaint *(Acer America Corporation First Amended Complaint)* by Quanta Computer Inc.,. (Wilcox, Melvin) (Entered: 08/31/2007) |
| 09/05/2007 | 61 | MOTION to Seal *Hon Hai's Reply to Acer America Corporation's Opposition* by Hon Hai Precision Industry Co. Ltd.. (Attachments: # 1 Text of Proposed Order)(Yip, Vincent) (Entered: 09/05/2007) |
| 09/05/2007 | 62 | SEALED REPLY to Acer America Corporation's Opposition to Hon Hai's Motion (re 51 SEALED MOTION *to Dismiss)* filed by Hon Hai Precision Industry Co. Ltd.. (Yip, Vincent) (Entered: 09/05/2007) |
| 09/06/2007 | 63 | ORDER granting 61 Motion to Seal Hon Hai's Reply Motion. Signed by Judge Charles Everingham on 9/6/07. (ch, ) (Entered: 09/06/2007) |
| 09/14/2007 | 64 | CORPORATE DISCLOSURE STATEMENT filed by Hon Hai Precision Industry Co. Ltd. identifying None as Corporate Parent. (Wilcox, Melvin) Modified on 9/14/2007 (mpv, ). (Entered: 09/14/2007) |
| 09/14/2007 | 65 | CORPORATE DISCLOSURE STATEMENT filed by Quanta Computer Inc., identifying None as Corporate Parent. (Wilcox, Melvin) Modified on 9/14/2007 (mpv, ). (Entered: 09/14/2007) |
| 09/17/2007 | 66 | SUR-REPLY to Reply to Response to Motion re 51 SEALED MOTION *to Dismiss Acer America Corporation's Sur-Reply to Hon Hai's Motion to Dismiss* filed by Acer America Corporation. (Gillam, Harry) (Entered: 09/17/2007) |
| 09/20/2007 | 67 | CORPORATE DISCLOSURE STATEMENT filed by Compal Electronics, Inc. identifying None as Corporate Parent. (Baxter, Samuel) (Entered: 09/20/2007) |

| 09/20/2007 | 68 | NOTICE of Attorney Appearance by Garret Wesley Chambers on behalf of Compal Electronics, Inc. (Chambers, Garret) (Entered: 09/20/2007) |
| 12/21/2007 | 69 | APPLICATION to Appear Pro Hac Vice by Attorney Katherine Murray for Hon Hai Precision Industry Co. Ltd. and Quanta Computer Inc. (FEE PAID) 2-1-3343 (ehs, ) (Entered: 12/27/2007) |
| 12/26/2007 | 70 | APPLICATION to Appear Pro Hac Vice by Attorney Todd Snyder for Hon Hai Precision Industry Co. Ltd. (FEE PAID) 2-1-3345 (ehs, ) (Entered: 12/27/2007) |
| 03/31/2008 | 71 | ORDER denying 51 Motion to dismiss. Signed by Judge T. John Ward on 3/31/08. (ehs, ) (Entered: 03/31/2008) |
| 04/11/2008 | 72 | NOTICE of Hearing: Scheduling Conference set for 5/13/2008, 10:15 AM, in Mag Ctrm (Marshall) before Magistrate Judge Charles Everingham.(delat) (Entered: 04/11/2008) |
| 04/14/2008 | 73 | ANSWER to Amended Complaint by Hon Hai Precision Industry Co. Ltd.. (Murray, Katherine) (Entered: 04/14/2008) |
| 04/17/2008 | 74 | Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order. Scheduling Conference set for 5/13/2008 10:15 AM before Judge T. John Ward.. Signed by Judge Charles Everingham on 4/17/08. (ch, ) (Entered: 04/17/2008) |
| 04/28/2008 | 75 | APPLICATION to Appear Pro Hac Vice by Attorney Alex Verbin Chachkes for Acer America Corporation. (FEE PAID) 2-1-3748(ehs, ) (Entered: 04/28/2008) |
| 04/30/2008 | 76 | APPLICATION to Appear Pro Hac Vice by Attorney Theresa E Norton for Acer America Corporation. (APPROVED)(FEE PAID) 2-1-3754 (ch, ) (Entered: 05/08/2008) |
| 05/08/2008 | 77 | MOTION to Stay by Hon Hai Precision Industry Co. Ltd.. (Murray, Katherine) Additional attachment(s) added on 5/12/2008 (sm, ). (Entered: 05/08/2008) |
| 05/08/2008 | 78 | AFFIDAVIT in Support re 77 MOTION to Stay *filed by Hon Hai Precision Industry Co. Ltd.*. (Murray, Katherine) (Entered: 05/08/2008) |
| 05/08/2008 | 79 | ***FILED IN ERROR, PLEASE IGNORE.*** Additional Attachments to Main Document: 77 MOTION to Stay.. (Murray, Katherine) Modified on 5/12/2008 (sm, ). (Entered: 05/08/2008) |
| 05/12/2008 | 80 | NOTICE of Attorney Appearance by James Scott Hacker on behalf of Wistron Corporation (Hacker, James) (Entered: 05/12/2008) |
| 05/12/2008 |  | ***FILED IN ERROR, IS A PROPOSED ORDER TO #77 SO MUST BE ATTACHED TO MOTION (CLERK IS GOING TO ATTACH ORDER TO #77). Document # #79, Additional Attachments. PLEASE IGNORE.*** |

| | | |
|---|---|---|
| | | (sm, ) (Entered: 05/12/2008) |
| 05/12/2008 | 81 | NOTICE by Quanta Computer Inc., re 77 MOTION to Stay *Notice of Joinder in Motion* (Wied, Peter) Additional attachment(s) Certificate of Service added on 5/14/2008 (mpv, ). Modified on 5/14/2008 (mpv, ). (Entered: 05/12/2008) |
| 05/12/2008 | 82 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit A) (Davis, Harold) (Entered: 05/12/2008) |
| 05/13/2008 | 83 | Minute Entry for proceedings held before Judge Charles Everingham : Scheduling Conference held on 5/13/2008. (jml, ) (Entered: 05/14/2008) |
| 05/20/2008 | 84 | TRANSCRIPT of Proceedings held on 5/13/08 Scheduling Conference before Judge Chad Everingham. Court Reporter/Transcriber: Susan Simmons,Telephone number: 903/935-3868. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have five (5) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/10/2008. Redacted Transcript Deadline set for 6/20/2008. Release of Transcript Restriction set for 8/18/2008. (lss, ) (Entered: 05/20/2008) |
| 05/20/2008 | 85 | STIPULATED PROTECTIVE ORDER. Signed by Judge Magistrate Judge Charles Everingham on 5/20/08. (ehs, ) (Entered: 05/20/2008) |
| 05/23/2008 | 86 | ***FILED IN ERROR; PER ATTY; PLEASE IGNORE*** MOTION to Seal Document *Acer America Corporation's Unopposed Motion to Seal Confidential Documents* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Gillam, Harry) Modified on 5/23/2008 (mpv, ). (Entered: 05/23/2008) |
| 05/23/2008 | | ***FILED IN ERROR. Document # 86, Motion to Seal. PLEASE IGNORE. Per Attorney, wrong document attached, attorney will refile correct document.*** (mpv, ) (Entered: 05/23/2008) |
| 05/23/2008 | 87 | ***REPLACES #86*** MOTION to Seal Document *Acer America Corporation's Unopposed Motion to Seal Confidential Documents* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Gillam, Harry) Modified on 5/27/2008 (mpv, ). (Entered: 05/23/2008) |
| | | |

| 05/23/2008 | 88 | SEALED RESPONSE IN OPPOSITION *Acer's Opposition to 77 Hon Hai's Motion to Stay Proceedings* by Acer America Corporation. (Attachments: # 1 Declaration of Theresa Norton, # 2 Exhibit 1 Part 1, # 3 Exhibit 1 Part 2, # 4 Exhibit 1 Part 3, # 5 Exhibit 1 Part 3, # 6 Exhibit 1 Part 5, # 7 Exhibit 1 Part 6, # 8 Exhibit 2, # 9 Exhibit 3 Part 1, # 10 Exhibit 3 Part 2, # 11 Exhibit 4 Part 1, # 12 Exhibit 4 Part 2, # 13 Exhibit 4 Part 3, # 14 Exhibit 4 Part 4, # 15 Exhibit 4 Part 5, # 16 Exhibit 4 Part 6, # 17 Exhibit 5 Part 1, # 18 Exhibit 5 Part 2, # 19 Exhibit 5 Part 3, # 20 Exhibit 6, # 21 Exhibit 7 Part 1, # 22 Exhibit 7 Part 2, # 23 Exhibit 7 Part 3, # 24 Text of Proposed Order Denying Hon Hai's Motion to Stay)(Gillam, Harry) Modified on 5/27/2008 (mpv, ). (Entered: 05/23/2008) |
| 05/27/2008 | | NOTICE re 88 SEALED MOTION *Acer's Opposition to Hon Hai's Motion to Stay Proceedings* Docket text has been edited by clerk to correct docket entry. Document is not a motion. Corrected by clerk to read: SEALED RESPONSE IN OPPOSITION Acer's Opposition to 77 Hon Hai's Motion to Stay Proceedings by Acer America Corporation. (mpv, ) (Entered: 05/27/2008) |
| 05/28/2008 | 89 | MOTION for Extension of Time to File *Unopposed Motion to Extend Time to File Opposition to Hon Hai's Motion to Stay* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Gillam, Harry) (Entered: 05/28/2008) |
| 05/29/2008 | 90 | ORDER granting 89 Motion for Extension of Time to File Opposition to Hon Hai's motion to stay. Signed by Magistrate Judge Charles Everingham on 5/29/08. (ehs, ) (Entered: 05/29/2008) |
| 06/04/2008 | 91 | AMENDED DISCOVERY ORDER. Signed by Magistrate Judge Charles Everingham on 6/4/08. (ehs, ) (Entered: 06/04/2008) |
| 06/04/2008 | 92 | DOCKET CONTROL ORDER - Amended Pleadings due by 8/25/2008. Expert Witness List due by 8/4/2008. Joinder of Parties due by 6/12/2008. Motions due by 1/19/2009. Proposed Pretrial Order due by 1/19/2009. Jury Selection set for 2/2/2009 09:00AM before Judge T. John Ward. Pretrial Conference set for 1/26/2009 02:30 PM before Judge T. John Ward. Signed by Magistrate Judge Charles Everingham on 6/4/08. (ehs, ) (Entered: 06/04/2008) |
| 06/05/2008 | 93 | REPLY to Response to Motion re 77 MOTION to Stay *Proceedings filed by Hon Hai Precision Industry Co. Ltd.*. (Prince, Daniel) (Entered: 06/05/2008) |
| 06/11/2008 | 94 | Joint MOTION for Extension of Time to File *Joint Motion to Extend Deadline for Initial Disclosures* by Acer America Corporation, Hon Hai Precision Industry Co. Ltd., Quanta Computer Inc.,, Wistron Corporation, Compal Electronics, Inc.. (Attachments: # 1 Text of Proposed Order)(Gillam, Harry) (Entered: 06/11/2008) |
| 06/19/2008 | 95 | STIPULATION of Dismissal *between Acer and Compal* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Norton, Theresa) (Entered: 06/19/2008) |
| 06/19/2008 | 96 | STIPULATION of Dismissal *between Acer and Wistron* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Norton, Theresa) (Entered: 06/19/2008) |

| 06/23/2008 | 97 | ORDER - granting 95 Joint Stipulation of Dismissal. All claims asserted between Acer America Corporaiton and Compal Electronics, Inc. are dismissed without prejudice. Each parties will bear its attorney fee's and costs and other expenses incurred. Signed by Judge T. John Ward on 6/20/08. (ch, ) (Entered: 06/23/2008) |
| --- | --- | --- |
| 06/25/2008 | 98 | STIPULATION of Dismissal *between Acer and Quanta* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Norton, Theresa) (Entered: 06/25/2008) |
| 06/30/2008 | 99 | ORDER - granting 98 Joint Stipulation of Dismissal. All asserted claims against Quanta are dismissed without prejudice. Each parties will bear its own attorney fees costs and other expenses incurred. Signed by Judge T. John Ward on 6/30/08. (ch, ) (Entered: 06/30/2008) |
| 07/01/2008 | 100 | STIPULATION of Dismissal *between Acer and Hon Hai* by Acer America Corporation. (Attachments: # 1 Text of Proposed Order)(Norton, Theresa) (Entered: 07/01/2008) |
| 07/07/2008 | 101 | ORDER - granting 100 Joint Stipulation to Dismiss all of Acers Claims Against Hon Hai without prejudice. All asserted claims are dismissed without prejudice. Each parties will bear its own attorney fees, costs and other expenses incurred. Signed by Judge T. John Ward on 7/7/08. (ch, ) (Entered: 07/07/2008) |
| 07/11/2008 | 102 | ORDER - granting 96 Joint Stipulation of Dismissal. All asserted claims between parties are hereby dismissed without prejudice. Each parties will bear its own attorney fees, costs and other expenses incurred. Signed by Judge T. John Ward on 7/11/08. (ch, ) (Entered: 07/11/2008) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 07/16/2008 17:10:05 | | |
| **PACER Login:** | fb0051 | **Client Code:** | 23129-tpl |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-00181-TJW-CE |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

# EXHIBIT I

## TO THE DECLARATION OF JEFFREY M. FISHER ISO DEFENDANTS' REPLY ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

CLOSED

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00620-bbc

Acer, Inc. et al v. HEWLETT-PACKARD COMPANY
Assigned to: Chief Judge Barbara B Crabb
Referred to: Magistrate Judge Stephen L Crocker
Cause: 35:271 Patent Infringement

Date Filed: 10/30/2007
Date Terminated: 06/09/2008
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Acer, Inc.**

represented by  **Connie Merriett**
Dechert LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-1499
(650) 813-4800
Fax: (650) 813-4848
Email: connie.merriett@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
Dechert LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA 94040
650-813-4810
Fax: 650-813-4848
Email: craig.allison@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
Dechert LLP
300 West 6th Street Suite 1850
Austin, TX 78701
512-394-3016
Fax: 512-394-3001
Email: george.webb@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
Dechert LLP
Cira Centre
2929 Arch Street

Philadelphia, PA 19104
215-994-2790
Fax: 215-655-2790
Email: jay.gantz@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
Dechert, LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-1499
650-813-4800
Fax: 650-813-4848
Email: john.vanlobensels@dechert.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
Dechert, LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-1499
650-813-4800
Fax: 650-813-4848
Email: jonathan.baker@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
Dechert LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-1499
(650) 813-4800
Fax: (650) 813-4848
Email: justin.boyce@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
Axley Brynelson, LLP
P.O. Box 1767
Madison, WI 53701
608-257-5661
Fax: 608-257-5444
Email: mmodl@axley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
Dechert LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543
609-620-3200
Fax: 609-620-3259
Email: robert.rhoad@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
Dechert LLP
300 W. 6th Street
Suite 1850
Austin, TX 78701
(512) 394-3000
Fax: (512) 394-3001
Email: steven.daniels@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
Dechert, LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-1499
650-813-4800x4876
Fax: 650-813-4848
Email: valerie.wagner@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
Dechert LLP
300 West 6th Street Suite 1850
Austin, TX 78701
512-394-3000
Fax: 512-394-3001
Email: bryan.farney@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
Axley Brynelson
2 E. Mifflin St., Ste. 200
Madison, WI 53703
608-283-6705
Fax: 608-257-5444

Email: aclarkowski@axley.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Acer America Corporation**    represented by    **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HEWLETT-PACKARD COMPANY**    represented by    **Brian M. Fogarty**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2620
Fax: 619-699-2701
Email: brian.fogarty@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke A. Beros**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2648
Fax: 619-699-2701
Email: brooke.beros@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Alberti**
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
650-833-2052
Fax: 650-687-1157
Email: david.alberti@dlapiper.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Wiggins**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2700x2815
Fax: 619-699-2701
Email: david.wiggins@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Sikorski**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2645
Fax: 619-699-2701
Email: ed.sikorski@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701
608-257-3911
Fax: 608-257-0609
Email: jpeterson@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Allcock**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101-4297
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Bridget Riley**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2842

Fax: 619-699-2701
Email: kathryn.riley@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
650-833-2000x2048
Fax: 650-833-2001
Email: mark.fowler@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Wyll**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-2879
Email: nikki.wyll@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Mulloy**
DLA Piper US LLP
401 B Street
Suite 1700
San Diego, CA 92101
619-699-4787
Fax: 619-699-2701
Email: richard.mulloy@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sal Lim**
DLA Piper
2000 University Avenue
East Palo Alto, CA 94303
650-833-2101
Fax: 650-833-2001
Email: sal.lim@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Cunningham**
DLA Piper US LLP
401 B Street
Suite 1700

San Diego, CA 92101
619-699-2700
Email: sean.cunningham@dlapiper.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**HEWLETT-PACKARD COMPANY**          represented by   **Brian M. Fogarty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke A. Beros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Alberti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Sikorski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Allcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Bridget Riley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Wyll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Mulloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sal Lim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Cunningham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Acer, Inc.**                    represented by    **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Acer America Corporation**                 represented by **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Andrew Clarkowski
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer, Inc.**                                            represented by **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Steven R. Daniels
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Valerie Margo Wagner
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

W. Bryan Farney
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Andrew Clarkowski
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer America Corporation**                represented by    **Connie Merriett**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Craig Y Allison**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **George W Webb, III**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jacob Gantz**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **John D. van Loben Sels**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jonathan D. Baker**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
**HEWLETT-PACKARD COMPANY**          represented by   **Brian M. Fogarty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke A. Beros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Alberti**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Sikorski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Allcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Bridget Riley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Wyll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Mulloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sal Lim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Cunningham**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**HEWLETT-PACKARD COMPANY**


V.

**Counter Defendant**

**Acer, Inc.**                          represented by **Connie Merriett**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Justin F. Boyce**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Steven R. Daniels**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Andrew Clarkowski**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Acer America Corporation**            represented by **Connie Merriett**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Justin F. Boyce**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Steven R. Daniels**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Andrew Clarkowski**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer, Inc.**            represented by   **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer America Corporation**          represented by    **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**HEWLETT-PACKARD COMPANY**      represented by   **Brian M. Fogarty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke A. Beros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Alberti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Wiggins**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Edward H. Sikorski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Allcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Bridget Riley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Wyll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Mulloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sal Lim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Cunningham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer, Inc.**                                    represented by   **Connie Merriett**
                                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer America Corporation**          represented by   **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**HEWLETT-PACKARD COMPANY**         represented by  **Brian M. Fogarty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke A. Beros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Alberti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Sikorski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Allcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Bridget Riley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Wyll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Mulloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sal Lim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Cunningham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**HEWLETT-PACKARD COMPANY**    represented by **Brian M. Fogarty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke A. Beros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Alberti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Sikorski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Allcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Bridget Riley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Wyll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Mulloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sal Lim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Cunningham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Acer, Inc.**                    represented by    **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Acer America Corporation**          represented by   **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer, Inc.**                    represented by **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Acer America Corporation**                represented by    **Connie Merriett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Y Allison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W Webb, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Gantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Modl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rhoad**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven R. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie Margo Wagner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Bryan Farney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Clarkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**HEWLETT-PACKARD COMPANY**          represented by    **Brian M. Fogarty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke A. Beros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Alberti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Sikorski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Allcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Bridget Riley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Wyll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Mulloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sal Lim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Cunningham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | COMPLAINT against HEWLETT-PACKARD COMPANY ( Filing fee $ 350 receipt number 64422.), filed by all plaintiffs. (Attachments: # 1 Exhibit A - Patent 5,101,478# 2 Exhibit B - Patent 6,075,686# 3 Exhibit C - Patent 5,903,765# 4 Exhibit D - Patent 5,870,613# 5 Exhibit E - Patent 5,410,713# 6 JS-44 Civil Cover Sheet) (rep) (Entered: 11/01/2007) |

| 10/30/2007 | 2 | Corporate Disclosure Statement by Plaintiffs Acer, Inc., Acer America Corporation. (rep) (Entered: 11/01/2007) |
|---|---|---|
| 10/30/2007 | | Standard attachments for Judge Barbara B. Crabb sent: NORTC, Briefing Guidelines, Corporate Disclosure Statement, BBC Order on Dispositive Motions. (rep) (Entered: 11/01/2007) |
| 11/16/2007 | 3 | MOTION to Admit Bryan Farney, Jonathan D. Baker, Robert D. Rhoad, Valerie M. Wagner, Craig Y. Allison, JOhn D. van Loben Sels, Jacob A. Gantz and George W. Webb III Pro Hac Vice by Plaintiffs Acer, Inc., Acer America Corporation. Motions referred to Magistrate Judge Stephen L Crocker. (elc) (Entered: 11/19/2007) |
| 11/19/2007 | 4 | STIPULATION for Extension of time to respond to complaint by Defendant HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation. (elc) (Entered: 11/20/2007) |
| 11/23/2007 | 5 | ** TEXT ONLY ORDER ** Order Granting 3 MOTION to Admit Bryan Farney, Jonathan D. Baker, Robert D. Rhoad, Valerie M. Wagner, Craig Y. Allison, JOhn D. van Loben Sels, Jacob A. Gantz and George W. Webb III Pro Hac Vice filed by Acer America Corporation, Acer, Inc. Signed by Magistrate Judge Stephen L Crocker on 11/20/07. (elc) (Entered: 11/23/2007) |
| 11/26/2007 | 6 | ** TEXT ONLY ORDER ** Order Granting 4 STIPULATION for Extension of time to respond to complaint. Answer due by 12/10/2007. Signed by Magistrate Judge Stephen L Crocker on 11/26/07. (elc) (Entered: 11/26/2007) |
| 12/10/2007 | 7 | First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice by Defendant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 8 | AFFIDAVIT of Kathleen B. Riley re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 9 | AFFIDAVIT of Edward H. Sikorski re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 10 | AFFIDAVIT of Sean C. Cunningham re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice. (Peterson, James),(ps) (Entered: 12/10/2007) |

| 12/10/2007 | 11 | AFFIDAVIT of Richard T. Mulloy re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice. (Peterson, James),(ps) (Entered: 12/10/2007) |
|---|---|---|
| 12/10/2007 | 12 | AFFIDAVIT of David L. Alberti re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 13 | AFFIDAVIT of Brooke A. Beros re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 14 | AFFIDAVIT of Brian M. Fogerty re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 15 | CERTIFICATE OF SERVICE by Defendant HEWLETT-PACKARD COMPANY re 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 16 | First MOTION for Leave to File *Documents Under Seal*, MOTION to Seal by Defendant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 17 | First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* by Defendant HEWLETT-PACKARD COMPANY.Brief in Opposition due by 12/31/2007.,Brief in Reply due by 1/10/2008. (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 18 | BRIEF in Support by Defendant HEWLETT-PACKARD COMPANY re: 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* filed by HEWLETT-PACKARD COMPANY (Sealed Document) (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 19 | AFFIDAVIT of Kathleen Riley re 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* (Sealed Document). (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 20 | AFFIDAVIT of Joseph W. Beyers re 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* (Sealed Document). (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 21 | NOTICE by Defendant HEWLETT-PACKARD COMPANY re 17 First |

| | | |
|---|---|---|
| | | MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment ; Request for Judicial Notice in Support of Motion* (Peterson, James)Contacted attorney; asked to refile document using correct event. Modified on 12/11/2007 (Jacobson, Kris). (Entered: 12/10/2007) |
| 12/10/2007 | 22 | CERTIFICATE OF SERVICE by Defendant HEWLETT-PACKARD COMPANY re [18] Brief in Support, 16 First MOTION for Leave to File *Documents Under Seal* MOTION to Seal, 21 Notice (Other), 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment*, [20] Affidavit, [19] Affidavit (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 23 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Acer, Inc., Acer America Corporation by Defendant HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D) (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/10/2007 | 24 | CERTIFICATE OF SERVICE by Defendant HEWLETT-PACKARD COMPANY re 23 Answer to Complaint,, Counterclaim, (Peterson, James),(ps) (Entered: 12/10/2007) |
| 12/11/2007 | 25 | MOTION Request for Judicial Notice re 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* by Defendant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Peterson, James) (Entered: 12/11/2007) |
| 12/11/2007 | 26 | ** TEXT ONLY ORDER ** Order Granting 16 First MOTION for Leave to File *Documents Under Seal* MOTION to Seal filed by HEWLETT-PACKARD COMPANY. Signed by Magistrate Judge Stephen L Crocker on 12/11/07. (elc),(ps) (Entered: 12/11/2007) |
| 12/11/2007 | 27 | First MOTION to Admit Mark D. Fowler and John Allcock Pro Hac Vice by Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Peterson, James) (Entered: 12/11/2007) |
| 12/11/2007 | 28 | AFFIDAVIT of Mark D. Fowler re 27 First MOTION to Admit Mark D. Fowler and John Allcock Pro Hac Vice. (Peterson, James) (Entered: 12/11/2007) |
| 12/11/2007 | 29 | AFFIDAVIT of John Allcock re 27 First MOTION to Admit Mark D. Fowler and John Allcock Pro Hac Vice. (Peterson, James) (Entered: 12/11/2007) |
| 12/14/2007 | 30 | ** TEXT ONLY ORDER ** Order Granting 27 First MOTION to Admit Mark D. Fowler and John Allcock Pro Hac Vice filed by HEWLETT-PACKARD COMPANY. Mark D. Fowler for HEWLETT-PACKARD COMPANY, John Allcock |

| | | |
|---|---|---|
| | | for HEWLETT-PACKARD COMPANY,HEWLETT-PACKARD COMPANY admitted pro hac vice. Signed by Magistrate Judge Stephen L Crocker on 12/12/07. (krj) (Entered: 12/14/2007) |
| 12/14/2007 | 31 | ** TEXT ONLY ORDER ** <br> Order Granting 7 First MOTION to Admit Kathleen B. Riley, Edward H. Sikorski, Sean C. Cunningham, Richard T. Mulloy, David L. Alberti, Brooke A. Beros, and Brian M. Fogerty of DLA Piper US LLP Pro Hac Vice filed by HEWLETT-PACKARD COMPANY. Kathryn B. Riley for HEWLETT-PACKARD COMPANY, Edward H. Sikorski for HEWLETT-PACKARD COMPANY,HEWLETT-PACKARD COMPANY, Sean C. Cunningham for HEWLETT-PACKARD COMPANY,HEWLETT-PACKARD COMPANY, Richard T. Mulloy for HEWLETT-PACKARD COMPANY,HEWLETT-PACKARD COMPANY, David L. Alberti for HEWLETT-PACKARD COMPANY,HEWLETT-PACKARD COMPANY, Brooke A. Beros for HEWLETT-PACKARD COMPANY,HEWLETT-PACKARD COMPANY, Brian M. Fogerty for HEWLETT-PACKARD COMPANY,HEWLETT-PACKARD COMPANY admitted pro hac vice. Signed by Magistrate Judge Stephen L Crocker on 12/12/07. (krj) (Entered: 12/14/2007) |
| 12/17/2007 | 32 | Corporate Disclosure Statement by Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY. (Peterson, James) (Entered: 12/17/2007) |
| 12/21/2007 | 33 | STIPULATION for Extension of Time to Respond by Counter Defendants Acer, Inc., Acer America Corporation, Defendant HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation, Counter Claimant HEWLETT-PACKARD COMPANY. (Modl, Michael) (Entered: 12/21/2007) |
| 12/26/2007 | 34 | ** TEXT ONLY ORDER ** <br> Order Granting 33 STIPULATION for Extension of Time to Respond by Counter Defendants Acer, Inc., Acer America Corporation, Defendant HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation, Counter Claimant HEWLETT-PACKARD COMPANY filed by HEWLETT-PACKARD COMPANY, Acer America Corporation, Acer, Inc. Response to motion to dismiss due by 1/10/2008; Response to Counterclaim due 1/21/2008. Signed by Magistrate Judge Stephen L Crocker on 12/26/07. (rep) Modified on 12/31/2007 to add response to counterclaim due date. (Jacobson, Kris). (Entered: 12/31/2007) |
| 01/08/2008 | 35 | Joint REPORT of Rule 26(f) Planning Meeting. (Baker, Jonathan) (Entered: 01/08/2008) |
| 01/08/2008 | 36 | CERTIFICATE OF SERVICE by Counter Defendants Acer, Inc., Acer America Corporation, Plaintiffs Acer, Inc., Acer America Corporation re 35 Report of Rule 26(f) Planning Meeting (Baker, Jonathan) (Entered: 01/08/2008) |
| | | |

| 01/10/2008 | 37 | MOTION for Leave to File *Document Under Seal* by Plaintiffs Acer, Inc., Acer America Corporation. Motions referred to Magistrate Judge Stephen L Crocker. (Wagner, Valerie) (Entered: 01/10/2008) |
| --- | --- | --- |
| 01/10/2008 | 38 | BRIEF in Opposition by Plaintiffs Acer, Inc., Acer America Corporation re: 37 MOTION for Leave to File *Document Under Seal* filed by Acer America Corporation, Acer, Inc., 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* filed by HEWLETT-PACKARD COMPANY (Sealed Document) (Attachments: # 1 Certificate of Service) (Wagner, Valerie) (Entered: 01/10/2008) |
| 01/10/2008 | 39 | AFFIDAVIT of Valerie M. Wagner filed by Plaintiffs Acer, Inc., Acer America Corporation re: 17 MOTION to Dismiss Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment filed by Hewlett-Packard Company. (Attachments: # 1 Exhibit A) (Wagner, Valerie) Modified on 1/11/2008 to add correct docket entry relationship. (Jacobson, Kris). (Entered: 01/10/2008) |
| 01/10/2008 | 40 | Motion for Judicial Notice by Plaintiffs Acer, Inc., Acer America Corporation (Wagner, Valerie) Modified on 1/11/2008 to add correct docket entry relationship. (Jacobson, Kris). Modified on 1/14/2008 to correct event type. (Jacobson, Kris). (Entered: 01/10/2008) |
| 01/10/2008 | 41 | Proposed Findings of Fact by Plaintiffs Acer, Inc., Acer America Corporation re: 17 MOTION to Dismiss Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment filed by Hewlett-Packard Company. (Wagner, Valerie) Modified on 1/11/2008 to add correct docket entry relationship. (Jacobson, Kris). (Entered: 01/10/2008) |
| 01/11/2008 | 42 | ***DOCUMENT RELATES TO DOCKET #38*** *APPENDIX TO OPPOSITION TO MOTION TO DISMISS* filed by Acer America Corporation, Acer, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8) (Wagner, Valerie) Modified on 1/14/2008 (Jacobson, Kris). (Entered: 01/11/2008) |
| 01/11/2008 | 43 | BRIEF in Opposition by Plaintiffs Acer, Inc., Acer America Corporation re: 25 Motion for Judicial Notice. (Wagner, Valerie) Modified on 1/14/2008 to add correct docket entry relationship. (Jacobson, Kris). (Entered: 01/11/2008) |
| 01/11/2008 | 44 | MOTION - REQUEST FOR JUDICIAL NOTICE filed by Acer America Corporation, Acer, Inc. (Attachments: # 1 Exhibit A) (Wagner, Valerie) Modified on 1/14/2008 to add correct event type. (Jacobson, Kris). (Entered: 01/11/2008) |
| 01/17/2008 | 45 | PRETRIAL CONFERENCE ORDER -Amendments to Pleadings due by 3/14/2008. Dispositive Motions due by 6/27/2008. Motions in Limine due by 9/29/2008. Response to Motion due by 10/10/2008. Final Pretrial Conference set for 10/16/2008 04:00 at PM.Final Pretrial Submissions due 10/9/2008. Jury Selection and Trial set for 10/27/2008 at 09:00 AM. Signed by Magistrate Judge Stephen L Crocker on 1/16/08. (elc) |

| | | (Entered: 01/17/2008) |
|---|---|---|
| 01/17/2008 | | Scheduling set re: Claims Construction. Claims Construction Hearing set for 4/18/2008 09:00 at AM. Claims Construction Initial Brief due by 3/28/2008. Claims Construction Response Brief due by 4/10/2008. Signed by Magistrate Judge Stephen L Crocker on 1/16/08. (elc) (Entered: 01/17/2008) |
| 01/18/2008 | 46 | *Acer Inc. and Acer America Corporation's* ANSWER to Counterclaim, First COUNTERCLAIM against HEWLETT-PACKARD COMPANY by Counter Defendants Acer, Inc., Acer America Corporation, Plaintiffs Acer, Inc., Acer America Corporation, Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY. (Attachments: # 1 Certificate of Service) (Wagner, Valerie) (Entered: 01/18/2008) |
| 01/22/2008 | 47 | Second MOTION to Seal by Defendant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Peterson, James) (Entered: 01/22/2008) |
| 01/22/2008 | 48 | BRIEF in Reply in Support re: 47 Second MOTION to Seal filed by HEWLETT-PACKARD COMPANY, 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* filed by HEWLETT-PACKARD COMPANY (Sealed Document) (Peterson, James) (Entered: 01/22/2008) |
| 01/22/2008 | 49 | Response to Proposed Findings of Fact by Defendant HEWLETT-PACKARD COMPANY re: 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* filed by HEWLETT-PACKARD COMPANY, 47 Second MOTION to Seal filed by HEWLETT-PACKARD COMPANY (Sealed Document) (Peterson, James) (Entered: 01/22/2008) |
| 01/25/2008 | 50 | MOTION for Leave to File *to File Sur-Reply in Opposition to Hewlett-Packard's Motion to Dismiss Count 1, or in the Alternative for Summary Judgment* by Plaintiffs Acer, Inc., Acer America Corporation. Motions referred to Magistrate Judge Stephen L Crocker. (Attachments: # 1 Certificate of Service) (Wagner, Valerie) (Entered: 01/25/2008) |
| 01/25/2008 | 51 | BRIEF in Sur-Reply by Plaintiffs Acer, Inc., Acer America Corporation re: 50 MOTION for Leave to File *to File Sur-Reply in Opposition to Hewlett-Packard's Motion to Dismiss Count 1, or in the Alternative for Summary Judgment* filed by Acer America Corporation, Acer, Inc., 17 First MOTION to Dismiss *Count 1 of Plaintiffs' Complaint, or in the Alternative, For Summary Judgment* filed by HEWLETT-PACKARD COMPANY (Attachments: # 1 Attachment A# 2 Attachment B# 3 Certificate of Service) (Wagner, Valerie) (Entered: 01/25/2008) |
| 01/28/2008 | 52 | ** TEXT ONLY ORDER ** Order Granting 37 MOTION for Leave to File *Document Under Seal* filed by Acer America Corporation, Acer, Inc. Signed by Magistrate Judge Stephen L Crocker on 1/28/08. (krj) (Entered: 01/28/2008) |

| 01/28/2008 | 53 | ** TEXT ONLY ORDER ** Order Granting 47 Second MOTION to Seal filed by HEWLETT-PACKARD COMPANY. Signed by Magistrate Judge Stephen L Crocker on 1/28/08. (krj) (Entered: 01/28/2008) |
|---|---|---|
| 02/07/2008 | 54 | ANSWER to Counterclaim by Counter Claimant HEWLETT-PACKARD COMPANY. (Riley, Kathryn) (Entered: 02/07/2008) |
| 02/19/2008 | 55 | STIPULATION for Protective Order by Counter Defendants Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Defendant HEWLETT-PACKARD COMPANY, Counter Claimants Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation. (Modl, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | 56 | Set Deadlines/Hearings: Attorney Modl responsible for setting up the call.Scheduling Conference set for 2/20/2008 at 11:00 AM. (krj) (Entered: 02/19/2008) |
| 02/19/2008 | 57 | PROTECTIVE ORDER Signed by Magistrate Judge Stephen L Crocker on 2/19/08. (krj) (Entered: 02/19/2008) |
| 02/20/2008 |  | Minute Entry for proceedings held before Judge Stephen L Crocker : Telephone Scheduling Conference held on 2/20/2008 [:15] (cak) (Entered: 02/20/2008) |
| 02/20/2008 | 58 | AMENDED SCHEDULING ORDER:Claims Construction Initial Brief due by 4/25/2008, Claims Construction Response Brief due by 5/8/2008, Dispositive Motions due by 7/25/2008; Claims Construction hearing rescheduled for 5/16/08. Signed by Magistrate Judge Stephen L Crocker on 2/20/08. (krj) (Entered: 02/20/2008) |
| 02/20/2008 |  | Set/Reset Hearings: Claims Construction Hearing reset for 5/16/2008 09:00 at AM. (krj) (Entered: 02/20/2008) |
| 02/22/2008 | 59 | MOTION to Admit Nikki Wyll Pro Hac Vice by Defendant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Peterson, James) (Entered: 02/22/2008) |
| 02/25/2008 | 60 | ** TEXT ONLY ORDER ** Order Granting 59 MOTION to Admit Nikki Wyll Pro Hac Vice filed by HEWLETT-PACKARD COMPANY. Nikki Wyll for HEWLETT-PACKARD COMPANY admitted pro hac vice. Signed by Magistrate Judge Stephen L Crocker on 2/25/08. (krj) (Entered: 02/25/2008) |
| 02/27/2008 | 61 | MOTION to Admit Sal Lim Pro Hac Vice by Defendant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Peterson, James) (Entered: 02/27/2008) |
| 02/27/2008 | 62 | ** TEXT ONLY ORDER ** Order Granting 61 MOTION to Admit Sal Lim Pro Hac Vice filed by HEWLETT-PACKARD COMPANY. Signed by Magistrate Judge Stephen L Crocker on 2/27/08. (krj) (Entered: 02/27/2008) |

| 03/21/2008 | 63 | MOTION to Compel *Hewlett-Packard to produce Certain Categories of High Priority Documents by April 4, 2008* by Plaintiffs Acer, Inc., Acer America Corporation. Motions referred to Magistrate Judge Stephen L Crocker.Response due by 3/28/2008. (Wagner, Valerie) (Entered: 03/21/2008) |
|---|---|---|
| 03/21/2008 | 64 | **DISREGARD - INCORRECT EVENT TYPE, RE-FILED AS DKT. #68**<br>MOTION to Compel *Memorandum of Points and Authorities in Support of Motion to Compel*, filed by Plaintiffs Acer America Corporation, Acer, Inc. Motion referred to Magistrate Judge Stephen L Crocker. Response due by 3/28/2008. (Wagner, Valerie) Modified on 3/24/2008 (Wiseman, Andrew). (Entered: 03/21/2008) |
| 03/21/2008 | 65 | AFFIDAVIT of Valerie M. Wagner re: 63 MOTION to Compel *Hewlett-Packard to produce Certain Categories of High Priority Documents*, filed by Acer America Corporation, Acer, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L) (Wagner, Valerie) Modified docket text on 3/24/2008 (Wiseman, Andrew). (Entered: 03/21/2008) |
| 03/21/2008 | 66 | CERTIFICATE OF SERVICE by Plaintiffs Acer America Corporation, Acer, Inc. re 63 MOTION to Compel *Hewlett-Packard to produce Certain Categories of High Priority Documents*, 68 Brief in Support of MOTION to Compel (Wagner, Valerie) Modified docket text on 3/24/2008 (Wiseman, Andrew). (Entered: 03/21/2008) |
| 03/24/2008 | 67 | Set/Reset Deadlines as to 63 MOTION to Compel. Motion Hearing set for 3/31/2008 at 1:30 PM. Counsel for Plaintiff responsible for setting up the call. (arw) Modified docket text on 3/24/2008 (Wiseman, Andrew). (Entered: 03/24/2008) |
| 03/24/2008 | 68 | BRIEF in Support by Plaintiffs Acer, Inc., Acer America Corporation re: 63 MOTION to Compel *Hewlett-Packard to produce Certain Categories of High Priority Documents by April 4, 2008* filed by Acer America Corporation, Acer, Inc. (Wagner, Valerie) (Entered: 03/24/2008) |
| 03/25/2008 | 69 | MOTION to Admit David K. Wiggins Pro Hac Vice by Defendant HEWLETT-PACKARD COMPANY. Motions referred to Magistrate Judge Stephen L Crocker. (Attachments: # 1 Exhibit Declaration of David K. Wiggins) (Peterson, James) (Entered: 03/25/2008) |
| 03/25/2008 | 70 | ** TEXT ONLY ORDER **<br>Granting 69 MOTION to Admit David K. Wiggins pro hac vice, filed by HEWLETT-PACKARD COMPANY. David K. Wiggins for HEWLETT-PACKARD COMPANY admitted pro hac vice. Signed by Magistrate Judge Stephen L Crocker on 3/25/2008. (arw) (Entered: 03/25/2008) |
| 03/28/2008 | 71 | BRIEF in Opposition by Defendant HEWLETT-PACKARD COMPANY re: 63 MOTION to Compel *Hewlett-Packard to produce Certain Categories of High Priority Documents by April 4, 2008* filed by Acer |

| | | America Corporation, Acer, Inc. (Riley, Kathryn) (Entered: 03/28/2008) |
|---|---|---|
| 03/28/2008 | 72 | AFFIDAVIT of Kathryn B. Riley filed by Defendant HEWLETT-PACKARD COMPANY *in Opposition to Acer's* re: 63 MOTION to Compel *Hewlett-Packard to produce Certain Categories of High Priority Documents by April 4, 2008* filed by Acer America Corporation, Acer, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18) (Riley, Kathryn) (Entered: 03/28/2008) |
| 03/28/2008 | 73 | CERTIFICATE OF SERVICE by Defendant HEWLETT-PACKARD COMPANY re 71 Brief in Opposition (Riley, Kathryn) (Entered: 03/28/2008) |
| 03/31/2008 | 74 | ORDER denying as moot 63 MOTION to Compel, signed by Magistrate Judge Stephen L Crocker on 3/31/2008. (arw) (Entered: 04/01/2008) |
| 04/10/2008 | 75 | ORDER granting 17 Motion for Summary Judgment dismissingplaintiffs claim for infringement of United States Patent No. 5,101,478. Signed by Judge Barbara B Crabb on 4/9/08. (elc) (Entered: 04/10/2008) |
| 04/11/2008 | 76 | First AMENDED ANSWER to 1 Complaint,, Amended COUNTERCLAIM against all plaintiffs by Defendant HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Riley, Kathryn) (Entered: 04/11/2008) |
| 04/11/2008 | 77 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT, PERMANENT INJUNCTION AND DAMAGES; DEMAND FOR JURY TRIAL* against HEWLETT-PACKARD COMPANY, filed by Acer, Inc., Acer America Corporation. (Attachments: # 1 Exhibit B# 2 Exhibit C# 3 Exhibit D# 4 Exhibit E# 5 Certificate of Service) (Baker, Jonathan) (Entered: 04/11/2008) |
| 04/11/2008 | 78 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM *ACER'S AMENDED REPLY AND COUNTERCLAIMS TO HEWLETT-PACKARD'S COUNTERCLAIMS* against HEWLETT-PACKARD COMPANY by Counter Defendants Acer, Inc., Acer America Corporation, Plaintiffs Acer, Inc., Acer America Corporation, Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY. (Attachments: # 1 Certificate of Service) (Baker, Jonathan) (Entered: 04/11/2008) |
| 04/15/2008 | 79 | ORDER issuing Letter Rogatory requesting Judicial Assistance to obtain documentary evidence from Lit-On Technology Corporation. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |
| 04/15/2008 | 80 | ORDER issuing Letter Rogatory requesting Judicial Assistance to obtain testimony from Lite-On Technology Corporation. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |

| 04/15/2008 | 81 | ORDER issuing Letter Rogatory requesting Judicial Assistance to obtain Testimony from Bestec Power Electronics Co., LTD. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |
| 04/15/2008 | 82 | ORDER issuing Letter Rogatory requesting Judicial Assistance to obtain documentary evidence from Bestec Power Electronics Cp., LTD. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |
| 04/15/2008 | 83 | ORDER issuing Letter Rogatory requesting Judicial Assistance to Obtain Documentary Evidence from Delta Electronics, Inc. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |
| 04/15/2008 | 84 | ORDER issuing Letter Rogatory requesting Judicial Assistance to Obtain Testimony From Delta Electronics, Inc. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |
| 04/15/2008 | 85 | ORDER issuing Letter Rogatory Requesting Judicial Assistance to Obtain Testimony From RealTek Semiconductor Corporation. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |
| 04/15/2008 | 86 | ORDER issuing Letter Rogatory Requesting Judicial Assistance to Obtain Documentary Evidence from RealTek Semiconductor Corporation. Signed by Magistrate Judge Stephen L Crocker on 4/14/08. (elc) (Entered: 04/15/2008) |
| 04/24/2008 | 87 | ANSWER to Counterclaim, COUNTERCLAIM *ACER'S REPLY AND COUNTERCLAIMS TO HEWLETT-PACKARD'S FIRST AMENDED COUNTERCLAIMS* against HEWLETT-PACKARD COMPANY by Counter Defendants Acer, Inc., Acer America Corporation, Plaintiffs Acer, Inc., Acer America Corporation, Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY. (Attachments: # 1 Certificate of Service) (Baker, Jonathan) (Entered: 04/24/2008) |
| 04/24/2008 | 88 | **DISREGARD; REPLACED BY DOCUMENT #89** STIPULATION for Waiver of Rights on Appeal and Waiver of Rights to Seek Attorneys' Fees or Sanctions Regarding U.S. Patent No. 5,101,478 by Plaintiffs Acer, Inc., Acer America Corporation. (Wagner, Valerie) ATTORNEY CONTACTED; ASKED TO REFILE USING MATCHING LOG-IN AND SIGNATURE. Modified on 4/25/2008 (Jacobson, Kris). Modified on 5/14/2008 to term. (Kamke, Lynn). (Entered: 04/24/2008) |
| 04/25/2008 | 89 | STIPULATION for Waiver of Rights on Appeal, Waiver to Seek Attorneys' Fees or Sanctions by Counter Defendants Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD COMPANY, Defendant HEWLETT-PACKARD COMPANY, Counter Claimants Acer, Inc., Acer America |

| | | |
|---|---|---|
| | | Corporation, HEWLETT-PACKARD COMPANY, Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation. (Modl, Michael) (Entered: 04/25/2008) |
| 04/25/2008 | 90 | ** TEXT ONLY ORDER **<br>Order approving 89 STIPULATION for Waiver of Rights on Appeal, Waiver to Seek Attorneys' Fees or Sanctions by Counter Defendants Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, HEWLETT-PACK filed by HEWLETT-PACKARD COMPANY, Acer America Corporation, Acer, Inc. Signed by Judge Barbara B Crabb on 4/25/08. (krj) (Entered: 04/25/2008) |
| 04/25/2008 | 91 | File History of Patent 5,861,864. (krj) (Entered: 04/25/2008) |
| 04/25/2008 | 92 | File History of Patent 6,757,002. (krj) (Entered: 04/25/2008) |
| 04/25/2008 | 93 | File History of Patent 6,678,830 (Volume 1 of 3). (krj) (Entered: 04/25/2008) |
| 04/25/2008 | 94 | File History of Patent 6,678,830 (Volume 2 of 3). (krj) (Entered: 04/25/2008) |
| 04/25/2008 | 95 | File History of Patent 6,678,830 (Volume 3 of 3). (krj) (Entered: 04/25/2008) |
| 04/25/2008 | 96 | *Defendant Hewlett-Packard Company's ANSWER to Amended Complaint and, COUNTERCLAIM S against Acer, Inc., Acer America Corporation by Defendant HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation.* (Mulloy, Richard) (Entered: 04/25/2008) |
| 04/25/2008 | 97 | *Defendant Hewlett-Packard Company's Reply to Acer's Amended Counterclaims ANSWER to Counterclaim by Defendant HEWLETT-PACKARD COMPANY.* (Mulloy, Richard) (Entered: 04/25/2008) |
| 04/25/2008 | 98 | **DISREGARD; REPLACED BY DOCUMENT #106**<br>Claims Construction Submission by Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY. (Mulloy, Richard) ATTORNEY CONTACTED; ASKED TO REFILE USING CORRECT EVENT. Modified on 4/28/2008 (Jacobson, Kris). Modified on 4/29/2008 (Jacobson, Kris). (Entered: 04/25/2008) |
| 04/25/2008 | 99 | AFFIDAVIT of Richard T. Mulloy re 98 Claims Construction Submission *Declaration of Richard T. Mulloy in Support of Defendant and Counterclaimant Hewlett-Packard Company's Opening Claim Construction Brief.* (Attachments: # 1 Exhibit 1, US Patent No. 5,861,864, pp. 29# 2 Exhibit 2, US Patent No. 6,757,002, pp. 15# 3 Exhibit 3, US Patent No. 6,678,830, pp. 18# 4 Exhibit 4, US Patent No. 5,410,713, pp. 11# 5 Exhibit 5, US Patent No. 5,870,613, pp. 12# 6 Exhibit 6, US Patent No. 5,903,765, pp.12# 7 Exhibit 7, US Patent No. 5,815,141, pp.13) (Mulloy, Richard) Modified docket text on 4/28/2008 |

| | | (Jacobson, Kris). (Entered: 04/25/2008) |
|---|---|---|
| 04/25/2008 | 100 | AFFIDAVIT of Jack D. Grimes re 98 Claims Construction Submission *Declaration of Jack D. Grimes, PH.D., in Support of Hewlett-Packard Company's Opening Claim Construction Brief.* (Attachments: # 1 Exhibit 1, Grimes Resume, pp.19) (Mulloy, Richard) (Entered: 04/25/2008) |
| 04/25/2008 | 101 | AFFIDAVIT of Robert L. Stevenson re 98 Claims Construction Submission *Declaration of Robert L. Stevenson in Support of Hewlett-Packard Company's Opening Claim Construction Brief.* (Attachments: # 1 Exhibit 1, Curriculum Vitae, pp. 22# 2 Exhibit 2, Computer Dictionary, pp. 7# 3 Exhibit 3, IEEE Electronics Terms, pp. 3# 4 Exhibit 4, MCS 51 Microcontroller User Manual, pp. 3) (Mulloy, Richard) (Entered: 04/25/2008) |
| 04/25/2008 | 102 | AFFIDAVIT of Nathaniel Polish re 98 Claims Construction Submission *Declaration of Nathaniel Polish, PH.D. in Support of Hewlett-Packard Company's Opening Claim Construction Brief.* (Attachments: # 1 Exhibit 1, Polish Resume, pp. 8# 2 Exhibit 2, IBM Dictionary of Computing, pp. 4# 3 Exhibit 3, Microsoft Computer Dictionary, pp. 4) (Mulloy, Richard) (Entered: 04/25/2008) |
| 04/25/2008 | 103 | CERTIFICATE OF SERVICE by Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY re 102 Affidavit, 101 Affidavit, 99 Affidavit,, 98 Claims Construction Submission, 100 Affidavit, (Mulloy, Richard) (Entered: 04/25/2008) |
| 04/25/2008 | 104 | Claims Construction Initial Brief by Plaintiffs Acer, Inc., Acer America Corporation (Attachments: # 1 Certificate of Service) (Baker, Jonathan) (Entered: 04/25/2008) |
| 04/25/2008 | 105 | AFFIDAVIT of Jonathan D. Baker filed by Plaintiffs Acer, Inc., Acer America Corporation re: 104 Claims Construction Initial Brief filed by Acer America Corporation, Acer, Inc. (Attachments: # 1 Exhibit 1-5# 2 Exhibit 6# 3 Exhibit 7-10# 4 Exhibit 11-15# 5 Exhibit 16-30# 6 Exhibit 31-40# 7 Exhibit 41# 8 Exhibit 42-47) (Baker, Jonathan) (Entered: 04/25/2008) |
| 04/28/2008 | 106 | **REPLACES DOCUMENT #98** Claims Construction Initial Brief by Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY (Mulloy, Richard) Modified on 4/29/2008 (Jacobson, Kris). (Entered: 04/28/2008) |
| 05/07/2008 | 107 | File History of Patent 5,410,713. (vob) (Entered: 05/08/2008) |
| 05/07/2008 | 108 | File History of Patent 5,870,613. (vol. 1) (vob) (Entered: 05/08/2008) |
| 05/07/2008 | 109 | File History of Patent 5,870,613. (vol. 2) (vob) (Entered: 05/08/2008) |
| 05/07/2008 | 110 | File History of Patent 5,903,765. (vob) (Entered: 05/08/2008) |
| 05/07/2008 | 111 | File History of Patent 7,075,686. (vob) (Entered: 05/08/2008) |

| 05/08/2008 | 112 | ANSWER to Counterclaim, COUNTERCLAIM *ACER'S REPLY AND COUNTERCLAIMS TO HEWLETT-PACKARD'S COUNTERCLAIMS* against HEWLETT-PACKARD COMPANY by Counter Defendants Acer, Inc., Acer America Corporation, Plaintiffs Acer, Inc., Acer America Corporation, Defendant HEWLETT-PACKARD COMPANY, Counter Claimant HEWLETT-PACKARD COMPANY. (Attachments: # 1 Certificate of Service) (Baker, Jonathan) (Entered: 05/08/2008) |
|---|---|---|
| 05/08/2008 | 113 | Claims Construction Response Brief by Defendant HEWLETT-PACKARD COMPANY *REPLY CLAIM CONSTRUCTION BRIEF* (Mulloy, Richard) (Entered: 05/08/2008) |
| 05/08/2008 | 114 | AFFIDAVIT of Richard Mulloy for Defendants re 113 Claims Construction Response Brief *DECLARATION OF RICHARD MULLOY IN SUPPORT OF HP'S REPLY CLAIM CONSTRUCTION BRIEF*. (Attachments: # 1 Exhibit 1 to Declaration of Richard Mulloy in support of HP's Reply Claim Construction Brief, Computer Dictionary Excerpt, 3 pages.# 2 Exhibit 2 to Declaration of Richard Mulloy in support of HP's Reply Claim Construction Brief, Webster Dictionary Excerpt, 3 pages.) (Mulloy, Richard) (Entered: 05/08/2008) |
| 05/08/2008 | 115 | AFFIDAVIT of Jack D. Grimes, Ph.D. re 113 Claims Construction Response Brief *SUPPLEMENTAL DECLARATION OF JACK D. GRIMES, PH.D. IN SUPPORT OF HP'S REPLY CLAIM CONSTRUCTION BRIEF*. (Attachments: # 1 Exhibit 1 to Supplemental Declaration of Jack D. Grimes, Ph.D. in support of HP's Reply Claim Construction Brief, 10-17-90 Article on Micro-chip and Processor, 20 pages.# 2 Exhibit 2 to Supplemental Declaration of Jack D. Grimes, Ph.D. in support of HP's Reply Claim Construction Brief, 10-31-90 Article on Processors, 20 pages.) (Mulloy, Richard) (Entered: 05/08/2008) |
| 05/08/2008 | 116 | Claims Construction Response Brief by Plaintiffs Acer, Inc., Acer America Corporation (Attachments: # 1 Certificate of Service) (Baker, Jonathan) (Entered: 05/08/2008) |
| 05/08/2008 | 117 | AFFIDAVIT of Jonathan D. Baker filed by Plaintiffs Acer, Inc., Acer America Corporation re: 116 Claims Construction Response Brief filed by Acer America Corporation, Acer, Inc. (Attachments: # 1 Exhibit 48# 2 Exhibit 49# 3 Exhibit 50# 4 Exhibit 51# 5 Exhibit 52# 6 Exhibit 53# 7 Exhibit 54# 8 Exhibit 55# 9 Exhibit 56# 10 Exhibit 57# 11 Exhibit 58# 12 Exhibit 59# 13 Exhibit 60# 14 Exhibit 61# 15 Exhibit 62# 16 Exhibit 63# 17 Exhibit 64) (Baker, Jonathan) (Entered: 05/08/2008) |
| 05/13/2008 | 118 | **DISREGARD- No CM/ECF Registration attached.** MOTION to Admit Steven R. Daniels, Justin F. Boyce, Connie E. Merriett Pro Hac Vice by Counter Defendants Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Counter Claimants Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Plaintiffs Acer, Inc., Acer America Corporation. Motions referred to Magistrate |

| | | |
|---|---|---|
| | | Judge Stephen L Crocker. (Clarkowski, Andrew) Modified on 5/14/2008 (Balderas, Vivian). Modified on 5/14/2008 (Balderas, Vivian). (Entered: 05/13/2008) |
| 05/14/2008 | 119 | MOTION to Admit Steven R. Daniels, Justin F. Boyce, Connie E. Merriett Pro Hac Vice by Counter Defendants Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Counter Claimants Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, Plaintiffs Acer, Inc., Acer America Corporation. Motions referred to Magistrate Judge Stephen L Crocker. (Attachments: # 1 Exhibit) (Clarkowski, Andrew) (Entered: 05/14/2008) |
| 05/14/2008 | 120 | ** TEXT ONLY ORDER ** Order Granting 119 MOTION to Admit Steven R. Daniels, Justin F. Boyce, Connie E. Merriett Pro Hac Vice, filed by Acer America Corporation, Acer, Inc. Signed by Magistrate Judge Stephen L Crocker on 5/14/2008. (lak) (Entered: 05/14/2008) |
| 05/15/2008 | 121 | STIPULATION for Proposed Order of Presentation at Claim Construction Hearing by Plaintiffs Acer, Inc., Acer America Corporation. (Attachments: # 1 Certificate of Service) (Wagner, Valerie) (Entered: 05/15/2008) |
| 05/16/2008 | 122 | Minute Entry for proceedings held before Judge Barbara B Crabb : Claims Construction Hearing held on 5/16/2008 [3:07] (Court Reporter CS.) (krj) (Entered: 05/16/2008) |
| 05/22/2008 | 123 | STIPULATION for Joint Motion to Extend Deadline to Amend Pleadings to Identify Accused Products by Plaintiffs Acer, Inc., Acer America Corporation by Plaintiffs Acer, Inc., Acer America Corporation. (Wagner, Valerie) (Entered: 05/22/2008) |
| 05/22/2008 | 124 | CERTIFICATE OF SERVICE by Plaintiffs Acer, Inc., Acer America Corporation re 123 STIPULATION for Joint Motion to Extend Deadline to Amend Pleadings to Identify Accused Products by Plaintiffs Acer, Inc., Acer America Corporation (Wagner, Valerie) (Entered: 05/22/2008) |
| 05/23/2008 | 125 | ** TEXT ONLY ORDER ** Order Granting 123 STIPULATION for Joint Motion to Extend Deadline to Amend Pleadings to Identify Accused Products by Plaintiffs Acer, Inc., Acer America Corporation filed by Acer America Corporation, Acer, Inc. Amendments to Pleadings due by 6/16/2008. Signed by Magistrate Judge Stephen L Crocker on 5/23/08. (mmo) (Entered: 05/23/2008) |
| 06/06/2008 | 126 | STIPULATION of Dismissal *of All Claims and Counterclaims Without Prejudice Pursuant to Settlement Agreement* by Counter Defendants Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD COMPANY, Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, |

| | | Defendant HEWLETT-PACKARD COMPANY, Counter Claimants Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Acer, Inc., Acer America Corporation, Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Acer, Inc., Acer America Corporation, HEWLETT-PACKARD COMPANY, Plaintiffs Acer, Inc., Acer America Corporation. (Mulloy, Richard) (Entered: 06/06/2008) |
|---|---|---|
| 06/09/2008 | 127 | ORDER dismissing all claims and counterclaims without prejudice pursuant to settlement agreement as set forth in 126 Stipulation of Dismissal, filed by HEWLETT-PACKARD COMPANY, Acer America Corporation, Acer, Inc. Signed by Judge Barbara B Crabb on 6/9/08. (llj) (Entered: 06/09/2008) |
| 06/24/2008 | 128 | TRANSCRIPT of Claims Construction Hearing, held 5/16/08 before Judge Barbara B Crabb. Court Reporter: CS. Please review the court policy regarding electronic transcripts: see Electronic Transcript Instructions and Notice of Intent to Request Redaction. (elc) (Entered: 06/24/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/17/2008 17:02:54 | | |
| PACER Login: | fb0051 | Client Code: | 23129-tpl |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00620-bbc |
| Billable Pages: | 26 | Cost: | 2.08 |