**E-filed 7/21/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

ACER INC.,

    Plaintiff,

    v.

TECHNOLOGY PROPERTIES, ET AL.,

    Defendants.
and all related matters.
_____

No. C-08-877-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motions to Dismiss, Transfer or Stay and Case Management Conferences currently scheduled for August 1, 2008. The new hearing date is Friday, August 8, 2008 at 9:00 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 7/21/08

    For the Court,
    Richard W. Wieking, Clerk

    Diana Munz
    electronic signature
    Courtroom Deputy