1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
3  Helen E. Dutton (State Bar No. 235558)
   hdutton@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED
8  and ALLIACENSE LIMITED

   Timothy P. Walker (State Bar No. 105001)
   timothy.walker@klgates.com
   Harold H. Davis, Jr. (State Bar No. 235552)
   harold.davis@klgates.com
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
   55 Second St., Suite 1700
   San Francisco, CA 94105
   Telephone: (415) 882-8200
   Facsimile: (415) 882-8220

   Attorneys for Plaintiffs ACER, INC., ACER
   AMERICA CORPORATION and
   GATEWAY, INC.

9  Charles T. Hoge, Esq. (State Bar No. 110696)
   choge@knlh.com
10 Kirby Noonan Lance & Hoge
   35 Tenth Avenue
11 San Diego, CA 92101
   Telephone: (619) 231-8666
12 Facsimile: (619) 231-9593

13 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00877 JF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEFERRAL OF HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE UNTIL SEPTEMBER 19, 2008** |

WHEREAS, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc. (collectively, "Plaintiffs") filed a complaint in the present action against Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants") for declaratory judgment of patent noninfringement and invalidity of

1  U.S. Letters Patent Nos. 5,809,336 ("the '336 patent"), 5,784,584 ("the '584 patent"), 5,440,749
2  ("the '749 patent");

3  WHEREAS, Defendants TPL and Patriot filed complaints for patent infringement as to
4  these three patents and U.S. Letters Patent No. 6,598,148 ("the '148 patent") in the Eastern
5  District of Texas, Case Nos. 2-08cv-173 and 2-08cv-176 (TJW);

6  WHEREAS, on June 4, 2008 Defendants TPL and Patriot filed a complaint for patent
7  infringement against Plaintiffs for alleged infringement as to U.S. Patent No. 5,530,890 ("the
8  '890 patent") in the Eastern District of Texas, Case No. 2:08-cv-228 (TJW);

9  WHEREAS, Defendants filed a motion to dismiss or in the alternative to transfer the
10 action to the Eastern District of Texas, which is currently scheduled for hearing on August 29,
11 2008;

12 WHEREAS, the parties' Case Management Conference is currently scheduled for August
13 29, 2008;

14 WHEREAS, on August 12, 2008, the Court entered an order in related case numbers 5:08-
15 cv-00882 and 5:08-cv-00884, scheduling the Motion to Dismiss hearings and Case Management
16 Conferences in those actions for September 19, 2008; and

17 WHEREAS, the parties agree that judicial economy would be best served by conducting
18 all three related Motion to Dismiss hearings and Case Management Conferences on the same day;

19 IT IS HEREBY STIPULATED THAT:

20 (1) The August 28, 2008 Hearing on Defendants' Motion to Dismiss and Case
21 Management Conference is hereby deferred to September 19, 2008.

22 Dated: August 14, 2008                    KIRKPATRICK & LOCKHART PRESTON
                                             GATES ELLIS LLP
23

24
                                             By: _____/s/ Timothy P. Walker_____
25                                                  Timothy P. Walker

26                                           Attorneys for Plaintiffs ACER, INC.,
                                             ACER AMERICA CORPORATION and
27                                           GATEWAY, INC.

28                          *[SIGNATURES CONTINUED ON NEXT PAGE]*

| | |
|---|---|
| 1  Dated: August 14, 2008 | FARELLA BRAUN & MARTEL LLP |

By:    /s/ John L. Cooper
      John L. Cooper

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Dated: August 14, 2008        KIRBY NOONAN LANCE & HOGE, LLP

By:    /s/ Charles T. Hoge
      Charles T. Hoge

Attorneys for Defendants
PATRIOT SCIENTIFIC CORPORATION

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated:  8/21/08

_____
The Honorable Jeremy Fogel
United States District Court Judge