| | |
|---|---|
| 1 | John L. Cooper (State Bar No. 050324) |
|   | jcooper@fbm.com |
| 2 | Jeffrey M. Fisher (State Bar No. 155284) |
|   | jfisher@fbm.com |
| 3 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 5 | Facsimile:  (415) 954-4480 |

6  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED
7  and ALLIACENSE LIMITED

8  Charles T. Hoge, Esq. (State Bar No. 110696)
   choge@knlh.com
9  Kirby Noonan Lance & Hoge
   35 Tenth Avenue
10 San Diego, CA  92101
   Telephone:  (619) 231-8666
11 Facsimile:  (619) 231-9593

12 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., | Case No.  5:08-cv-00877 JF (HRL) |
|   | [PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO SHORTEN TIME ON DEFENDANTS' MOTION TO COMPEL THE DEPOSITIONS AND TRIAL TESTIMONY OF PLAINTIFFS' WITNESSES IN THIS DISTRICT |
| Plaintiff, | |
| v. | |
| TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, | |
|   | Date:      December 23, 2008 |
|   | Time:     10:00 a.m. |
|   | Dept:     Courtroom 2, 5th Floor |
|   | Before:   Magistrate Judge Howard Lloyd |
| Defendants. | |
|   | (Requesting December 16, 2008 hearing date) |

([PROPOSED] in title is struck through)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
PARTIES' APPLICATION TO CHANGE TIME
Case No.  5:08-cv-00877 (JF) (HAL)

23129\1765953.1

The Court having considered the Stipulated Request for Order Changing Time filed by Defendants TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED (collectively "TPL") and Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC. (collectively "Plaintiffs"),

IT IS HEREBY ORDERED that the Stipulated Request to Change Time is GRANTED as follows:

1.  Plaintiffs shall file their Opposition to TPL's Motion to Compel the Depositions and Trial Testimony of Plaintiffs' Witnesses in This District on or before Monday, December 1, 2008.

2.  TPL shall file their Reply on or before Friday, December 5, 2008.

3.  TPL's Motion to Compel the Depositions and Trial Testimony of Plaintiffs' Witnesses in This District shall be heard on Tuesday, December 16, 2008 at 10:00 a.m. in Courtroom 2, 5th Floor, located at 280 South 1st Street, San Jose, CA 95113, by Magistrate Judge Howard Lloyd.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 11/19/08 , 2008

_____
HON. HOWARD LLOYD
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
PARTIES' APPLICATION TO CHANGE TIME
Case No. 5:08-cv-00877 (JF) (HAL)

2

23129\1765953.1