1  Timothy P. Walker (SBN 105001)
   timothy.walker@klgates.com
2  Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
3  Holly Hogan (SBN 238714)
   holly.hogan@klgates.com
4  Jas Dhillon (SBN 252842)
   jas.dhillon@klgates.com
5  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
6  San Francisco, CA 94111-5994
   Telephone: 415.882.8200
7  Facsimile: 415.882.8220

8  Attorneys for Plaintiffs ACER, INC., ACER
   AMERICA CORPORATION and
9  GATEWAY, INC.

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14

15 ACER, INC., ACER AMERICA
   CORPORATION and GATEWAY, INC.,
16
                                          Case No.  5:08-cv-00877 JF
17            Plaintiffs,
                                          [PROPOSED] ORDER GRANTING
18       v.                               PLAINTIFFS' ADMINISTRATIVE
                                          REQUEST TO FILE EXHIBIT
19 TECHNOLOGY PROPERTIES LIMITED,         UNDER SEAL
   PATRIOT SCIENTIFIC CORPORATION, and
20 ALLIACENSE LIMITED,                    Date: April 14, 2009
                                          Time: 10:00 a.m.
21            Defendants.                 Dept: Courtroom 2, 5th Floor
                                          Before: Honorable Judge Howard Lloyd
22

23

24

25

26

27

28

1   After consideration of Plaintiffs Acer Inc., Acer America Corporation, and Gateway Inc.'s

2   (collectively, "Plaintiffs'") administrative request to file under seal Exhibit B to the Declaration of

3   Harold H. Davis, Jr. in Support of  Plaintiffs' Motion to Enter Protective Order and Allow Plaintiffs

4   to Disclose Patent L.R. 3-1 Exchange, Plaintiffs' request is hereby GRANTED.

5   IT IS HEREBY ORDERED that the above exhibit shall be filed under seal.

6   **IT IS SO ORDERED.**

7

8

9

10   DATED: ___April 14_____, 2009



The Honorable Judge Howard Lloyd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE EXHIBIT UNDER SEAL
Case No.  5:08-cv-00877 JF