| | |
|---|---|
| 1 | Timothy Paar Walker (SBN 105001)<br>Timothy.walker@klgates.com |
| 2 | Harold H. Davis, Jr. (SBN 235552)<br>Harold.davis@klgates.com |
| 3 | K&L Gates LLP<br>55 Second Street, Suite 1700 |
| 4 | San Francisco, CA 94105-3493<br>Telephone: 415.882.8200 |
| 5 | Facsimile: 415.882.8220 |

John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

6  Attorneys for Plaintiffs
   ACER, INC., ACER AMERICA
7  CORPORATION and GATEWAY, INC.

Attorneys for Defendants in 5:08-cv-00877
and 5:08-cv-05398
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

8

9  Daniel J. O'Connor (pro hac vice)
   Daniel.j.oconnor@bakernet.com
10 Edward K. Runyan (pro hac vice)
   Edward.k.runyan@bakernet.com
11 BAKER & MACKENZIE LLP
   One Prudential Plaza
12 130 East Randolph Drive
   Chicago, IL 60601
   Telephone: (312) 861-8000
13

14 Tod L. Gamlen (State Bar No. 83458)
   Tod.l.gamlen@bakernet.com
15 BAKER & MACKENZIE LLP
   660 Hansen Way
16 Palo Alto, CA 94303
   Telephone: (650) 856-2400
17

Charles T. Hoge, Esq. (State Bar No. 110696)
choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

**E-Filed 5/13/09**

17 Attorneys for Plaintiff
18 BARCO, N.V.

19

20

21

22

23

24

25

26

27

28

JOINT MOTION RE: CASE SCHEDULE
Case Nos. 5:08-cv-00877 JF; 5:08-cv-00822 JF;
5:08-cv-05398 JF

William Sloan Coats (State Bar No. 94864)
wcoats@whitecase.com
Mark Weinstein (State Bar No. 193043)
mweinstein@whitecase.com
Taryn Lam (State Bar No. 236124)
tlam@whitecase.com
Kyle Chen (State Bar No. 239501)
kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Plaintiffs
HTC CORP. and HTC AMERICA, INC.

Robert Krebs (State Bar No. 057526)
rkrebs@nixonpeabody.com
Christopher Ogden (State Bar No. 235517)
cogden@nixonpeabody.com
NIXON PEABODY LLP
200 Page Mill Road, 2nd Floor
Palo Alto, CA 94305-2022
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

Ronald Lopez (State Bar No. 111756)
rflopez@nixonpeabody.com
Sushila Chanana (State Bar No. 254100)
schanana@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendants in 5:08-cv-0882
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case Nos. 5:08-cv-00877 JF; 5:08-cv-00882 JF; 5:08-cv-05398 JF<br>**ORDER APPROVING**<br>**STIPULATION REGARDING CASE SCHEDULE**<br><br>The Hon. Jeremy Fogel |
| HTC CORP. AND HTC AMERICA, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | |

1   BARCO, N.V.,
                        Plaintiff,
2           vs.

3   TECHNOLOGY PROPERTIES LIMITED,
    PATRIOT SCIENTIFIC CORPORATION,
4   and ALLIACENSE LIMITED,

5                       Defendants.

6

7           WHEREAS, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc.; HTC

8   Corp. and HTC America, Inc.; and Barco, N.V. (collectively, "Plaintiffs") filed complaints

9   against Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation

10  ("Patriot"), and Alliacense Limited (collectively, "Defendants") for declaratory judgment of

11  patent noninfringement and invalidity of U.S. Patent Nos. 5,809,336 ("the '336 patent"),

12  5,784,584 ("the '584 patent"), 5,440,749 ("the '749 patent"), 5,530,890 ("the '890 patent"); and

13  6,598,148 B1 ("the '148 patent");

14          WHEREAS, the parties are scheduled to exchange Preliminary Claim Constructions and

15  Extrinsic Evidence per Patent L.R. 4-2 on May 11, 2009;

16          WHEREAS, the parties have agreed to extend the deadline for exchanging their

17  Preliminary Claim Constructions and Extrinsic Evidence per Patent L.R. 4-2 to May 18, 2009;

18
            WHEREAS, on May 1, 2009, Plaintiffs Acer, Acer America, Gateway, HTC, and HTC
19
    America filed motions to stay this action;
20
            WHEREAS, there is a hearing currently scheduled on Plaintiffs' motions on June 5, 2009;
21
            WHEREAS, the parties have agreed to move the hearing date on Plaintiffs' motions to
22
23  June 12, 2009;

24          IT IS HEREBY STIPULATED THAT:

25          (1)     The parties have up to and including May 18, 2009 to exchange Preliminary Claim

26  Constructions and Extrinsic Evidence per Patent L.R. 4-2;

27          (2)     The hearing on Plaintiffs' motions to stay will be moved from June 5, 2009 to June

28  12, 2009;

1      (3)    The parties have up to and including June 12, 2009 to file a Joint Claim

2  Construction and Prehearing Statement pursuant to Patent L.R. 4-3;

3      (4)    Defendants have up to and including May 22, 2009 to file their Opposition to

4  Plaintiffs' motions to stay; and

5      (5)    Plaintiffs have up to and including May 29, 2009 to file their Replies in support of

6  their motions to stay.

7

8  Dated: May 11, 2009            K&L GATES LLP

9                          By:     /s/ Timothy Paar Walker

10                              Timothy Paar Walker

11                          Attorneys for Plaintiffs
ACER, INC., ACER AMERICA

12                          CORPORATION AND GATEWAY, INC.

13  Dated: May 11, 2009            FARELLA BRAUN & MARTEL LLP

14                          By:     /s/ John L. Cooper

15                              John L. Cooper

16                          Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED

17                          and ALLIACENSE LIMITED

18  Dated: May 11, 2009            KIRBY NOONAN LANCE & HOGE

19                          By:     /s/ Charles T. Hoge

20                              Charles T. Hoge

21                          Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

22  Dated: May 11, 2009            NIXON PEABODY LLP

23                          By:     /s/ Ronald Lopez

24                              Ronald Lopez

25                          Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and
ALLIACENSE LIMITED

26  Dated: May 11, 2009            WHITE & CASE LLP

27                          By:     /s/ Jennifer Yokoyama

28                          Jennifer Yokoyama

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Plaintiffs
HTC CORPORATION and HTC AMERICA,
INC.

Dated: May 11, 2009                BAKER & MACKENZIE

By:_____/s/ Edward K. Runyan_____
          Edward K. Runyan

Attorneys for Plaintiff
BARCO, N.V.

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: __5/13/09_____

_____
The Honorable Jeremy Fogel
United States District Court Judge