\*\*E-Filed 2/22/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>   Defendants.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>   Plaintiffs,<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>   Defendants.<br><br>BARCO N.V., a Belgian Corporation<br><br>   Plaintiff,<br><br>   v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD.,<br><br>   Defendants. | Case Nos.  5:08-cv-00877 JF (HRL), 5:08-cv-00882 JF (HRL) and 5:08-cv-5398-JF (HRL)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

Case No.  C08-5398-JF (HRL)
ORDER FOLLOWING CASE MANAGEMENT CONFERENCE
(JFEX1)

Pursuant to the discussion on the record on February 12, 2010, the stay of proceedings previously ordered by the Court is hereby dissolved. The Court hereby adopts the following case management schedule.

| Event | Date |
| --- | --- |
| Last day to serve amended disclosure of asserted claims and preliminary infringement contentions (and related documents) for United States Patent No. 5,809,336 ("the '336 patent") | April 19, 2010 |
| Last day to serve amended invalidity contentions (and related documents) | June 3, 2010 |
| Last day to exchange list of "Proposed terms and Claim Elements for Construction" and "Preliminary Claim Constructions and Extrinsic Evidence" for the '336 patent. | June 25, 2010 |
| Last day to file joint claim construction and pre-hearing statement | July 16, 2010 |
| Claim construction discovery cut-off | August 13, 2010 |
| Defendants' opening claim construction brief | August 27, 2010 |
| Plaintiffs' responsive claim construction brief | September 10, 2010 |
| Defendants' reply claim construction brief | September 17, 2010 |
| Patent Technology Tutorial* | *If requested by the court Approximately 20 days after reply claim construction brief. |
| Claim construction hearing | To be determined |
| Status conference | Three weeks after the claim construction hearing |
| Final infringement contentions | 30 days after the claim construction ruling |

2

| | |
|---|---|
| Final invalidity contentions | 50 days after the claim construction ruling |
| Defendants to serve willfulness documents; opinion of counsel | 50 days after the claim construction ruling |
| Close of fact discovery | Six months after the final invalidity contentions |
| Initial expert reports | 30 days after the close of fact discovery |
| Rebuttal expert reports | 30 days after the initial expert reports |
| Close of expert discovery | Two weeks after the rebuttal expert reports |
| Trial | To be determined |

IT IS SO ORDERED.

DATED: 2/22/2010

_____
JEREMY FOGEL
United States District Judge