Timothy P. Walker (SBN 105001)
Harold H. Davis, Jr. (SBN 235552)
**K&L Gates LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel. 415.882.8200
Fax 415.882.8220

Attorneys for Plaintiffs
ACER INC., ACER AMERICA CORP.,
AND GATEWAY INC.

John L. Cooper  (SBN 050324)
jcooper@fbm.com
Jeffrey M. Fisher (SBN 155284)
jfisher@fmb.com
**Farella Braun & Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorney for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Charles T. Hoge, Esq. (SBN 110696)
choge@knlh.com
**Kirby Noonan Lance & Hoge**
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorney for Defendants
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC.,<br><br>Plaintiffs,<br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.  5:08-CV-00877 JF<br><br>**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER** |

**WHEREAS** on February 22, 2010 this Court entered an Order Following Case Management Conference (D.I. 148) establishing a schedule for this action ("Scheduling Order");

**WHEREAS** on February 26, 2010, the case styled *Sirius XM Radio v. Technology Properties Limited et al*, Case No. C10-00816 EDL (N.D. Cal.) ("Sirius Action") was transferred to the Northern District of California from the Southern District of New York;

1  **WHEREAS** the Sirius Action involves all of the patents in this action;

2  **WHEREAS** the parties in the Sirius Action have filed a joint motion under Civil
3  Local Rule 3-12 to consider Whether Cases Should Be Related and Requesting Modification of
4  Existing Case Schedule ("Motion"), seeking to have the Sirius Action deemed related to this
5  action and assigned to the Honorable Jeremy Fogel for further proceedings;

6  **WHEREAS** the Motion also seeks entry of a proposed schedule similar to the one
7  adopted in the Scheduling Order, but with the dates adjusted by an average of 3-4 weeks;

8  **WHEREAS** the parties to this action have met and conferred and have agreed
9  that, in the interests of judicial economy and to conserve judicial and party resources, the
10 Scheduling Order in this action should be modified to match the dates set forth in the schedule
11 proposed for the Sirius Action, as follows:

| Event | Scheduling Order Date | New [Proposed] Date |
|---|---|---|
| Last day to serve amended disclosure of asserted claims and preliminary infringement contentions (and related documents) for United States Patent No. 5,809,336 ("the '336 patent") | April 19, 2010 | April 30, 2010 |
| Last day to serve amended invalidity contentions (and related documents) | June 3, 2010 | June 30, 2010 |
| Last day to exchange list of "Proposed terms and Claim Elements for Construction" for the '336 patent | June 25, 2010 | July 23, 2010 |
| Last day to exchange "Preliminary Claim Constructions and Extrinsic Evidence" for the '336 patent | June 25, 2010 | August 30, 2010 |
| Last day to file joint claim construction and pre-hearing statement | July 16, 2010 | September 21, 2010 |
| Claim construction discovery cut-off | August 13, 2010 | October 19, 2010 |
| Defendants' opening claim construction brief | August 27, 2010 | November 2, 2010 |

2

[PROPOSED] SCHEDULING ORDER
CASE NO. 5:08-CV-00877 JF

| Event | Scheduling Order Date | New [Proposed] Date |
|---|---|---|
| Plaintiffs' responsive claim construction brief | September 10, 2010 | November 30, 2010 |
| Defendants' reply claim construction brief | September 17, 2010 | December 14, 2010 |
| Patent Technology Tutorial* | *If requested by the Court<br><br>Approximately 20 days after reply claim construction brief | *If requested by the Court<br><br>Approximately 20 days after reply claim construction brief |
| Claim construction hearing | To be determined | To be determined |
| Status conference | Three weeks after the claim construction hearing | Three weeks after the claim construction hearing |
| Final infringement contentions | 30 days after the claim construction ruling | 30 days after the claim construction ruling |
| Final invalidity contentions | 50 days after the claim construction ruling | 50 days after the claim construction ruling |
| Defendants to serve willfulness documents; opinion of counsel | 50 days after the claim construction ruling | 50 days after the claim construction ruling |
| Close of fact discovery | Six months after the final invalidity contentions | Six months after the final invalidity contentions |
| Initial expert reports | 30 days after the close of fact discovery | 30 days after the close of fact discovery |
| Rebuttal expert reports | 30 days after the initial expert reports | 30 days after the initial expert reports |
| Close of expert discovery | Two weeks after the rebuttal expert reports | Two weeks after the rebuttal expert reports |
| Trial | To be determined | To be determined |

**THEREFORE**, the parties hereby respectfully request that the Court adopt the following schedule for this action:

| Event | Date |
| --- | --- |
| Last day to serve amended disclosure of asserted claims and preliminary infringement contentions (and related documents) for United States Patent No. 5,809,336 ("the '336 patent") | April 30, 2010 |
| Last day to serve amended invalidity contentions (and related documents) | June 30, 2010 |
| Last day to exchange list of "Proposed terms and Claim Elements for Construction" for the '336 patent | July 23, 2010 |
| Last day to exchange "Preliminary Claim Constructions and Extrinsic Evidence" for the '336 patent | August 30, 2010 |
| Last day to file joint claim construction and pre-hearing statement | September 21, 2010 |
| Claim construction discovery cut-off | October 19, 2010 |
| Defendants' opening claim construction brief | November 2, 2010 |
| Plaintiffs' responsive claim construction brief | November 30, 2010 |
| Defendants' reply claim construction brief | December 14, 2010 |
| Patent Technology Tutorial* | *If requested by the Court<br><br>Approximately 20 days after reply claim construction brief |
| Claim construction hearing | To be determined |
| Status conference | Three weeks after the claim construction hearing |
| Final infringement contentions | 30 days after the claim construction ruling |
| Final invalidity contentions | 50 days after the claim construction ruling |

| Event | Date |
|---|---|
| Defendants to serve willfulness documents; opinion of counsel | 50 days after the claim construction ruling |
| Close of fact discovery | Six months after the final invalidity contentions |
| Initial expert reports | 30 days after the close of fact discovery |
| Rebuttal expert reports | 30 days after the initial expert reports |
| Close of expert discovery | Two weeks after the rebuttal expert reports |
| Trial | To be determined |

**IT IS HEREBY STIPULATED.**


Dated:  April 30, 2010          K&L GATES LLP


By: */s/ Timothy Walker*
Timothy Walker

Attorneys for Plaintiffs ACER INC., ACER AMERICA CORP., AND GATEWAY INC.

Dated:  April 30, 2010          FARELLA BRAUN & MARTEL LLP


By: */s/ John Cooper*
John L. Cooper

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Dated: April 30, 2010                    KIRBY NOONAN LANCE & HOGE

By: */s/ Charles Hoge*
Charles T. Hoge

Attorneys for Defendants
PATRIOT SCIENTIFIC CORPORATION

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated:  5/6/10

The Honorable Jeremy Fogel
United States District Judge

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER.

DATED:    April 30, 2010            K&L GATES LLP

By:            */s/ Timothy Walker*
Timothy Walker