1  John L. Cooper (State Bar No. 050324)
       jcooper@fbm.com
2  Stephanie P. Skaff (State Bar No. 183119)
       sskaff@fbm.com
3  Eugene Y. Mar (State Bar No. 227071)
       emar@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED
8  and ALLIACENSE LIMITED

9  Charles T. Hoge (State Bar No. 110696)
       choge@knlh.com
10 KIRBY NOONAN LANCE & HOGE
   35 Tenth Avenue
11 San Diego, California 92101
   Telephone: (619) 231-8666
12 Facsimile: (619) 231-9593

13
14 Attorney for Defendants
   PATRIOT SCIENTIFIC CORP.

Timothy Paar Walker (State Bar No. 105001)
Harold H. Davis, Jr. (State Bar No. 235552)
K&L Gates LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

Jeffrey Ratinoff (State Bar No. 197241)
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94340
Telephone:  (650) 798-6700
Facsimile:  (650) 798-6701

Attorneys for Plaintiffs
ACER INC., ACER AMERICA CORP., and
GATEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORP., and GATEWAY INC., <br><br>Plaintiff, <br><br>v. <br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br>Defendants. | Case No.  5:08-cv-00877 JF <br><br>**STIPULATED REQUEST TO DISMISS THE SECOND CLAIM OF PLAINTIFFS' FIRST AMENDED COMPLAINT REGARDING U.S. PATENT NO. 5,784,584 AND [PROPOSED] ORDER THEREON** <br><br>The Honorable Jeremy Fogel |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO DISMISS '584
PATENT /Case No.  5:08-cv-00877 (JF)

23129\2274760.1

**WHEREAS** plaintiffs Acer, Inc., Acer America Corp., and Gateway, Inc. (collectively "Acer") filed a First Amended Complaint seeking a declaratory judgment that Acer did not infringe any valid and enforceable claim of U.S. Patent No. 5,784,584 ("'584 patent");

**WHEREAS** defendants Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited (collectively "TPL") filed an Answer denying Acer's averment that Acer did not infringe any valid and enforceable claim of the '584 patent but did not assert a counterclaim based on that patent;

**WHEREAS**, in the related actions, *Barco N.V. v. Technology Properties Limited*, *et al.*, Case No. 08-05398 JF and *HTC v. Technology Properties Limited, et al.*, Case No. 08-0882 JF, the Court has dismissed the '584 patent based on a covenant not to sue with the same scope and language;

**WHEREAS** TPL has offered and hereby provides to Acer a covenant-not-to-sue with respect to the '584 patent, which is reproduced in its entirety below; and

**WHEREAS** in light of TPL's covenant-not-to-sue, Acer has agreed to dismiss its declaratory judgment claim as to the '584 patent on the terms set forth below;

**NOW, THEREFORE**, TPL and Acer, by and through their undersigned counsel, hereby stipulate, and respectfully request that the Court order, as follows:

1. TPL has provided the following covenant-not-to-sue to Acer, which the Court hereby approves: Technology Properties Limited and Patriot Scientific Corporation, each on behalf of itself and any successors-in-interest to U.S. Patent No. 5,784,584 ("the '584 patent"), hereby unconditionally and irrevocably covenant not to assert at any time any claim of patent infringement including direct infringement, contributory infringement and/or inducing infringement against Acer, Inc., Acer America Corp., and Gateway Inc. (collectively "Acer") under any claim of the '584 patent as they currently read, and any claim in any reissued or reexamined version of the '584 patent that is the same as, or substantially identical to, any claim of the '584 patent as it currently reads, against any products made, used, offered for sale, sold, or imported into the United States by Acer currently or at any time prior to the date of this covenant.

2. In light of TPL's covenant-not-to-sue with respect to the '584 patent, the Second

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO DISMISS '584
PATENT /Case No.  5:08-cv-00877 (JF)   - 2 -   23129\2274760.1

1  Claim of Declaratory Judgment Regarding the '584 Patent in Acer's First Amended Complaint is
2  hereby **DISMISSED** without prejudice, for lack of subject matter jurisdiction, pursuant to Fed. R.
3  Civ. P. 41(a)(2).
4      3.    The dismissal provided by this Order does not limit the parties' ability to continue
5  to prosecute its remaining claims, defenses, and counterclaims in this litigation regarding U.S.
6  Patent Nos. 5,809,336; 6,598,148; 5,440,749; and 5,530,890.  This dismissal also does not limit
7  any rights by the parties to subsequently seek recovery of attorneys' fees and costs.
8  **IT IS HEREBY STIPULATED.**

9  Dated: June 25, 2010　　　　　　　　　　　　　FARELLA BRAUN & MARTEL LLP

11  I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

    By:  /s/ John L. Cooper
          John L. Cooper

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

14  Dated: June 25, 2010　　　　　　　　　　　　　KIRBY NOONAN LANCE & HOGE

16      By:  /s/ Charles T. Hoge
          Charles T. Hoge

17  Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

19  Dated: June 25, 2010　　　　　　　　　　　　　K&L GATES LLP

20      By:  /s/ Jeffrey Ratinoff
          Jeffrey Ratinoff

Attorneys for Plaintiffs
ACER, INC., ACER AMERICA CORP. and
GATEWAY INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO DISMISS '584
PATENT /Case No. 5:08-cv-00877 (JF)　　　- 3 -　　　23129\2274760.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. TPL has provided the following covenant-not-to-sue to Acer, which the Court hereby approves: Technology Properties Limited and Patriot Scientific Corporation, each on behalf of itself and any successors-in-interest to U.S. Patent No. 5,784,584 ("the '584 patent"), hereby unconditionally and irrevocably covenant not to assert at any time any claim of patent infringement including direct infringement, contributory infringement and/or inducing infringement against Acer, Inc., Acer America Corp., and Gateway Inc. (collectively "Acer") under any claim of the '584 patent as they currently read, and any claim in any reissued or reexamined version of the '584 patent that is the same as, or substantially identical to, any claim of the '584 patent as it currently reads, against any products made, used, offered for sale, sold, or imported into the United States by Acer currently or at any time prior to the date of this covenant.

2. In light of TPL's covenant-not-to-sue with respect to the '584 patent, the Second Claim of Declaratory Judgment Regarding the '584 Patent in Acer's First Amended Complaint is hereby **DISMISSED** without prejudice, for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 41(a)(2).

3. The dismissal provided by this Order does not limit the parties' ability to continue to prosecute its remaining claims, defenses, and counterclaims in this litigation regarding U.S. Patent Nos. 5,809,336; 6,598,148; 5,440,749; and 5,530,890.  This dismissal also does not limit any rights by the parties to subsequently seek recovery of attorneys' fees and costs.

DATED: 6/28/10

Honorable Jeremy Fogel
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST TO DISMISS '584 PATENT /Case No. 5:08-cv-00877 (JF) - 4 -

23129\2274760.1