**\*\* E-filed August 8, 2010 \*\***

| | |
|---|---|
| Timothy P. Walker (SBN 105001) | John L. Cooper (SBN 050324) |
| timothy.walker@klgates.com | Stephanie P. Skaff (SBN 183119) |
| L. Howard Chen (SBN 257393) | Eugene Y. Mar (SBN 227071) |
| howard.chen@klgates.com | Farella Braun & Martel LLP |
| Harold H. Davis Jr. (SBN 235552) | 235 Montgomery Street, 18th Floor |
| harold.davis@klgates.com | San Francisco, CA 94122 |
| Jas Dhillon (SBN 252842) | Tel. 415.954.4400 |
| jas.dhillon@klgates.com | Fax: 415.954.4480 |
| K&L GATES LLP | |
| Four Embarcadero Center, Suite 1200 | Attorneys for Defendants, TECHNOLOGY |
| San Francisco, CA 94111-5994 | PROPERTIES LIMITED and ALLIACENSE |
| Telephone: (415) 882-8200 | LIMITED |
| Facsimile: (415) 882-8220 | |
| | Charles T. Hoge (SBN 110696) |
| Jeffrey M. Ratinoff (SBN 197241) | Kirby Noonan Lance & Hoge |
| jeffrey.ratinoff@klgates.com | 350 Tenth Avenue, Suite 1300 |
| K&L GATES LLP | San Diego, CA 92101 |
| 630 Hansen Way | Tel.: 619.231.8666 |
| Palo Alto, CA 94304 | Fax: 619.231.9593 |
| Telephone: (650) 798-6700 | |
| Facsimile: (650) 798-6701 | Attorneys for Defendant, |
| | PATRIOT SCIENTIFIC CORPORATION |
| Attorneys for Plaintiffs ACER INC., ACER | |
| AMERICA CORPORATION and GATEWAY, INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ACER INC., ACER AMERICA CORPORATION AND GATEWAY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, AND ALLIACENSE LIMITED,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.: 5:08-CV-00877 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS' TO FILE MOTION FOR PROTECTIVE ORDER REGARDING DESIGNATION OF CONSULTANT UNDER THE STIPULATED PROTECTIVE ORDER** |

1     WHEREAS, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc. (collectively, "Plaintiffs" or "Acer") and Defendants Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited (collectively, "TPL") entered into a Stipulated Protective Order. Dkt. No. 142.

    WHEREAS, per Section 7.4 of the Stipulated Protective Order, on August 2, 2010, Acer filed its timely objection to TPL's request to disclose Plaintiffs' "Highly Confidential – Attorneys' Eyes Only" information and items to Vojin Oklobdzija and their use of him as an expert/consultant.  Dkt. No. 172.

    WHEREAS, counsel for TPL was not available to meet and confer with Acer within three (3) court days as required by Section 7.4 of the Stipulated Protective Order.

    WHEREAS, the parties agreed to meet and confer over the designation of Dr. Oklobdzija on the earliest mutually convenient date, August 6, 2010, and therefore also agreed to extend the time for Acer to file its motion for a protective order (if necessary) until August 16, 2010 after the parties complete their meet and confer as required by Section 7.4(c) of the Protective Order.

    WHEREAS, the parties further agreed that if the Court is available and willing to hear the motion on shortened time, any motion for protective order filed by Acer should be briefed and heard on the following schedule:

- TPL shall have seven (7) court days to file any opposition to a motion for protective order;
- Acer shall have three (3) court days to file a reply brief; and
- The Motion for Protective Order shall be heard by the Court on September 7, 2010.

    WHEREAS, the parties agree that should the Court set the hearing for a later date, the parties will agree to modify and extend the foregoing briefing scheduled accordingly.

    IT IS HEREBY STIPULATED THAT:

1. The parties shall meet and confer on August 6, 2010 regarding their disputed over TPL's designation of Dr. Oklobdzija as an expert/consultant under the Stipulated Protective Order;

2. If the parties are unable to informally resolve their dispute over the designation of Dr. Oklobdzija, Acer shall have up to and including August 16, 2010 file a motion for protective order;

3. TPL shall have up to and including seven (7) court days to file any opposition to a motion for protective order filed by Acer (filed no later than August 25, 2010);

4. Acer shall have up to and including three (3) court days to file any reply to TPL's opposition (filed no later than August 30, 2010);

5. Acer's motion shall be heard on September 7, 2010 during the Court's normal civil discovery calendar, or at the earliest hearing date thereafter that is convenient for the Court; and

6. Should the Court set the hearing after September 7, 2010, the parties agree to modify and extend the briefing schedule for the opposition and reply accordingly.

Dated: August 5, 2010                K&L GATES

                                     By: /s/ Jeffrey M. Ratinoff
                                        Jeffrey M. Ratinoff

                                        Attorneys for Plaintiffs ACER, INC., ACER
                                        AMERICA CORPORATION and
                                        GATEWAY, INC.

Dated: August 5, 2010                FARELLA BRAUN & MARTEL LLP

                                     By: /s/ Eugene Y. Mar
                                        Eugene Y. Mar

                                        Attorneys for Defendants
                                        TECHNOLOGY PROPERTIES LIMITED
                                        and ALLIACENSE LIMITED

Dated: August 5, 2010                KIRBY NOONAN LANCE & HOGE, LLP

                                     By: /s/ Charles T. Hoge
                                        Charles T. Hoge

                                        Attorneys for Defendant
                                        PATRIOT SCIENTIFIC CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August  7 , 2010

                                     _____
                                     THE HONORABLE HOWARD LLOYD
                                     UNITED STATES MAGISTRATE JUDGE

1
2  **<u>ATTESTATION PER GENERAL ORDER 45</u>**
3       I, Jeffrey M. Ratinoff, am the ECF User whose ID and password are being used to file this
4  Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Eugene Y. Mar and
5  Charles Hoge have concurred with this filing.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28