**\*\* E-filed August 16, 2010 \*\***

| | |
|---|---|
| Timothy P. Walker (SBN 105001)<br>timothy.walker@klgates.com<br>L. Howard Chen (SBN 257393)<br>howard.chen@klgates.com<br>Harold H. Davis Jr. (SBN 235552)<br>harold.davis@klgates.com<br>Jas Dhillon (SBN 252842)<br>jas.dhillon@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>Jeffrey M. Ratinoff (SBN 197241)<br>jeffrey.ratinoff@klgates.com<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 798-6700<br>Facsimile: (650) 798-6701<br><br>Attorneys for Plaintiffs ACER INC., ACER AMERICA CORPORATION and GATEWAY, INC. | John L. Cooper (SBN 050324)<br>Stephanie P. Skaff (SBN 183119)<br>Eugene Y. Mar (SBN 227071)<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 18th Floor<br>San Francisco, CA 94122<br>Tel. 415.954.4400<br>Fax: 415.954.4480<br><br>Attorneys for Defendants, TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED<br><br>Charles T. Hoge (SBN 110696)<br>Kirby Noonan Lance & Hoge<br>350 Tenth Avenue, Suite 1300<br>San Diego, CA 92101<br>Tel.: 619.231.8666<br>Fax: 619.231.9593<br><br>Attorneys for Defendant,<br>PATRIOT SCIENTIFIC CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ACER INC., ACER AMERICA CORPORATION AND GATEWAY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, AND ALLIACENSE LIMITED,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.: 5:08-CV-00877 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' OBJECTION TO DEFENDANTS' DESIGNATION OF CONSULTANT PURSUANT TO SECTION 7.4 OF THE STIPULATED PROTECTIVE ORDER** |

STIPULATION AND ORDER RE DEFENDANTS' DESIGNATION OF CONSULTANT PURSUANT TO SECTION 7.4 OF THE STIPULATED PROTECTIVE ORDER; Case No. 5:08-cv-00877 JF

23129\2341929.1

1        WHEREAS, Plaintiffs Acer, Inc., Acer America Corporation, and Gateway, Inc. (collectively, "Plaintiffs" or "Acer"), and Defendants Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited (collectively, "Defendants") entered into a Stipulated Protective Order.  Dkt. No. 142.

2        WHEREAS, per Section 7.4 of the Stipulated Protective Order, on August 2, 2010, Acer filed its timely objection to TPL's request to disclose Plaintiffs' "Highly Confidential – Attorneys' Eyes Only" information and items to Dr. Vojin Oklobdzija and their use of him as an expert/consultant. Dkt. No. 172.

3        WHEREAS, the parties have engaged in further meet and confer discussions over Defendants' designation of Dr. Oklobdzija and have reached a compromise that would permit Defendants to disclose Plaintiffs' "Highly Confidential – Attorneys' Eyes Only" information in this action.

4        WHEREAS, based on the parties' agreement below, Acer will withdraw its objection to Defendants' request to disclose Plaintiffs' "Highly Confidential – Attorneys' Eyes Only" information and items to Dr. Oklobdzija.

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

1.   Dr. Oklobdzija will provide a declaration as agreed by the parties, which will describe in detail his work for Acer in *Acer Inc. and Acer America Corp. v. Hewlett-Packard Co.*, Case No. 07 C 0620 C (W.D. Wis.) ("the *Acer v. HP* action") and confirm that:

   (a)   He did not have any access to and never received any Acer confidential and proprietary information and documents relating to its products or any Acer-related attorney-client privileged or work product information;

   (b)   He no longer possesses and has destroyed everything related to his work in the *Acer v. HP* action;

   (c)   He will continue to abide by the terms of his retainer agreement with Acer's attorneys in the *Acer v. HP* action, Dechert LLP, and the terms of the protective order entered in that action; and

   (d)   He has not and will not disclose or use anything he learned through his work in

the *Acer v. HP* action, or learned about U.S. Patent No. 6,075,686 ("the '686 patent") or any other patents asserted by Acer in the *Acer v. HP* action.

    2.    Defendants agree that they will not ask, inquire about or use anything that Dr. Oklobdzija learned through his work in the *Acer v. HP* action or learned about the '686 patent;

    3.    Defendants further agree if the '686 patent or any other patents asserted by Acer in the *Acer v. HP* action is ever asserted against them in another action, they will not use Dr. Oklobdzija as an expert or consultant in relation to those patents;

    4.    It is understood and agreed by the parties that by allowing Defendants to use Dr. Oklobdzija, Acer and its attorneys have not and are not waiving any claim of confidentiality, privilege or work product, including in relation to the '686 patent or Dr. Oklobdzija's work in the *Acer v. HP* action.  Further, Defendants agree that they will not argue that any such a waiver has occurred.

    5.    Defendants agree not show Dr. Oklobdzija any of Plaintiffs' Designated Materials until delivery of the declaration from Dr. Oklobdzija that meets the foregoing requirements.

    6.    Based on the forgoing and Defendants' service of a conforming declaration from Dr. Oklobdzija, Acer agrees to withdraw its objection to Defendants' designation of Dr. Oklobdzija under the Stipulated Protective Order.

Dated: August 11, 2010                                       K&L GATES

                                                                         By: /s/ Jeffrey M. Ratinoff
                                                                            Jeffrey M. Ratinoff

                                                                            Attorneys for Plaintiffs ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.

Dated: August 11, 2010				FARELLA BRAUN & MARTEL LLP

						By: /s/ Eugene Y. Mar
						    Eugene Y. Mar

						Attorneys for Defendants
						TECHNOLOGY PROPERTIES LIMITED
						and ALLIACENSE LIMITED

Dated:  August 11, 2010				KIRBY NOONAN LANCE & HOGE, LLP

						By:  /s/ Charles T. Hoge
						     Charles T. Hoge

						Attorneys for Defendant
						PATRIOT SCIENTIFIC CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August  16 , 2010

						_____
						THE HONORABLE HOWARD LLOYD
						UNITED STATES MAGISTRATE JUDGE

4

STIPULATION AND ORDER RE DEFENDANTS' DESIGNATION OF CONSULTANT PURSUANT TO SECTION 7.4 OF THE STIPULATED PROTECTIVE ORDER; Case No. 5:08-cv-00877 JF

**ATTESTATION PER GENERAL ORDER 45**

I, Jeffrey M. Ratinoff, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Eugene Y. Mar and Charles Hoge have concurred with this filing.