**E-Filed 9/14/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.<br><br>Plaintiffs,<br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 JF/HRL<br><br>ORDER[1] GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>[Docket No. 178] |

Pursuant to Civil Local Rules 7-11 and 79-5 and the stipulated protective order entered in this case, (Docket No. 142), Plaintiffs seek leave to file under seal exhibits 13 through 29 to the declaration of Jeffrey Ratinoff in support of Plaintiffs' opposition to Defendants' motion for leave to amend infringement contentions. Defendants submit the declaration of Mac Leckrone, the president and chief operating officer of Defendant Alliacense Limited, who explains the need

---

[1] This disposition is not designated for publication in the official reports.

Case Nos. 5:08-cv-00877-JF/HRL
ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
(JFEX1)

1  for confidentiality of the exhibits at issue.  (Docket No. 185.)  Accordingly, the instant motion
2  will be granted, and the exhibits may be filed under seal.
3
4  IT IS SO ORDERED.
5
6  DATED: 9/13/2010
                               JEREMY FOGEL
                               United States District Judge

Case Nos. 5:08-cv-00877-JF/HRL
ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
(JFEX1)