**E-Filed 9/20/2010**

[SEE SIGNATURE PAGE FOR PARTIES AND COUNSEL OF RECORD]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00877 JR/HRL <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE SCHEDULING DATES** <br><br> **[RELATED CASES]** |
| HTC CORPORATION, HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00882 JF/HRL |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Case Nos. 5:08-cv-00877-JR/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
STIPULATION & [PROP.] ORDER CONTINUING CASE SCHEDULING DATES

23129/2369810.1

23129\2372026.1

| | | |
|---|---|---|
| 1 | BARCO N.V., a Belgian corporation, | Case No. 5:08-cv-05398 JF/HRL |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., ALLIACENSE LTD., | |
| 5 | | |
| 6 | Defendants. | |

The parties in these three related cases, Acer, Inc., Acer America, Inc. and Gateway, Inc. (collectively "Acer"), Barco, N.V. ("Barco"), HTC Corp. and HTC America, Inc. (collectively "HTC") (Acer, Barco and HTC collectively "Plaintiffs"); and Technology Properties Ltd., Patriot Scientific Corp. and Alliacense, Ltd. (collectively "TPL" or "Defendants"), pursuant to Northern District of California Civil Local Rule 6-2, make this stipulated request for an order to continue case scheduling dates with reference to the following facts:

**WHEREAS,** on February 22, 2010 this Court entered an Order Following Case Management Conference establishing a schedule for these actions ("Scheduling Order") (Dkt. 156 in no. 08-cv-0877; Dkt. 148 in no. 08-cv-0882; Dkt. 76 in no. 08-cv-5398);

**WHEREAS,** on May 19, 2010 this Court entered an amended scheduling order for this action ("Amended Scheduling Order") (*see, e.g.,* Dkt. 162 in case no. 08-cv-0877);

**WHEREAS,** on or about September 2, 2010, counsel for Defendants left voicemails with counsel for Acer and HTC, requesting a continuance of thirty (30) days for filing the joint claim construction and pre-hearing statement, currently due September 21, 2010, in order to fully meet and confer as to the many proposed claim terms to be construed;

**WHEREAS,** on or about September 10, 2010, counsel for Plaintiffs informed counsel for Defendants that Plaintiffs would be amenable to continuing only the due date for the joint claim construction and pre-hearing statement to October 19, 2010 without moving other dates;

**WHEREAS,** in response, Defendants indicated that continuing only the due date for the joint statement would eliminate the time period allowed under the local rules for Defendants to prepare their opening brief and as such, their proposal was to continue the entire remaining

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -     23129/2369810.1
Case Nos. 5:08-cv-00877-JR/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
STIPULATION & [PROP.] ORDER CONTINUING CASE SCHEDULING DATES
23129\2372026.1

1  schedule by thirty (30) days;

2  **WHEREAS,** no dates have been set for the tutorial, claim construction hearing, or trial;

3  **WHEREAS,** the parties then agreed on or about September 13, 2010 that the Scheduling
4  Order be modified as follows;

5  **ACCORDINGLY**, it is **HEREBY STIPULATED** by and among the parties and their
6  counsel of record that the dates in the Amended Scheduling Order be modified as follows (under
7  the "Proposed" column):

| Event | Date | |
|---|---|---|
| | **Current** | **Proposed** |
| Last day to file joint claim construction and pre-hearing statement | September 21, 2010 | October 21, 2010 |
| Claim construction discovery cut-off | October 19, 2010 | November 19, 2010 |
| Defendants' opening claim construction brief | November 2, 2010 | December 2, 2010 |
| Plaintiffs' responsive claim construction brief | November 30, 2010 | January 14, 2011 |
| Defendants' reply claim construction brief | December 14, 2010 | February 4, 2011 |
| Patent Technology Tutorial* | *If requested by the Court Approximately 20 days after reply claim construction brief | |
| Claim construction hearing | To be determined | |
| Status conference | Three weeks after the claim construction hearing | |
| Final infringement contentions[1] | 30 days after the claim construction ruling | |

---

[1] & [2]  These two deadlines for final infringement and final invalidity contentions only apply to case nos. 5:08-cv-0877 (*Acer v. TPL*) and 5:08-cv-0882 (*HTC v. TPL*). Case no. 5:08-cv-05398 (*Barco v. TPL*) was filed in December 2008 and operates under the Patent Local Rules that were in effect after March 2008, which do not provide for final infringement or invalidity contentions absent leave from Court.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 3 -                                                                                                                23129/2369810.1
Case Nos. 5:08-cv-00877-JR/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
STIPULATION & [PROP.] ORDER CONTINUING CASE SCHEDULING DATES
23129\2372026.1

| Event | Date | |
|---|---|---|
|  | **Current** | **Proposed** |
| Final invalidity contentions[2] | 50 days after the claim construction ruling | |
| Defendants to serve willfulness documents; opinion of counsel | 50 days after the claim construction ruling | |
| Close of fact discovery | Six months after the final invalidity contentions | |
| Initial expert reports | 30 days after the close of fact discovery | |
| Rebuttal expert reports | 30 days after the initial expert reports | |
| Close of expert discovery | Two weeks after the rebuttal expert reports | |
| Trial | To be determined | |

Dated: September 15, 2010                         FARELLA BRAUN + MARTEL LLP


By: /s/ John L. Cooper
   John L. Cooper
   jcooper@fbm.com
   Stephanie Powers Skaff
   sskaff@fbm.com
   Eugene Y. Mar
   emar@fbm.com
   Farella Braun + Martel LLP
   235 Montgomery Street
   San Francisco, CA 94104
   Phone: (415) 954-4400
   Fax: (415) 954-4480

***Attorneys for Technology Properties Ltd., Patriot Scientific Corp., and Alliacense Ltd.***

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 4 -

23129/2369810.1

Case Nos. 5:08-cv-00877-JR/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
STIPULATION & [PROP.] ORDER CONTINUING CASE SCHEDULING DATES
23129\2372026.1

| | | |
|---|---|---|
| 1 | Dated: September 15, 2010 | KIRBY NOONAN LANCE & HOGE, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Charles T. Hoge<br>      Charles T. Hoge |
| 5 | | Attorneys for Defendant<br>PATRIOT SCIENTIFIC CORPORATION |
| 6 | | |
| 7 | Dated: September 15, 2010 | K&L GATES LLP |
| 8 | | By:   /s/ Jeffrey M. Ratinoff<br>Jeffrey M. Ratinoff |
| 9 | | Jeffrey.ratinoff@klgates.com<br>K&L Gates LLP |
| 10 | | 630 Hansen Way<br>Palo Alto, CA 94304 |
| 11 | | Phone: (650) 798-6700<br>Fax: (650) 798-6701 |
| 12 | | |
| 13 | | ***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.*** |
| 14 | Dated: September 15, 2010 | COOLEY LLP |
| 15 | | |
| 16 | | By:   /s/ Kyle D. Chen |
| 17 | | Kyle D. Chen, Esq.<br>kyle.chen@cooley.com |
| 18 | | Heidi L. Keefe, Esq.<br>hkeefe@cooley.com |
| 19 | | Mark R. Weinstein, Esq.<br>mweinstein@cooley.com |
| 20 | | Cooley LLP<br>3000 El Camino Real |
| 21 | | Five Palo Alto Square, 4th Floor<br>Palo Alto, California 94306 |
| 22 | | Phone: (650) 843-5000<br>Fax: (650) 857-0663 |
| 23 | | ***Attorneys for HTC Corporation and HTC America, Inc.*** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 5 -

23129/2369810.1

Case Nos. 5:08-cv-00877-JR/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
STIPULATION & [PROP.] ORDER CONTINUING CASE SCHEDULING DATES
23129\2372026.1

| | | |
|---|---|---|
| 1 | Dated: September 15, 2010 | BAKER & MCKENZIE |

By:  /s/ Edward Runyan, Esq.
    Edward Runyan, Esq.
    Edward.Runyan@bakernet.com
    Baker & McKenzie
    130 East Randolph Drive
    Chicago, IL 60601
    Phone: (312) 861-8811
    Fax:  (312) 698-2341

***Attorneys for Barco, N.V.***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 20 , 2010

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 6 -

23129/2369810.1

Case Nos. 5:08-cv-00877-JR/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
STIPULATION & [PROP.] ORDER CONTINUING CASE SCHEDULING DATES
23129\2372026.1

## **ATTESTATION PER GENERAL ORDER 45**

I, Eugene Mar, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: September 15, 2010

FARELLA BRAUN + MARTEL LLP

By: /s/ Eugene Y. Mar
    John L. Cooper
    jcooper@fbm.com
    Stephanie Powers Skaff
    sskaff@fbm.com
    Eugene Y. Mar
    emar@fbm.com
    Farella Braun + Martel LLP
    235 Montgomery Street
    San Francisco, CA 94104
    Phone: (415) 954-4400
    Fax: (415) 954-4480

***Attorneys for Technology Properties Ltd., Patriot Scientific Corp., and Alliacense Ltd.***

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 7 -

23129/2369810.1

Case Nos. 5:08-cv-00877-JR/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
STIPULATION & [PROP.] ORDER CONTINUING CASE SCHEDULING DATES
23129\2372026.1