[SEE SIGNATURE PAGE FOR PARTIES AND COUNSEL OF RECORD]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 JF HRL<br><br>**STIPULATION CONTINUING CASE SCHEDULING DATES**<br><br>**[RELATED CASES]** |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 JF HRL |

Case Nos. 5:08-cv-00877-JF HRL; 5:08-cv-00882-JF HRL; 5:08-cv-05398-JF HRL
STIPULATION CONTINUING CASE SCHEDULING DATES

| | |
|---|---|
| BARCO N.V., a Belgian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD.,<br>PATRIOT SCIENTIFIC CORP.,<br>ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-05398 JF HRL |

The parties in these three related cases, Acer, Inc., Acer America, Inc. and Gateway, Inc. (collectively "Acer"), Barco, N.V. ("Barco"), HTC Corp. and HTC America, Inc. (collectively "HTC") (Acer, Barco and HTC collectively "Plaintiffs"); and Technology Properties Ltd., Patriot Scientific Corp. and Alliacense, Ltd. (collectively "TPL" or "Defendants"), pursuant to Northern District of California Civil Local Rule 6-2, make this stipulated requested for an order continuing case scheduling dates with reference to the following facts:

**WHEREAS,** on February 22, 2010 this Court entered an Order establishing a case schedule following a Case Management Conference;

**WHEREAS,** on May 19, 2010 this Court entered an amended scheduling order;

**WHEREAS,** on September 20, 2010 this Court entered another amended scheduling order establishing the currently operative schedule ("Current Scheduling Order");

**WHEREAS,** no claim construction hearing has been scheduled, so no adjustments to the Court's calendar are needed if the Current Scheduling Order is further amended;

**WHEREAS,** in the Current Scheduling Order, the deadline to file with the Court the parties' joint claim construction and pre-hearing statement ("Statement") is October 21, 2010;

**WHEREAS,** the parties have diligently met and conferred as to claim construction and have made significant progress;

**WHEREAS,** because Barco's counsel have been traveling in Asia during the past week, it is difficult for Barco to meet the October 21, 2010 deadline;

**WHEREAS,** because of the scheduling conflicts caused by the time difference between Asia and California, parties have been recently unable to schedule conference calls in which all

counsel of record could participate to finalize the Statement for filing with the Court by October 21, 2010;

**WHEREAS,** the parties met and conferred as to these issues, and agreed that the Scheduling Order be modified as follows to allow more time to finalize the Statement;

**ACCORDINGLY**, it is **HEREBY STIPULATED** by and among the parties and their counsel of record, who respectfully request that the Court order the dates in the Current Scheduling Order be modified as follows (under the "Proposed" column):

| Event | Date | |
|---|---|---|
| | **Current** | **Proposed** |
| Last day to file joint claim construction and pre-hearing statement | October 21, 2010 | October 28, 2010 |
| Claim construction discovery cut-off | November 19, 2010 | November 29, 2010 |
| Defendants' opening claim construction brief | December 2, 2010 | December 9, 2010 |
| Plaintiffs' responsive claim construction brief | January 14, 2011 | January 21, 2011 |
| Defendants' reply claim construction brief | February 4, 2011 | February 11, 2011 |
| Patent Technology Tutorial* | *If requested by the Court<br>Approximately 20 days after reply claim construction brief | |
| Claim construction hearing | To be determined | |
| Status conference | Three weeks after the claim construction hearing | |
| Final infringement contentions[1] | 30 days after the claim construction ruling | |

---

[1] [2] These two deadlines for final infringement and final invalidity contentions only apply to case nos. 5:08-cv-0877 (*Acer v. TPL*) and 5:08cv-0882 (*HTC v. TPL*). Case no. 5:08-cv-05398 (*Barco v. TPL*) was filed in December 2008 and operates under the Patent Local Rules that were in effect after March 2008, which do not provide for final infringement or invalidity contentions absent leave from Court.

| Event | Date | |
|---|---|---|
| | **Current** | **Proposed** |
| Final invalidity contentions[2] | 50 days after the claim construction ruling | |
| Defendants to serve willfulness documents; opinion of counsel | 50 days after the claim construction ruling | |
| Close of fact discovery | Six months after the final invalidity contentions | |
| Initial expert reports | 30 days after the close of fact discovery | |
| Rebuttal expert reports | 30 days after the initial expert reports | |
| Close of expert discovery | Two weeks after the rebuttal expert reports | |
| Trial | To be determined | |

Dated: October 21, 2010

FARELLA BRAUN + MARTEL LLP

By:      /s/ Stephanie Powers Skaff
John L. Cooper
jcooper@fbm.com
Stephanie Powers Skaff
sskaff@fbm.com
Eugene Y. Mar
emar@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, CA 94104
Phone:  (415) 954-4400
Fax:  (415) 954-4480

***Attorneys for Technology Properties Ltd., and Alliacense Ltd.***

| | | |
|---|---|---|
| 1 | Dated:  October 21, 2010 | KIRBY NOONAN LANCE & HOGE, LLP |
| 2 | | |
| 3 | | By:    /s/ |
| 4 | |        Charles T. Hoge |
| 5 | | ***Attorneys for Patriot Scientific Corporation*** |
| 6 | Dated: October 21, 2010 | K&L GATES LLP |
| 7 | | |
| 8 | | By:    /s/ |
| 9 | |        Timothy P. Walker, Esq. |
|   | |        Timothy.walker@klgates.com |
| 10 | |       Harold H. Davis, Jr., Esq. |
|    | |       Harold.davis@klgates.com |
| 11 | |       Jas Dhillon, Esq. |
|    | |       Jas.dhillon@klgate.com |
| 12 | |       Jeffrey M. Ratioff |
|    | |       Jeffrey.ratinoff@klgates.com |
| 13 | |       K&L Gates LLP |
| 14 | |       Four Embarcadero Center, Suite 1200 |
|    | |       San Francisco, CA 94111 |
| 15 | |       Phone:  (415) 882-8200 |
|    | |       Fax:  (415) 882-8220 |
| 16 | | |
| 17 | | ***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.*** |
| 18 | Dated:  October 21, 2010 | COOLEY LLP |
| 19 | | |
| 20 | | By:    /s/ |
| 21 | |        Kyle D. Chen, Esq. |
|    | |        kyle.chen@cooley.com |
|    | |        Heidi L. Keefe, Esq. |
| 22 | |        hkeefe@cooley.com |
|    | |        Mark R. Weinstein, Esq. |
| 23 | |        mweinstein@cooley.com |
|    | |        Cooley LLP |
| 24 | |        3000 El Camino Real |
|    | |        Five Palo Alto Square, 4th Floor |
| 25 | |        Palo Alto, California 94306 |
|    | |        Phone:  (650) 843-5000 |
| 26 | |        Fax:  (650) 857-0663 |
| 27 | | ***Attorneys for HTC Corporation and HTC America, Inc.*** |
| 28 | | |

1  Dated: October 21, 2010                    BAKER & MCKENZIE

2

3                                              By:       /s/
                                                   Edward Runyan, Esq.
4                                                  Edward.Runyan@bakernet.com
                                                   Baker & McKenzie
5                                                  130 East Randolph Drive
                                                   Chicago, IL 60601
6                                                  Phone: (312) 861-8811
                                                   Fax:  (312) 698-2341
7

8                                              ***Attorneys for Barco, N.V.***

9

10

11        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13   Dated: 10/25/10          , 2010
14                                              _____
                                                THE HONORABLE JEREMY FOGEL
15                                              UNITED STATES DISTRICT JUDGE

- 6 -
Case Nos. 5:08-cv-00877-JF HRL; 5:08-cv-00882-JF HRL; 5:08-cv-05398-JF HRL
STIPULATION CONTINUING CASE SCHEDULING DATES

## **ATTESTATION PER GENERAL ORDER 45**

I, Stephanie Powers Skaff, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: October 21, 2010　　　　　　　　　　FARELLA BRAUN + MARTEL LLP


By:　/s/ Stephanie Powers Skaff
　　John L. Cooper
　　jcooper@fbm.com
　　Stephanie Powers Skaff
　　sskaff@fbm.com
　　Eugene Y. Mar
　　emar@fbm.com
　　Farella Braun + Martel LLP
　　235 Montgomery Street
　　San Francisco, CA 94104
　　Phone: (415) 954-4400
　　Fax: (415) 954-4480

***Attorneys for Technology Properties Ltd., Patriot Scientific Corp., and Alliacense Ltd.***

883418