[SEE SIGNATURE PAGE FOR PARTIES AND COUNSEL OF RECORD]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 JF/HRL<br><br>**STIPULATION TO CONSOLIDATE AND EXPAND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**<br><br>[RELATED CASES] |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 JF/HRL |

| | |
|---|---|
| BARCO N.V., a Belgian corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TECHNOLOGY PROPERTIES LTD.,<br>PATRIOT SCIENTIFIC CORP.,<br>ALLIACENSE LTD.,<br><br>  Defendants. | Case No. 5:08-cv-05398 JF/HRL |

The parties in these three related patent cases, Acer, Inc., Acer America, Inc. and Gateway, Inc. (collectively "Acer"), Barco, N.V. ("Barco"), HTC Corp. and HTC America, Inc. (collectively "HTC") (Acer, Barco and HTC collectively "Plaintiffs"); and Technology Properties Ltd., Patriot Scientific Corp. and Alliacense, Ltd. (collectively "TPL" or "Defendants"), pursuant to Northern District of California Civil Local Rule 7-12, make this stipulated request for an order consolidating and expanding the page limits for claim construction briefing:

**WHEREAS,** the parties will brief claim construction under the schedule set forth in this Court's order of October 25, 2010 (5:08-cv-00877-JF, Dkt. 199);

**WHEREAS,** the parties met and conferred and agreed that each side, Plaintiffs and Defendants, will submit combined briefs;

**WHEREAS**, the parties have further agreed that the page limits provided in Northern District Local Rules 7-2, 7-3 and 7-4 should be expanded for this combined briefing;

**ACCORDINGLY**, it is **HEREBY STIPULATED** by and among the parties and their counsel of record, who respectfully request that the Court expand the page limits under Local Rules 7-2, 7-3 and 7-4 on the parties' claim construction briefs as follows:

1. The page limit of Defendants' opening brief is expanded from 25 to 30 pages;
2. The page limit of Plaintiffs' combined responsive brief is expanded from 25 to 35 pages; and
3. The page limit of Defendants' reply brief is expanded from 15 to 20 pages.

| | | |
|---|---|---|
| 1 | Dated: November 18, 2010 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Eugene Y. Mar |
| 4 | | John L. Cooper<br>jcooper@fbm.com |
| 5 | | Stephanie Powers Skaff<br>sskaff@fbm.com |
| 6 | | Eugene Y. Mar<br>emar@fbm.com |
| 7 | | Farella Braun + Martel LLP<br>235 Montgomery Street |
| 8 | | San Francisco, CA 94104<br>Phone: (415) 954-4400<br>Fax: (415) 954-4480 |
| 9 | | |
| 10 | | ***Attorneys for Technology Properties Ltd., and Alliacense Ltd.*** |
| 11 | Dated: November 18, 2010 | KIRBY NOONAN LANCE & HOGE, LLP |
| 12 | | |
| 13 | | By: /s/ Charles T. Hoge |
| 14 | | Charles T. Hoge<br>choge@knlh.com |
| 15 | | Kirby Noonan Lance & Hoge LLP<br>350 Tenth Avenue, Suite 1300 |
| 16 | | San Diego, CA 92101<br>Phone: (619) 231-8666<br>Fax: (619) 231-9593 |
| 17 | | |
| 18 | | ***Attorneys for Patriot Scientific Corporation*** |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: November 18, 2010 | K&L GATES LLP |
| 2 | | |
| 3 | | By: /s/ Timothy Walker |
| 4 | | Timothy P. Walker, Esq. |
| | | Timothy.walker@klgates.com |
| 5 | | Harold H. Davis, Jr., Esq. |
| | | Harold.davis@klgates.com |
| 6 | | Jas Dhillon, Esq. |
| | | Jas.dhillon@klgate.com |
| 7 | | Jeffrey M. Ratinoff |
| | | Jeffrey.ratinoff@klgates.com |
| 8 | | K&L Gates LLP |
| | | Four Embarcadero Center, Suite 1200 |
| 9 | | San Francisco, CA 94111 |
| 10 | | Phone: (415) 882-8200 |
| | | Fax: (415) 882-8220 |
| 11 | | |
| | | ***Attorneys for Acer, Inc., Acer America*** |
| 12 | | ***Corp. and Gateway, Inc.*** |
| 13 | Dated: November 18, 2010 | COOLEY LLP |
| 14 | | |
| 15 | | By: /s/ Kyle Chen |
| | | Kyle D. Chen, Esq. |
| 16 | | kyle.chen@cooley.com |
| | | Heidi L. Keefe, Esq. |
| 17 | | hkeefe@cooley.com |
| | | Mark R. Weinstein, Esq. |
| 18 | | mweinstein@cooley.com |
| | | Cooley LLP |
| 19 | | 3000 El Camino Real |
| | | Five Palo Alto Square, 4th Floor |
| 20 | | Palo Alto, California 94306 |
| | | Phone: (650) 843-5000 |
| 21 | | Fax: (650) 857-0663 |
| 22 | | ***Attorneys for HTC Corporation and HTC*** |
| | | ***America, Inc.*** |

| | | |
|---|---|---|
| 1 | Dated: November 18, 2010 | BAKER & MCKENZIE |
| 2 | | |
| 3 | | By: /s/ Edward Runyan |
| 4 | | Edward Runyan, Esq.<br>Edward.Runyan@bakernet.com |
| 5 | | Baker & McKenzie<br>130 East Randolph Drive |
| 6 | | Chicago, IL 60601<br>Phone: (312) 861-8811 |
| 7 | | Fax:  (312) 698-2341 |
| 8 | | ***Attorneys for Barco, N.V.*** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/23 , 2010

/s/
_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

## **ATTESTATION PER GENERAL ORDER 45**

I, Eugene Y. Mar, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: November 18, 2010                                    FARELLA BRAUN + MARTEL LLP


By: /s/ Eugene Y. Mar
    John L. Cooper
    jcooper@fbm.com
    Stephanie Powers Skaff
    sskaff@fbm.com
    Eugene Y. Mar
    emar@fbm.com
    Farella Braun + Martel LLP
    235 Montgomery Street
    San Francisco, CA 94104
    Phone:  (415) 954-4400
    Fax:  (415) 954-4480

***Attorneys for Technology Properties Ltd. and Alliacense Ltd.***