**E-Filed 2/23/11**

John L. Cooper (State Bar No. 050324)
  jcooper@fbm.com
Nan E. Joesten (State Bar No. 191288)
  njoesten@fbm.com
Eugene Y. Mar (State Bar No. 227071)
  emar@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Charles T. Hoge, Esq. (State Bar No. 110696)
  choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA  92101
Telephone:  (619) 231-8666
Facsimile:  (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.  5:08-cv-00877 JF/HRL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR A CASE MANAGEMENT CONFERENCE<br><br>[RELATED CASES]<br><br>Date:       3/18/2011<br>Time:      9:00a.m.<br>Dept:       Courtroom 3, 5th Floor<br>Judge:     Hon. Jeremy Fogel |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398
[PROPOSED] ORDER GRANTING DEFS.' ADMIN. MOT.

23129\2516751.1

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED,<br><br>      Defendants. | Case No. 5:08-cv-00882 JF/HRL |
| BARCO, N.V.,<br><br>      Plaintiff,<br><br>  v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED,<br><br>      Defendants. | Case No. 5:08-cv-05398 JF/HRL |

Having read and considered all papers filed in relation to Defendants' Administrative Motion for a Case Management Conference, and any admitted evidence, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' motion is GRANTED.

The parties are ordered to appear for a Case Management Conference before this Court on _____ March 18, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated: February 23, 2011

_____
The Honorable Jeremy Fogel

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398
[PROPOSED] ORDER GRANTING DEFS.' ADMIN. MOT.  - 2 -  23129\2516751.1