John L. Cooper (State Bar No. 50324)
  jcooper@fbm.com
Nan E. Joesten (State Bar No. 191288)
  njoesten@fbm.com
Eugene Y. Mar (State Bar No. 227071)
  emar@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, CA  94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480

Attorneys for Defendants
TECHNOLOGY PROPERTIES LTD. and
ALLIACENSE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORP., and GATEWAY, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD.,<br><br>   Defendants. | Case No. 5:08-cv-00877 JF<br>(*Related to* 5:08-cv-00882 JF (HRL) and 5:08-cv-05398 JF)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANTS TECHNOLOGY PROPERTIES LTD. AND ALLIACENSE LTD. FOR PERMISSION TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT TO JOIN CHARLES H. MOORE**<br><br>Judge:        The Hon. Jeremy Fogel |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN.
MOT. / Case No. 5:08-cv-0877 JF

23129\2536699.1

1  Having considered the administrative motion of defendants Technology Properties Ltd.
2  and Alliacense Ltd. (collectively "TPL") for permission to file a two-page surreply in opposition
3  to the motion of plaintiffs Acer, Inc., Acer America Corp., and Gateway, Inc. for leave to amend
4  their complaint to add Charles H. Moore as a party, all papers related to the administrative
5  motion, any argument of counsel, and the entire file in this case, and finding good cause to grant
6  the motion, the motion is GRANTED.

7  TPL has permission to file the surreply that was attached to the declaration of Nan E.
8  Joesten in support of the administrative motion.

10 **IT IS SO ORDERED.**

12 DATED: March 18, 2011

   _____
   The Hon. Jeremy Fogel
   United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN.
MOT. / Case No. 5:08-cv-0877 JF

23129\2536699.1