1 | John L. Cooper (State Bar No. 50324)
    jcooper@fbm.com
2 | Nan Joesten (State Bar No. 191288)
    njoesten@fbm.com
3 | Eugene Y. Mar (State Bar No. 227071)
    emar@fbm.com
4 | Farella Braun + Martel LLP
    235 Montgomery Street
5 | San Francisco, CA  94104
    Telephone:     (415) 954-4400
6 | Facsimile:     (415) 954-4480

7 | Attorneys for Defendants
    TECHNOLOGY PROPERTIES LTD. and
8 | ALLIACENSE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORP. and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD.,<br><br>Defendants. | Case No.  5:08-cv-00877 JF<br>*(Related to 5:08-cv-05398 JF and 5:08-cv-00882 JF)*<br><br>[~~PROPOSED~~] **ORDER GRANTING TECHNOLOGY PROPERTIES LTD.'S AND ALLIACENSE LTD.'S <u>ADMINISTRATIVE MOTION TO SEAL</u>** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[~~Proposed~~] ORDER GRANTING DEFS.'
MOT. TO SEAL; Case No. 5:08-cv-00877 JF
(HRL)

23129\2522970.1

1    Having considered the administrative motion of Technology Properties Ltd. and
2    Alliacense Ltd. to seal portions of their opposition to the motion of Acer, Inc., Acer America
3    Corp., and Gateway Inc. (collectively, "Acer") for leave to amend plaintiffs' first amended
4    complaint to join Charles H. Moore, and finding good cause to grant the motion to seal, the
5    motion to seal is GRANTED.  The material for which sealing is sought is confidential
6    commercial information, public disclosure of which likely would harm Technology Properties
7    Ltd. and Alliacense Ltd.
8    Pursuant to General Order No. 62, the requesting parties shall file under seal an unredacted
9    version of the opposition to Acer's motion to amend plaintiffs' first amended complaint.

11   **IT IS SO ORDERED.**

13   DATED:  March 18, 2011
14   _____
     The Hon. Jeremy Fogel
     United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[Proposed] ORDER GRANTING DEFS.'
MOT. TO SEAL; Case No. 5:08-cv-00877 JF
(HRL)

23129\2522970.1