1  John L. Cooper (State Bar No. 50324)
       jcooper@fbm.com
2  Nan Joesten (State Bar No. 191288)
       njoesten@fbm.com
3  Eugene Y. Mar (State Bar No. 227071)
       emar@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street
5  San Francisco, CA  94104
   Telephone:    (415) 954-4400
6  Facsimile:    (415) 954-4480

7  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED and
8  ALLIACENSE LIMITED

9  Charles T. Hoge, Esq. (State Bar No. 110696)
       choge@knlh.com
10 Kirby Noonan Lance & Hoge
   35 Tenth Avenue
11 San Diego, CA  92101
   Telephone:    (619) 231-8666
12 Facsimile:    (619) 231-9593

13 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V.,<br><br>           Plaintiff,<br>     v.<br><br>TECHNOLOGY PROPERTIES LTD.,<br>PATRIOT SCIENTIFIC CORP., and<br>ALLIACENSE LTD.,<br><br>           Defendants. | Case No. 5:08-cv-05398 JF<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS FOR U.S. PATENT NO. 5,440,749 AND U.S. PATENT NO. 5,530,890<br><br>[RELATED CASES] |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING STIP. TO SET
BRIEFING SCHED. FOR MOT. TO AMEND PICS
Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD., <br><br> Defendants. | Case No. 5:08-cv-00877 JF |
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP. and ALLIACENSE LTD., <br><br> Defendants. | Case No. 5:08-cv-00882 JF |

Pursuant to stipulation, and good cause appearing there for, IT IS HEREBY ORDERED THAT, for each of the three above-captioned cases:

- Plaintiffs' Consolidated Opposition to Defendants' Motions for Leave to Amend Infringement Contentions for U.S. Patent Nos. 5,440,749 and 5,530,890 shall be due on or before April 8, 2011; and

- Defendants' Consolidated Reply in Support of their Motions for Leave to Amend Infringement Contentions for U.S. Patent Nos. 5,440,749 and 5,530,890 shall be due on or before April 15, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 31, 2011

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING STIP. TO SET BRIEFING SCHED. FOR MOT. TO AMEND PICS Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398

- 1 -