**E-Filed 4/5/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION, and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 JR/HRL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' CONSOLIDATED SURREPLY CLAIM CONSTRUCTION BRIEF**<br><br>**[RELATED CASES]** |
| HTC CORPORATION, and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 JF/HRL |
| BARCO N.V., a Belgian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-05398 JF/HRL |

1   Having considered the moving and responding papers of counsel, the Court hereby grants
2   Plaintiffs Acer Inc., Acer America Corporation and Gateway, Inc.'s (collectively "Plaintiffs'")
3   Administrative Motion for Leave to File Plaintiffs' Consolidated Surreply Claim Construction
4   Brief ("Motion for Leave").
5   IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave is GRANTED.

7   **IT IS SO ORDERED.**

9   Dated: April 5, 2011

    The Honorable Jeremy Fogel
10  United States District Court Judge

[Proposed] Order Granting Administrative Motion — - 1 - — Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398