**E-Filed 4/20/2011**

Timothy P. Walker (SBN 105001)
timothy.walker@klgates.com
L. Howard Chen (SBN 257393)
howard.chen@klgates.com
Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
Jas Dhillon (SBN 252842)
jas.dhillon@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel:  (415)882-8200
Fax:  (415)882-8220

Jeffrey M. Ratinoff (SBN 197241)
jeffrey.ratinoff@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Plaintiffs
ACER INC., ACER AMERICA
CORPORATION and GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 JF<br>(*Related to* 5:08-cv-05398 JF and 5:08-cv-00882 JF)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE EXHIBITS 14-19 TO THE DECLARATION OF JEFFREY M. RATINOFF UNDER SEAL<br><br>Date:      April 22, 2011<br>Time:     9:00 a.m.<br>Dept. :    Courtroom 3, 5th Floor<br>Judge:    The Honorable Jeremy Fogel |

1  After consideration of Plaintiffs' Acer Inc., Acer America Corporation and Gateway, Inc.'s
2  (collectively "Plaintiffs'") administrative request to file under seal Exhibits 14-19 to the Declaration
3  of Jeffrey M. Ratinoff in Support of Plaintiffs' Opposition to Defendants' Motions For Leave to
4  Amend Preliminary Infringement Contentions [Dkt. Nos. 249 AND 258], Plaintiffs' administrative
5  request is hereby GRANTED.
6  IT IS HEREBY ORDERED that the above exhibits shall be filed under seal.

Dated:  April 20, 2011

_____
The Honorable Jeremy Fogel
United States District Court Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE EXHIBITS
UNDER SEAL; CASE NO. 5:08-cv-00877 JF