**E-Filed 4/28/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.<br><br>        Plaintiffs,<br>  v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>        Defendants. | Case No. 5:08-cv-00877 JF/HRL |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>        Plaintiffs,<br>  v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>        Defendants. | Case No. 5:08-cv-00882 JF/HRL |

Case Nos. 5:08-cv-00877-JF/HRL; 5:08-cv-00882-JF/HRL; 5:08-cv-05398-JF/HRL
ORDER VACATING *MARKMAN* HEARING
(JFEX1)

| | |
|---|---|
| BARCO N.V., a Belgian Corporation<br><br>          Plaintiff,<br>     v.<br><br>TECHNOLOGY PROPERTIES LTD.,<br>PATRIOT SCIENTIFIC CORP.,<br>ALLIACENSE LTD.,<br><br>          Defendants. | Case No. 5:08-cv-05398 JF/HRL<br><br>**ORDER[1] VACATING *MARKMAN* HEARING** |

In light of the oral arguments and moving papers submitted in connection with Defendants' motions to amend infringement contentions for U.S. Patent Nos. 5,530,890 ("the '890 patent") and 5,440,749 ("the '749 patent"), it appears that the motions must be granted at least in part.  Accordingly, the *Markman* hearing scheduled for May 10, 2011, will be vacated in order to allow time for supplemental briefing.  The Court will issue a reasoned disposition and revised case management order shortly.

IT IS SO ORDERED.

DATED: April 28, 2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports