1  John L. Cooper (State Bar No. 050324)
       jcooper@fbm.com
2  Nan E. Joesten (State Bar No. 191288)
       njoesten@fbm.com
3  Stephanie P. Skaff (State Bar No. 183119)
       sskaff@fbm.com
4  Eugene Y. Mar (State Bar No. 227071)
       emar@fbm.com
5  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 954-4400
7  Facsimile:  (415) 954-4480

8  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED and
9  ALLIACENSE LIMITED

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORP., and GATEWAY, INC., <br><br> Plaintiffs, <br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00877 JW <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL BY DEFENDANTS TECHNOLOGY PROPERTIES LIMITED AND ALLIACENSE LIMITED AND [PROPOSED] ORDER** <br><br> The Honorable James Ware |
| HTC CORP. and HTC AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00882 JW |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER / Case Nos. 5:08-cv-00877,
5:08-cv-00882, 5:08-cv-05398

23129\2849477.1

| | |
|---|---|
| BARCO, N.V.,<br>             Plaintiff,<br>v.<br>TECHNOLOGY PROPERTIES LIMITED,<br>PATRIOT SCIENTIFIC CORPORATION,<br>and ALLIACENSE LIMITED,<br>             Defendants. | Case No. 5:08-cv-05398 JW |

Pursuant to Civil L.R. 11-5, defendants Technology Properties Limited and Alliacense Limited appoint James C. Otteson, from the law firm of Agility IP Law, whose address is 149 Commonwealth Drive, Menlo Park, CA 94025, telephone number 650-227-4800, to substitute as attorney of record in place of John L. Cooper, Jeffrey M. Fisher, Nan E. Joesten, Stephanie P. Skaff, Eugene Y. Mar, Deepak Z. Gupta, Paul A. Alsdorf, and Marc Tarlock from the law firm of Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104 in the following matters:

1. *Acer, Inc. et al. v. Technology Properties Limited et al.*, Case No. 5:08-cv-00877
2. *HTC Corp. et al. v. Technology Properties Limited et al.*, Case No. 5:08-cv-00882
3. *Barco, N.V. v. Technology Properties Limited et al.*, Case No. 5:08-cv-05398

Farella Braun + Martel LLP hereby withdraws from all three matters effective immediately.

Pursuant to Civil L.R. 11-5, the Court's approval of this substitution is required.

I consent to this substitution of counsel:

Dated: November 7, 2011

TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED

By: *Daniel Leckrone*
Daniel E. Leckrone
Chairman and CEO, Technology Properties Limited

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER / Case Nos. 5:08-cv-00877,
5:08-cv-00882, 5:08-cv-05398                - 1 -                             23129\2849477.1

I consent to this substitution of counsel:

Dated: November 7, 2011

FARELLA BRAUN + MARTEL LLP

By: /s/ John L. Cooper
John L. Cooper

Former Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and
ALLIACENSE LIMITED

I consent to this substitution of counsel:

Dated: November 7, 2011

AGILITY IP LAW

By: 
James C. Otteson

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and
ALLIACENSE LIMITED

**IT IS SO ORDERED:**

Dated: November 16, 2011

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER / Case Nos: 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398

- 2 -

23129\2849477.1