[See Signature Page for Information on Counsel for Plaintiffs and Defendants]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*IT IS SO ORDERED*
*Judge James Ware*

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 3:08-cv-00877 JW<br><br>**STIPULATION TO CONSOLIDATE AND EXPAND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**<br><br>**[RELATED CASES]** |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 3:08-cv-00882 JW |
| BARCO N.V., a Belgian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., ALLIACENSE LTD.,<br><br>Defendants. | Case No. 3:08-cv-05398 JW |

1  On November 23, 2010, Judge Fogel granted a stipulated request expanding page limits for claim construction briefing for the parties Acer, Inc., Acer America, Inc. and Gateway, Inc. (collectively "Acer") (Dkt. 211), Barco, N.V. ("Barco") (Dkt. 114), HTC Corp. and HTC America, Inc. (collectively "HTC") (Dkt. 227) (Acer, Barco and HTC collectively "Plaintiffs") and Technology Properties Ltd., Patriot Scientific Corp. and Alliacense, Ltd. (collectively "TPL" or "Defendants").  In particular, this Court permitted the page limits under Local Rules 7-2, 7-3 and 7-4 on the parties' claim construction briefs to be expanded as follows:

1. The page limit of Defendants' opening brief was expanded from 25 to 30 pages;

2. The page limit of Plaintiffs' combined responsive brief was expanded from 25 to 35 pages; and

3. The page limit of Defendants' reply brief was expanded from 15 to 20 pages.

Plaintiffs and Defendants are uncertain as to whether the stipulated request of November 23, 2010 remains in effect.  Accordingly, Plaintiffs and Defendants, pursuant to Northern District of California Civil Local Rule 7-12, make this stipulated request for an order consolidating and expanding the page limits for claim construction briefing:

**WHEREAS**, the parties met and conferred and agreed that each side, Plaintiffs and Defendants, will submit combined briefs;

**WHEREAS**, the parties have further agreed that the page limits provided in Northern District Local Rules 7-2, 7-3 and 7-4 should be expanded for this combined briefing;

**ACCORDINGLY**, it is **HEREBY STIPULATED** by and among the parties and their counsel of record, who respectfully request that the Court expand the page limits under Local Rules 7-2, 7-3 and 7-4 on the parties' claim construction briefs as follows:

1. The page limit of Plaintiffs' combined responsive brief is expanded from 25 to 30 pages; and

2. The page limit of Defendants' reply brief is expanded from 15 to 20 pages.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 5, 2012 | AGILITY IP LAW, LLP |
| 3 | | |
| 4 | | By: ___/s/_James Otteson_____<br>James C. Otteson |
| 5 | | |
| 6 | | **Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED** |
| 7 | Dated: January 5, 2012 | KIRBY NOONAN LANCE &HOGE |
| 8 | | |
| 9 | | By: ___/s/_Charles Hoge_____<br>Charles T. Hoge |
| 10 | | |
| 11 | | **Attorneys for Defendant PATRIOT SCIENTIFIC CORPORATION** |
| 12 | | |
| 13 | Dated: January 5, 2012 | K&L GATES LLP |
| 14 | | |
| 15 | | By: __/s/ Timothy Walker_____<br>Timothy P. Walker, Esq.<br>Timothy.walker@klgates.com<br>Howard Chen, Esq.<br>Howard.chen@klgates.com<br>Harold H. Davis, Jr., Esq.<br>Harold.davis@klgates.com<br>Jas Dhillon, Esq.<br>Jas.dhillon@klgate.com<br>Jeffrey M. Ratinoff<br>Jeffrey.ratinoff@klgates.com<br>K&L Gates LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br><br>***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.*** |

1

2

3  Dated: January 5, 2012                    COOLEY LLP

4

5                                            By: /s/ Kyle Chen
                                             Kyle D. Chen, Esq.
                                             kyle.chen@cooley.com
6                                            Heidi L. Keefe, Esq.
                                             hkeefe@cooley.com
7                                            Mark R. Weinstein, Esq.
                                             mweinstein@cooley.com
8                                            Cooley LLP
                                             3000 El Camino Real
9                                            Five Palo Alto Square, 4th Floor
                                             Palo Alto, California 94306
10                                           Phone: (650) 843-5000
                                             Fax: (650) 857-0663
11
                                             ***Attorneys for HTC Corporation and HTC***
12                                           ***America, Inc.***

13

14 Dated: January 5, 2012                    BAKER & MCKENZIE

15

16                                           By: /s/ Edward Runyan
                                             Edward Runyan, Esq.
17                                           Edward.Runyan@bakernet.com
                                             Baker & McKenzie
18                                              130 East Randolph Drive
                                             Chicago, IL 60601
19                                           Phone: (312) 861-8811
                                             Fax: (312) 698-2341
20

21                                           ***Attorneys for Barco, N.V.***

22

23              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25
   **Dated:** January 5         , 2012       _____
26                                              **Hon. James Ware**
                                             **United States District Court Judge**
27

28

- 3 -    Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398
STIPULATION TO CONSOLIDATE AND EXPAND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING