*IT IS SO ORDERED*
*Judge James Ware*

[See Signature Page for Information on Counsel for Plaintiffs and Defendants]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 3:08-cv-00877 JW<br><br>**STIPULATION TO CONSOLIDATE AND EXPAND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**<br><br>**[RELATED CASES]** |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 3:08-cv-00882 JW |
| BARCO N.V., a Belgian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., ALLIACENSE LTD.,<br><br>Defendants. | Case No. 3:08-cv-05398 JW |

On November 23, 2010, Judge Fogel granted a stipulated request expanding page limits for claim construction briefing for the parties Acer, Inc., Acer America, Inc. and Gateway, Inc. (collectively "Acer") (Dkt. 211), Barco, N.V. ("Barco") (Dkt. 114), HTC Corp. and HTC America, Inc. (collectively "HTC") (Dkt. 227) (Acer, Barco and HTC collectively "Plaintiffs") and Technology Properties Ltd., Patriot Scientific Corp. and Alliacense, Ltd. (collectively "TPL" or "Defendants").  In particular, this Court permitted the page limits under Local Rules 7-2, 7-3 and 7-4 on the parties' claim construction briefs to be expanded as follows:

1. The page limit of Defendants' opening brief was expanded from 25 to 30 pages;

2. The page limit of Plaintiffs' combined responsive brief was expanded from 25 to 35 pages; and

3. The page limit of Defendants' reply brief was expanded from 15 to 20 pages.

Plaintiffs and Defendants are uncertain as to whether the stipulated request of November 23, 2010 remains in effect.  Accordingly, Plaintiffs and Defendants, pursuant to Northern District of California Civil Local Rule 7-12, make this stipulated request for an order consolidating and expanding the page limits for claim construction briefing:

**WHEREAS**, the parties met and conferred and agreed that each side, Plaintiffs and Defendants, will submit combined briefs;

**WHEREAS**, the parties have further agreed that the page limits provided in Northern District Local Rules 7-2, 7-3 and 7-4 should be expanded for this combined briefing;

**ACCORDINGLY**, it is **HEREBY STIPULATED** by and among the parties and their counsel of record, who respectfully request that the Court expand the page limits under Local Rules 7-2, 7-3 and 7-4 on the parties' claim construction briefs as follows:

1. The page limit of Plaintiffs' combined responsive brief is expanded from 25 to 30 pages; and

2. The page limit of Defendants' reply brief is expanded from 15 to 20 pages.

Dated:  January 5, 2012                          AGILITY IP LAW, LLP

                                                 By: ___/s/_James Otteson_____
                                                     James C. Otteson

                                                 **Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED**

Dated:  January 5, 2012                          KIRBY NOONAN LANCE &HOGE

                                                 By: __/s/_Charles Hoge_____
                                                     Charles T. Hoge

                                                 **Attorneys for Defendant PATRIOT SCIENTIFIC CORPORATION**

Dated:  January 5, 2012                          K&L GATES LLP


                                                 By:__/s/ Timothy Walker_____
                                                 Timothy P. Walker, Esq.
                                                 Timothy.walker@klgates.com
                                                 Howard Chen, Esq.
                                                 Howard.chen@klgates.com
                                                 Harold H. Davis, Jr., Esq.
                                                 Harold.davis@klgates.com
                                                 Jas Dhillon, Esq.
                                                 Jas.dhillon@klgate.com
                                                 Jeffrey M. Ratinoff
                                                 Jeffrey.ratinoff@klgates.com
                                                 K&L Gates LLP
                                                 Four Embarcadero Center, Suite 1200
                                                 San Francisco, CA 94111
                                                 Phone:  (415) 882-8200
                                                 Fax:  (415) 882-8220

                                                 ***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.***

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 5, 2012 | COOLEY LLP |
| 3 | | |
| 4 | | |
| 5 | | By:  /s/  Kyle Chen<br>Kyle D. Chen, Esq.<br>kyle.chen@cooley.com |
| 6 | | Heidi L. Keefe, Esq.<br>hkeefe@cooley.com |
| 7 | | Mark R. Weinstein, Esq.<br>mweinstein@cooley.com |
| 8 | | Cooley LLP<br>3000 El Camino Real |
| 9 | | Five Palo Alto Square, 4th Floor<br>Palo Alto, California 94306 |
| 10 | | Phone:  (650) 843-5000<br>Fax:  (650) 857-0663 |
| 11 | | |
| 12 | | ***Attorneys for HTC Corporation and HTC America, Inc.*** |
| 13 | | |
| 14 | Dated:  January 5, 2012 | BAKER & MCKENZIE |
| 15 | | |
| 16 | | By:  /s/ Edward Runyan |
| 17 | | Edward Runyan, Esq.<br>Edward.Runyan@bakernet.com |
| 18 | | Baker & McKenzie<br>   130 East Randolph Drive |
| 19 | | Chicago, IL 60601<br>Phone: (312) 861-8811 |
| 20 | | Fax:  (312) 698-2341 |
| 21 | | ***Attorneys for Barco, N.V.*** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:**  January 5       , 2012

_____
Hon. James Ware
United States District Court Judge

- 3 -   Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398
STIPULATION TO CONSOLIDATE AND EXPAND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING