1  JAMES C. OTTESON, State Bar No. 157781
   jim@agilityiplaw.com
2  MICHELLE BREIT, State Bar No. 133143
   mbreit@agilityiplaw.com
3  AGILITY IP LAW, LLP
   149 Commonwealth Drive
4  Menlo Park, CA 94025
   Telephone:  (650) 227-4800
5  Facsimile:   (650) 318-3483

6  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED and
7  ALLIACENSE LIMITED

8  CHARLES T. HOGE, State Bar No. 110696
   choge@knlh.com
9  KIRBY NOONAN LANCE & HOGE
   35 Tenth Avenue
10 San Diego, CA 92101
   Telephone:  (619) 231-8666
11 Facsimile:   (619) 231-9593

12 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION
13

*IT IS SO ORDERED*
*Judge James Ware*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA* (seal)

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 ACER, INC., ACER AMERICA            )   Case No.  3:08-cv-00877 JW
   CORPORATION and GATEWAY, INC.,     )   (related to 3:08-cv-00882 JW and 3:08-cv-
18                                     )   05398 JW)
                 Plaintiffs,          )
19                                     )
         v.                            )   **MOTION FOR ORDER PERMITTING**
20                                     )   **USE OF EQUIPMENT DURING COURT**
   TECHNOLOGY PROPERTIES LIMITED,     )   **HEARING; [PROPOSED] ORDER**
21 PATRIOT SCIENTIFIC CORPORATION,     )
   and ALLIACENSE LIMITED,            )   DATE:           January 26-27, 2012
22                                     )   TIME:           9:00 AM
                 Defendants.          )   LOCATION: Courtroom 9
23                                     )
                                       )
24

25        Counsel for Defendants Technology Properties Limited and Patriot Scientific in the above-

26 captioned cases hereby request the Court's permission to bring equipment into the Federal

27 Courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102, for use during the Claim

28

MOTION FOR ORDER PERMITTING USE OF              -1-              CASE NO. 3:08-CV-00877-JW
EQUIPMENT DURING COURT HEARING;                                  AND RELATED CASES
[PROPOSED] ORDER

1 Construction Tutorial on Thursday January 26, 2012 and the Claim Construction Hearing on
2 Friday, January 27, 2012, in the courtroom of the Honorable James Ware, Courtroom 9.
3     As such, counsel seek leave of the Court to bring into the courtroom projection equipment,
4 video monitors, laptop computers for connection to the projection equipment, cables and other
5 supporting computer peripherals, and a projection screen on Wednesday, January 25, 2012 to
6 prepare for their use in the courtroom on Thursday, January 26, 2012 and Friday, January 27,
7 2012.

Dated:  January 23, 2012          Respectfully submitted,

AGILITY IP LAW, LLP

By:  /s/  James C. Otteson
     James C. Otteson

Attorneys for Defendants
*TECHNOLOGY PROPERTIES LIMITED*
and *ALLIACENSE LIMITED*

KIRBY NOONAN LANCE & HOGE

By:  /s/  Charles T. Hoge
     Charles T. Hoge

Attorneys for Defendant
*PATRIOT SCIENTIFIC CORPORATION*

IT IS SO ORDERED.

Dated:  January 24, 2012          *James Ware*
                                             United States District Chief Judge