IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Acer, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Technology Properties Ltd, et al.,<br><br>    Defendants.<br>———————————————————/ | NO. C 08-00877 JW<br>NO. C 08-00882 JW<br>NO. C 08-05398 JW<br><br>**ORDER REFERRING MOTION TO SPECIAL MASTER; VACATING FURTHER CASE MANAGEMENT CONFERENCE** |
| HTC Corp.,<br><br>    Plaintiff,<br><br>  v.<br><br>Technology Properties Ltd, et al.,<br><br>    Defendants.<br>———————————————————/ | |
| Barco NV,<br><br>    Plaintiff,<br><br>  v.<br><br>Technology Properties Ltd, et al.,<br><br>    Defendants.<br>———————————————————/ | |

Presently before the Court is Barco's Motion to Strike Portions of TPL's Infringement Contentions. (See Docket Item No. 238 in No. C 08-5398 JW.) The Court refers this Motion to the Special Master. Accordingly, the hearing on the Motion set for February 27, 2012 is VACATED.

The parties are also scheduled for a Further Case Management Conference on February 27, 2012. In light of the pending Claim Construction in these cases, the Court VACATES the February 27 Conference. The Court will set a new conference date in its Claim Construction Order.

Dated: February 13, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deepak Gupta dgupta@fbm.com
Eugene Y. Mar emar@fbm.com
Harold H. Davis harold.davis@klgates.com
James Carl Otteson jim@agilityiplaw.com
Jas S Dhillon jas.dhillon@klgates.com
Jeffrey M. Fisher jfisher@fbm.com
Jeffrey Michael Ratinoff jeffrey.ratinoff@klgates.com
John L. Cooper jcooper@fbm.com
Kyle Dakai Chen kyle.chen@cooley.com
Mark R. Weinstein mweinstein@cooley.com
Michelle Gail Breit mbreit@agilityiplaw.com
Nan E. Joesten njoesten@fbm.com
Paul A. Alsdorf palsdorf@fbm.com
Samuel Citron O'Rourke eupton@whitecase.com
Stephanie Powers Skaff sskaff@fbm.com
Timothy Paar Walker timothy.walker@klgates.com
William Sloan Coats william.coats@kayescholer.com

**Dated: February 13, 2012**          **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California