**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Acer, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Technology Properties Ltd, et al.,<br><br>    Defendants.<br>_____/<br><br>HTC Corp.,<br><br>    Plaintiff,<br><br>  v.<br><br>Technology Properties Ltd, et al.,<br><br>    Defendants.<br>_____/<br><br>Barco NV,<br><br>    Plaintiff,<br><br>  v.<br><br>Technology Properties Ltd, et al.,<br><br>    Defendants.<br>_____/ | NO. C 08-00877 JW<br>NO. C 08-00882 JW<br>NO. C 08-05398 JW<br><br>**ORDER REQUIRING PARTIES TO PROVIDE NOTICE RE. REASSIGNMENT TO MAGISTRATE JUDGE GREWAL** |

On June 12, 2012, the Court issued its First Claim Construction Order in the above-captioned matters. (See Docket Item No. 336 in No. C 08-00877 JW.) In that Order, the Court informed the parties that, in light of its impending retirement, it proposed to assign this case to Magistrate Judge Grewal. (Id. at 22.) The Court instructed the parties to state "whether they jointly consent to having this case immediately reassigned to Judge Grewal," and informed them that, in the event they do not

jointly consent to the immediate reassignment, "the case will remain with Judge Ware and be subject to reassignment in due course." (Id.)

On July 2, 2012, the parties filed a Joint Statement in response to the Court's First Claim Construction Order. (See Docket Item No. 337 in No. C 08-00877 JW.) In that Joint Statement, the parties stated that "[a]t this time, not all parties have agreed to consent to Magistrate Judge Grewal for further proceedings." (Id. at 3.) In particular, the Joint Statement informed the Court that "Barco and HTC have not yet made a final determination but expect to have a decision soon." (Id.) However, the parties have not filed any subsequent statement informing the Court whether Barco and HTC have agreed to consent to having this case reassigned to Judge Grewal.

Accordingly, and in order to resolve this issue prior to the Court's retirement, the parties shall file a Joint Statement on or before **August 6, 2012** indicating whether all parties consent to having this case immediately reassigned to Judge Grewal. If all parties have not consented to the reassignment to Judge Grewal by that date, the case will remain with Judge Ware and will be subject to reassignment in due course.

Dated: August 2, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deepak Gupta dgupta@fbm.com
Eugene Y. Mar emar@fbm.com
Harold H. Davis harold.davis@klgates.com
James Carl Otteson jim@agilityiplaw.com
Jas S Dhillon jas.dhillon@klgates.com
Jeffrey M. Fisher jfisher@fbm.com
Jeffrey Michael Ratinoff jeffrey.ratinoff@klgates.com
John L. Cooper jcooper@fbm.com
Kyle Dakai Chen kyle.chen@cooley.com
Mark R. Weinstein mweinstein@cooley.com
Michelle Gail Breit mbreit@agilityiplaw.com
Nan E. Joesten njoesten@fbm.com
Paul A. Alsdorf palsdorf@fbm.com
Samuel Citron O'Rourke eupton@whitecase.com
Stephanie Powers Skaff sskaff@fbm.com
Timothy Paar Walker timothy.walker@klgates.com
William Sloan Coats william.coats@kayescholer.com

**Dated: August 2, 2012**               **Richard W. Wieking, Clerk**

                                        **By:   /s/ JW Chambers**
                                               **William Noble**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California