[See Signature Page for Information on Counsel for Plaintiffs and Defendants]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 PSG<br><br>**STIPULATION TO DEFER CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR AUGUST 28, 2012 TO SEPTEMBER 4, 2012**<br><br>**[RELATED CASES]** |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 PSG |
| BARCO N.V., a Belgian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-05398 PSG |

1  **WHEREAS**, the three above-captioned related actions were assigned to Judge Grewal on
2  August 15, 2012 (*see* Docket No. 341 in *Acer et al. v. TPL et al.*, Case No. 3:08-cv-00877 PSG);

3  **WHEREAS**, a case management conference for these three related actions have been set for
4  August 28, 2012, for which a case management statement is due by August 21, 2012 (*see* Docket
5  No. 342 in *Acer et al. v. TPL et al.*, Case No. 3:08-cv-00877 PSG);

6  **WHEREAS**, certain lead counsel on the plaintiffs' side have scheduling conflicts on
7  August 28, 2012 due to previously arranged court dates;

8  **WHEREAS**, the parties met and conferred and agreed that the status conference currently
9  set for August 28, 2012 be deferred to September 4, 2012, and the current due date of August 21,
10  2012 for the case management statement be deferred to August 28, 2012;

11  **WHEREAS**, on August 17, 2012, the parties consulted with the Courtroom Deputy, Mr.
12  Oscar Rivera, who advised that September 4, 2012 at 2:00 p.m. would be available for the case
13  management conference;

14  **ACCORDINGLY**, it is **HEREBY STIPULATED** by and among the parties and their
15  counsel of record that, with the Court's permission, the case management conference currently set
16  for August 28, 2012 be deferred to September 4, 2012, and the current due date of August 21, 2012
17  for the case management statement be deferred to August 28, 2012.

18
19
20  ///
21
22
23  ///
24
25
26  ///
27
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 20, 2012 | K&L GATES LLP |
| 3 | | |
| 4 | | By: /s/ Timothy Walker |
| | | Timothy P. Walker, Esq. |
| 5 | | Timothy.walker@klgates.com |
| | | Howard Chen, Esq. |
| 6 | | Howard.chen@klgates.com |
| 7 | | Harold H. Davis, Jr., Esq. |
| | | Harold.davis@klgates.com |
| 8 | | Jas Dhillon, Esq. |
| | | Jas.dhillon@klgate.com |
| 9 | | Jeffrey M. Ratinoff |
| | | Jeffrey.ratinoff@klgates.com |
| 10 | | K&L Gates LLP |
| | | Four Embarcadero Center, Suite 1200 |
| 11 | | San Francisco, CA 94111 |
| | | Phone:  (415) 882-8200 |
| 12 | | Fax:  (415) 882-8220 |
| 13 | | ***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.*** |
| 14 | | |
| 15 | | |
| 16 | Dated: August 20, 2012 | COOLEY LLP |
| 17 | | |
| 18 | | By: /s/ Kyle Chen |
| | | Kyle D. Chen, Esq. |
| 19 | | kyle.chen@cooley.com |
| | | Heidi L. Keefe, Esq. |
| 20 | | hkeefe@cooley.com |
| | | Mark R. Weinstein, Esq. |
| 21 | | mweinstein@cooley.com |
| | | Cooley LLP |
| 22 | | 3000 El Camino Real |
| | | Five Palo Alto Square, 4th Floor |
| 23 | | Palo Alto, California 94306 |
| | | Phone:  (650) 843-5000 |
| | | Fax:  (650) 857-0663 |
| 24 | | |
| 25 | | ***Attorneys for HTC Corporation and HTC America, Inc.*** |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  August 20, 2012 | BAKER & MCKENZIE |
| 2 | | |
| 3 | | By:  /s/ Edward Runyan<br>Edward Runyan, Esq.<br>Edward.Runyan@bakernet.com |
| 4 | | Baker & McKenzie<br>  130 East Randolph Drive |
| 5 | | Chicago, IL 60601<br>Phone: (312) 861-8811 |
| 6 | | Fax:  (312) 698-2341 |
| 7 | | ***Attorneys for Barco, N.V.*** |
| 8 | Dated: August 20, 2012 | AGILITY IP LAW |
| 9 | | |
| 10 | | By:  */s/ Brandon Baum*<br>    Brandon Baum<br>    brandon@agilityiplaw.com |
| 11 | | Agility IP Law<br>149 Commonwealth Drive, Suite 1033 |
| 12 | | Menlo Park, California 94025<br>Tel. 650.227.4800 |
| 13 | | Fax. 650-318-3483 |
| 14 | | ***Attorneys for Technology Properties Ltd. and Alliacense Ltd.*** |
| 15 | | |
| 16 | Dated: August 20, 2012 | KIRBY NOONAN LANCE & HOGE LLP |
| 17 | | By: /s/ Charles T. Hoge |
| 18 | | Charles T. Hoge, Esq.<br>choge@knlh.com |
| 19 | | Kirby Noonan Lance & Hoge LLP<br>350 Tenth Avenue |
| 20 | | Suite 1300<br>San Diego, CA 92101 |
| 21 | | ***Attorneys for Patriot Scientific Corp.*** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** August 21, **2012**

*[signature]*

**Magistrate Judge Paul S. Grewal**

- 3 -   Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398
STIPULATION TO DEFER CASE MANAGEMENT CONFERENCE

**ATTESTATION PER GENERAL ORDER 45**

I, Timothy Walker, am the ECF User whose ID and password are being used to file this Stipulation to Defer Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated:   August 20, 2012

By: /s/ *Timothy Walker*

*Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc*

1054466 v1/HN