IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Acer, Inc., <br><br>    Plaintiff, <br><br> v. <br><br> Technology Properties Ltd, et al., <br><br>    Defendants. | NO. C 08-00877 PSG <br> NO. C 08-00882 PSG <br> NO. C 08-05398 PSG <br><br> **ORDER NUNC PRO TUNC TERMINATING APPOINTMENT OF TECHNICAL ADVISOR** |
| HTC Corp., <br><br>    Plaintiff, <br><br> v. <br><br> Technology Properties Ltd, et al., <br><br>    Defendants. | |
| Barco NV, <br><br>    Plaintiff, <br><br> v. <br><br> Technology Properties Ltd, et al., <br><br>    Defendants. | |

On January 11, 2012, the Court appointed Mr. Kwan Chan as Technical Advisor to assist it with the above-captioned cases. (See Docket Item No. 257 in No. C 08-00877.) Due to Judge Ware's upcoming retirement, and pursuant to the parties' stipulation, these cases were reassigned on

August 15, 2012 to Magistrate Judge Grewal.[1]  (See Docket Item No. 286 in No. C 08-00877.)  In light of the reassignment, the Court *nunc pro tunc* TERMINATES its appointment of Mr. Chan as Technical Advisor.  The Court leaves it to Judge Grewal to decide whether he requires a technical advisor for these related cases and if so, make his independent selection.

The Court thanks Mr. Chan for his excellent service in these proceedings.

Dated:  August 21, 2012

JAMES WARE
United States District Chief Judge

---

[1] On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as the terms of his current law clerks come to an end." See Chief Judge Ware Announces Transition, *available at* http://www.cand.uscourts.gov/news/82.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deepak Gupta dgupta@fbm.com
Eugene Y. Mar emar@fbm.com
Harold H. Davis harold.davis@klgates.com
James Carl Otteson jim@agilityiplaw.com
Jas S Dhillon jas.dhillon@klgates.com
Jeffrey M. Fisher jfisher@fbm.com
Jeffrey Michael Ratinoff jeffrey.ratinoff@klgates.com
John L. Cooper jcooper@fbm.com
Kyle Dakai Chen kyle.chen@cooley.com
Mark R. Weinstein mweinstein@cooley.com
Michelle Gail Breit mbreit@agilityiplaw.com
Nan E. Joesten njoesten@fbm.com
Paul A. Alsdorf palsdorf@fbm.com
Samuel Citron O'Rourke eupton@whitecase.com
Stephanie Powers Skaff sskaff@fbm.com
Timothy Paar Walker timothy.walker@klgates.com
William Sloan Coats william.coats@kayescholer.com

**Dated:  August 21, 2012**                              **Richard W. Wieking, Clerk**

                                                         **By:    /s/ JW Chambers**
                                                         **William Noble**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California