UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00877 PSG |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00882 PSG |
| BARCO N.V.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., | Case No. 5:08-cv-05398 PSG |

Case No.: 08-0877
ORDER

| | |
|---|---|
| PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD., <br><br> Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF CERTAIN ASPECTS OF CLAIM CONSTRUCTION**

On September 28, 2012, Acer, Inc., Acer America Corp., Gateway, Inc., HTC Corp, HTC America, Inc., and Barco N.V. (collectively "Plaintiffs") moved under Civil L.R. 7-9(b)(1) for leave to file a motion for reconsideration of certain aspects of Judge Ware's First Claim Construction Order. Civil L.R. 7-9(b)(1) requires a moving party to show: (1) "a material difference in fact or law exists from that which was presented to the [c]ourt before entry of the interlocutory order for which reconsideration is sought;" (2) "[t]he emergence of new material facts or a change of law occurring after the time of such order;" or (3) "[a] manifest failure by the [c]ourt to consider material facts or dispositive legal arguments which were presented to the [c]ourt before such interlocutory order." Plaintiffs state that in two of the original constructions Judge Ware manifestly failed to consider the facts and legal arguments.

The Plaintiffs' motion for leave to move for reconsideration is GRANTED. Plaintiffs indicated they would brief the motion for reconsideration at the claim construction hearing scheduled in November. In light of the court's order granting the parties' joint motion to continue their claim construction hearing until November 30, 2012,[1] the court sets the briefing schedule for the motion for reconsideration for a hearing on the same date. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs shall file their motion for reconsideration on or before October 19, 2012.

IT IS FURTHER ORDERED that Defendants Technology Properties Limited, Patriot Scientific Corp., and Alliacense Limited shall file oppositions to the motion on or before November 2, 2012.

---

[1] *See* Docket No. 380.

Case No.: 08-0877
ORDER

IT IS FURTHER ORDERED that Plaintiffs shall file any reply to the opposition on or before November 9, 2012.

IT IS FURTHER ORDERED that arguments regarding the motion for reconsideration shall be heard on November 30, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 08-0877
ORDER