1   COOLEY LLP
    HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
2   MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
    KYLE D. CHEN (239501) (kyle.chen@cooley.com)
3   Five Palo Alto Square, 4th Floor
    3000 El Camino Real
4   Palo Alto, California 94306-2155
    Telephone:    (650) 843-5000
5   Facsimile:    (650) 857-0663

6   Attorneys for Plaintiffs
    HTC CORPORATION AND HTC AMERICA, INC.

7
    [See signature pages for additional counsel]
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  ACER, INC., ACER AMERICA                 Case No. 5:08-cv-00877 PSG
    CORPORATION and GATEWAY, INC.,
14                                           **PLAINTIFFS' JOINT MOTION FOR**
                Plaintiffs,                  **ORDER PERMITTING USE OF**
15                                           **EQUIPMENT DURING COURT**
         v.                                  **HEARING; [~~PROPOSED~~] ORDER**
16
    TECHNOLOGY PROPERTIES
17  LIMITED, PATRIOT SCIENTIFIC
    CORPORATION, and ALLIACENSE              Date:      November 30, 2012
18  LIMITED,                                 Time:      10:00 a.m.
                                             Location:  Courtroom 5, 4th Floor
19              Defendants.                  Judge:     Hon. Paul Singh Grewal

20  HTC CORPORATION, HTC AMERICA,            Case No. 5:08-cv-00882 PSG
    INC.,
21
                Plaintiffs,
22
         v.
23
    TECHNOLOGY PROPERTIES
24  LIMITED, PATRIOT SCIENTIFIC
    CORPORATION, and ALLIACENSE
25  LIMITED,

26              Defendants.

27

28

1   BARCO N.V., a Belgian corporation,            Case No. 5:08-cv-05398 PSG

2              Plaintiff,

3        v.

4   TECHNOLOGY PROPERTIES LTD.,
    PATRIOT SCIENTIFIC CORP.,
5   ALLIACENSE LTD.,

6              Defendants.

7

8

9        Plaintiffs Acer, Inc., Acer America Corp., Gateway, Inc., HTC Corporation, HTC

10   America, Inc. and Barco, N.V. in the above-captioned cases hereby request the Court's

11   permission to bring electronic equipment into the Federal Courthouse at 280 South 1st Street,

12   San Jose, California for use during the hearing on pending motions for reconsideration and

13   supplemental claim construction on Friday, November 30, 2012, in the courtroom of the

14   Honorable Paul Singh Grewal, Courtroom 5.

15        As such, pursuant to General Order 58, Plaintiffs seek leave of the Court to permit their

16   counsel and support staff to bring into the courtroom projection equipment, laptop computers for

17   connection to the projection equipment, cables and other supporting computer peripherals on

18   November 30, 2012.

19

20   ///

21

22   ///

23

24   ///

25

26   ///

27

28   ///

Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398        -2-         PLAINTIFFS' JOINT MOTION FOR ORDER
                                                                         PERMITTING USE OF EQUIPMENT DURING COURT
                                                                         HEARING; [PROPOSED] ORDER

1

2 Dated:   November 26, 2012

3

4

5

6

7

8

9

10

11

12

13

14

15 Dated:   November 26, 2012

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

K&L GATES LLP


By:   */s/ Timothy Walker*
Timothy P. Walker, Esq.
Timothy.walker@klgates.com
Howard Chen, Esq.
Howard.chen@klgates.com
Harold H. Davis, Jr., Esq.
Harold.davis@klgates.com
Jas Dhillon, Esq.
Jas.dhillon@klgate.com
Jeffrey M. Ratinoff
Jeffrey.ratinoff@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone:  (415) 882-8200
Fax:  (415) 882-8220

***Attorneys for Acer, Inc., Acer America Corp.
and Gateway, Inc.***

COOLEY LLP


By:   */s/  Kyle  D. Chen*
Kyle D. Chen, Esq.
kyle.chen@cooley.com
Heidi L. Keefe, Esq.
hkeefe@cooley.com
Mark R. Weinstein, Esq.
mweinstein@cooley.com
Cooley LLP
3000 El Camino Real
Five Palo Alto Square, 4th Floor
Palo Alto, California 94306
Phone:  (650) 843-5000
Fax:  (650) 857-0663

***Attorneys for HTC Corporation and HTC
America, Inc.***

1  Dated:  November 26, 2012                    BAKER & MCKENZIE

2

3                                              By: _/s/ Edward Runyan_____
                                               Edward Runyan, Esq.
4                                              Edward.Runyan@bakernet.com
                                               Baker & McKenzie
5                                              130 East Randolph Drive
                                               Chicago, IL 60601
6                                              Phone: (312) 861-8811
                                               Fax:  (312) 698-2341
7
                                               *Attorneys for Barco, N.V.*
8

9

10                 **FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

11        I, Kyle D. Chen, am the ECF User whose ID and password are being used to file

12  "Plaintiffs' Joint Motion for Order Permitting Use of Equipment During Court Hearing;

13  [Proposed] Order."   I hereby attest that concurrence in the filing of this document has been

14  obtained from each of the other Signatories.

15
    Dated:  November 26, 2012                   By:  _____/s/ Kyle D. Chen_____
16                                                        Kyle D. Chen

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2

3        IT IS HEREBY ORDERED that:

4        Projection equipment, laptop computers for connection to the projection equipment, cables

5 and other supporting computer peripherals may be brought into Courtroom 5, 4th floor of the

6 Courthouse of the United States District Court for the Northern District of California, San Jose

7 Division, on November 30, 2012 for the express purpose of the motions for reconsideration and

8 the claim construction tutorial and hearing before the Honorable Paul Singh Grewal.

9

10        **IT IS SO ORDERED.**

11

12 Dated:  November 28, 2012

                    The Honorable Paul Singh Grewal
13                     United States Magistrate Judge

14 1078877

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398