COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
KYLE D. CHEN (239501) (kyle.chen@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Plaintiffs
HTC CORPORATION AND HTC AMERICA, INC.

[See signature pages for additional counsel]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br>Defendants. | Case No. 5:08-cv-00877 PSG <br><br>**PLAINTIFFS' JOINT MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING; [PROPOSED] ORDER** <br><br>Date:         November 30, 2012 <br>Time:        10:00 a.m. <br>Location:   Courtroom 5, 4th Floor <br>Judge:       Hon. Paul Singh Grewal |
| HTC CORPORATION, HTC AMERICA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br>Defendants. | Case No. 5:08-cv-00882 PSG |

Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398

PLAINTIFFS' JOINT MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING; [PROPOSED] ORDER

|   |   |   |
|---|---|---|
| 1 | BARCO N.V., a Belgian corporation, | Case No. 5:08-cv-05398 PSG |
| 2 | Plaintiff, |   |
| 3 | v. |   |
| 4 | TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., ALLIACENSE LTD., |   |
| 5 |   |   |
| 6 | Defendants. |   |

Plaintiffs Acer, Inc., Acer America Corp., Gateway, Inc., HTC Corporation, HTC America, Inc. and Barco, N.V. in the above-captioned cases hereby request the Court's permission to bring electronic equipment into the Federal Courthouse at 280 South 1st Street, San Jose, California for use during the hearing on pending motions for reconsideration and supplemental claim construction on Friday, November 30, 2012, in the courtroom of the Honorable Paul Singh Grewal, Courtroom 5.

As such, pursuant to General Order 58, Plaintiffs seek leave of the Court to permit their counsel and support staff to bring into the courtroom projection equipment, laptop computers for connection to the projection equipment, cables and other supporting computer peripherals on November 30, 2012.

///

///

///

///

///

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:   November 26, 2012 | K&L GATES LLP |
| 3 | | |
| 4 | | By:   /s/ Timothy Walker<br>Timothy P. Walker, Esq.<br>Timothy.walker@klgates.com |
| 5 | | Howard Chen, Esq. |
| 6 | | Howard.chen@klgates.com<br>Harold H. Davis, Jr., Esq. |
| 7 | | Harold.davis@klgates.com<br>Jas Dhillon, Esq. |
| 8 | | Jas.dhillon@klgate.com<br>Jeffrey M. Ratinoff |
| 9 | | Jeffrey.ratinoff@klgates.com |
| 10 | | K&L Gates LLP<br>Four Embarcadero Center, Suite 1200 |
| 11 | | San Francisco, CA 94111<br>Phone:  (415) 882-8200 |
| 12 | | Fax:  (415) 882-8220 |
| 13 | | ***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.*** |
| 14 | | |
| 15 | Dated:   November 26, 2012 | COOLEY LLP |
| 16 | | By:   /s/  Kyle  D.  Chen |
| 17 | | Kyle D. Chen, Esq.<br>kyle.chen@cooley.com |
| 18 | | Heidi L. Keefe, Esq.<br>hkeefe@cooley.com |
| 19 | | Mark R. Weinstein, Esq.<br>mweinstein@cooley.com |
| 20 | | Cooley LLP<br>3000 El Camino Real |
| 21 | | Five Palo Alto Square, 4th Floor<br>Palo Alto, California 94306 |
| 22 | | Phone:  (650) 843-5000<br>Fax:  (650) 857-0663 |
| 23 | | ***Attorneys for HTC Corporation and HTC America, Inc.*** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated:  November 26, 2012 | BAKER & MCKENZIE<br><br>By: */s/ Edward Runyan*<br>Edward Runyan, Esq.<br>Edward.Runyan@bakernet.com<br>Baker & McKenzie<br>130 East Randolph Drive<br>Chicago, IL 60601<br>Phone: (312) 861-8811<br>Fax:  (312) 698-2341<br><br>***Attorneys for Barco, N.V.*** |

### FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

I, Kyle D. Chen, am the ECF User whose ID and password are being used to file "Plaintiffs' Joint Motion for Order Permitting Use of Equipment During Court Hearing; [Proposed] Order."  I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

| | |
|---|---|
| Dated:  November 26, 2012 | By:  */s/ Kyle D. Chen*<br>Kyle D. Chen |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

Projection equipment, laptop computers for connection to the projection equipment, cables and other supporting computer peripherals may be brought into Courtroom 5, 4th floor of the Courthouse of the United States District Court for the Northern District of California, San Jose Division, on November 30, 2012 for the express purpose of the motions for reconsideration and the claim construction tutorial and hearing before the Honorable Paul Singh Grewal.

**IT IS SO ORDERED.**

Dated: November 28, 2012

_____
The Honorable Paul Singh Grewal
United States Magistrate Judge

1078877