UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00877 PSG<br><br>**(Re: Docket No. 384)** |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00882 PSG<br><br>**(Re: Docket No. 413)** |

**ORDER DENYING TPL'S MOTION TO CONTINUE TRIAL**

Defendants Technology Properties Ltd., et al, ("TPL") move to continue the trial date in this case from June 24, 2013 to October 21, 2013 because of obligations in a parallel proceeding

Case No.: 08-0877
ORDER

TPL brought in the U.S. International Trade Commission ("ITC"). Plaintiffs Acer, Inc., et al, and HTC Corp., et al, ("Plaintiffs") oppose.

Having considered the many delays this case already has faced and the court's own congested schedule, the court reluctantly DENIES TPL's motion. Ordinarily, the court is eager to accommodate conflicts counsel face in managing multiple litigations. But that is simply not possible here. The dates set in the September 14, 2012 scheduling order remain unchanged.[1]

**IT IS SO ORDERED.**

Dated: December 18, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 350.

Case No.: 08-0877
ORDER