UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00877 PSG |
|---|---|
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00882 PSG |

**ORDER RE: STATUS UPDATES**

**(Re: Docket No. 425)**

Case No.: 08-0877
ORDER

On March 21, 2013, Defendant Technology Properties Ltd. ("TPL") notified the court that it has filed for Chapter 11 bankruptcy in the Northern District of California. Pursuant to 11 U.S.C. § 362, both of the cases in this court are automatically stayed pending resolution of the bankruptcy case. The parties shall submit to the court every 90 days joint letter briefs with updates about the status of the bankruptcy case.

**IT IS SO ORDERED.**

Dated: March 21, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 08-0877
ORDER