UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00877 PSG |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-00882 PSG |

**ORDER INVITING BRIEFING RE: EFFECT OF AUTOMATIC STAY**

**(Re: Docket No. 425, 427, 428)**

On March 21, 2013, Technology Properties Ltd., ("TPL") notified Acer, Inc., et al ("Acer"), HTC Corp., et al ("HTC") and the court that it had filed for Chapter 11 bankruptcy.[1] The court issued an order staying the case pursuant to 11 U.S.C. § 362 and requiring the parties to submit status updates every 90 days.[2] TPL submitted two more notices in which it suggested that its counterclaims could continue against Acer and HTC and that the cases against Patriot Scientific Corp. and Alliacense Ltd. may proceed if they can be separated from the TPL case.[3]

The court now invites briefing from the parties on this issue. No later than Friday, April 5, 2013, the parties each shall submit letter briefs no longer than five pages explaining how this case should proceed in light of TPL's bankruptcy filing.

**IT IS SO ORDERED.**

Dated: March 27, 2013

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 425.

[2] *See* Docket No. 426.

[3] *See* Docket Nos. 427, 428.

Case No.: 08-0877
ORDER