JAMES C. OTTESON, SBN 157781
jim@agilityiplaw.com
THOMAS T. CARMACK, SBN 229324
tom@agilityiplaw.com
PHILIP W. MARSH, SBN 276383
phil@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone:  (650) 227-4800
Facsimile:   (650) 318-3483

Attorneys for Defendants
TECHNOLOGY PROPERTIES
LIMITED and
ALLIACENSE LIMITED

CHARLES T. HOGE, SBN 110696
choge@knlh.com
KIRBY NOONAN LANCE & HOGE
35 Tenth Avenue
San Diego, CA 92101
Telephone:  (619) 231-8666
Facsimile:   (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

MICHAEL J. BETTINGER, SBN 122196
mike.bettinger@klgates.com
TIMOTHY P. WALKER, SBN 105001
timothy.walker@klgates.com
HAROLD H. DAVIS, JR., SBN 235552
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff ACER, INC., ACER
AMERICA CORPORATION and Gateway,
Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Defendants. | Case No. 08-cv-00877-PSG<br><br>**STIPULATED DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in accordance with an agreement between the parties, the Plaintiffs and the Defendants herein, having settled all claims and counterclaims in this action; and the Court being otherwise fully advised:

It is ORDERED that all pending motions are hereby deemed withdrawn by the parties and this matter is dismissed with prejudice and without costs to any party. Each party is responsible for their own attorneys' fees.

This order resolves the pending claims between and among the parties and closes the case. However, this order does not resolve related Case No. 3:08-cv-00882.

Dated: September 16, 2013

Respectfully submitted,

AGILITY IP LAW, LLP

  /s/ James C. Otteson
James C. Otteson
Thomas T. Carmack
Philip W. Marsh
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 227-4800

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED LLC and PHOENIX DIGITAL SOLUTIONS LLC

KIRBY NOONAN LANCE & HOGE LLP

  /s/ Charles T. Hoge
Charles T. Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

                K&L GATES LLP

        /s/ Michael J. Bettinger
      Michael J. Bettinger
      Timothy P. Walker
      Four Embarcadero Center, Suite 1200
      San Francisco, CA 94111-5994
      Telephone: (415) 882-8200
      Facsimile: (415) 882-8220

      Attorneys for Plaintiffs Acer, Inc., Acer
      America Corporation and Gateway, Inc.